Plan: HH01A11 with 2010 Census population  
Population: 4,339,367  
Ideal: 43393.67

**KENTUCKY HOUSE**

| DISTRICT | POPULATION | Deviation From Ideal | >10% | DevFromSmallest | >10% |
|---|---|---|---|---|---|
| 1 | 37,968 | 87.50% | | 106.89% | |
| 2 | 41,784 | 96.29% | | 117.64% | YES |
| 3 | 38,083 | 87.76% | | 107.22% | |
| 4 | 39,521 | 91.08% | | 111.27% | YES |
| 5 | 41,952 | 96.68% | | 118.11% | YES |
| 6 | 41,978 | 96.74% | | 118.18% | YES |
| 7 | 39,930 | 92.02% | | 112.42% | YES |
| 8 | 41,078 | 94.66% | | 115.65% | YES |
| 9 | 38,345 | 88.37% | | 107.96% | |
| 10 | 38,450 | 88.61% | | 108.25% | |
| 11 | 39,920 | 91.99% | | 112.39% | YES |
| 12 | 38,085 | 87.77% | | 107.22% | |
| 13 | 42,397 | 97.70% | | 119.36% | YES |
| 14 | 45,691 | 105.29% | | 128.64% | YES |
| 15 | 38,558 | 88.86% | | 108.56% | |
| 16 | 39,295 | 90.55% | | 110.63% | YES |
| 17 | 42,990 | 99.07% | | 121.03% | YES |
| 18 | 43,497 | 100.24% | | 122.46% | YES |
| 19 | 44,553 | 102.67% | | 125.43% | YES |
| 20 | 51,873 | 119.54% | YES | 146.04% | YES |
| 21 | 52,399 | 120.75% | YES | 147.52% | YES |
| 22 | 46,358 | 106.83% | | 130.52% | YES |
| 23 | 42,618 | 98.21% | | 119.99% | YES |
| 24 | 41,610 | 95.89% | | 117.15% | YES |
| 25 | 51,569 | 118.84% | YES | 145.19% | YES |
| 26 | 41,445 | 95.51% | | 116.68% | YES |
| 27 | 44,833 | 103.32% | | 126.22% | YES |
| 28 | 41,527 | 95.70% | | 116.91% | YES |
| 29 | 58,398 | 134.58% | YES | 164.41% | YES |
| 30 | 45,292 | 104.37% | | 127.51% | YES |
| 31 | 42,754 | 98.53% | | 120.37% | YES |
| 32 | 43,923 | 101.22% | | 123.66% | YES |
| 33 | 48,375 | 111.48% | YES | 136.19% | YES |
| 34 | 40,961 | 94.39% | | 115.32% | YES |
| 35 | 40,267 | 92.79% | | 113.37% | YES |
| 36 | 45,022 | 103.75% | | 126.75% | YES |
| 37 | 37,369 | 86.12% | | 105.21% | |
| 38 | 37,918 | 87.38% | | 106.75% | |
| 39 | 49,220 | 113.43% | YES | 138.57% | YES |
| 40 | 38,509 | 88.74% | | 108.42% | |
| 41 | 38,133 | 87.88% | | 107.36% | |
| 42 | 37,628 | 86.71% | | 105.94% | |
| 43 | 35,519 | 81.85% | | 100.00% | |
| 44 | 41,442 | 95.50% | | 116.68% | YES |
| 45 | 50,499 | 116.37% | YES | 142.17% | YES |
| 46 | 50,091 | 115.43% | YES | 141.03% | YES |
| 47 | 46,893 | 108.06% | | 132.02% | YES |
| 48 | 57,335 | 132.13% | YES | 161.42% | YES |
| 49 | 50,626 | 116.67% | YES | 142.53% | YES |
| 50 | 49,478 | 114.02% | YES | 139.30% | YES |
| 51 | 43,168 | 99.48% | | 121.53% | YES |
| 52 | 44,854 | 103.37% | | 126.28% | YES |
| 53 | 39,176 | 90.28% | | 110.30% | YES |
| 54 | 40,149 | 92.52% | | 113.04% | YES |
| 55 | 45,145 | 104.04% | | 127.10% | YES |
| 56 | 42,575 | 98.11% | | 119.87% | YES |
| 57 | 40,361 | 93.01% | | 113.63% | YES |
| 58 | 55,670 | 128.29% | YES | 156.73% | YES |
| 59 | 54,114 | 124.70% | YES | 152.35% | YES |

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| 60 | 61,922 | 142.70% | YES | 174.33% | YES |
| 61 | 44,092 | 101.61% | | 124.14% | YES |
| 62 | 58,212 | 134.15% | YES | 163.89% | YES |
| 63 | 40,380 | 93.06% | | 113.69% | YES |
| 64 | 49,008 | 112.94% | YES | 137.98% | YES |
| 65 | 35,617 | 82.08% | | 100.28% | |
| 66 | 52,522 | 121.04% | YES | 147.87% | YES |
| 67 | 37,613 | 86.68% | | 105.90% | |
| 68 | 42,414 | 97.74% | | 119.41% | YES |
| 69 | 43,827 | 101.00% | | 123.39% | YES |
| 70 | 40,326 | 92.93% | | 113.53% | YES |
| 71 | 38,754 | 89.31% | | 109.11% | |
| 72 | 40,907 | 94.27% | | 115.17% | YES |
| 73 | 43,459 | 100.15% | | 122.35% | YES |
| 74 | 43,768 | 100.86% | | 123.22% | YES |
| 75 | 41,424 | 95.46% | | 116.62% | YES |
| 76 | 44,481 | 102.51% | | 125.23% | YES |
| 77 | 48,698 | 112.22% | YES | 137.10% | YES |
| 78 | 41,569 | 95.80% | | 117.03% | YES |
| 79 | 38,327 | 88.32% | | 107.91% | |
| 80 | 44,415 | 102.35% | | 125.05% | YES |
| 81 | 46,960 | 108.22% | | 132.21% | YES |
| 82 | 42,490 | 97.92% | | 119.63% | YES |
| 83 | 46,457 | 107.06% | | 130.79% | YES |
| 84 | 40,195 | 92.63% | | 113.16% | YES |
| 85 | 46,672 | 107.55% | | 131.40% | YES |
| 86 | 43,057 | 99.22% | | 121.22% | YES |
| 87 | 38,913 | 89.67% | | 109.56% | |
| 88 | 49,793 | 114.75% | YES | 140.19% | YES |
| 89 | 42,655 | 98.30% | | 120.09% | YES |
| 90 | 37,809 | 87.13% | | 106.45% | |
| 91 | 36,437 | 83.97% | | 102.58% | |
| 92 | 40,191 | 92.62% | | 113.15% | YES |
| 93 | 38,421 | 88.54% | | 108.17% | |
| 94 | 42,026 | 96.85% | | 118.32% | YES |
| 95 | 37,115 | 85.53% | | 104.49% | |
| 96 | 41,590 | 95.84% | | 117.09% | YES |
| 97 | 40,009 | 92.20% | | 112.64% | YES |
| 98 | 38,252 | 88.15% | | 107.69% | |
| 99 | 41,023 | 94.54% | | 115.50% | YES |
| 100 | 38,396 | 88.48% | | 108.10% | |