| Plan: SH001A09 with 2010 Census population | | | Population: | 4,339,367 | |
|---|---|---|---|---|---|
| **KENTUCKY SENATE** | | | Ideal: | 114193.8684 | |
| DISTRICT | POPULATION | Deviation From Ideal | >10% | DevFromSmallest | >10% |
| 1 | 113,784 | 99.64% | | 120.80% | YES |
| 2 | 105,262 | 92.18% | | 111.75% | YES |
| 3 | 113,250 | 99.17% | | 120.23% | YES |
| 4 | 106,696 | 93.43% | | 113.27% | YES |
| 5 | 115,364 | 101.02% | | 122.47% | YES |
| 6 | 102,261 | 89.55% | | 108.56% | |
| 7 | 128,037 | 112.12% | YES | 135.93% | YES |
| 8 | 106,187 | 92.99% | | 112.73% | YES |
| 9 | 112,974 | 98.93% | | 119.94% | YES |
| 10 | 120,533 | 105.55% | | 127.96% | YES |
| 11 | 137,257 | 120.20% | YES | 145.72% | YES |
| 12 | 115,558 | 101.19% | | 122.68% | YES |
| 13 | 115,676 | 101.30% | | 122.81% | YES |
| 14 | 120,817 | 105.80% | | 128.26% | YES |
| 15 | 115,239 | 100.92% | | 122.34% | YES |
| 16 | 102,847 | 90.06% | | 109.19% | |
| 17 | 133,729 | 117.11% | YES | 141.97% | YES |
| 18 | 106,760 | 93.49% | | 113.34% | YES |
| 19 | 110,216 | 96.52% | | 117.01% | YES |
| 20 | 133,454 | 116.87% | YES | 141.68% | YES |
| 21 | 105,934 | 92.77% | | 112.46% | YES |
| 22 | 126,107 | 110.43% | YES | 133.88% | YES |
| 23 | 98,810 | 86.53% | | 104.90% | |
| 24 | 105,213 | 92.14% | | 111.70% | YES |
| 25 | 100,866 | 88.33% | | 107.08% | |
| 26 | 134,003 | 117.35% | YES | 142.26% | YES |
| 27 | 110,935 | 97.15% | | 117.77% | YES |
| 28 | 119,669 | 104.79% | | 127.05% | YES |
| 29 | 94,194 | 82.49% | | 100.00% | |
| 30 | 97,991 | 85.81% | | 104.03% | |
| 31 | 101,309 | 88.72% | | 107.55% | |
| 32 | 126,482 | 110.76% | YES | 134.28% | YES |
| 33 | 98,921 | 86.63% | | 105.02% | |
| 34 | 124,714 | 109.21% | | 132.40% | YES |
| 35 | 106,271 | 93.06% | | 112.82% | YES |
| 36 | 125,826 | 110.19% | YES | 133.58% | YES |
| 37 | 114,328 | 100.12% | | 121.38% | YES |
| 38 | 131,893 | 115.50% | YES | 140.02% | YES |

Exhibit B