# U.S. District Court Eastern District of Kentucky

# Civil Case Assignment

Case number **2:13-CV-68**

Assigned : Senior Judge William O. Bertelsman
Judge Code : 4307

Assigned on 04/26/2013

[ Request New Judge ]