# U.S. District Court Eastern District of Kentucky

# *Civil*
# *Magistrate Judge Case Referral*

Case number **2:13-CV-68**

Assigned : Magistrate J. Gregory Wehrman
Judge Code : W

Assigned on 04/26/2013

Request New Judge