**Date:** April 30, 2013, 8:08:59 AM CDT
**To:** "CA06-Batchelder Chambers"

**Cc:** "Robert R. Carr"
**Subject: Three-Judge District Court, case**

Dear Chief Judge Batchelder:

I am sending this notice to you pursuant to 22 U.S.C. § 2284 (b)(1), which requires that the district judge who has received a request for a three-judge district court immediately notify the chief judge of the circuit of that fact.

Such a request has been received by me in Brown v. Commonwealth, 2:13-cv-068-WOB-JGW, filed 4-26-2013.

The statutory section prescribes further actions to be taken in the matter.

Respectfully,


P.S. By a copy of this email, I am directing that the Clerk cause this notice to be filed in the record.


William O. Bertelsman
U.S. District Judge
Eastern District of Kentucky
P.O. Box 1012
Covington, Ky. 41012
859-392-7900; Fax -7905