**From:** "William O Bertelsman"
**Date:** April 30, 2013, 8:20:33 AM CDT
**To:** "CA06-Batchelder Chambers"
**Cc:** "Robert R. Carr"
**Subject: Fw: Three-Judge District Court, case**

Correction: the statutory citation shouldbe 28 U.S.C. § 2284.

The clerk is durected to make the correction.