AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Kenny Brown, et. al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 2:13-cv-68-WOB | |
| The Commonwealth of Kentucky, et. al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Allison Lundergan Grimes, Secretary of State of the Commonwealth of Kentucky
Serve: Jack Conway, Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher Wiest
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____04/26/2013_____   **Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*   tda

Case: 2:13-cv-00068-WOB-JGW   Doc #: 2   Filed: 04/26/13   Page: 6 of 16 - Page ID#: 47
Case: 2:13-cv-00068-WOB-GFVT-DJB   Doc #: 9   Filed: 04/30/13   Page: 2 of 2 - Page ID#: 68

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-68-WOB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Allison Lundergan Grimes, KY Secrety. of State
was received by me on *(date)* 4-26-2013.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Leigh Morris, Paralegal, who is designated by law to accept service of process on behalf of *(name of organization)* Jack Conway, Attorney General on *(date)* 4-29-13 at 12:10 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4-29-2013

Server's signature

Pamela Meadow, Server
Printed name and title

Fayette Co., KY
Server's address

Additional information regarding attempted service, etc: