UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| **KENNY BROWN**, *et al.*, | : | Case No. 2:13-cv-00068-WOB-JGW |
| Plaintiffs, | : | |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY**, *et al.*, | : | NOTICE OF APPEARANCE OF RICHARD A. BRUEGGEMANN, ESQ. |
| Defendants. | : | |

PLEASE TAKE NOTICE that Richard A. Brueggemann, Esq., of HEMMER DEFRANK PLLC hereby enters his appearance as co-counsel of record for Plaintiffs. Co-counsel's address and telephone numbers are set forth below. We request that all Orders, documents, materials and things to be served upon Plaintiffs also be served upon the undersigned.

Respectfully submitted,

/s/ Richard A. Brueggemann
Richard A. Brueggemann (90619)
E. Jason Atkins (88044)
HEMMER DEFRANK PLLC
250 Grandview Drive, Suite 500
Fort Mitchell, Kentucky 41017
rbrueggemann@hemmerlaw.com
(859) 344-1188
(859) 578-3869 (fax)

Co-Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 11th day of May, 2013, a true and correct copy of the foregoing was transmitted to the Court's electronic filing system, which will send a copy of the same to all counsel of record.

            /s/ Richard A. Brueggemann
            Richard A. Brueggemann

Case: 2:13-cv-00068-WOB-GFVT-DJB Doc #: 15 Filed: 05/11/13 Page: 2 of 2 - Page ID#: 80