Plan: (HH002C01)
Plan Type: House Plan

## Population Summary Report

Monday March 4, 2013                                                                                                  9:21 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 1 | 43,301 | -8 | -0.02 |
| 2 | 44,142 | 833 | 1.92 |
| 3 | 41,905 | -1,404 | -3.24 |
| 4 | 43,366 | 57 | 0.13 |
| 5 | 45,384 | 2,075 | 4.79 |
| 6 | 41,512 | -1,797 | -4.15 |
| 7 | 43,575 | 266 | 0.61 |
| 8 | 44,055 | 746 | 1.72 |
| 9 | 45,245 | 1,936 | 4.47 |
| 10 | 44,376 | 1,067 | 2.46 |
| 11 | 44,405 | 1,096 | 2.53 |
| 12 | 41,727 | -1,582 | -3.65 |
| 13 | 42,123 | -1,186 | -2.74 |
| 14 | 43,959 | 650 | 1.50 |
| 15 | 43,446 | 137 | 0.32 |
| 16 | 43,218 | -91 | -0.21 |
| 17 | 45,268 | 1,959 | 4.52 |
| 18 | 43,084 | -225 | -0.52 |
| 19 | 41,197 | -2,112 | -4.88 |
| 20 | 43,619 | 310 | 0.72 |
| 21 | 41,592 | -1,717 | -3.96 |
| 22 | 41,474 | -1,835 | -4.24 |
| 23 | 42,618 | -691 | -1.60 |
| 24 | 45,271 | 1,962 | 4.53 |
| 25 | 41,626 | -1,683 | -3.89 |
| 26 | 41,625 | -1,684 | -3.89 |
| 27 | 43,695 | 386 | 0.89 |
| 28 | 41,418 | -1,891 | -4.37 |
| 29 | 41,440 | -1,869 | -4.32 |
| 30 | 41,398 | -1,911 | -4.41 |
| 31 | 41,395 | -1,914 | -4.42 |
| 32 | 41,978 | -1,331 | -3.07 |
| 33 | 44,834 | 1,525 | 3.52 |
| 34 | 41,486 | -1,823 | -4.21 |
| 35 | 41,393 | -1,916 | -4.42 |

Plan: (HH002C01)
Type: House Plan

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---:|---:|---:|
| 36 | 42,245 | -1,064 | -2.46 |
| 37 | 41,396 | -1,913 | -4.42 |
| 38 | 41,403 | -1,906 | -4.40 |
| 39 | 42,441 | -868 | -2.00 |
| 40 | 42,217 | -1,092 | -2.52 |
| 41 | 41,424 | -1,885 | -4.35 |
| 42 | 41,436 | -1,873 | -4.32 |
| 43 | 41,634 | -1,675 | -3.87 |
| 44 | 41,556 | -1,753 | -4.05 |
| 45 | 45,195 | 1,886 | 4.35 |
| 46 | 41,660 | -1,649 | -3.81 |
| 47 | 43,625 | 316 | 0.73 |
| 48 | 43,681 | 372 | 0.86 |
| 49 | 43,043 | -266 | -0.61 |
| 50 | 43,437 | 128 | 0.30 |
| 51 | 43,168 | -141 | -0.33 |
| 52 | 45,454 | 2,145 | 4.95 |
| 53 | 45,321 | 2,012 | 4.65 |
| 54 | 41,536 | -1,773 | -4.09 |
| 55 | 44,958 | 1,649 | 3.81 |
| 56 | 45,440 | 2,131 | 4.92 |
| 57 | 41,952 | -1,357 | -3.13 |
| 58 | 45,193 | 1,884 | 4.35 |
| 59 | 44,299 | 990 | 2.29 |
| 60 | 45,362 | 2,053 | 4.74 |
| 61 | 44,546 | 1,237 | 2.86 |
| 62 | 45,341 | 2,032 | 4.69 |
| 63 | 45,291 | 1,982 | 4.58 |
| 64 | 42,489 | -820 | -1.89 |
| 65 | 42,233 | -1,076 | -2.48 |
| 66 | 45,469 | 2,160 | 4.99 |
| 67 | 41,227 | -2,082 | -4.81 |
| 68 | 41,559 | -1,750 | -4.04 |
| 69 | 45,353 | 2,044 | 4.72 |
| 70 | 42,130 | -1,179 | -2.72 |
| 71 | 44,611 | 1,302 | 3.01 |
| 72 | 44,016 | 707 | 1.63 |
| 73 | 41,549 | -1,760 | -4.06 |
| 74 | 44,396 | 1,087 | 2.51 |
| 75 | 44,832 | 1,523 | 3.52 |
| 76 | 42,382 | -927 | -2.14 |

Plan: (HH002C01)
Type: House Plan

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 77 | 45,449 | 2,140 | 4.94 |
| 78 | 44,880 | 1,571 | 3.63 |
| 79 | 44,979 | 1,670 | 3.86 |
| 80 | 42,002 | -1,307 | -3.02 |
| 81 | 45,081 | 1,772 | 4.09 |
| 82 | 45,384 | 2,075 | 4.79 |
| 83 | 45,348 | 2,039 | 4.71 |
| 84 | 44,030 | 721 | 1.66 |
| 85 | 44,206 | 897 | 2.07 |
| 86 | 44,366 | 1,057 | 2.44 |
| 87 | 41,564 | -1,745 | -4.03 |
| 88 | 43,963 | 654 | 1.51 |
| 89 | 44,951 | 1,642 | 3.79 |
| 90 | 44,809 | 1,500 | 3.46 |
| 91 | 45,344 | 2,035 | 4.70 |
| 92 | 43,557 | 248 | 0.57 |
| 93 | 41,215 | -2,094 | -4.84 |
| 94 | 41,188 | -2,121 | -4.90 |
| 95 | 41,192 | -2,117 | -4.89 |
| 96 | 41,241 | -2,068 | -4.77 |
| 97 | 41,192 | -2,117 | -4.89 |
| 98 | 45,456 | 2,147 | 4.96 |
| 99 | 45,469 | 2,160 | 4.99 |
| 100 | 45,408 | 2,099 | 4.85 |

| | |
|---|---|
| Total Population: | 4,330,924 |
| Ideal District Population: | 43,309 |
| **Summary Statistics** | |
| Population Range: | 41,188 to 45,469 |
| Ratio Range: | 1.10 |
| Absolute Range: | -2,121 to 2,160 |
| Absolute Overall Range: | 4,281.00 |
| Relative Range: | -4.90% to 4.99% |
| Relative Overall Range: | 9.88% |
| Absolute Mean Deviation: | 1,421.20 |
| Relative Mean Deviation: | 3.28% |
| Standard Deviation: | 1,569.74 |