Plan: 2013 Senate Ohio Co Split
Plan Type: Senate Plan
Administrator:
User: collins_s

# Population Summary Report

Friday May 17, 2013     3:55 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 1 | 108,680 | -5,292 | -4.64 |
| 2 | 110,366 | -3,606 | -3.16 |
| 3 | 113,250 | -722 | -0.63 |
| 4 | 116,227 | 2,255 | 1.98 |
| 5 | 108,343 | -5,629 | -4.94 |
| 6 | 108,297 | -5,675 | -4.98 |
| 7 | 113,628 | -344 | -0.30 |
| 8 | 108,299 | -5,673 | -4.98 |
| 9 | 115,006 | 1,034 | 0.91 |
| 10 | 118,968 | 4,996 | 4.38 |
| 11 | 118,811 | 4,839 | 4.25 |
| 12 | 110,392 | -3,580 | -3.14 |
| 13 | 110,761 | -3,211 | -2.82 |
| 14 | 117,726 | 3,754 | 3.29 |
| 15 | 115,347 | 1,375 | 1.21 |
| 16 | 109,637 | -4,335 | -3.80 |
| 17 | 111,213 | -2,759 | -2.42 |
| 18 | 112,621 | -1,351 | -1.19 |
| 19 | 119,154 | 5,182 | 4.55 |
| 20 | 113,711 | -261 | -0.23 |
| 21 | 116,602 | 2,630 | 2.31 |
| 22 | 117,567 | 3,595 | 3.15 |
| 23 | 111,351 | -2,621 | -2.30 |
| 24 | 113,685 | -287 | -0.25 |
| 25 | 118,131 | 4,159 | 3.65 |
| 26 | 112,535 | -1,437 | -1.26 |
| 27 | 119,018 | 5,046 | 4.43 |
| 28 | 118,522 | 4,550 | 3.99 |
| 29 | 114,719 | 747 | 0.66 |
| 30 | 112,733 | -1,239 | -1.09 |
| 31 | 115,590 | 1,618 | 1.42 |
| 32 | 113,792 | -180 | -0.16 |
| 33 | 118,239 | 4,267 | 3.74 |
| 34 | 110,201 | -3,771 | -3.31 |

| Plan: | 2013 Senate Ohio Co Split | | | Administrator: | |
|---|---|---|---|---|---|
| Type: | Senate Plan | | | User: | collins_s |
| **DISTRICT** | **POPULATION** | **DEVIATION** | **% DEVN.** | | |
| 35 | 110,619 | -3,353 | -2.94 | | |
| 36 | 111,016 | -2,956 | -2.59 | | |
| 37 | 116,892 | 2,920 | 2.56 | | |
| 38 | 119,275 | 5,303 | 4.65 | | |

| | |
|---|---|
| Total Population: | 4,330,924 |
| Ideal District Population: | 113,972 |
| **Summary Statistics** | |
| Population Range: | 108,297 to 119,275 |
| Ratio Range: | 1.10 |
| Absolute Range: | -5,675 to 5,303 |
| Absolute Overall Range: | 10,978.00 |
| Relative Range: | -4.98% to 4.65% |
| Relative Overall Range: | 9.63% |
| Absolute Mean Deviation: | 3,067.16 |
| Relative Mean Deviation: | 2.69% |
| Standard Deviation: | 3,574.05 |