Plan: 2013 Senate Ohio Co Split
Plan Type: Senate Plan

Administrator
User: collins_s

# Districts & Their Incumbents

Friday, May 17, 2013                                                                                                   3:58 PM

| District | Name | Party | Previous District |
|---|---|---|---|
| 1 | Humphries | R | 1 |
| 2 | Leeper | I | 2 |
| 3 | Westerfield | R | 3 |
| 4 | Ridley | D | 4 |
| 5 | Gibson | R | 5 |
| 6 | Rhoads | D | 6 |
| 7 | Carroll | D | 7 |
| 8 | Bowen | R | 8 |
| 9 | Givens | R | 9 |
| 10 | Parrett | D | 10 |
| 11 | Schickel | R | 11 |
| 12 | Kerr | R | 12 |
| 13 | Stein | D | 13 |
| 14 | Higdon | R | 14 |
| 15 | Girdler | R | 15 |
| 16 | Gregory | R | 16 |
| 17 | Thayer | R | 17 |
| 18 | Webb | D | 18 |
| 19 | McGarvey | D | 19 |
| 20 | Hornback | R | 20 |
| 21 | Robinson | R | 21 |
| 22 | Buford | R | 22 |
| 23 | McDaniel | R | 23 |
| 24 | Stine | R | 24 |
| 25 | Stivers | R | 25 |

Plan: 2013 Senate Consensus Administrator 1
Type: Senate Plan                             Used: collins_s

| District | Name | Party | Previous District |
|---|---|---|---|
| 26 | Harris | R | 26 |
| 27 | Blevins | D | 27 |
| 28 | Palmer | D | 28 |
| 29 | Turner | D | 29 |
| 30 | Smith | R | 30 |
| 31 | Jones | D | 31 |
| 32 | Wilson | R | 32 |
| 33 | Neal | D | 33 |
| 34 | Carpenter | R | 34 |
| 35 | Harper Angel | D | 35 |
| 36 | Denton | R | 36 |
| 37 | Clark | D | 37 |
| 38 | Seum | R | 38 |