Plan: 2013 Senate Ohio Co Split
Plan Type: Senate Plan

Administrator
User: collins_s

# Plan Components Report

Friday, May 17, 2013                                                                                     4:34 PM

|  | POPULATION |
|---|---:|
| **District 1** | |
| Calloway County | 37,191 |
| Fulton County | 6,813 |
| Graves County | 37,121 |
| Hickman County | 4,902 |
| Lyon County | 8,314 |
| Trigg County | 14,339 |
| **District 1 Subtotal** | **108,680** |
| **District 2** | |
| Ballard County | 8,249 |
| Carlisle County | 5,104 |
| Marshall County | 31,448 |
| McCracken County | 65,565 |
| **District 2 Subtotal** | **110,366** |
| **District 3** | |
| Christian County | 73,955 |
| Logan County | 26,835 |
| Todd County | 12,460 |
| **District 3 Subtotal** | **113,250** |
| **District 4** | |
| Caldwell County | 12,984 |
| Crittenden County | 9,315 |
| Henderson County | 46,250 |
| Livingston County | 9,519 |
| McLean County | 9,531 |
| Union County | 15,007 |
| Webster County | 13,621 |
| **District 4 Subtotal** | **116,227** |
| **District 5** | |
| Breckinridge County | 20,059 |
| Edmonson County | 12,161 |
| Grayson County | 25,746 |
| Hart County | 18,199 |

| Plan: | 2013 Senate Ohio Co Split | Administrator: | |
|---|---|---|---|
| Type: | Senate Plan | User: | collins_s |

**POPULATION**

| | | |
|---|---:|---|
| **District 5** (continued) | | |
| Meade County | 28,602 | |
| Ohio County (part) | 3,576 | |
| **District 5 Subtotal** | **108,343** | |
| **District 6** | | |
| Butler County | 12,690 | |
| Hopkins County | 46,920 | |
| Muhlenberg County | 31,499 | |
| Ohio County (part) | 17,188 | |
| **District 6 Subtotal** | **108,297** | |
| **District 7** | | |
| Fayette County (part) | 39,404 | |
| Franklin County | 49,285 | |
| Woodford County | 24,939 | |
| **District 7 Subtotal** | **113,628** | |
| **District 8** | | |
| Daviess County | 96,656 | |
| Hancock County | 8,565 | |
| Ohio County (part) | 3,078 | |
| **District 8 Subtotal** | **108,299** | |
| **District 9** | | |
| Allen County | 19,956 | |
| Barren County | 42,173 | |
| Green County | 11,258 | |
| Larue County | 14,193 | |
| Metcalfe County | 10,099 | |
| Simpson County | 17,327 | |
| **District 9 Subtotal** | **115,006** | |
| **District 10** | | |
| Hardin County | 105,543 | |
| Jefferson County (part) | 13,425 | |
| **District 10 Subtotal** | **118,968** | |
| **District 11** | | |
| Boone County | 118,811 | |
| **District 11 Subtotal** | **118,811** | |
| **District 12** | | |
| Fayette County (part) | 110,392 | |
| **District 12 Subtotal** | **110,392** | |
| **District 13** | | |
| Fayette County (part) | 110,761 | |
| **District 13 Subtotal** | **110,761** | |
| **District 14** | | |

| Plan: | 2013 Senate Ohio Co Split | Administrator: | |
|---|---|---|---|
| Type: | Senate Plan | User: | collins_s |

**POPULATION**

| | |
|---|---:|
| **District 14** (continued) | |
| Anderson County | 21,421 |
| Marion County | 19,820 |
| Mercer County | 21,331 |
| Nelson County | 43,437 |
| Washington County | 11,717 |
| **District 14 Subtotal** | **117,726** |
| **District 15** | |
| McCreary County | 16,647 |
| Pulaski County | 63,063 |
| Whitley County | 35,637 |
| **District 15 Subtotal** | **115,347** |
| **District 16** | |
| Adair County | 18,656 |
| Clinton County | 10,272 |
| Cumberland County | 6,856 |
| Monroe County | 10,963 |
| Russell County | 17,565 |
| Taylor County | 24,512 |
| Wayne County | 20,813 |
| **District 16 Subtotal** | **109,637** |
| **District 17** | |
| Carroll County | 10,811 |
| Fayette County (part) | 9,574 |
| Gallatin County | 8,589 |
| Henry County | 15,416 |
| Owen County | 10,841 |
| Scott County | 47,173 |
| Trimble County | 8,809 |
| **District 17 Subtotal** | **111,213** |
| **District 18** | |
| Boyd County | 47,991 |
| Carter County | 27,720 |
| Greenup County | 36,910 |
| **District 18 Subtotal** | **112,621** |
| **District 19** | |
| Jefferson County (part) | 119,154 |
| **District 19 Subtotal** | **119,154** |
| **District 20** | |
| Jefferson County (part) | 71,637 |

| Plan: | 2013 Senate Ohio Co Split | Administrator: | |
|---|---|---|---|
| Type: | Senate Plan | User: | collins_s |

