## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION – CIVIL
## UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| **KENNY BROWN** | : | **ELECTRONICALLY FILED** |
| **AND** | : | **CASE NO. 2:13-cv-00068** |
| **STEVE ARLINGHAUS** | : | |
| **AND** | : | |
| **PHYLLIS SPARKS** | : | |
| **AND** | : | |
| **CATHY FLAIG** | : | |
| **AND** | : | |
| **BRETT GASPARD** | : | |
| **AND** | : | |
| **TERRY DONOGHUE** | : | |

| | |
|---|---|
| **AND** | : |
| **LAWRENCE ROBINSON** | : |
| **AND** | : |
| **KENNETH MOELLMAN** | : |
| **AND** | : |
| **GARTH KUHNHEIN** | : |
| **AND** | : |
| **TIMOTHY J. JONES** | : |
| **AND** | : |
| **BRANDON VOELKER** | : |
| **AND** | : |
| **GARRY MOORE, individually** | : |

|  |  |
|---|---|
| **Plaintiffs** | : |
| **V.** | : |
|  | : |
| **COMMONWEALTH OF KENTUCKY,** | : |
| **AND** | : |
| **STEVE BESHEAR, GOVERNOR OF THE COMMONWEALTH OF KENTUCKY** | : |
| **AND** | : |
| **ALLISON LUNDERGAN GRIMES SECRETARY OF STATE OF THE COMMONWEALTH OF KENTUCKY** | : |
| **AND** | : |
| **GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES (and the Kentucky House of Representatives)** | : |

3

| | |
|---|---|
| AND | : |
| | |
| **ROBERT STIVERS, PRESIDENT OF** | : |
| **THE KENTUCKY STATE SENATE** | |
| (and the Kentucky Senate) | : |
| | |
| AND | : |
| | |
| **THE KENTUCKY STATE BOARD OF** | : |
| **ELECTIONS** | |
| | |
| AND | : |
| | |
| **KENTUCKY LEGISLATIVE** | : |
| **RESEARCH COMMISSION** | |
| | |
| AND | : |
| | |
| **JACK CONWAY, KENTUCKY** | : |
| **ATTORNEY GENERAL** | |
| | |
| **Defendants** | : |

# **DEFENDANT SENATE PRESIDENT ROBERT STIVERS' AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Comes now the Defendant, Robert Stivers (hereinafter, "Movant"), in his official capacity as President of the Kentucky Senate, by counsel, and moves the Court for an extension of time to respond to this action. As grounds for this motion, Movant states the following:

The Plaintiffs served Movant by serving the Complaint upon the Kentucky Attorney General. The Kentucky Attorney General was served the Complaint on April 29, 2013. Thus, the current deadline for filing a response thereto is May 20, 2013. The extension sought by Movant would set a new deadline of June 10, 2013 to file an answer or otherwise respond.

Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(b) allow a Court to extend the time in which an action must be completed when good cause is shown. There are compelling reasons in the instant matter for this Court to grant an extension of time in which to respond to the Complaint.

Plaintiffs' counsel has been contacted and has agreed to permit Movant and other official Defendants until June 10, 2013 to file answers or otherwise respond.

This complex action was filed on April 26, 2013. In this action, twelve individual Plaintiffs allege federal and state constitutional violations relating to legislative redistricting, and the President of the Senate, the Speaker of the House of Representatives, and the Legislative Research Commission (hereinafter, "LRC"), are named as parties. This action asks this Court to intervene in the ongoing legislative redistricting process. These are complicated issues that will impact the institutional interests of Movant, and other legislative parties, collectively and singularly.

The LRC is a 16-member panel that consists of the Democratic and Republican leaders from the House of Representatives and the Senate. The LRC is a non-partisan organization that represents both the Senate and the House of Representatives. By the very nature of how the LRC is structured and operates, the Republican and Democratic members of the Senate and the House of Representatives must reach agreement before the LRC can act on behalf of the Senate and House of Representatives.

Movant originally understood there to be agreement on a plan for the Senate and the House of Representatives to jointly respond to this action represented by LRC. However, Movant learned on Friday, May 17, 2013 that there was in fact not agreement between the Senate and the House of Representatives. Accordingly, legislative leaders have now decided that they will respond separately because of the possibility that the interests of each chamber may differ. Therefore, the LRC cannot presently respond to this action on behalf of the Senate and the House of Representatives and an extension of time is needed for Movant to separately respond to this action.

Further, on May 10, 2013, a Complaint, similar to the one in this action, was filed in the United States District Court for the Eastern District of Kentucky, Central Division at Frankfort. See *Martin Herbert, et. al., v. Kentucky State Board of Elections*, *et al.*, (Civil Action 3:13-cv-00025), (attached hereto). This new action presents similarly complex issues of law that will impact the legislative process of redistricting. The lawsuit alleges substantially the same issues that are addressed in this action and similarly seeks a judgment that state legislative districts are unconstitutional and that new state legislative redistricting plans be implemented. It also seeks, *inter alia*, a declaratory judgment that the current state legislative districts are unconstitutional

6

and for the Court to commence proceedings to adopt and implement new state legislative redistricting plans.

While neither Movant nor the LRC is named in that action, the disposition of the issues in that action will unavoidably affect both Movant and the LRC and certainly will affect the case at bar. As such, Movant and the LRC must now not only assess and respond to this action, but assess and potentially respond to two separate actions by two different sets of Plaintiffs in two different divisions of the United States District Court for the Eastern District of Kentucky that raise substantially the same issues and affect substantially the same parties. In order to promote judicial economy and preclude the possibility of differing results in separate actions in the same District, Movant anticipates the possible consolidation of these actions into one division of the Eastern District of Kentucky, pursuant to 28 U.S.C. § 1404(a).

Consequently, an extension of time is needed to competently and adequately prepare a response to the above-styled action. This motion is not brought in bad faith, nor is it sought to delay or otherwise prejudice the adverse parties.

WHEREFORE, Movant requests that the Court grant an extension of time until June 10, 2013, to respond to this action.

Respectfully Submitted,

/s/ Jessica A. Burke_____

Jessica A. Burke
Deputy General Counsel
Kentucky State Senate
Office of the President
Room 265 Capitol Annex
Frankfort, Kentucky 40601
(502) 564-3120
jessica.burke@lrc.ky.gov

CERTIFICATE of SERVICE

  I hereby certify that on May 20, 2013, a copy of the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

           /s/ Jessica A. Burke

           Jessica A. Burke
           Deputy General Counsel
           Kentucky State Senate
           Office of the President
           Room 265 Capitol Annex
           Frankfort, Kentucky 40601
           (502) 564-3120
           jessica.burke@lrc.ky.gov