Case: 2:13-cv-00068-WOB-GFVT-DJB   Doc #: 1   Filed: 05/10/13   Page: 1 of 36 -
Page ID#: 505
Case: 3:13-cv-00025-GFVT   Doc #: 1   Filed: 05/20/13   Page: 1 of 33 - Page ID#: 36 -

UNITED STATES DISTRICT COURT
EASTER DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

MARTIN HERBERT, GERI HERBERT,
TEENA HALBIG, DONALD L. ALLEWALT,
JR. and LINDA ALLEWALT,

                         Plaintiffs,

v.

KENTUCKY STATE BOARD OF
ELECTIONS, ALLISON L. GRIMES, in her
official capacities as Secretary of State and
Chair, Kentucky State Board of Elections,
DAVID CROSS, in his official capacity as
Board Member, Kentucky State Board of
Elections, JOHN W. HAMPTON, in his official
capacity as Board Member, Kentucky State
Board of Elections, STEPHEN HUFFMAN, in
his official capacity as Board Member,
Kentucky State Board of Elections, DENISE
MAY, in her official capacity as Board
Member, Kentucky State Board of Elections,
GEORGE RUSSELL, in his official capacity as
Board Member, Kentucky State Board of
Elections, ROY SIZEMORE, in his official
capacity as Board Member, Kentucky State
Board of Elections, and MARYELLEN
ALLEN, in her official capacity as Executive
Director, Kentucky State Board of Elections.

                         Defendants.

Case No. _____

**Electronically Filed**

Three Judge Panel Requested
Pursuant to 28 U.S.C. § 2284

## VERIFIED COMPLAINT

### Preliminary Statement

    1.     This action is brought pursuant to 42 U.S.C. § 1983 to enforce Plaintiffs' rights

secured by the Fourteenth Amendment of the United States Constitution. Plaintiffs assert that

Kentucky's current House and Senate legislative district maps — that were enacted in 2002 and

adopted pursuant to K.R.S. §§ 5.010, *et seq.* — are unconstitutionally malapportioned on the basis of population in violation of the Fourteenth Amendment's "one person, one vote" principle. Plaintiffs seek a declaratory judgment that the current House and Senate legislative districts violate the Fourteenth Amendment, and they also seek permanent injunctive relief barring Defendants, in their official capacities, from taking any action pursuant to KRS Chapter 118 or related provisions to certify any candidate as a nominee for office in the General Assembly, or to conduct any election for office in the General Assembly, using the existing House and Senate districts. Plaintiffs further seek fair legislative district maps, drawn or adopted by the Court, that comply with the United States Constitution.

### Jurisdiction and Venue

2.     This Court has original jurisdiction over this case under 28 U.S.C. §§ 1331, 1343(a)(3) and (4), which provide for original district court jurisdiction over cases presenting federal questions and seeking to redress the deprivation of federally protected rights, including the right to vote.

3.     Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

4.     Venue is proper pursuant to 28 U.S.C. § 1391(b), because all parties reside in Kentucky, the Defendants (in their official capacities) reside in Franklin County, and a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Eastern District of Kentucky.

5.     Plaintiffs request a three-judge panel to adjudicate this action pursuant to 28 U.S.C. § 2284(a).

### The Parties

6.     Plaintiff Martin B. Herbert is a Kentucky citizen residing in Boone County, Kentucky. He is a registered Kentucky voter whose residence is located within the 60th District of the Kentucky House of Representatives and the 11th District of the Kentucky Senate. Plaintiff M. Herbert voted in the 2012 primary and general elections, and he will do so again in the 2014 primary and general elections.

7.  Plaintiff Geri M. Herbert is a Kentucky citizen residing in Boone County, Kentucky. She is a registered Kentucky voter whose residence is located within the 60th District of the Kentucky House of Representatives and the 11th District of the Kentucky Senate. Plaintiff G. Herbert voted in the 2012 primary and general elections, and she will do so again in the 2014 primary and general elections.

