IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| **KENNY BROWN** | : | **ELECTRONICALLY FILED** |
| AND | : | **CASE NO. 2:13-cv-00068** |
| **STEVE ARLINGHAUS** | : | |
| AND | : | |
| **PHYLLIS SPARKS** | : | |
| AND | : | |
| **CATHY FLAIG** | : | |
| AND | : | |
| **BRETT GASPARD** | : | |
| AND | : | |
| **TERRY DONOGHUE** | : | |
| AND | : | |
| **LAWRENCE ROBINSON** | : | |
| AND | : | |
| **KENNETH MOELLMAN** | : | |
| AND | : | |
| **GARTH KUHNHEIN** | : | |
| AND | : | |
| **TIMOTHY J. JONES** | : | |
| AND | : | |
| **BRANDON VOELKER** | : | |

1

| | |
|---|---|
| **AND** | : |
| **GARRY MOORE, individually** | : |
| Plaintiffs | : |
| **V.** | : |
| | : |
| **COMMONWEALTH OF KENTUCKY,** | : |
| | : |
| **AND** | : |
| **STEVE BESHEAR, GOVERNOR OF THE COMMONWEALTH OF KENTUCKY** | : |
| **AND** | : |
| **ALLISON LUNDERGAN GRIMES SECRETARY OF STATE OF THE COMMONWEALTH OF KENTUCKY** | : |
| **AND** | : |
| **GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES (and the Kentucky House of Representatives)** | : |
| **AND** | : |
| **ROBERT STIVERS, PRESIDENT OF THE KENTUCKY STATE SENATE (and the Kentucky Senate)** | : |
| **AND** | : |
| **THE KENTUCKY STATE BOARD OF ELECTIONS** | : |
| **AND** | : |
| **KENTUCKY LEGISLATIVE RESEARCH COMMISSION** | : |

| | |
|---|---|
| **AND** | : |
| **JACK CONWAY, KENTUCKY ATTORNEY GENERAL** | : |
| **Defendants** | : |

## ORDER GRANTING DEFENDANT ROBERT STIVERS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Robert Stivers, in his official capacity as President of the Kentucky Senate, submitted a Motion for Extension of Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint. Plaintiffs do not object to the motion.

Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(b) allow a Court to extend the time in which an action must be completed when good cause is shown. There are compelling reasons in the instant matter for this Court to grant an extension of time in which to respond to the Complaint.

IT IS THEREFORE ORDERED THAT Defendant's Motion for Extension of Time to File an Answer or Otherwise Respond to Plaintiffs' Complaint is GRANTED and Defendant shall file an answer or otherwise respond to this action by JUNE 10, 2013.

This 20th day of May, 2013.