UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| Kenny Brown, et al. ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:13 CV 00068 (WOB) |
| v. ) | |
| ) | *Electronically filed* |
| Commonwealth of Kentucky, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

Comes counsel for Defendants, Commonwealth of Kentucky and Jack Conway, Kentucky Attorney General, and counsel for Plaintiffs, and requests that the stated Defendants be provided until June 10, 2013, to answer Plaintiffs' complaint or respond by motion. Counsel for the stated Defendants has consulted with Chris Wiest, counsel for Plaintiffs, who has authorized the undersigned to submit this agreed motion on behalf of both parties.

Submitted this 20th day of May, 2013.

Respectfully Submitted,
Jack Conway, Attorney General

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General
Office of the Attorney General
700 Capital Ave. Suite 118
Frankfort, KY  40601
502-696-5300

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on May 20, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

>Jack Conway,
>Attorney General
>
>/s/ Clay A. Barkley
>**Clay A. Barkley**
>Assistant Attorney General
>700 Capital Ave.  Suite 118
>Frankfort, KY  40601
>502-696-5300