UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| Kenny Brown, et al. ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:13 CV 00068 (WOB) |
| v. ) | |
| ) | *Electronically filed* |
| Commonwealth of Kentucky, et al. ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER FOR EXTENSION OF TIME

Comes counsel for Defendants, Commonwealth of Kentucky and Jack Conway, Kentucky Attorney General, and counsel for Plaintiffs, stating that these parties have by agreement extended the time until June 10, 2013, for the stated Defendants to answer the Plaintiffs' complaint. Counsel for the stated Defendants has consulted with Chris Wiest, counsel for Plaintiffs, who has authorized the undersigned to submit this agreed order on behalf of both parties.

Submitted this 20th day of May, 2013.

1

Agreed:

/s/ Chris Wiest (with permission)  
**Christopher David Wiest**  
25 Town Center Blvd  
Crestview Hills, KY 41017  
859-486-6850  
Fax: 859-495-0803  
Email: chriswiestlaw@yahoo.com  

COUNSEL FOR PLAINTIFFS

/s/ Clay A. Barkley  
**Clay A. Barkley**  
Assistant Attorney General  
Office of the Attorney General  
700 Capital Ave. Suite 118  
Frankfort, KY 40601  
502-696-5300  

COUNSEL FOR DEFENDANTS