UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 13-68-WOB-JGW

**KENNY BROWN, et al.**                                                              **PLAINTIFFS**

**V.**

**COMMONWEALTH OF KENTUCKY, et al.**                             **DEFENDANTS**

### ORDER

Pending is an unopposed motion for extension of time to permit defendants the Commonwealth of Kentucky and Jack Conway, Kentucky Attorney General, to have until June 10, 2013 to answer or otherwise respond to plaintiffs' complaint. Doc. 20. Given the parties' agreement and the short duration of the requested extension, the Court will grant the motion.

**IT IS ORDERED**:

1. The motion for extension of time [Doc. 20] is **granted as unopposed**; and

2. Defendants the Commonwealth of Kentucky and Jack Conway, Attorney General of Kentucky, shall answer or otherwise respond to plaintiffs' complaint by June 10, 2013.

This 21st day of May, 2013.

Signed By:
J. Gregory Wehrman
United States Magistrate Judge

G:\Larry\scheduling Starting April 2011\13-68, brown, grant m ext time answer.wpd