**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**
**CIVIL ACTION NO. 13-68-WOB-JGW**

**KENNY BROWN, et al.**                               **PLAINTIFFS**

**V.**

**COMMONWEALTH OF KENTUCKY, et al.**        **DEFENDANTS**

**ORDER**

Pending is an unopposed motion for extension of time to permit defendant Robert Stivers to have until June 10, 2013 to answer or otherwise respond to plaintiffs' complaint. Doc. 18. Given the parties' agreement and the short duration of the requested extension, the Court will grant the motion.

**IT IS ORDERED**:

1. The motion for extension of time [Doc. 18] is **granted as unopposed**; and

2. Defendant Robert Stivers shall answer or otherwise respond to plaintiffs' complaint by June 10, 2013.

This 22nd day of May, 2013.



Signed By:
J. Gregory Wehrman
United States Magistrate Judge

G:\Larry\scheduling Starting April 2011\13-68, brown, grant Stivers m ext time answer.wpd