UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | ELECTRONICALLY FILED |
| **Plaintiffs** | : | |
| | : | **CASE NO. 2:13-cv-00068-WOB-JGW** |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| **Defendants** | : | |

## NOTICE OF APPEARANCE

Please take notice that Gregory A. Woosley, Assistant General Counsel for the Legislative Research Commission, hereby enters his appearance as co-counsel of record for the Legislative Research Commission. Co-counsel's address and telephone numbers are set forth below. I request that all Orders, documents, materials, and things to be served upon the Legislative Research Commission also be served upon the undersigned.

Respectfully submitted:

s/ Gregory A. Woosley
Gregory A. Woosley (91428)
Assistant General Counsel
Legislative Research Commission
Capitol Annex, Room 170
Frankfort, Kentucky 40601
Telephone:   (502) 564-8100
Fax:              (502) 564-6543
Email: greg.woosley@lrc.ky.gov

Co-Counsel for Defendant,
   Legislative Research Commission

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 23, 2013, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

                                                s/ Gregory A. Woosley
                                                Gregory A. Woosley