UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) ) ) |
| Defendants. | ) ) ) |

No. 2:13-cv-00068

ORDER CONSTITUTING THREE-JUDGE COURT

Before: BATCHELDER, Chief Judge. The Honorable William O. Bertelsman, United States District Judge for the Eastern District of Kentucky, has notified me of a request and the need for the appointment of a district court of three judges, and I concur that the appointment of a three-judge court is required in this case. *See* 28 U.S.C. § 2284.

Therefore, the Honorable Danny J. Boggs, United States Circuit Judge for the Sixth Circuit Court of Appeals; the Honorable William O. Bertelsman, United States District Judge for the Eastern District of Kentucky, and the Honorable Gregory F. Van Tatenhove, United States District Judge for the Eastern District of Kentucky hereby are designated to sit as a three-judge district court to hear and determine this action.

BY ORDER OF THE CHIEF JUDGE

_____
Clerk