**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 538
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO  45202-3988

DEBORAH S. HUNT
CLERK

TELEPHONE
(513) 564-7000

May 30, 2013

Honorable Danny J. Boggs
Honorable William O. Bertelsman
Honorable Gregory F. Van Tatenhove

Re:   Case No. 2:13-cv-00068, *Brown v. Commonwealth of Kentucky*
      Case No. 2:13-cv-00025, *Herbert v. Kentucky State Board of Elections*

Dear Judges,

   Enclosed is a copy of the order issued today by Chief Judge Batchelder in the above cases pursuant to 28 U.S.C. § 2284(b)(1), appointing you as the three-judge panel to hear the two captioned related cases.

Very truly yours,

Deborah S. Hunt

cc:  Chief Judge Batchelder
     Robert R. Carr, Clerk of the E.D. of Kentucky