UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | ELECTRONICALLY FILED |
| | : | |
| Plaintiffs | : | CASE NO. 2:13-cv-00068 |
| | : | |
| V. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| | : | |
| Defendants | : | |

### DEFENDANT, GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES' MOTION TO CONSOLIDATE

Comes the Defendant, Greg Stumbo, Speaker of the House of Representatives, (hereafter "Speaker Stumbo") by counsel, and hereby moves this Court to consolidate this action with a related case involving similar issues and vital state rights and duties. Federal Rule of Civil Procedure 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court ... it may order all the actions consolidated."

There is a pending action in the Eastern District of Kentucky, Central Division at Frankfort, 3:13-cv-00025-GFVT, *Hebert, et al. v. Kentucky State Board of Elections*, which relates to the above-captioned action and involves the same essential question regarding legislative redistricting. The same judge is presiding over both cases. That case asserts, at para. 1, that the Plaintiffs desire "fair legislative district maps…" The Hebert case claims that the

1

legislature has failed to enact new legislative districts based upon the relevant data. *Hebert Complaint*, para. 24. The *Hebert Complaint* asks that the federal court "commence proceedings to adopt and implement new legislative redistricting plans" that comply with the law. Id., para. 40.

In the above-captioned action, similar relief is sought. The Plaintiffs in *Brown v. Commonwealth* ask that the Court ensure that new legislative maps are promptly drawn and enforced. That case provides a date certain by when that should be accomplished (November 4, 2013) and asks that the Court intervene if the legislature does not take prompt action.

Judicial economy and the intent of the applicable laws require that the cases be consolidated and that the federal courts allow the state legislature to enact appropriate maps prior to taking any action on the pending complaints. There is nothing in the pending complaints that supports the federal court seizing control of the process and depriving the citizens of their right to act through the lawfully elected representatives. This Court must recognize the right of the state to act through its elected representatives.

All of which is as more fully set out in the supporting Memorandum of Law.


Respectfully submitted,

/s/  Anna Stewart Whites
**ANNA STEWART WHITES**
600 E. Main Street
Frankfort KY 40601
 (502) 352-2373/FAX 352-6860
AnnaWhites@aol.com


2

**PIERCE WHITES**
Office of the Speaker
Capitol Building, Rm. 309
Frankfort KY 40601
(502) 564-3366
pierce.whites@LRC.KY.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on June, 7th 2013, a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Anna Stewart Whites___