**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| **KENNY BROWN**, *et al.* | : | **ELECTRONICALLY FILED** |
| **Plaintiffs** | : | **CASE NO. 2:13-cv-00068** |
| V. | : | |
| **COMMONWEALTH OF KENTUCKY**, *et al.* | : | |
| **Defendants** | : | |

### ORDER GRANTING DEFENDANT, GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES' MOTION TO CONSOLIDATE

Comes the Court, having reviewed the arguments of the parties and being otherwise sufficiently informed:

It is hereby ORDERED that the Motion to Consolidate this case *with Hebert, et al v. Kentucky State Board of Elections*, et al, 3:13-cv-00025-GFVT is hereby GRANTED.

This the ___ day of _____, 2013.

_____
Presiding Judge, U.S. District Court