UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.,* | ) ) ) | |
| Plaintiffs | ) ) | Case No. 2:13-cv-00068-WOB-JGW-DJB |
| v. | ) ) ) | |
| **COMMONWEALTH OF KENTUCKY,** *et al.,* | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF ENTRY OF APPEARANCE OF
STANTON L. CAVE, ESQ., AS COUNSEL FOR
SENATOR ROBERT STIVERS, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE KENTUCKY SENATE

ALL INTERESTED PARTIES PLEASE TAKE NOTICE that Stanton L. Cave, Esq., does hereby enter his appearance in this matter as counsel for Senator Robert Stivers, in his official capacity as president of the Kentucky Senate. Contact information for counsel is set forth below.

Dated: June 10, 2013.

1

Respectfully submitted,

*/s/ Stanton L. Cave*

---

Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com

*Special General Counsel to Robert Stivers in his Official Capacity as President of the Kentucky Senate*

## **CERTIFICATE OF SERVICE**

Copies of the foregoing were served by electronic service via the Court's CM/ECF system and to all other parties by depositing same in the United States Mail, first class, postage prepaid, addressed to as follows on this the 10th day of June 2013:

Commonwealth of Kentucky
Attn: Jack Conway, Esq.
    Clay A. Barkley, Esq.
Office of the Kentucky Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Hon. Steve Beshear
Governor of Kentucky
Attn:  Jack Conway, Esq.
    Clay A. Barkley, Esq.
Office of the Kentucky Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Kentucky State Board of Elections
Attn:  Noel Embry Caldwell, Esq.
Office of the Kentucky Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Pierce B. Whites, Esq.
Whites & Whites
2374 Switzer Road
Frankfort, KY 40601

Anna S. Whites, Esq.
Whites & Whites
2374 Switzer Road
Frankfort, KY 40601

Laura Hromyak Hendrix, Esq.
Legislative Research Commission
700 Capitol Avenue
300 Capitol Building
Frankfort, KY 40601

Gregory Allen Woosley, Esq.
Legislative Research Commission
702 Capital Avenue, Room 170
Frankfort, KY 40601

Lynn Sowards Zellen, Esq.
Kentucky Secretary of State
700 Capitol Avenue, Suite 152
Frankfort, KY 40601

*/s/ Stanton L. Cave*
_____
Stanton L. Cave, Esq.