UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| Kenny Brown, et al. ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:13 CV 00068 (WOB) |
| v. ) | |
| ) | *Electronically filed* |
| Commonwealth of Kentucky, et al. ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME**

Comes counsel for Defendant, Jack Conway, Kentucky Attorney General, and counsel for Plaintiffs, and requests that the Attorney General be dismissed from this case, by agreement, pursuant to F.R.C.P. 41(a)(1)(A)(i). Counsel for the Defendant has consulted with Chris Wiest, counsel for Plaintiffs, who has authorized the undersigned to submit this agreed motion on behalf of both parties.

Submitted this 10th day of June, 2013.

        Respectfully Submitted,
        Jack Conway, Attorney General

        /s/ Clay A. Barkley
        **Clay A. Barkley**
        Assistant Attorney General
        Office of the Attorney General
        700 Capital Ave. Suite 118
        Frankfort, KY  40601
        502-696-5300

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on June 10, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

        Jack Conway,
        Attorney General

        /s/ Clay A. Barkley
        **Clay A. Barkley**
        Assistant Attorney General
        700 Capital Ave.  Suite 118
        Frankfort, KY  40601
        502-696-5300