UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| Kenny Brown, et al. | ) |
| Plaintiffs, | ) CASE NO. 2:13 CV 00068 (WOB) |
| v. | ) |
| | ) *Electronically filed* |
| Commonwealth of Kentucky, et al. | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

The Plaintiffs, by counsel, and the defendant, Jack Conway, Attorney General of Kentucky, by counsel, being in agreement, and the Court being duly and sufficiently advised and finding as follows:

1. The defendant, Jack Conway, Attorney General of Kentucky, was named solely for the purpose of notification, pursuant to the notification requirement of KRS 418.075;

2. The defendant, Jack Conway, Attorney General of Kentucky acknowledges receipt of notification pursuant to KRS 418.075 and respectfully declines to participate as to KRS 418.075;

3. The defendant, Jack Conway, Attorney General of Kentucky, is neither a proper nor necessary party;

4. There is no actual controversy between the plaintiff and the defendant, Jack Conway, Attorney General of Kentucky;

1

5. The Attorney General will not seek to intervene in this matter at a later date, nor assert on behalf of any party that he represents, that he is a necessary or indispensable party.

6. The parties therefore stipulate that the Attorney General be, and hereby is, dismissed from this action under F.R.C.P. 41(a)(1)(A)(i).

Submitted this 10th day of June, 2013.

        Respectfully Submitted,
        Jack Conway, Attorney General

        /s/ Clay A. Barkley
        **Clay A. Barkley**
        Assistant Attorney General
        Office of the Attorney General
        700 Capital Ave. Suite 118
        Frankfort, KY  40601
        502-696-5300

Agreed:

/s/ Chris Wiest (with permission)  
**Christopher David Wiest**  
25 Town Center Blvd  
Crestview Hills, KY 41017  
859-486-6850  
Fax: 859-495-0803  
Email: chriswiestlaw@yahoo.com

COUNSEL FOR PLAINTIFFS

/s/ Clay A. Barkley  
**Clay A. Barkley**  
Assistant Attorney General  
Office of the Attorney General  
700 Capital Ave. Suite 118  
Frankfort, KY  40601  
502-696-5300  
Email: clay.barkley@ag.ky.gov

COUNSEL FOR DEFENDANTS

### CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on June 10, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

Jack Conway,
Attorney General

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General
700 Capital Ave. Suite 118
Frankfort, KY 40601
502-696-5300