UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

|  |  |
|---|---|
| **KENNY BROWN**, *et al.*,  Plaintiffs  v.  **COMMONWEALTH OF KENTUCKY**, *et al.*,  Defendants. | Case No. 2:13-00068-WOB-GFVT-DJB |

**RESPONSE OF ROBERT STIVERS, IN HIS OFFICIAL CAPACITY
AS PRESIDENT OF THE KENTUCKY SENATE, TO DEFENDANT, GREG STUMBO,
SPEAKER OF THE HOUSE OF REPRESENTATIVES' MOTION TO CONSOLIDATE**

Defendant, Robert Stivers, in his official capacity as President of the Kentucky Senate (hereinafter "Senate President Stivers"), by and through counsel, responds to Defendant, Greg Stumbo, Speaker of the House of Representatives' (hereinafter "Speaker Stumbo") Motion to Consolidate as follows:

Senate President Stivers has no objection to consolidation of *Kenny Brown, et al. v. Commonwealth of Kentucky, et al.*, Civil Action No. 2:13-00068-WOB-GFVT-DJB, filed in the United States District Court for the Eastern District of Kentucky, Covington Division with *Martin Herbert, et. al. v. Kentucky State Board of Elections, et. al.*, Civil Action No. 3:13-cv-00025-GFVT, filed in the United States District Court for the Eastern District of Kentucky, Central Division at Frankfort as requested in Speaker Stumbo's Motion to Consolidate.

Dated: June 13, 2013					Respectfully submitted,
						/s/ Jessica A. Burke_____

						Jessica A. Burke
						Deputy General Counsel
						Kentucky State Senate
						Office of the President
						Room 265 Capitol Annex
						Frankfort, Kentucky 40601
						(502) 564-3120
						jessica.burke@lrc.ky.gov

						*Counsel for Defendant Robert Stivers in his Official Capacity as Senate President*


CERTIFICATE of SERVICE

     I hereby certify that on June 13, 2013, a copy of the foregoing Response to Defendant, Greg Stumbo, Speaker of the House of Representatives' Motion to Consolidate was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

						/s/ Jessica A. Burke_____

						Jessica A. Burke
						Deputy General Counsel
						Kentucky State Senate
						Office of the President
						Room 265 Capitol Annex
						Frankfort, Kentucky 40601
						(502) 564-3120
						jessica.burke@lrc.ky.gov