UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | ELECTRONICALLY FILED |
| **Plaintiffs** | : | CASE NO. 2:13-cv-00068 |
| V. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| **Defendants** | : | |

### DEFENDANT, GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES' MOTION TO DISMISS THE SENATE PRESIDENT'S MOTION FOR DECLARATORY RELIEF

Comes Speaker of the House of Representatives Greg Stumbo, (hereinafter "Speaker Stumbo"), by counsel, and moves this Honorable Court to strike or dismiss the demand for declaratory relief filed by the Senate President. A "real controversy" is a prerequisite to declaratory relief under state and federal law, and the accompanying memo shows that none exists here.

Counsel for the Senate President has failed to make an actual motion requesting the demanded relief. In addition, the request for declaratory relief asks this Court for a ruling on a hypothetical matter and in a situation where no controversy exists. The requested relief is outside the province of this Court. The underlying factual issues and concerns are being addressed by the legislature, and the matter is not ripe for a declaration of rights in this forum.

The motion should be dismissed, stricken from the docket or stayed until such time as the record shows that an actual controversy exists.

                          Respectfully submitted,

                          /s/  Anna Stewart Whites_____
                          **ANNA STEWART WHITES**
                          600 E. Main Street
                          Frankfort KY 40601
                          (502) 352-2373/FAX 352-6860
                          AnnaWhites@aol.com

                          **PIERCE WHITES**
                          Office of the Speaker
                          Capitol Building, Rm. 309
                          Frankfort KY 40601
                          (502) 564-3366
                          pierce.whites@LRC.KY.GOV

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June, 17th 2013, a copy of the foregoing Answer was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

                          s/Anna Stewart Whites_____