UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | **ELECTRONICALLY FILED** |
| | : | |
| | : | |
| **Plaintiffs** | : | **CASE NO. 2:13-cv-00068** |
| | : | |
| **V.** | : | |
| | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| | : | |
| | : | |
| **Defendants** | : | |

**ORDER GRANTING DEFENDANT, GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES' MOTION TO DISMISS PRESIDENT STIVERS MOTION FOR DECLARATORY RELIEF**

Comes the Court, having heard the arguments of the parties and being otherwise sufficiently informed.

IT IS HEREBY ORDERED that the demand for declaratory relief is DENIED.

This the ____ day of _____, 2013.

_____
Judge, Eastern District of Kentucky