Inmates in Kentucky Facilities by Legal Residence
Data as of March 2, 2013

Table of Kentucky BOP Facilities

| Frequency / Percent | Facility | Kentucky Resident No | Kentucky Resident Yes | Total |
|---|---|---|---|---|
| | ASHLAND FCI | 1328 | 204 | 1532 |
| | | 15.40 | 2.37 | 17.77 |
| | BIG SANDY USP | 1543 | 49 | 1592 |
| | | 17.90 | 0.57 | 18.46 |
| | LEXINGTON FMC | 2114 | 220 | 2334 |
| | | 24.52 | 2.55 | 27.07 |
| | MANCHESTER FCI | 1343 | 229 | 1572 |
| | | 15.58 | 2.66 | 18.23 |
| | MCCREARY USP | 1509 | 83 | 1592 |
| | | 17.50 | 0.96 | 18.46 |
| | Total | 7837 | 785 | 8622 |
| | | 90.90 | 9.10 | 100.00 |

Inmates in Kentucky Facilities by Legal Residence
Data as of March 27, 2010

| Frequency Percent | Table of Kentucky BOP Facilities | | |
|---|---|---|---|
| | Facility | Kentucky Resident | |
| | | No | Yes | Total |
| | ASHLAND FCI | 1323 | 228 | 1551 |
| | | 15.62 | 2.69 | 18.32 |
| | BIG SANDY USP | 1541 | 33 | 1574 |
| | | 18.20 | 0.39 | 18.59 |
| | LEXINGTON FMC | 1845 | 191 | 2036 |
| | | 21.79 | 2.26 | 24.04 |
| | MANCHESTER FCI | 1424 | 223 | 1647 |
| | | 16.82 | 2.63 | 19.45 |
| | MCCREARY USP | 1587 | 73 | 1660 |
| | | 18.74 | 0.86 | 19.60 |
| | Total | 7720 | 748 | 8468 |
| | | 91.17 | 8.83 | 100.00 |