UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | **ELECTRONICALLY FILED** |
| **Plaintiffs** | : | **CASE NO. 2:13-cv-00068** |
| V. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| **Defendants** | : | |

### MOTION TO STAY FURTHER ACTION OF THIS COURT BY DEFENDANT, GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES

Comes the Defendant, Gregory Stumbo, Speaker of the House of Representatives (hereinafter "Speaker Stumbo"), by counsel, and hereby moves this Honorable Court to stay any further action in the above-referenced case, with the exception of consolidating the case with *Herbert, et al v. Kentucky State Board of Elections, et al,* 13-cv-00024-GFVT, to allow the elected officials of the Commonwealth to perform their duties as directed by the Governor, Steven Beshear and their constituents.

In support of this Motion, Speaker Stumbo provides his Memorandum of Law, as filed contemporaneously herewith.

This Motion is to be heard at the convenience of the Court or at the scheduled hearing on Friday, June 21, 2013.

Respectfully submitted,

/s/  Anna Stewart Whites_____
**ANNA STEWART WHITES**
600 E. Main Street
Frankfort KY 40601
 (502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

**PIERCE WHITES**
Office of the Speaker
Capitol Building, Rm. 309
Frankfort KY 40601
(502) 564-3366
pierce.whites@LRC.KY.GOV


**CERTIFICATE OF SERVICE**


I hereby certify that on June 17, 2013th 2013, a copy of the foregoing Answer was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.


s/Anna Stewart Whites___