UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | ELECTRONICALLY FILED |
| | : | |
| **Plaintiffs** | : | CASE NO. 2:13-cv-00068 |
| V. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| **Defendants** | : | |

### ORDER GRANTING MOTION TO STAY

Comes the Court, having reviewed the arguments of the parties and being otherwise sufficiently informed:

It is hereby ORDERED that the Motion to Stay any further action of this Court on the case pending the completion of the Special Session called by the Governor of the Commonwealth of Kentucky is hereby GRANTED.

This the ___ day of _____, 2013.

_____
Presiding Judge, U.S. District Court