UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | |
|---|---|
| KENNY BROWN, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) *ELECTRONICALLY FILED* |
| v. | ) |
| | ) |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) Civil Action No. 2:13-cv-00068-WOB-JGW |
| | ) |
| Defendants | ) |

## RESPONSE TO MOTION TO CONSOLIDATE

For their Response to Defendant Greg Stumbo's Motion to Consolidate (DE 26), Defendants Alison Lundergan Grimes, in her official capacity as Secretary of State of the Commonwealth of Kentucky, and The Kentucky State Board of Elections, by counsel, state they have no objection to the Motion.[1]

---

[1] In addition, these Defendants are filing in *Herbert v. Kentucky State Board of Elections, et al.*, 3:13-cv-25-GFVT, a motion to consolidate these two actions.

Respectfully Submitted,

/s/ Lynn Sowards Zellen_____
Lynn Sowards Zellen
Noel E. Caldwell
Office of the Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
(502) 782-7407
lynn.zellen@ky.gov
*Counsel for Defendants Alison Lundergan Grimes, in her official capacity as Secretary of State of the Commonwealth of Kentucky, and the Kentucky State Board of Elections*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed this 18th day of June, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

/s/ Lynn Sowards Zellen_____
Lynn Sowards Zellen