IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

**KENNY BROWN,** *et. al.*          :

                                    **Case**: 2:13-cv-00068-WOB-GFVT-DJB

    **Plaintiffs**          :

**v.**          :

**COMMONWEALTH OF KENTUCKY,** *et. al.*          :

    **Defendants**          :

## ORDER DENYING MOTION FOR STAY AND SETTING SCHEDULE FOR RESOLUTION OF MATTER

This matter came before the Court on the Motion of Defendant, Greg Stumbo's Motion for a Stay, Plaintiffs' Response thereto, and being further sufficiently advised, the Court hereby:

1) Denies the Motion for Stay filed by Defendant Stumbo;

2) Orders that Defendants shall be permitted to pursue and enact constitutional redistricting by and through August 5, 2013;

3) In the meantime, the parties shall be permitted to conduct discovery; the Court encourages the parties to attempt to resolve as many factual issues by stipulation as possible, and reminds the parties of their obligations (and potential penalties) under F.R.C.P. 11 insofar as factual (and legal) disputes are concerned;

4) The Plaintiffs shall be permitted to file a Motion for Partial Summary Judgment as to Liability, on or before August 5, 2013, as to the current constitutional violations of the current maps;

5) In the event that Defendants call and conduct a special session, and enact redistricting, the Plaintiffs shall further be permitted 14 days after the date upon which to file any amendment complaint challenging any enacted maps, with an additional 30 days after that point in time to conduct further discovery;

6) Deadlines for Motions are set for September 26, 2013, and responses one week thereafter, on October 3, 2013, with replies by October 8, 2013;

7) Any evidentiary hearings or hearings to take argument will be held in the second and third weeks of October, 2013; and

8) Any discovery disputes shall be brought to the Court's attention as soon as is practicable, after providing for opportunity for counsel to consult to attempt to resolve such disputes informally; any Motions on discovery disputes should be filed, with responses due within 7 days of the filing thereof, and replies due within 3 days thereof, to provide for expeditious resolution of any such disputes; and

9) That Defendants make available to Plaintiffs, and the Court, any computer systems or other databases that contains census tracks and data, or other information, utilized in drawing or otherwise enacting legislative maps.

IT IS SO ORDERED:

_____     _____     _____
Judge Boggs                Judge Bertelsman           Judge Van Tatenhove


The Clerk is Directed to serve all parties of record through the Court's CM/ECF system.