Eastern District of Kentucky
**F I L E D**

JUN 2 0 2013

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

KENNY BROWN, individually and in his )
official capacity as the Boone County Clerk, )
et al., )
) Civil No. 13-cv-68
) DJB-GFVT-WOB
)
Plaintiffs, )
)
V. ) **ORDER**
)
THE COMMONWEALTH OF )
KENTUCKY, et al., )
)
Defendants.

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

Defendant Greg Stumbo, Speaker of the Kentucky House of Representatives, has filed a Motion to Stay further action of this Court. [R. 36]. The Plaintiffs have responded in opposition to staying this matter. [R. 38]. Accordingly, in addition to the matters contained in previous orders, it is hereby **ORDERED** that the parties shall prepare to address the pending Motion to Stay at the Scheduling Conference currently set for Friday, June 21, 2013, at 1:00 p.m. at the United States Courthouse in Lexington, Kentucky.

This 20th Day of June, 2013.

BY THE COURT:

_____
Gregory F. Van Tatenhove
U.S. District Judge