IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **KENNY BROWN**, *et. al*.       : | **Case**: 2:13-cv-00068-WOB-GFVT-DJB |
| **Plaintiffs**       : | |
| v.       : | |
| **COMMONWEALTH OF KENTUCKY**, *et. al*.   : | |
| **Defendants**       : | |

**ORDER DENYING MOTION TO CONSOLIDATE, DISMISSING, WITHOUT PREJUDICE, CERTAIN OF PLAINTIFF'S CLAIMS, AND ORDERING THAT DISCOVERY AND SCHEDULING COMMENCE IN A CONSOLIDATED MANNER ON THE PLAINTIFFS' FEDERAL CLAIMS UNDER Fed.R.Civ.P. 42(a)(3).**

      This matter came to be heard on the Motion of the Speaker of the House, Greg Stumbo, for a general Order to Consolidate the matters of *Brown, et. al. v. Commonwealth*, 2:13-cv-00068 and *Herbert, et. al. v. State Board of Elections*, 3:13-cv-00025. Upon being fully advised, the Court orders the following:

1. Plaintiffs' claims in this matter for money damages related to the unconstitutional 2012 election, in their federal 42 U.S.C. § 1983 action are hereby dismissed, without prejudice;
2. Plaintiffs' claims in this matter under Count II, violations of the Kentucky Constitution, are hereby dismissed, without prejudice;
3. Pursuant to FRCP 42(a)(3) this matter is joined with the Plaintiffs in *Herbert, et. al. v. State Board of Elections*, 3:13-cv-00025, for purposes of discovery, to be conducted jointly and in conjunction with the discovery in *Herbert*, but only insofar as the Plaintiffs' federal claims in this matter and Defendants' defenses are concerned, with the Plaintiffs' federal claims in *Herbert* and any defenses asserted in that matter.
4. Scheduling and adjudication of this matter shall likewise occur in a joint manner with *Herbert, et. al. v. State Board of Elections*.

IT IS SO ORDERED:

_____  _____  _____
Judge Boggs                                  Judge Bertelsman                       Judge Van Tatenhove

The Clerk is Directed to serve all parties of record through the Court's CM/ECF system.