# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **KENNY BROWN**, *et. al.* : | |
| : | **Case**: 2:13-cv-00068-WOB-GFVT-DJB |
| **Plaintiffs** : | |
| v. : | |
| **COMMONWEALTH OF KENTUCKY**, *et. al*. : | |
| **Defendants** : | |

## NOTICE OF FILING CORRECTED PROPOSED ORDER TO #42, MEMORANDUM IN OPPOSITION TO MOTION TO CONSOLIDATE

Plaintiffs hereby give notice of their filing of a corrected Proposed Order to #42, their Memorandum in Opposition to Motion to Consolidate.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chriswiestlaw@yahoo.com

Rick Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
859/578-3855 (v)
859/578-3869 (f)
rbrueggemann@hemmerlaw.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via the Court's CM/ECF system to all parties, or their counsel, this 21th day of June, 2013.

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)