# Commonwealth of Kentucky

## Governor

of the



*To All To Whom These Presents Shall Come:*

Pursuant to the power vested in me by Section 80 of the Constitution of the Commonwealth of Kentucky, I, Steven L. Beshear, Governor, do hereby issue this proclamation convening the Kentucky General Assembly in Extraordinary Session at the Seat of Government, Frankfort, Kentucky at 12:00 Noon (EDT), August 19, 2013, for the sole purpose of considering the following subjects:

1. The enactment of legislation redistricting the legislative districts of the Kentucky General Assembly.

2. The enactment of legislation redistricting the judicial districts and circuits of the Kentucky Court of Justice.

**DONE AT THE CAPITOL**, in the City of Frankfort, this the 20th day of June, in the year of our Lord Two Thousand and Thirteen and in the year of the Commonwealth Two Hundred and Twenty Second.

STEVEN L. BESHEAR
Governor

RECEIVED AND FILED
DATE June 20, 2013

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
COMMONWEALTH OF KENTUCKY
BY: [signature]