UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.* | : | ELECTRONICALLY FILED |
| **Plaintiffs** | : | CASE NO. 2:13-cv-00068 |
| V. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.* | : | |
| **Defendants** | : | |

### DEFENDANT, GREG STUMBO, SPEAKER OF THE HOUSE OF REPRESENTATIVES' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE

Comes Greg Stumbo, Speaker of the House of Representatives, by counsel, and in support of his Motion to Consolidate, would show the Court as follows:

As the Plaintiffs recognize at p. 1 of the *Memorandum in Opposition to Motion to Consolidate*, consolidation of actions is appropriate where otherwise there is a risk of inconsistent adjudications of common factual and legal issues. At the core of both actions, *Brown* and *Herbert*, is the central issue of legislative redistricting. The Plaintiffs in *Brown* and *Herbert* ask for somewhat inconsistent relief but require determination of numerous identical factual and legal issues, as the Brown Plaintiffs note at p. 2 of the Memo, thereby creating a risk that the central question in both cases could be decided inconsistently. Further, there is a deep concern of judicial economy, as this Court is clearly being asked to expend time and effort, on a very compressed schedule, to determine major constitutional questions. Witnesses, evidence and pleadings in each case may be relevant or necessary in the other. Courts find that conducting

separate proceedings where some issues and facts and identical or common does not serve the interests of judicial economy. *Tallon v. Lloyd & McDaniel*, 497 F.Supp.2d 847, 855 (W.D. Ky., 2007). It is both reasonable and appropriate to consolidate the cases.

Plaintiffs' claim that they will "voluntarily dismiss" some of their claims, if certain actions are taken by this Court or by various parties (*Memo in Support*, p. 3), does not require the Court to place limits on the consolidation of the action as Plaintiffs demand. If the Plaintiffs choose to amend their complaint or dismiss some claims, this Court is fully capable of continuing to make fair and appropriate rulings on the remaining claims and issues in the consolidated case. For the foregoing reasons, the actions should be promptly consolidated.

Respectfully submitted,

/s/  Anna Stewart Whites
**ANNA STEWART WHITES**
600 E. Main Street
Frankfort KY 40601
 (502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

**PIERCE WHITES**
Office of the Speaker
Capitol Building, Rm. 309
Frankfort KY 40601
(502) 564-3366
pierce.whites@LRC.KY.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on June, 21st, 2013, a copy of the foregoing Reply was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Anna Stewart Whites