UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES-GENERAL

Date: June 21, 2013        At Lexington

**COVINGTON**  Case No. 13-68-WOB-GFVT-DJB

Style Brown, et al v. Commonwealth of Kentucky, et al

**FRANKFORT** Case No. 13-25-GFVT-WOB-DJB

Style Herbert, et al v. Kentucky State Board of Elections, et al

PRESENT:

HON. **DANNY J. BOGGS**, U.S. CIRCUIT JUDGE

HON. **WILLIAM O. BERTLESMAN**, U.S. DISTRICT JUDGE

HON. **GREGORY F. VAN TATENHOVE**, U.S. DISTRICT JUDGE

| Susan Baker | Ann Banta |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS**:

Christopher D. Wiest and Richard A. Brueggaman for Brown Plaintiffs

William E. Sharp for Herbert Plaintiffs

**ATTORNEYS PRESENT FOR DEFENDANTS**:

Clay A. Barkley for Commonwealth of Kentucky and Steve Beshear

Lynn S. Zellen for Kentucky State Board of Elections, Board members, and Allison Lundergan Grimes

Laura H. Hendrix and Gregory A. Woosley for Legislative Research Commission

Pierce B. Whites and Anna S. Whites for Greg Stumbo

Stanton L. Cave and Jessica A. Burke for Robert Stivers

PROCEEDINGS:        **SCHEDULING/STATUS CONFERENCE**

The parties appeared for status conference as noted. The Court heard arguments of counsel as to the pending Motion to Stay and Motions to Consolidate. Said motions are **TAKEN UNDER ADVISEMENT**.

Initials of Deputy Clerk stb

TIC: 1/20