Eastern District of Kentucky
**F I L E D**

JUN 2 7 2013

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,<br><br>Plaintiffs,<br><br>V.<br><br>THE COMMONWEALTH OF KENTUCKY, et al.,<br><br>Defendants. | Civil No. 13-cv-68<br>DJB-GFVT-WOB |
| MARTIN HERBERT, et al.,<br><br>Plaintiffs,<br><br>V.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | Civil No. 13-cv-25<br>DJB-GFVT-WOB<br><br>**SCHEDULING ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

On June 21, 2013, the parties met in the presence of the Court to address several matters, including a Motion to Stay this Action as well as an expedited schedule. The Motion to Stay having been denied, the Court has considered the scheduling proposals made by all parties and

now issues this Scheduling Order governing this case going forward. Importantly, the Court notes that the Governor's call sets the Extraordinary Legislative Session on August 19, 2013. In addition, as November 4, 2013, constitutes the residency deadline for candidates running for office in a particular district, this Scheduling Order expedites many of the normal deadlines in order to facilitate resolution of this matter in advance of that date. *See* Ky. Const. 32.

## INITIAL DISCOVERY

The parties shall serve initial disclosures pursuant to Rule 26(a)(1) as well as Interrogatories, Requests to Admit, and Requests for Production under Rules 33, 34, and 36, by **Tuesday, July 2, 2013.** Responses to Interrogatories and Requests to Admit and compliance with Requests for Production shall be served no later than **Tuesday, July 9, 2013.**

Discovery on any non-party may be served at any time pursuant to the Federal Rules of Civil Procedure.

Expert reports shall be exchanged, simultaneously, on or before **Monday, July 8, 2013.** Expert rebuttal reports shall be exchanged, simultaneously, no later than **Monday, July 15, 2013.** Any party wishing to depose another party's expert may do so between **Monday, July 15, 2013**, and **Monday, July 22, 2013**.

Depositions of parties or non-parties may be taken at any time on or before **Thursday, July 25, 2013**.

All initial discovery shall be completed on or before **Thursday, July 25, 2013**.

## INITIAL DISPOSITIVE MOTIONS

All dispositive motions, including those contesting the 2002 state redistricting plan as unconstitutional, shall be filed not later than **Friday, July 12, 2013**. Any Response shall be filed within **fourteen (14) days** of the filing of such a Motion. Any Reply shall be filed within **seven (7) days** of the filing of such a Response.

## FINAL DISCOVERY

Out of deference to the Extraordinary Legislative Session scheduled to commence on August 19, 2013, the period of final discovery shall not begin until **Friday, August 23, 2013**. The parties shall have until **Wednesday, August 28, 2013** to serve Interrogatories, Requests to Admit, and Requests for Production under Rules 33, 34, and 36. Responses to Interrogatories and Requests to Admit and compliance with Requests for Production shall be served not later than **Tuesday, September 3, 2013**.

## FINAL DISPOSITIVE MOTIONS

The Parties shall have until **Thursday, September 5, 2013** to file any final statements on contentions regarding plans passed during the Extraordinary Legislative Session scheduled to commence on August 19, 2013. This shall occur simultaneously without provision for response or reply.

## PRETRIAL

1. The Final Pretrial Conference in this matter shall be held **Wednesday, September 18, 2013, at 1:00 p.m.** at the United States Courthouse in **Lexington, Kentucky**. Said Final Pretrial Conference shall be attended by the attorneys who will be trying the case, as well as the parties themselves.

2. **No later than September 13, 2013**, counsel shall file with the Clerk an original,

shall submit a copy to the Court's chambers, and shall provide a copy to opposing counsel of the following, **each to be filed as a separate document**:

    (a)    **Any proposed legislative redistricting maps** for the Court's consideration, not to exceed three proposed maps for each legislative chamber.

    (b)    Pursuant to Rule 26(a)(3)(A)(i), a witness list with a brief summary of the expected testimony of each witness. Pursuant to Rule 26(a)(3)(A)(ii), **the witness list shall be filed separately** and include the designation of those witnesses whose testimony is expected to be presented by deposition with references to the pages and the questions to be presented; and, if the deposition was not taken stenographically, a transcript of the pertinent portions of the deposition testimony shall be attached to the witness list.

    (c)    Pursuant to Rule 26(a)(3)(A)(iii), a list of exhibits intended to be used at trial. **The exhibit list shall be filed separately** and contain a description of each exhibit in sufficient detail to permit adequate identification thereof, and shall include a list of any demonstrative and/or summary exhibits to be used at trial (including any to be used during opening statements).

    (d)    A pretrial memorandum containing the following:

        i.    a succinct statement of the facts of the case;

        ii.    the questions of fact;

        iii.    the questions of law;

          iv.     expected evidentiary objections;

          v.     a list of all pending motions.

(e)    Any motions for ruling by the Court upon any objection made in any evidentiary deposition to be used at trial on which ruling by the Court is necessary prior to trial. Any objection within any deposition which is not so raised specifically (by citation to page number and question number) for ruling by the Court shall be deemed to be summarily overruled.

3.    **No later than the Friday before the Final Pretrial Conference, counsel shall file:**

(a)    Written objections, pursuant to Fed. R. Civ. P. 26(a)(3)(B), to the list of witnesses and exhibits previously filed by any other party. **Counsel shall attach a copy of the challenged exhibit(s) to any objections filed with the Court.** Objections not so disclosed, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, shall be deemed waived unless excused by the court for good cause shown.

(b)    Any appropriate motions *in limine*.

4.    **At the Final Pretrial Conference**, counsel for the parties shall be prepared to:

(a)    Display to the Court all exhibits intended to be used at trial, which shall already be pre-marked in accordance with Local Rule 83.10 and numbered in the order in which they will be offered at trial, and provide a court copy of all documentary exhibits.

(b)    Advise the Court that they have displayed to opposing counsel all exhibits

which may be used at trial, including any demonstrative or summary exhibits.

(c) Discuss and make possible stipulations of admissibility, or threshold foundation requirements for admissibility of exhibits, including authenticity; discuss and make stipulations of fact or law which would expedite the trial of this action.

(d) Demonstrate an ability to use the court's visual presentation system for any exhibit which will be discussed by a witness or utilized during opening or closing statements. The system can display documents, photographs, negatives, and videos. The presentation system is designed to display the exhibit simultaneously to the parties, the witnesses, and the Court. First time users of the system should contact the Court's Judicial Assistant to make arrangements to view the system onsite. Although there is a witness monitor, some witnesses have difficulty reading from same, so an extra copy to hand to the witness should be readily available. A description of the system can be found at *www.kyed.uscourts.gov/court-tech.htm*.

(e) Discuss the possibility of settlement.

5. **Court Copies.** In addition to the official copies filed with the Clerk of the Court, the following documents shall be submitted electronically to the Chambers of all three Judges:

(a) proposed legislative map(s);

(b) witness list(s);

6

(c)   exhibit list(s).

These documents shall be transmitted as an email attachment to *GFVT_chambers@kyed.uscourts.gov, CA06-Boggs_Chambers@CA06.uscourts.gov,* and *bertelsman_chambers@kyed.uscourts.gov* in either WordPerfect or Word format, if possible.

## **TRIAL**

This action is hereby set for bench trial on **Monday, September 23, 2013, at 9:30 a.m.** at the United States Courthouse in **Lexington, Kentucky**.

## **EXTENSIONS OF TIME**

Due to the expedited nature of this case, no motions for extension shall be granted absent exceptional circumstances.

This 27th day of June, 2013.

BY THE COURT:

Gregory F. Van Tatenhove
U.S. District Judge