UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Eastern District of Kentucky
FILED
JUL 02 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

U.S. DISTRICT COURT
P.O. BOX 3074
LEXINGTON, KY 40588-3074

JUL 02 2013

Cov 13-CV-68
KSR

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jack Conway
   Office of Attorney General
   Capitol Suite 118
   700 Capitol Avenue
   Frankfort, KY  40601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ WILSON _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   JUL 01 REC'D           2013

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7010 1870 0002 7038 9779

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box•

Eastern District of Kentucky
FILED
JUL 0 2 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

U.S. DISTRICT COURT
P.O. BOX 3074
LEXINGTON, KY 40588-3074

JUL 02 2013

Cov 13-CV-68
KJR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Governor Steve Beshear
700 Capitol Avenue
Suite 100
Franfkort, KY 40601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ WILSON _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JUL 0 1 REC'D                    2013

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7010 1870 0002 7038 9762

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540