UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | |
|---|---|
| KENNY BROWN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | *ELECTRONICALLY FILED* |
| v. ) | |
| ) | |
| THE COMMONWEALTH OF ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| KENTUCKY, et al., ) | |
| ) | |
| Defendants ) | |

**AND**

| | |
|---|---|
| MARTIN HERBERT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| ) | |
| KENTUCKY STATE BOARD ) | |
| OF ELECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SERVICE OF FRCP 26(a)(1) DISCLOSURES AND INTERROGATORIES TO *BROWN* PLAINTIFFS

Please take notice that, pursuant to the Court's June 27, 2013, Scheduling Order (DE #49), on this 2nd day of July, 2013, Defendants Alison Lundergan Grimes, in her official capacity as Secretary of State, Chief Election Official for the Commonwealth of Kentucky, and Chair of the Kentucky State Board of Elections; The Kentucky State Board of Elections; David Cross, in his official capacity as Board Member, Kentucky State Board of Elections; John W. Hampton, in his official capacity as Board Member, Kentucky State Board of Elections; Stephen

Huffman, in his official capacity as Board Member, Kentucky State Board of Elections; Denise May, in her official capacity as Board Member, Kentucky State Board of Elections; George Russell, in his official capacity as Board Member, Kentucky State Board of Elections; Roy Sizemore, in his official capacity as Board Member, Kentucky State Board of Elections; and Maryellen Allen, in her official capacity as Executive Director, Kentucky State Board of Elections, served via electronic mail and U.S. mail upon all counsel of record in these consolidated cases their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Interrogatories to the *Brown* Plaintiffs.

Respectfully Submitted,

/s/ Lynn Sowards Zellen
Lynn Sowards Zellen
Noel E. Caldwell
Office of the Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
(502) 782-7407
lynn.zellen@ky.gov
*Counsel for Defendants Alison Lundergan Grimes, Kentucky State Board of Elections, and State Board of Elections Members*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed this 2nd day of July, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

/s/ Lynn Sowards Zellen
Lynn Sowards Zellen