UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:13cv00068<br><br>**Electronically filed** |
| MARTIN HERBERT, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:13cv00025 |

## MOTION FOR ADMISSION OF ATTORNEY DALE E. HO *PRO HAC VICE*

Attorney William E. Sharp, a member of the bar of this Court, hereby moves for admission *pro hac vice* of attorney Dale E. Ho as co-counsel for the Plaintiffs in *Herbert, et al. v. Kentucky State Board of Elections*, No. 3:13cv00025, which has been consolidated with the earlier-filed case of *Brown, et al. v. Commonwealth of Kentucky*, et al., No. 2:13cv00068. The Affidavit of Mr. Ho is attached in support of this motion.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　s/ William Sharp
　　　　　　　　　　　　　　　　　　　　　William E. Sharp
　　　　　　　　　　　　　　　　　　　　　ACLU OF KENTUCKY
　　　　　　　　　　　　　　　　　　　　　315 Guthrie Street, Suite 300

Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2013, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Lynn Sowards Zellen<br>lynn.zellen@ky.gov<br>Noel E. Caldwell<br>ncaldwell@caldwelllawyers.com<br><br>*Counsel for Kentucky State Bd. of Elections, Secretary of State Alison L. Grimes, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, Roy Sizemore, and Maryellen Allen* | Pierce B. Whites<br>piercewhites@aol.com<br>Anna S. Whites<br>annawhites@aol.com<br><br>*Counsel for House Speaker Greg Stumbo* |
| Clay A. Barkley<br>clay.barkley@ag.ky.gov<br><br>*Counsel for Gov. Steve Beshear, Commonwealth of Kentucky* | Stanton L. Cave<br>s.cave1@insightbb.com<br>Jessica A. Burke<br>jessica@jblawoffices.net<br><br>*Counsel for Senate President Robert Stivers* |
| Laura H. Hendrix<br>laura.hendrix@lrc.ky.gov<br>Greg A. Woosley<br>greg.woosley@lrc.ky.gov<br><br>*Counsel for KY Legislative Research Commission* | Christopher D. Wiest (KBA 90725)<br>chriswiestlaw@yahoo.com<br>Rick Brueggemann (90619)<br>rbrueggemann@hemmerlaw.com<br><br>*Counsel for Brown Plaintiffs* |

/s William E. Sharp
*Counsel for Herbert Plaintiffs*