**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br>   Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, et al., <br><br>   Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, et al., <br><br>   Defendants. | Case No. 3:13cv00025 |

**AFFIDAVIT OF ATTORNEY DALE E. HO
FOR ADMISSION *PRO HAC VICE***

1. My name is Dale E. Ho.

2. My office is located at 125 Broad St., New York, NY 10004. My telephone number is (212) 549-2693.

3. I am an attorney with the American Civil Liberties Union Foundation's Voting Rights Project.

4. The dates, places of admission, and registration numbers, if any, for the bars to which I am admitted are as follows:

   a. New York; admitted in 2006, registration number 4445326;

   b. U.S. District Court for the Eastern District of New York, admitted in

    2007;

  c. U.S. District Court for the Southern District of New York, admitted in 2008, registration number HO4082;

  d. U.S. District Court for the Northern District of New York, admitted in 2010, registration number 516846;

  e. U.S. District Court for the District of Columbia, admitted in 2012, registration number NY0142;

  f. U.S. Court of Appeals for the Second Circuit, admitted in 2008, registration number 08-194202;

  g. U.S. Court of Appeals for the Fifth Circuit, admitted in 2013;

  h. U.S. Court of Appeals for the Ninth Circuit, admitted in 2010;

  i. U.S. Court of Appeals for the D.C. Circuit, admitted in 2010, registration number 53137;

  j. U.S. Supreme Court, admitted in 2010.

5. I am in good standing with the State Bar of New York, and no disciplinary or grievance proceedings have been filed or are pending against me in said jurisdictions.

6. I consent to be subject to the jurisdiction of and rules of the Kentucky Supreme Court governing professional conduct.

7. I affirm I have completed an online tutorial concerning the use of the electronic filing system of the U.S. District Court in the Eastern District of Louisiana.

        Respectfully submitted,

        s/ Dale E. Ho
        Dale E. Ho
        ACLU Voting Rights Project
        125 Broad St.
        New York, NY 10004
        (212) 549-2693
        dale.ho@aclu.org