# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 |
| MARTIN HERBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Case No. 3:13cv00025 |

## ORDER

Motion having been made and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that Attorney Dale E. Ho is admitted *pro hac vice* to represent the Plaintiffs in Case No. 3:13cv00025 ("*Herbert* Plaintiffs"), which has been consolidated with *Brown, et al. v. Commonwealth of Kentucky*, et al., Case No. 2:13cv00068.