UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| KENNY BROWN, *et al.*, | ) | |
| Plaintiffs | ) | Case No. 2:13-cv-00068- DJB-GFVT-WOB |
| v. | ) | |
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) | |
| Defendants. | ) | |
| and | ) | |
| MARTIN HERBERT, *et al.*, | ) | |
| Plaintiffs, | ) | (Consolidated Action Case No. 2:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | ) | |

**DEFENDANT, SENATE PRESIDENT ROBERT STIVERS',
MOTION TO MODIFY SCHEDULING ORDER
TO PERMIT USE OF EXPERT WITNESSES
FOLLOWING AUGUST SPECIAL SESSION**

Defendant, Senate President Robert Stivers ("Senate President Stivers"), in his official capacity, by counsel, moves the Court to modify the scheduling order, entered June 27, 2013 [Doc. 49], to permit President Stivers and any other party to the consolidated actions to identify expert witnesses, exchange expert witness reports and to depose expert witnesses *after* the

1

extraordinary session of the General Assembly called by Governor Beshear to begin on Monday, August 19, 2013 (the "August Special Session") adjourns. In support of his motion, Senate President Stivers states as follows:

1.  The Court's Scheduling Order, entered June 27, 2013 (the "Scheduling Order") [Doc. 49], established Monday, July 8, 2013, as the deadline for identification of expert witnesses and for the parties to exchange expert witness reports. Presumably the parties may identify expert witnesses and proffer expert witness reports relating to whether 2014 elections of the House of Representatives and Kentucky Senate may be constitutionally conducted using House and Senate districts drawn in 2002 in light of population changes reported by the United States Census Bureau for 2010.

2.  The plaintiffs also seek an injunction of future elections taking place under the 2002 district maps and to have this Court draw legislative districts in the event the General Assembly fails to do so prior to November 4, 2013.

3.  As stated at the June 21, 2013, hearing, Senate President Stivers desires for the General Assembly to adopt consistent and constitutional plans/maps for redistricting for the House of Representatives and the Kentucky Senate during the August Special Session. As Senate President Stivers does not control the votes cast by the other 37 members of the Kentucky Senate nor the actions of the House of Representatives, additional questions may arise from the actions or inactions of the General Assembly during the August Special Session.

4.  Contemplating that questions may still exist after the August Special Session, the Scheduling Order allows final discovery, final dispositive motions, statements of contention and the filing of redistricting maps *after* the August Special Session. The Scheduling Order sets a trial of this matter to begin on September 23, 2013, which contemplates a trial to enable the

Court to draw redistricting maps in the event the General Assembly fails to do so and/or to determine the constitutionality of redistricting plans/maps which may be adopted by the Kentucky General Assembly during the August Special Session.

5. At the present time, the parties at not capable of knowing if and what kind of expert witnesses will be needed for the actions arising from the August Special Session. Expertise may be required on topics ranging from prohibited political discrimination, mathematics, statistical analysis, prison inmate counts and residency estimations, federal equal protection requirements, state equal protection requirements to state constitutional prohibitions of splitting counties. Many of these issues, as well as others, give rise to competing legal requirements and prohibitions which will most likely require expert opinion testimony.

6. To this end, Senate President Stivers may need to utilize expert witnesses after the August Special Session on issues which are presently unknown and not capable of being known until after the General Assembly acts or fails to act during the August Special Session. Because the Scheduling Order does not permit the identification of expert witness and the exchange of expert witness reports after Monday, July 8, 2013, it is appropriate for the Scheduling Order to be modified to allow the use of expert witnesses to address issues arising from or after the August Special Session.[1]

7. The Court and all parties will benefit from expert witness testimony on issues which may be raised on redistricting plans/maps adopted during the August Special Session. If redistricting plans/maps are not adopted by the General Assembly during the August Special

[1]For similar reasons a need may exist to modify the Scheduling Oder concerning party and non-party depositions. That motion is not made at this time but such right is expressly reserved.

Session, the need for expert witness testimony will be helpful as well. No party will be prejudiced.

8. This need may be especially important given the announced belief by counsel for House Speaker Greg Stumbo at the hearing on Friday, June 21, 2013, that House Speaker Greg Stumbo may continue the practice of intentional political discrimination in connection with redrawing districts for the House of Representatives.

WHEREFORE, Senate President Stivers respectfully requests that the Scheduling Order be modified to permit the use of expert witnesses after the August Special Session and for other relief as he may appear entitled. A proposed order is tendered herewith.

Respectfully submitted,

/s/ Stanton L. Cave
_____
Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com
*Special General Counsel to Senate President Robert Stivers in his Official Capacity*

/s/ Jessica A. Burke
_____
Jessica A. Burke, Esq.
Deputy General Counsel
Kentucky State Senate
Office of the President
Room 265 Capitol Annex
Frankfort, Kentucky 40601
(502) 564-3120
jessica.burke@lrc.ky.gov

*Counsel for Senate President Robert Stivers in his Official Capacity as Senate President*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2013, a copy of the foregoing was served via the Court's CM/ECF electronic service system.

<div style="text-align: right;">

*/s/ Stanton L. Cave, Esq.*
Stanton L. Cave, Esq.

</div>