UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| KENNY BROWN, *et al.*, | ) |
| Plaintiffs | ) Case No. 2:13-cv-00068- DJB-GFVT-WOB |
| v. | ) |
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) |
| Defendants. | ) |
| and | ) |
| MARTIN HERBERT, *et al.*, | ) |
| Plaintiffs, | ) (Consolidated Action Case No. 2:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | ) |

### ORDER GRANTING SENATE PRESIDENT STIVERS' MOTION TO MODIFY SCHEDULING ORDER

This matter is before the Court upon the motion by the defendant, Senate President Robert Stivers ("Senate President Stivers"), in his official capacity, to modify the scheduling order, entered June 27, 2013 [Doc. 49], to permit Senate President Stivers and any other party to the consolidated actions to identify expert witnesses, exchange expert witness reports and to

1

depose expert witnesses *after* the extraordinary session of the General Assembly called by Governor Beshear to begin on Monday, August 19, 2013 (the "August Special Session"). The Court has considered the motion, the record in this matter, the potential need for expert testimony concerning the subject matter of the consolidated actions, and has found that good cause was shown and is otherwise duly and sufficiently advised.

The motion to modify the Scheduling Order be and hereby is GRANTED. The parties shall have to and including _____, _____, \_\_\_\_, 2013, to simultaneously exchange final expert witness reports concerning (i) any action taken by the General Assembly during the August Special Session concerning legislative redistricting or (ii) any need for the Court to draw legislative districts in the event of the General Assembly's failure to act. Final expert rebuttal reports shall be simultaneously exchanged on or before _____, _____, \_\_\_\_, 2013. Any party wising to depose any other party's expert witnesses must do so between _____, _____, \_\_\_\_\_, 2013, and _____, _____, \_\_\_\_, 2013.

Done on this the \_\_\_\_ day of _____, 2013.

_____
Judge, United States District Court or Court of Appeals

**TENDERED BY:**

/s/ Stanton L. Cave

_____
Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com
*Special General Counsel to Senate
President Robert Stivers in his Official
Capacity*

/s/ Jessica A. Burke

_____
Jessica A. Burke, Esq.
Deputy General Counsel
Kentucky State Senate
Office of the President
Room 265 Capitol Annex
Frankfort, Kentucky 40601
(502) 564-3120
jessica.burke@lrc.ky.gov
*Counsel for Senate President Robert Stivers
in his Official Capacity as Senate President*