# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF KENTUCKY

# COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ) ) ) | |
| Plaintiffs, | ) | Civil No. 2:13-cv-00068 |
| v. | ) | DJB-GFVT-WOB |
| | ) | |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **MARTIN HERBERT, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:13-cv-00025 |
| v. | ) | DJB-GFVT-WOB |
| | ) | |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | ) ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

Comes the Court, having heard the arguments of the parties and being otherwise fully informed, and hereby MODIFIES the Scheduling Order entered in this case by requiring all parties to submit the curriculum vitae of each proposed expert witness and a summary of that witness' expected testimony by July 12, 2013.

This the ___ day of July , 2013.

_____

JUDGE VAN TATENHOVE