# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| **Plaintiffs,** | : | |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **MARTIN HERBERT,** *et al.*, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| **Plaintiffs,** | : | |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER GRANTING IN PART ROBERT STIVERS' MOTION TO POSTPONE EXPERT DISCLOSURES

The Court, being fully apprised, hereby grants, in part, the Motion of Senate President Robert Stivers to extend expert disclosures. The parties shall identify, and provide reports on the issue of the use of 2010 Census data with the 2002 re-apportionment plan by Friday, July 12, 2013, and then be permitted to supplement such disclosures on the issues of proposed maps and any reactions to the special session, on August 28, 2013, or 5 days after the conclusion of the Special Session, whichever is later.

IT IS SO ORDERED:

_____
Judge Van Tatenhove, for the Court

The Clerk is directed to serve all counsel of record through the Court's CM/ECF system.