UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| KENNY BROWN, *et al.*, | ) |
| Plaintiffs | ) Case No. 2:13-cv-00068- DJB-GFVT-WOB |
| v. | ) |
| COMMONWEALTH OF KENTUCKY, *et al.*, | ) |
| Defendants. | ) |
| and | ) |
| MARTIN HERBERT, *et al.*, | ) |
| Plaintiffs, | ) (Consolidated Action Case No. 2:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | ) |

**ORDER DENYING SPEAKER GREG STUMBO'S
MOTION TO DISMISS COUNTERCLAIM/CROSS-CLAIM
<u>MOTION FOR DECLARATORY RELIEF</u>**

This matter is before the Court upon the motion by defendant, House Speaker Greg Stumbo, to dismiss the counterclaim/cross-claim filed by defendant, Senate President Robert Stivers. [Doc. 35]. The Court has considered the motion, the response, the record in this case and is otherwise duly and sufficiently advised.

1

Defendant, House Speaker Greg Stumbo's, motion to dismiss the counterclaim/cross-claim asserted by defendant, Senate President Robert Stivers, be and hereby is DENIED.

Dated: _____

_____
Judge, United States District Court, or United States Court of Appeals for the Sixth Circuit

**TENDERED BY:**

*/s/ Stanton L. Cave*
_____
Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com
*Special General Counsel to Senate President Robert Stivers in his Official Capacity*

*/s/ Jessica A. Burke*
_____
Jessica A. Burke, Esq.
Deputy General Counsel
Kentucky State Senate
Office of the President
Room 265 Capitol Annex
Frankfort, Kentucky 40601
(502) 564-3120
jessica.burke@lrc.ky.gov
*Counsel for Senate President Robert Stivers in his Official Capacity as Senate President*