UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
FILED
JUL 0 9 2013
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | |
| Plaintiffs, | Civil No. 13-cv-68 DJB-GFVT-WOB |
| V. | |
| THE COMMONWEALTH OF KENTUCKY, et al., | |
| Defendants. | |
| MARTIN HERBERT, et al., | |
| Plaintiffs, | Civil No. 13-cv-25 DJB-GFVT-WOB |
| V. | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | **ORDER** |
| Defendants. | |

*** *** *** ***

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

This matter is before the Court upon the Motion of Defendant Robert Stivers, President of the Kentucky Senate, to Modify Scheduling Order to Permit Use of Expert Witnesses Following August Special Session. [R. 56]. According to President Stivers, "at the present time, the parties

are not capable of knowing if and what kind of expert witnesses will be needed for actions arising from the August Special Session." [R. 56]. Defendant Greg Stumbo, Speaker of the Kentucky House of Representatives, has responded in opposition to the motion, arguing that it is untimely and would cause unnecessary delay in providing the Court with the assistance of experts in this matter. [R. 57]. The *Brown* Plaintiffs have responded, expressing neither support nor opposition to the motion, but indicating that a period of expert disclosure following the conclusion of the Extraordinary Legislative Session would be beneficial to the parties. [R. 58]. These Plaintiffs suggest postponing the disclosures until August 28, 2013. [Id.]

In deference to the Extraordinary Legislative Session and the legislative process, the Court has essentially bifurcated the Scheduling Order in this matter. A period of initial discovery and initial dispositive motions precede the Extraordinary Legislative Session. The Court anticipates that this discovery and motions will focus on arguments pertaining to the court's jurisdiction and the constitutionality of the 2002 lines. President Stivers's argument overstates the complexity of these issues, the ability to anticipate those issues that need expert testimony, and the number of experts needed to address multiple issues at this phase of the proceeding. Therefore, an extensive extension of the expert-disclosure deadline is unnecessary in advance of the Initial Dispositive Motion period.

However, President Stivers and the Brown Plaintiffs do raise a valid concern that the events of the Extraordinary Legislative Session may give rise to previously unforeseen issues. To address this potential concern, the Court shall allow a period of time following the conclusion of the Extraordinary Legislative Session for the Parties to supplement their expert-witness list and expert disclosures.

Accordingly, it is hereby **ORDERED** as follows:

(1) The Motion of Defendant Robert Stivers, President of the Kentucky Senate, to Modify Scheduling Order to Permit Use of Expert Witnesses Following August Special Session [R. 56] is **GRANTED** in part;

(2) Because of the pendency of this motion, the deadline for disclosure of expert reports in advance of the Initial Dispositive Motion period is extended until **Wednesday, July 10, 2013;**

(3) The Parties shall have five days from the end of the Extraordinary Legislative Session, but in no event later than September 3, 2013, to supplement their Expert-Witness List and Expert Reports.

This 9th day of July, 2013.

BY THE COURT:

_____
Gregory F. Van Tatenhove
U.S. District Judge