UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

KENNY BROWN, et al.,                    )
                                        )
Plaintiffs                              )
                                        )        *ELECTRONICALLY FILED*
v.                                      )
                                        )
THE COMMONWEALTH OF                     )        Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB
KENTUCKY, et al.,                       )
                                        )
Defendants                              )


                    **AND**

MARTIN HERBERT, et al.                  )
                                        )
Plaintiffs                              )
                                        )
v.                                      )        Civil Action No. 3:13-CV-025-GFVT-WOB-DJB
                                        )
KENTUCKY STATE BOARD                    )
OF ELECTIONS, et al.,                   )
                                        )
Defendants                              )


## NOTICE OF SERVICE OF RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS

Please take notice that, pursuant to the Court's June 27, 2013, Scheduling Order (DE #49), on this 9th day of July, 2013, Defendants Alison Lundergan Grimes, in her official capacity as Secretary of State and Chair of the Kentucky State Board of Elections, the Kentucky State Board of Elections and Maryellen Allen, in her official capacity as Executive Director of the Kentucky State Board of Elections, by counsel, served via electronic mail and U.S. mail or

hand delivery upon all counsel of record in these consolidated cases their Responses to Plaintiffs'

Requests for Admission, Interrogatories and Requests for Production of Documents.

Respectfully Submitted,

/s/ Lynn Sowards Zellen_____
Lynn Sowards Zellen
Noel E. Caldwell
Office of the Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
(502) 782-7407
lynn.zellen@ky.gov
*Counsel for Defendants Alison Lundergan*
*Grimes, Kentucky State Board of Elections,*
*and State Board of Elections Members*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed this 9th day of July, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

/s/ Lynn Sowards Zellen_____
Lynn Sowards Zellen