IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| KENNY BROWN, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| COMMONWEALTH OF KENTUCKY, *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MARTIN HERBERT, *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : | |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS OF ROBERT STIVERS IN CASE NO. 13-CV-68-WOB-GFVT-DJB**

Pursuant to FRCP 12(b) and 12(c) and/or FRCP 56, Plaintiffs Kenny Brown, Steve Arlinghaus, Phyllis Sparks, Cathy Flaig, Brett Gaspard, Terry Donoghue, Lawrence Robinson, Kenneth Moellman, Garth Kuhnhein, Timothy Jones, Brandon Voelker, and Garry Moore ("NKY Plaintiffs"), by and through counsel, move for an Order dismissing the Counter-Claims filed against them by Hon. Robert Stivers, Kentucky Senate President, in Case No. 13-CV-68-WOB-GFVT-DJB – such claims are: (1) not ripe; and (2) call for an advisory opinion, in violation of the Article III Case and Controversy requirement of the U.S. Constitution. A

Memorandum in Support is attached hereto and incorporated by reference herein. A proposed order is attached herewith.

Respectfully Submitted,

\_\_\_\_/s/Christopher Wiest_____
Christopher D. Wiest (90725)
Chris Wiest, Atty at Law PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859-486-6850
513-257-1895 (v)
859-491-0803 (f)
chriswiestlaw@yahoo.com

\_/s/Richard A. Brueggemann
Richard A. Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
859/578-3855 (v)
859/578-3869 (f)
rbrueggemann@hemmerlaw.com

*Counsel for Plaintiffs in Brown, et. al. v. Commonwealth, et. al.*

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon counsel for Defendants and Plaintiffs in the consolidated *Herbert* case, this 11th day of July, 2013, via the Court's CM/ECF system.

\_\_\_\_/s/Christopher Wiest_____