IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| KENNY BROWN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF KENTUCKY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MARTIN HERBERT, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS OF ROBERT STIVERS IN CASE NO. 13-CV-68-WOB-GFVT-DJB**

The Court, being fully apprised, grants the Motion to Dismiss the Counterclaims of Senate President Robert Stivers against Plaintiffs Kenny Brown, Steve Arlinghaus, Phyllis Sparks, Cathy Flaig, Brett Gaspard, Terry Donoghue, Lawrence Robinson, Kenneth Moellman, Garth Kuhnhein, Timothy Jones, Brandon Voelker, and Garry Moore ("NKY Plaintiffs"). The Claims made by President Stivers are (1) not ripe; and (2) call for an advisory opinion, in violation of the Article III Case and Controversy requirement of the U.S. Constitution.

IT IS SO ORDERED:

_____
Judge Van Tatenhove, for the Court