# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION (AT COVINGTON)

| | |
|---|---|
| **KENNY BROWN,** *et al.*, | : |
| Plaintiffs, | : Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : |
| Defendants. | : |

| | |
|---|---|
| **MARTIN HERBERT,** *et al.*, | : |
| Plaintiffs, | : Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : |
| Defendants. | : |

**MOTION PURSUANT TO FRCP 41(a)(2) TO DISMISS PLAINTIFFS' CLAIMS FOR MONEY DAMAGES, PLAINTIFFS COUNT II (STATE CONSTITUTIONAL CLAIMS), AND TO DISMISS ROBERT STIVERS, PRESIDENT OF THE KENTUCKY SENATE (and the Kentucky Senate), and GREG STUMBO, SPEAKER OF THE KENTUCKY HOUSE OF REPRESENTATIVES (and the Kentucky House of Representatives) IN CASE NO. 13-CV-68-WOB-GFVT-DJB**

Plaintiffs in the matter of *Brown, et. al v. Commonwealth*, et. al., Case No. 13-cv-68-WOB-GFVT-DBB, by and through counsel, and pursuant to FRCP 41(a)(2) move to dismiss (1) their claim for money damages,[1] (2) their claims under Count II (related to Constitutional Claims under the Kentucky Constitution); (3) and to Dismiss Senate President Robert Stivers (and the

---

[1] This was already withdrawn orally at the scheduling hearing, but Plaintiffs move to do so formally as of record; pending, however, remains Plaintiffs' claims for attorney fees under 42 USC 1988 and 42 USC 1973l.

Kentucky Senate) and Kentucky Speaker of the House Greg Stumbo (and the Kentucky House of Representatives).[2]  Plaintiffs request that these claims be dismissed without prejudice.  A Memorandum in Support is attached hereto and incorporated by reference herein.  A proposed Order is attached.

                Respectfully Submitted,

                _____/s/Christopher D. Wiest_____
                Christopher D. Wiest (KBA 90725)
                Chris Wiest, AAL, PLLC
                25 Town Center Blvd, Suite 104
                Crestview Hills, KY 41017
                859/486-6850 (v)
                859/495-0803 (f)
                513/257-1895 (c)
                chriswiestlaw@yahoo.com

                _/s/Richard A. Brueggemann
                Richard A. Brueggemann (90619)
                E. Jason Atkins (88044)
                Hemmer DeFrank, PLLC
                250 Grandview Dr.
                Fort Mitchell, KY 41017
                859/578-3855 (v)
                859/578-3869 (f)
                rbrueggemann@hemmerlaw.com

                *Counsel for Plaintiffs in Brown, et. al. v. Commonwealth, et. al.*

---

[2] Plaintiffs believe that these Defendants, unless they formally waive legislative immunity in this action – which has not been done to date, are not proper parties before the Court.  If these Defendants were to waive legislative immunity, then they would be entitled to remain in this action and participate.

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon counsel for Defendants and Plaintiffs in the consolidated *Herbert* case, this 11th day of July, 2013, via the Court's CM/ECF system.

    /s/Christopher Wiest