IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| Defendants. | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| Defendants. | : | |

**ORDER GRANTING DISMISSAL OF *BROWN* PLAINTIFFS MOTION UNDER FRCP 41(a)(2) TO DISMISS PLAINTIFFS' CLAIMS FOR MONEY DAMAGES, PLAINTIFFS COUNT II (STATE CONSTITUTIONAL CLAIMS), AND TO DISMISS ROBERT STIVERS, PRESIDENT OF THE KENTUCKY SENATE (and the Kentucky Senate), and GREG STUMBO, SPEAKER OF THE KENTUCKY HOUSE OF REPRESENTATIVES (and the Kentucky House of Representatives) IN CASE NO. 13-CV-68-WOB-GFVT-DJB**

This Court, finding the Motion of the Brown Plaintiffs to be well taken, hereby dismisses (1) their claim for money damages; (2) their Count II State Constitutional claims; and (3) to dismiss Kentucky Speaker of the House Greg Stumbo (and the Kentucky House of Representatives) and Kentucky Senate President Robert Stivers (and the Kentucky Senate); all pursuant to FRCP 41(a)(2). Plaintiffs' federal Equal Protection Clause Claims, including claims for declaratory

relief and prospective injunctive relief, and their claims for attorney fees remain pending.

IT IS SO ORDERED:

_____
Judge Van Tatenhove