UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| Kenny Brown, et al. ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:13 CV 00068 (WOB) |
| v. ) | |
| ) | *Electronically filed* |
| Commonwealth of Kentucky, et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED MOTION TO DISMISS COMMONWEALTH OF KENTUCKY

Comes counsel for Defendant, Commonwealth of Kentucky, and counsel for Plaintiffs, and requests that the Commonwealth of Kentucky be dismissed from this case, by agreement, pursuant to F.R.C.P. 41(a)(1)(A)(i). Counsel for the Defendant has consulted with Chris Wiest, counsel for Plaintiffs, who has authorized the undersigned to submit this agreed motion on behalf of both parties.

Submitted this 12th day of July, 2013.

                                                                       Respectfully Submitted,
                                                                       Jack Conway, Attorney General

                                                                       /s/ Clay A. Barkley
                                                                       **Clay A. Barkley**
                                                                       Assistant Attorney General
                                                                       Office of the Attorney General
                                                                       700 Capital Ave. Suite 118
                                                                       Frankfort, KY  40601
                                                                       502-696-5300

Agreed:

/s/ Chris Wiest (with permission)      /s/ Clay A. Barkley
**Christopher David Wiest**              **Clay A. Barkley**
25 Town Center Blvd                 Assistant Attorney General
Crestview Hills, KY 41017          Office of the Attorney General
859-486-6850                       700 Capital Ave. Suite 118
Fax: 859-495-0803                 Frankfort, KY 40601
Email: chriswiestlaw@yahoo.com    502-696-5300
                                      Email: clay.barkley@ag.ky.gov

COUNSEL FOR PLAINTIFFS       COUNSEL FOR DEFENDANT
                                      COMMONWEALTH OF KENTUCKY

## CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on July 12, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General