# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| Kenny Brown, et al. ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:13 CV 00068 (WOB) |
| v. ) | |
| ) | *Electronically filed* |
| Commonwealth of Kentucky, et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL

The Plaintiffs, by counsel, and the defendant, Commonwealth of Kentucky, by counsel, being in agreement, and the Court being duly and sufficiently advised hereby stipulates to the dismissal of the Commonwealth of Kentucky as a party pursuant to F.R.C.P. 41(a)(1)(A)(i), without prejudice.

Submitted this 12th day of July, 2013.

>
> Respectfully Submitted,
> Jack Conway, Attorney General
>
> /s/ Clay A. Barkley
> **Clay A. Barkley**
> Assistant Attorney General
> Office of the Attorney General
> 700 Capital Ave. Suite 118
> Frankfort, KY  40601
> 502-696-5300

Agreed:

/s/ Chris Wiest (with permission)
**Christopher David Wiest**
25 Town Center Blvd
Crestview Hills, KY 41017
859-486-6850
Fax: 859-495-0803
Email: chriswiestlaw@yahoo.com

COUNSEL FOR PLAINTIFFS

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General
Office of the Attorney General
700 Capital Ave. Suite 118
Frankfort, KY  40601
502-696-5300
Email: clay.barkley@ag.ky.gov

COUNSEL FOR DEFENDANT
COMMONWEALTH OF KENTUCKY

## **CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

I hereby certify that on July 12, 2013, the foregoing was filed with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ Clay A. Barkley
**Clay A. Barkley**
Assistant Attorney General