IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| Defendants. | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| Defendants. | : | |

**MOTION OF PLAINTIFFS IN CASE NO. 13-CV-68-WOB-GFVT-DJB TO AMEND COMPLAINT AND/OR JOIN DEFENDANTS PURSUANT TO FRCP 15, 19, 21, and/or 25**

Plaintiffs, by and through counsel, move this Court to permit them to amend their complaint to add and/or join Defendants pursuant to FRCP 15, 19, 20, 21. Plaintiffs, through additional research, believe certain Defendants should be added to their case. These same Defendants are already before the Court in the *Herbert* case and include the individual Board Members of the State Board of Elections and the Executive Director of the State Board of Elections – and, as such, these Defendants will suffer no prejudice by being joined. To aid and streamline this process, counsel for Plaintiffs have spoken with counsel for these Defendants,

and counsel for these Defendants will accept service by electronic mail for these Defendants.[1]  A memorandum in support is attached hereto and incorporated by reference herein.  A proposed Order is attached.

Respectfully Submitted,

_____/s/Christopher D. Wiest_____
Christopher D. Wiest (KBA 90725)
Chris Wiest, AAL, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
859/495-0803 (f)
513/257-1895 (c)
chriswiestlaw@yahoo.com

  /s/Richard A. Brueggemann
Richard A. Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
859/578-3855 (v)
859/578-3869 (f)
rbrueggemann@hemmerlaw.com

*Counsel for Plaintiffs in Brown, et. al. v. Commonwealth, et. al.*

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon counsel for Defendants and Plaintiffs in the consolidated *Herbert* case, this 12th day of July, 2013, via the Court's CM/ECF system.

_____/s/Christopher Wiest_____

---

[1] Counsel for Plaintiffs attempted to resolve this by stipulation, but due to timing concerns, Counsel for Defendants was unable to obtain consent by all Defendants by today.