IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | |
|---|---|
| **KENNY BROWN,** *et al.*, | : |
| Plaintiffs, | : Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : |
| Defendants. | : |
| **MARTIN HERBERT,** *et al.*, | : |
| Plaintiffs, | : Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : |
| Defendants. | : |

### ORDER REGARDING THE ADDING OF DEFENDANTS IN CASE NO. 13-CV-68-WOB-GFVT-DJB

The Court hereby orders that Plaintiff's Motion to Amend their Complaint and join and add of the following parties, as Defendants in Case No. 13-CV-68-WOB-GFVT-DJB, pursuant to FRCP 15, 19, 21, and/or 25:

(1) Alison Lundergan Grimes, in her official capacity as Chairwoman of the Kentucky State Board of Elections;

(2) David Cross, John Hampton, Stephen Huffman, Denise May, George Russell, and Roy Sizemore, in their official capacities as Board Members of the Kentucky State Board of

    Elections; and

(3) Maryellen Allen, in her official capacity as Executive Director of the Kentucky State Board of Elections;

The Amended Complaint tendered with Plaintiffs' Motion is hereby deemed filed as of record.

IT IS SO ORDERED:

_____
Judge Van Tatanhove