**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 3:13cv00025 |

**PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed.R.Civ.P. 56 and LR 7.1, Plaintiffs in the above-styled consolidated actions (*Brown* Plaintiffs and *Herbert* Plaintiffs, respectively) respectfully move this Court for the entry of summary judgment in their favor in the form of a declaratory judgment and permanent injunctive relief. Specifically, Plaintiffs seek summary judgment declaring that Kentucky's existing House and Senate legislative districts — districts that were enacted in 2002 — are impermissibly mal-apportioned in violation of the Fourteenth Amendment's Equal Protection clause, and a permanent injunction barring the Defendants from utilizing the current

House and Senate legislative districts in any future elections. In their accompanying memorandum of law, Plaintiffs detail why, even when the evidence is viewed in the light most favorable to Defendants, that: 1) there are no genuine issues of material fact in this case; and 2) Plaintiffs are entitled to judgment as a matter of law.

Respectfully submitted,

| | |
|---|---|
| s/ Christopher D. Wiest (by wes w/permission)<br>Christopher D. Wiest (KBA 90725)<br>Chris Wiest, Atty at Law PLLC<br>25 Town Center Blvd, Suite 104<br>Crestview Hills, KY 41017<br>859-486-6850<br>513-257-1895 (v)<br>chriswiestlaw@yahoo.com | s/ William E. Sharp<br>William E. Sharp<br>ACLU OF KENTUCKY<br>315 Guthrie Street, Suite 300<br>Louisville, KY 40202<br>(502) 581-9746<br>sharp@aclu-ky.org |
| Rick Brueggemann (90619)<br>E. Jason Atkins (88044)<br>Hemmer DeFrank, PLLC<br>250 Grandview Dr.<br>Fort Mitchell, KY 41017<br>859/578-3855 (v)<br>859/578-3869 (f)<br>rbrueggemann@hemmerlaw.com | Laughlin McDonald<br>ACLU Voting Rights Project<br>2700 International Tower<br>229 Peachtree Street, NE<br>Atlanta, GA 30303<br>(404) 500-1235<br>lmcdonald@aclu.org |
| *Counsel for Brown Plaintiffs* | Dale Ho*<br>ACLU Voting Rights Project<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2693<br>dale.ho@aclu.org |
| | * Motion for *Pro Hac Vice* admission pending |
| | Ben Carter<br>BEN CARTER LAW PLLC<br>455 South Fourth Street, Suite 902<br>Louisville, KY 40202<br>ben@bencarterlaw.com<br>ACLU of KY Cooperating Attorney |
| | *Counsel for Herbert Plaintiffs* |

# CERTIFICATE OF SERVICE

I certify that on July 12, 2013, I electronically filed this Plaintiffs' Joint Motion for Summary Judgment with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Lynn SowardsZellen<br>lynn.zellen@ky.gov<br>Noel E. Caldwell<br>ncaldwell@caldwelllawyers.com | Pierce B. Whites<br>piercewhites@aol.com<br>Anna S. Whites<br>annawhites@aol.com |
| *Counsel for Kentucky State Bd. of Elections, Secretary of State Alison L. Grimes, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, Roy Sizemore, and Maryellen Allen* | *Counsel for House Speaker Greg Stumbo* |
| Clay A. Barkley<br>clay.barkley@ag.ky.gov<br>Matt James<br>matt.james@ag.ky.gov | Stanton L. Cave<br>s.cave1@insightbb.com<br>Jessica A. Burke<br>jessica@jblawoffices.net |
| *Counsel for Gov. Steve Beshear, Commonwealth of Kentucky* | *Counsel for Senate President Robert Stivers* |
| Laura H. Hendrix<br>laura.hendrix@lrc.ky.gov<br>Greg A. Woosley<br>greg.woosley@lrc.ky.gov | |
| *Counsel for KY Legislative Research Commission* | |

s/ William E. Sharp<br>
*Counsel for the Herbert Plaintiffs*