# Plaintiffs' Exhibit 1



**UNITED STATES DEPARTMENT OF COMMERCE**
Economics and Statistics Administration
**U.S. Census Bureau**
Washington, DC 20233-0001
OFFICE OF THE DIRECTOR

MAR 1 6 2011

Mr. Scott Hamilton
GIS Manager
Legislative Research Commission
Geographic Information Systems Office
Room 26, Capitol Annex
Frankfort, KY 40601

Dear Mr. Hamilton:

On behalf of the U.S. Census Bureau Director, Dr. Robert M. Groves, I am happy to provide you with a copy of the 2010 Census Redistricting Data (Public Law (P.L.) 94-171) Summary File for your state. These files contain tables on population and housing characteristics for the many geographic areas within your state including; counties, American Indian Areas, 2010 census tracts and block groups, places, townships, legislative and congressional districts and more.

These data meet the requirements prescribed in P.L. 94-171 to provide "Tabulations of population ...to the Governor of the State involved and the officers or public bodies having responsibility for legislative apportionment or districting of each state...within one year after the census date.".   Web links to the data and documentation for all available redistricting related Census products are located on the Redistricting Data Office's website at www.census.gov/rdo/data.  From this website you will be directed to both our data dissemination tool, the American Factfinder or the many geographic products prepared in order to support the summary data.  We are pleased to bring you this portrait of your state.

If you have any questions or comments, please do not hesitate to contact me or Assistant Chief, James Whitehorne, at 301-763-4039.

Sincerely,

*Cathy McCully*
Cathy McCully, Chief
2010 Census Redistricting Data Office

Enclosures

U S C E N S U S B U R E A U
*Helping You Make Informed Decisions*

Recieved
3/17/11   12:15 pm
www.census.gov

cc:

The Honorable Steve Beshear, Governor of Kentucky

The Honorable David L. Williams, President of the Senate

The Honorable Katie Stine, President Pro Tem

The Honorable Robert Stivers, Senate Majority Floor Leader

The Honorable R.J. Palmer, II, Senate Minority Floor Leader

The Honorable Greg Stumbo, Speaker of the House

The Honorable Larry Clark, Speaker Pro Tem

The Honorable Rocky Adkins, House Majority Floor Leader

The Honorable Jeffrey Hoover, House Minority Floor Leader

Mr. Scott Hamilton, GIS Manager

Ms. Judy Fritz, Committee Staff Administrator

Mr. Michael Price, Director - State Data Center, Governor's Liaison

PUBLIC LAW 94-171—DEC. 23, 1975          89 STAT. 1023

Public Law 94-171
94th Congress

## An Act

To amend section 141 of title 13, United States Code, to provide for the transmittal to each of the several States of the tabulation of population of that State obtained in each decennial census and desired for the apportionment or districting of the legislative body or bodies of that State, in accordance with, and subject to the approval of the Secretary of Commerce, a plan and form suggested by that officer or public body having responsibility for legislative apportionment or districting of the State being tabulated, and for other purposes.

Dec. 23, 1975
[H.R. 1753]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That section 141 of title 13, United States Code, is amended by adding at the end thereof the following new subsection:

"(c) The officers or public bodies having initial responsibility for the legislative apportionment or districting of each State may, not later than three years prior to the census date, submit to the Secretary a plan identifying the geographic areas for which specific tabulations of population are desired. Each such plan shall be developed in accordance with criteria established by the Secretary, which he shall furnish to such officers or public bodies not later than April 1 of the fourth year preceding the census date. Such criteria shall include requirements which assure that such plan shall be developed in a nonpartisan manner. Should the Secretary find that a plan submitted by such officers or public bodies does not meet the criteria established by him, he shall consult to the extent necessary with such officers or public bodies in order to achieve the alterations in such plan that he deems necessary to bring it into accord with such criteria. Any issues with respect to such plan remaining unresolved after such consultation shall be resolved by the Secretary, and in all cases he shall have final authority for determining the geographic format of such plan. Tabulations of population for the areas identified in any plan approved by the Secretary shall be completed by him as expeditiously as possible after the census date and reported to the Governor of the State involved and the officers or public bodies having responsibility for legislative apportionment or districting of such State, except that such tabulations of population of each State requesting a tabulation plan, and basic tabulations of population of each State, shall, in any event, be completed, reported and transmitted to each respectively State within one year after the census date.".

Population, tabulation for State legislative apportionment.

SEC. 2. (a) The heading for section 141 of title 13, United States Code, is amended by adding at the end thereof the following: "; tabulation for legislative apportionment".

(b) The table of sections for chapter 5 of title 13, United States Code, is amended by striking out the item relating to section 141 and inserting in lieu thereof the following:

"141. Population, unemployment, and housing; tabulation for legislative apportionment.".

Approved December 23, 1975.

LEGISLATIVE HISTORY:

HOUSE REPORT No. 94-456 (Comm. on Post Office and Civil Service).
SENATE REPORT No. 94-539 (Comm. on Post Office and Civil Service).
CONGRESSIONAL RECORD, Vol. 121 (1975):
    Nov. 7, considered and passed House.
    Dec. 15, considered and passed Senate.