**POPULATION**

| | | |
|---|---:|---|
| **District 20** (continued) | | |
| Shelby County | 42,074 | |
| **District 20 Subtotal** | **113,711** | |
| **District 21** | | |
| Casey County | 15,955 | |
| Laurel County | 58,849 | |
| Lincoln County | 24,742 | |
| Rockcastle County | 17,056 | |
| **District 21 Subtotal** | **116,602** | |
| **District 22** | | |
| Boyle County | 28,432 | |
| Fayette County (part) | 23,637 | |
| Garrard County | 16,912 | |
| Jessamine County | 48,586 | |
| **District 22 Subtotal** | **117,567** | |
| **District 23** | | |
| Kenton County (part) | 111,351 | |
| **District 23 Subtotal** | **111,351** | |
| **District 24** | | |
| Campbell County | 90,336 | |
| Kenton County (part) | 23,349 | |
| **District 24 Subtotal** | **113,685** | |
| **District 25** | | |
| Bell County | 28,691 | |
| Clay County | 20,111 | |
| Jackson County | 13,494 | |
| Knox County | 31,883 | |
| Lee County | 7,887 | |
| Leslie County | 11,310 | |
| Owsley County | 4,755 | |
| **District 25 Subtotal** | **118,131** | |
| **District 26** | | |
| Jefferson County (part) | 52,219 | |
| Oldham County | 60,316 | |
| **District 26 Subtotal** | **112,535** | |
| **District 27** | | |
| Bath County | 11,591 | |
| Bracken County | 8,488 | |
| Fleming County | 14,348 | |
| Kenton County (part) | 5,604 | |
| Lewis County | 13,870 | |

| Plan: | 2013 Senate Ohio Co Split | Administrator: | |
|---|---|---|---|
| Type: | Senate Plan | User: | collins_s |

**POPULATION**

| | |
|---|---:|
| **District 27** (continued) | |
| Mason County | 17,490 |
| Nicholas County | 7,135 |
| Pendleton County | 14,877 |
| Robertson County | 2,282 |
| Rowan County | 23,333 |
| **District 27 Subtotal** | **119,018** |
| **District 28** | |
| Bourbon County | 19,985 |
| Clark County | 35,613 |
| Grant County | 24,662 |
| Harrison County | 18,846 |
| Kenton County (part) | 19,416 |
| **District 28 Subtotal** | **118,522** |
| **District 29** | |
| Elliott County | 7,852 |
| Floyd County | 39,451 |
| Magoffin County | 13,333 |
| Menifee County | 6,306 |
| Montgomery County | 26,499 |
| Morgan County | 13,923 |
| Wolfe County | 7,355 |
| **District 29 Subtotal** | **114,719** |
| **District 30** | |
| Breathitt County | 13,878 |
| Harlan County | 29,278 |
| Knott County | 16,346 |
| Letcher County | 24,519 |
| Perry County | 28,712 |
| **District 30 Subtotal** | **112,733** |
| **District 31** | |
| Johnson County | 23,356 |
| Lawrence County | 15,860 |
| Martin County | 11,350 |
| Pike County | 65,024 |
| **District 31 Subtotal** | **115,590** |
| **District 32** | |
| Warren County | 113,792 |
| **District 32 Subtotal** | **113,792** |
| **District 33** | |

| Plan: | 2013 Senate Ohio Co Split | Administrator: | |
|---|---|---|---|
| Type: | Senate Plan | User: | collins_s |

**POPULATION**

| | |
|---|---:|
| **District 33** (continued) | |
| Jefferson County (part) | 118,239 |
| **District 33 Subtotal** | **118,239** |
| **District 34** | |
| Estill County | 14,672 |
| Madison County | 82,916 |
| Powell County | 12,613 |
| **District 34 Subtotal** | **110,201** |
| **District 35** | |
| Jefferson County (part) | 110,619 |
| **District 35 Subtotal** | **110,619** |
| **District 36** | |
| Jefferson County (part) | 111,016 |
| **District 36 Subtotal** | **111,016** |
| **District 37** | |
| Jefferson County (part) | 116,892 |
| **District 37 Subtotal** | **116,892** |
| **District 38** | |
| Bullitt County | 74,319 |
| Jefferson County (part) | 27,895 |
| Spencer County | 17,061 |
| **District 38 Subtotal** | **119,275** |
| **State totals** | **4,330,924** |