8.  Plaintiff Teena Halbig is a Kentucky citizen residing in Jefferson County, Kentucky. She is a registered Kentucky voter whose residence is located within the 29th District of the Kentucky House of Representatives and the 36th District of the Kentucky Senate. Plaintiff Halbig voted in the 2012 primary and general elections, and she will do so again in the 2014 primary and general elections.

9.  Plaintiff Donald L. Allewalt, Jr. is a Kentucky citizen residing in Shelby County, Kentucky. He is a registered Kentucky voter whose residence is located within the 58th District of the Kentucky House of Representatives and the 20th District of the Kentucky Senate. Plaintiff D. Allewalt voted in the 2012 primary and general elections, and he will do so again in the 2014 primary and general elections.

10.  Plaintiff Linda J. Allewalt is a Kentucky citizen residing in Shelby County, Kentucky. She is a registered Kentucky voter whose residence is located within the 58th District of the Kentucky House of Representatives and the 20th District of the Kentucky Senate. Plaintiff L. Allewalt voted in the 2012 primary and general elections, and she will do so again in the 2014 primary and general elections.

11.  Defendant Kentucky State Board of Elections (the "Board") is an independent governmental agency of the Commonwealth of Kentucky responsible for administering the state's election laws. The Board's duties include, *inter alia*, supervising the registration and purgation of voters and certifying the results of elections for office in the Kentucky House of Representatives and Kentucky Senate. K.R.S. § 117.015, *et seq.*

12.  Defendant Allison Lundergan Grimes, in her official capacity, is Secretary of State and Chief Election Official for the Commonwealth. In that capacity, Defendant Grimes is

Case: 2:13-cv-00068-WOB-GFVT Doc #: 1 Filed: 05/20/13 Page: 5 of 36 -
Case: 13-cv-000025-GF-VT Doc #: 1 Filed: 05/10/13 Page: ID #: 6 of 36 -
Page ID#: 508

responsible for, *inter alia*, certifying the name, party affiliation, and ballot position of all candidates seeking election to the Kentucky House of Representatives and Senate. K.R.S. §§ 118.215, 118.225. Defendant Grimes' official capacity duties also include serving as Chair of the Kentucky State Board of Elections. In that capacity, Defendant Grimes is a voting member of the State Board of Elections and presides over its meetings. KRS § 117.015(2).

13.     Defendant David Cross, in his official capacity, is a voting Board member of the Kentucky State Board of Elections.

14.     Defendant John W. Hampton, in his official capacity, is a voting Board member of the Kentucky State Board of Elections.

15.     Defendant Stephen Huffman, in his official capacity, is a voting Board member of the Kentucky State Board of Elections.

16.     Defendant Denise May, in her official capacity, is a voting Board member of the Kentucky State Board of Elections.

17.     Defendant George Russell, in his official capacity, is a voting Board member of the Kentucky State Board of Elections.

18.     Defendant Roy Sizemore, in his official capacity, is a voting Board member of the Kentucky State Board of Elections.

19.     Defendant Maryellen Allen, in her official capacity, is Executive Director of the Kentucky State Board of Elections. In that capacity, Defendant Allen is the chief administrative officer for the Board responsible for, *inter alia*, overseeing the staff employed by the Board, managing the Board's day to day operations, and ensuring that the Board's directives and legal obligations regarding the administration of elections are carried out. K.R.S. § 117.025.

**Facts**

20.     At all relevant times, the Defendants acted under color of state law.

21.     The Kentucky House of Representatives consists of one hundred members, each elected from one of Kentucky's one hundred House districts. K.R.S. §§ 5.200, *et seq*.

22.     The Kentucky Senate consists of thirty-eight members, each elected from one of

Kentucky's thirty-eight Senate districts. K.R.S. §§ 5.100, *et seq.*

23.     Following the 2010 Census, the Kentucky General Assembly enacted new legislative districts due to population changes throughout the state. However, both the House and Senate redistricting plans were successfully challenged in Kentucky state court as contrary to the Kentucky Constitution, and that ruling was affirmed by the Kentucky Supreme Court in *Legislative Research Com'n v. Fischer*, 366 S.W.3d 905 (Ky. 2012).

24.     Since the *Fischer* decision, the Kentucky General Assembly has failed to enact new legislative districts that are based upon the population data released by the U.S. Census Bureau in 2010.

25.     Kentucky's current House and Senate districts therefore remain governed by the legislative districts enacted in 2002 that are based upon the U.S. Census Bureau's 2000 census data. *See* K.R.S. § 5.010(2)(c).

26.     Based upon the 2010 Census data, Kentucky has undergone significant population changes since 2000. Specifically, Kentucky's population increased 7.4% during that time — an increase of almost 298,000 more people.

27.     Due to this statewide population increase from 2000 to 2010, the "ideal" district population for Kentucky's House of Representatives districts increased to 43,394. And the ideal district population for each Kentucky Senate district increased to 114,194.

28.     But because Kentucky's population increases were not uniform throughout its legislative districts, the current House and Senate districts are unlawfully malapportioned in violation of the United States Constitution, in that they fail to conform to the one person, one vote standards set forth under the Fourteenth Amendment's Equal Protection clause.

29.     For example, the population deviation between the least and most populous House districts exceeds 74%. And the population deviation between the least and most populous Senate districts exceeds 45%.

30.     Of the current legislative districts for Kentucky's House of Representatives, House District 60 has had the largest increase in population since the 2000 Census. As a result,

House District 60 now exceeds the ideal House district size, as determined by the 2010 Census data, by more than 42%.

31.     Of the current legislative district for the Kentucky Senate, Senate District 11 has had the largest increase in population since the 2000 Census. As a result, Senate District 11 now exceeds the ideal Senate district size, as determined by the 2010 Census data, by more than 20%.

32.     In addition to House District 60 and Senate District 11, other House and Senate districts are also impermissibly overpopulated in violation of the Fourteenth Amendment. House Districts 29 and 58 exceed the ideal district size for House districts by more than 34% and 28%, respectively. Moreover, Senate District 20 exceeds the ideal district size for Senate districts by more than 16%, and Senate District 36 exceeds it by more than 10%.

33.     Despite the unlawful disparity amongst the population sizes of Kentucky's legislative districts, Defendants conducted both the 2012 primaries and general elections utilizing these malapportioned districts.

34.     Following the 2012 elections, the Kentucky General Assembly convened for its 2013 Regular Session. During that Session, the General Assembly failed to enact new legislative districts based upon the 2010 Census data.

35.     Elections for Kentucky House of Representatives and Kentucky Senate are scheduled for November 4, 2014. Primaries to select candidates from the two major political parties are scheduled for May 20, 2014.

36.     Plaintiffs all reside in legislative districts for Kentucky's House of Representatives or Senate that are malapportioned on the basis of population. Because the population growth in the districts in which Plaintiffs reside has substantially exceeded the population growth in other Kentucky districts over the last decade, the power of Plaintiffs' votes are unconstitutionally diluted under the existing plans. Plaintiffs are thus impermissibly underrepresented in the Kentucky House of Representatives and/or Kentucky Senate and, as a result, are suffering irreparable injury for which there is no adequate remedy at law.

Case: 3:13-cv-00068-WOB-GFVT-DJB Doc #: 1 Filed: 05/20/13 Page: 7 of 36 -
Case: 3:13-cv-00025-GFVT Doc #: 1 Filed: 05/10/13 Page: 7 of 33 - Page ID#: 36 -
Page ID#: 511

## CLAIMS FOR RELIEF

### First Cause of Action (All Plaintiffs)
### Fourteenth Amendment

37.    Further use by Defendants of the existing state legislative districts for the Kentucky House of Representatives and Kentucky Senate would violate rights guaranteed to Plaintiffs by the Fourteenth Amendment of the United States Constitution.

**WHEREFORE**, Plaintiffs request that this Court:

38.    Enter a declaratory judgment finding that further use by Defendants of Kentucky's current House and Senate legislative districts violates Plaintiffs' rights guaranteed by the Fourteenth Amendment;

39.    Enter a permanent injunction prohibiting any further use of the existing state legislative districts by Defendants in Kentucky elections;

40.    Commence proceedings to adopt and implement new state legislative redistricting plans that comply with the Fourteenth Amendment's "one person, one vote" principle in advance of the 2014 elections and any specially-held elections in 2013;

41.    Award plaintiffs their costs, including reasonable attorney fees, pursuant to 42 U.S.C. §§ 1988 and 1973*l*(e); and

42.    Grant any additional relief to which Plaintiffs may be entitled.

Respectfully Submitted,

s/ William Sharp
William E. Sharp
ACLU OF KENTUCKY
315 Guthrie Street
Suite 300
Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

Ben Carter
BEN CARTER LAW PLLC
455 South Fourth Street, Suite 902
Louisville, KY 40202
(502) 509-3231
ben@bencarterlaw.com
ACLU of Kentucky Cooperating Attorney

Laughlin McDonald*
ACLU Voting Rights Project
230 Peachtree Street, NW
Suite 1440
Atlanta, GA 30303
(404) 523-2721

*Counsel for Plaintiffs*

\* Motion pursuant to LR 83.2 seeking admission *pro hac vice* submitted simultaneously with Complaint

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalties of

perjury:

I verify that I have read the complaint in this case and that the facts alleged in it are true,

to the best of my knowledge, information and belief.

_____
Martin Herbert

_____5/10/13_____
Date

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalties of

perjury:

I verify that I have read the complaint in this case and that the facts alleged in it are true,

to the best of my knowledge, information and belief.

Geri Herbert

5/10/13
Date

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalties of

perjury:

I verify that I have read the complaint in this case and that the facts alleged in it are true,

to the best of my knowledge, information and belief.

_Teena Halbig_
Teena Halbig

_5-10-13_
Date

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalties of

perjury:

I verify that I have read the complaint in this case and that the facts alleged in it are true,

to the best of my knowledge, information and belief.

_Donald L. Allewalt Jr._
Donald L. Allewalt, Jr.

_5-9-13_
Date

Case: 2:13-cv-00060-WOB-GFVT-DJB   Doc #: 1   Filed: 05/10/13   Page: 13 of 36 -
Case: 3:13-cv-00025-GFVT   Doc #: 1   Filed: 05/20/13   Page: 13 of 13 - Page ID#: 136
Page ID#: 517

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I make the following declaration under penalties of

perjury:

I verify that I have read the complaint in this case and that the facts alleged in it are true,

to the best of my knowledge, information and belief.


_Linda Allewalt_
Linda Allewalt


_5/9/13_
Date

Case: 2:13-cv-00068-WOB-GFVT-DJB 1-1 Doc #: 185/10/Es Filed: 05/20/13 2 - Page: 14 of 26
Case: 3:13-cv-00025-GFVT Doc JB 1-1 Doc #: 1-1 Filed: 05/10/13 Page: 1 of 2 - Page ID#: 14
Page ID#: 518

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Martin Herbert, Geri Herbert, Teena Halbig, Donald L. Allewalt, Jr., and Linda Allewalt

**DEFENDANTS**
Ky. State Board of Elections, Allison L. Grimes, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, Roy Sizemore, Maryellen Allen

**(b)** County of Residence of First Listed Plaintiff   **Boone**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Franklin**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William E. Sharp, ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202   (502) 581-9746

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☒ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. 1983
Brief description of cause:
Fourteenth Amendment challenge to Kentucky House and Senate legislative districts

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *INJUNCTIVE RELIEF*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*

JUDGE  William O. Bertelsman   DOCKET NUMBER  2:13cv00068

DATE
05/10/2013

SIGNATURE OF ATTORNEY OF RECORD
/s William E. Sharp

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

JS 44 Reverse (Rev. 12/12)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
   United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**   **Origin.** Place an "X" in one of the six boxes.
   Original Proceedings. (1) Cases which originate in the United States district courts.
   Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
   Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
   Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
   Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Case: 2:13-cv-00068-WOB-GFVT-DJB - Doc #: 18-1 - Filed: 05/20/13 - Page: 16 of 36 -
Case: 3:13-cv-00025-GFVT - Doc #: 1-2 - Filed: 05/10/13 - Page: 1 of 1 - Page ID#: 18 -
Page ID#: 520

...

# U.S. District Court Eastern District of Kentucky

# *Civil*
# *Case Assignment*

Case number **3:13-CV-25**

Assigned : Judge Gregory Van Tatenhove
Judge Code : 4316

Assigned on 05/10/2013

Request New Judge  .....

Case: 2:13-cv-00068-WOB-GFVT-DJB-1-3 Doc #: 16-1 Filed: 05/20/13 Page: 17 of 36
Case: 3:13-cv-00025-GFVT Doc #: 1-3 Filed: 05/10/13 Page: 2 of 20 - Page ID#: 36 -
Page ID#: 521

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No. |
| KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ky. State Board of Elections
c/o Maryellen Allen, Executive Director
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| William E. Sharp | Ben Carter | Laughlin McDonald |
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

Case: 2:13-cv-00068-WOB-GFVT-DJB-1-3 Doc #: 16-1 Filed: 05/29/13 Page: 18 of 36
Case: 3:13-cv-00025-GFVT Doc #: 1-3 Filed: 05/10/13 Page: 2 of 20 - Page ID#: 16 -
Page ID#: 522

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___ Ky. State Bd. of Elections, c/o Maryellen Allen, Exec. Dir. ___

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* ___ CERTIFIED MAIL ___


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___ 0.00 ___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

## Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. |
| KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ky. State Board of Elections
c/o Jack Conway, Attorney General
Office of the Attorney General
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                      *Signature of Clerk or Deputy Clerk*

Case: 2:13-cv-00068-WOB-GFVT-DJB Doc #: 16-1 Filed: 05/20/13 Page: 20 of 36
Case: 3:13-cv-00025-GFVT Doc #: 1-3 Filed: 05/10/13 Page: 4 of 20 - Page ID#: 26 -
Page ID#: 524

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ky. State Bd. of Elections, c/o Jack Conway, Atty. General

was received by me on *(date)*  _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

## Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT <br><br>*Plaintiff(s)* <br><br>v. <br><br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN <br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Allison L. Grimes, in her official capacity as Secretary of State
Office of the Secretary of State
700 Capitol Avenue
Suite 152
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                  *Signature of Clerk or Deputy Clerk*

Case: 2:13-cv-00068-WOB-GFVT-DJB-1-3 Doc #: 18-1 Filed: 05/20/13 Page: 22 of 36
Case: 3:13-cv-00025-GFVT Doc #: 5 Filed: 05/10/13 Page: 26 of 20 Page ID#: 22 -
Page ID#: 526

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Allison L. Grimes, in her official capacity as Secy. of State
was received by me on *(date)*                              .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

Case: 2:13-cv-00068-WOB-GFVT-DJB-1-3 Doc #: 16-1 Filed: 05/29/13 Page: 23 of 26 -
Case: 3:13-cv-00025-GFVT Doc #: 1-3 Filed: 05/10/13 Page: 7 of 20 - Page ID #: 25 -
Page ID#: 527

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

## Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Cross, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Case: 2:13-cv-00068-WOB-GFVT-DJB-1-3 Doc #: 105-1 Filed: 05/20/13 Page: 24 of 36 -
Case: 3:13-cv-00025-GFVT Doc #: 1-3 Filed: 05/10/13 Page: 29 of 30 - Page ID #: 29
Page ID#: 528

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  David Cross, in his official capacity as Bd. Member, KSBE
was received by me on *(date)*                         .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Central Division at Frankfort

MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT

*Plaintiff(s)*

v.

KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John W. Hampton, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Hampton, in his official capacity as Bd. Member, KSBE

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

## Central Division at Frankfort

|  |  |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) |
| KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen Huffman, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 |  |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Stephen Huffman, in his official capacity as Bd. Mem., KSBE

was received by me on *(date)*                                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

## Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br><br>v.<br><br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Denise May, in her official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Denise May, in her official capacity as Bd. Member, KSBE

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   CERTIFIED MAIL

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

Case 2:13-cv-00068-WOB-GFVT-DJB-3 Doc #: 18/10/15 Filed: 05/20/13 Page 31 of 36
Case 3:13-cv-00025-GFVT-EBA Doc #: 1-3 Filed: 05/10/13 Page: 10 of 20 Page ID#: 31 -
Page ID#: 535

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Central Division at Frankfort

MARTIN HERBERT, GERI HERBERT, TEENA
HALBIG, DONALD L. ALLEWALT, JR. and LINDA
ALLEWALT

*Plaintiff(s)*

v.

KY. STATE BOARD OF ELECTIONS, ALLISON L.
GRIMES, DAVID CROSS, JOHN W. HAMPTON,
STEPHEN HUFFMAN, DENISE MAY, GEORGE
RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  George Russell, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Russell, in his official capacity as Bd. Mem., KSBE

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

Central Division at Frankfort

|  |  |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT<br><br>*Plaintiff(s)*<br><br>v.<br><br>KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Roy Sizemore, in his official capacity as Board Member
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Case 2:13-cv-00068-WOB-GFVT-DJB-3 Doc #: 18/10/13 Filed: 05/20/13 Page: 34 of 36
Case 3:13-cv-00025-GFVT Doc #: 3 Filed: 05/10/13 Page: 19 of 20 - Page ID#: 34
Page ID#: 538

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roy Sizemore, in his official capacity as Bd. Mem., KSBE

was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc:

Case 3:13-cv-00068-WOB-CFYT-DJB Doc #: 18/10/15 Filed: 05/20/13 Page 35 of 36
Case 3:13-cv-00025-GFVT Doc #: 1-3 Filed: 05/10/13 Page 19 of 20 Page ID#: 36 -
Page ID#: 539

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

## Central Division at Frankfort

| | |
|---|---|
| MARTIN HERBERT, GERI HERBERT, TEENA HALBIG, DONALD L. ALLEWALT, JR. and LINDA ALLEWALT | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) |
| KY. STATE BOARD OF ELECTIONS, ALLISON L. GRIMES, DAVID CROSS, JOHN W. HAMPTON, STEPHEN HUFFMAN, DENISE MAY, GEORGE RUSSELL, ROY SIZEMORE, MARYELLEN ALLEN | ) ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Maryellen Allen, in her official capacity as Executive Dir.
Kentucky State Board of Elections
140 Walnut Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| William E. Sharp | Ben Carter | Laughlin McDonald |
|---|---|---|
| ACLU of Kentucky | Ben Carter Law | ACLU Voting Rights Project |
| 315 Guthrie St. | 455 South Fourth St. | 230 Peachtree St., NW |
| Suite 300 | Suite 902 | Atlanta, GA 30303 |
| Louisville, KY 40202 | Louisville, KY 40202 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Maryellen Allen, in her official capacity as Exec. Dir., KSBE</u>
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  CERTIFIED MAIL


My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

William E. Sharp, Staff Attorney
*Printed name and title*

ACLU of Kentucky
315 Guthrie St., Suite 300
Louisville, KY 40202
*Server's address*

Additional information regarding attempted service, etc: