# Plaintiffs' Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KY, *et al.*,<br><br>                      Defendants. | Case No. 2:13cv00068 |
| MARTIN HERBERT, et al.,<br><br>    Plaintiffs,<br>v.<br>KENTUCKY STATE BOARD OF ELECTIONS, et al.,<br><br>    Defendants. | Case No. 3:13cv00025 |

**Expert Report of William S. Cooper**

       This report is submitted pursuant to Rule 26(a)(2)(B), Fed.R.Civ.P., as requested by counsel for the *Herbert* Plaintiffs.

       1.     My name is Williams S. Cooper. I have a B.A. degree in Economics from Davidson College. As a private consultant, I currently serve as a demographic and redistricting

expert for the *Herbert* Plaintiffs. I am compensated at the rate of $100 per hour for my work on this report.

2.   I have testified at trial as an expert witness on redistricting and demographics in federal courts in 34 voting rights cases. Three of these lawsuits resulted in changes to statewide legislative boundaries: *Rural West Tennessee African American Affairs v. McWherter, Old Person v. Cooney, and Bone Shirt v. Hazeltine*. Approximately 25 of the cases led to changes in local election district plans.

3.   Since the release of the 2010 Census in February 2011, I have developed several statewide legislative plans (Alabama, Georgia, Florida, South Carolina, and Virginia) and about 100 local redistricting plans – primarily, for groups working to protect minority voting rights. Three plans that I developed for local government clients during 2011 – Bolivar County, Mississippi, the City of Grenada, Mississippi, and Sussex County, Virginia – were precleared by the U.S. Department of Justice under Section 5 of the Voting Rights Act. None of the redistricting plans that I have developed has ever drawn an objection under Section 5.

4.   For more information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation, Section 5 comment letters, and other efforts to promote compliance with the Voting Rights Act of 1965, see a summary of my redistricting work attached as **Exhibit A.**

## I. Purpose of Report

5.    The attorneys for the *Herbert* Plaintiffs asked me to prepare a report addressing the following questions:

- *According to the 2010 Census, what is the extent of malapportionment in legislative districts for the Kentucky State House of Representatives and Senate plans adopted in 2002?*
- *How many counties are split under the 2002 Kentucky House and Senate plans?*

## II. Methodology and Sources

6.    My analysis relies on data obtained from the decennial census – specifically, the *2000* and *2010 Redistricting Data (Public Law 94-171) Summary Files (Kentucky)*.

7.    I also used *the 2010 Advance Group Quarters File* released by the U.S. Census Bureau on April 20, 2011. This file contains complete count block-level data for the population living in institutional and non-institutional group quarters – for example, prisons, military barracks, and college dorms.

8.    For additional detail on the state and federal prison population, I used a proprietary database obtained from the Prison Policy Initiative (PPI), based in Northampton, Massachusetts. PPI identified census blocks nationwide that encompass state and federal prisons and then tabulated a block-level count of prisoners by race and ethnicity from the complete count SF1 tract-level 2010 Census file. Therefore, this count includes only persons who are incarcerated in facilities that are state or federal prisons.[1]

---

[1] A table identifying Kentucky's 2010 correctional population by county, census block, and facility type is available from the Prison Policy Initiative at:
http://www.prisonersofthecensus.org/locator2010/states/starts-with-ke/

3

9. Map exhibits and corresponding tables that I prepared were produced using *Maptitude for Redistricting* software, *Microsoft Excel*, and Census Bureau TIGER geographic files available for public download from the Census Bureau website.

10. I also relied upon tables and maps produced by the Kentucky Legislative Research Commission, depicting 2000-2010 population change by county and legislative district. These materials are included as exhibits with my report.

### III. Population Profile of Kentucky – 2000 to 2010

11. According to the 2010 Census, Kentucky has a population of 4,339,367. This represents a 7.36% increase over the 4,041,760 count reported in the 2000 Census. The table in **Figure 1** below shows how the distribution of the population by race and ethnicity changed in Kentucky between 2000 and 2010.

**Figure 1 -- Kentucky – 2000 Census to 2010 Census**

|  | 2000 Number | Percent | 2010 Number | Percent | 2000 to 2010 Change | 2000 to 2010 Percent Change |
|---|---|---|---|---|---|---|
| **Total Population** | 4,041,769 | 100.00 | 4,339,367 | 100.00% | 297,598 | 7.36% |
| **Total Hispanics** | 59,939 | 1.48% | 132,836 | 3.06% | 72,897 | 121.62% |
| **White*** | 3,608,013 | 89.27% | 3,745,655 | 86.32% | 137,642 | 3.81% |
| **Black*** | 293,639 | 7.27% | 333,075 | 7.68% | 39,436 | 13.43% |
| **American Indian and Eskimo*** | 7,939 | 0.20% | 8,642 | 0.20% | 703 | 8.86% |
| **Asian*** | 29,368 | 0.73% | 48,338 | 1.11% | 18,970 | 64.59% |
| **Hawaiian and Pacific Islander*** | 1,275 | 0.03% | 2,074 | 0.05% | 799 | 62.67% |
| **Other*** | 3,846 | 0.10% | 4,634 | 0.11% | 788 | 20.49% |
| **Two or More Races*** | 37,750 | 0.93% | 64,113 | 1.48% | 26,363 | 69.84% |

\* Single-race, non-Hispanic

**Source:** Based on a 1980-2000 chart prepared by the Social Science Data Analysis Network (SSDAN) at http://www.censusscope.org/us/s21/chart_race.html

4

12. As shown in **Figure 1**, Kentucky's minority population grew at a faster pace than the non-Hispanic white population. The non-Hispanic white population increased by 3.81% over the decade, lagging behind the statewide growth rate. Meanwhile, the single-race non-Hispanic African-American population grew by 13.43% and the Hispanic population more than doubled (121.62%).

13. According to the 2010 Census, single-race non-Hispanic African Americans comprise 7.68% of Kentucky's population. Latinos are the second largest minority population in the state at 3.06%. In the 2010 Census, 376,213 persons in Kentucky (8.67%) identified as any part African American (including black Hispanics).

14. The statewide population growth between 2000 and 2010 was not uniform at the county level. Of the 120 counties in Kentucky, 32 grew faster than the statewide 7.36% rate, while 36 lost population.

15. **Exhibit B** attached to this report is a table prepared by the Kentucky Legislative Research Commission (LRC) showing the 2000-2010 population change by county. **Exhibit C** is an LRC-produced map depicting population change by county over the decade.

16. Metro and suburban counties in northern Kentucky grew at a relatively fast pace between 2000 and 2010. The five fastest growing counties are all located in northern Kentucky. Spencer County grew by 45%, followed by Scott (42.68%), Boone (38.17%). Oldham (30.62%) and Shelby (26.1%).

17. Many rural counties in the coalfields and Cumberland Plateau of eastern Kentucky lost population between 2000 and 2010. Rural counties in the southwest corner of the state also lost population. Between 2000 and 2010, Breathitt County lost 13.8% of its population, followed by

5

Fulton (12.11%), Harlan (11.82%), Clay (11.51%), and Leslie (8.8%).

### III. Malapportionment of 2002 Kentucky House and Senate Plans

18.  The uneven county-level population change between 2000 and 2010 guaranteed that many legislative districts adopted in 2002 would be malapportioned according to the 2010 Census -- assuming a +/- 5% deviation range.

**State House**

19.  At the time of the post-2000 Census redistricting cycle, the ideal population size for one of the 100 State House districts was 40,418. Due to the statewide growth in population over the decade, the ideal population size for a House district is now 43,394 based on the 2010 Census. In order to stay within the +/-5% deviation range, a State House district must have a 2010 population between 45,564 and 41,224.

20.  **Exhibit D** is a table prepared by the LRC that shows population change by House district between 2000 and 2010. Of the 100 House districts, 30 lost population over the decade and an additional 10 districts had insufficient population growth to reach the 41,224 population necessary to stay within -5% of the ideal population size. Just 35 out of 100 House districts are within the +/- 5% range based on the 2010 Census.

21.  **Exhibit E-1** and **Exhibit E-2** are LRC-produced maps that show 2000-2010 population change by House district. With the exception of a few urban districts, the geographic distribution of House district population change generally mirrors the county-level population change map in **Exhibit C**.

6

22. **Exhibit F** shows summary population statistics and the deviation from the 2010 ideal population for the 100 House districts in the 2002 plan. The overall deviation is 60.71%, which represents the absolute value of the district with the highest deviation above the ideal (District 60 at 42.70%) plus the district with the highest deviation below the ideal (District 43 at -18.01%).[2]

23. Pages 4 to 6 of **Exhibit F** report group quarters population by House district from the 2010 Census SF 1 file.

24. **Exhibit G-1** is a thematic color-coded map showing deviations by House district under the 2002 plan. **Exhibit G-2** shows detail for the more densely populated areas of northern Kentucky.

**State Senate**

25. At the time of the post-2000 Census redistricting cycle, the ideal population size for one of the 38 State Senate districts was 106,363. Due to the statewide growth in population over the decade, the ideal population size for a Senate district is now 114,194. In order to stay within the +/- 5% deviation range, a State Senate district must have a 2010 population between 108,484 and 119,902.

26. **Exhibit H** is a table prepared by the LRC that shows population change by Senate district between 2000 and 2010. Of the 38 Senate districts, 9 lost population over the decade and an additional 6 districts had insufficient population growth to reach the population necessary to stay within -5% of the ideal population size. Just 11 out of 38 Senate districts are within the +/- 5% range according to the 2010 Census.

---

[2] A summary table showing selected 2010 population data by 2002 Kentucky State House district can be viewed and downloaded from the U.S. Census Bureau American FactFinder website at:
http://factfinder2.census.gov/bkmk/table/1.0/en/DEC/10_PL/GCTPL1.ST08/0400000US21

7

27.    **Exhibit I** is an LRC-produced map that shows 2000-2010 population change by Senate district. With the exception of a couple urban districts, the geographic distribution of Senate district population change generally mirrors the county-level population change map in **Exhibit C**.

28.    **Exhibit J** shows summary population statistics and the deviation from the 2010 ideal population for the 38 Senate districts in the 2002 plan. The overall deviation is 37.71%, which represents the absolute value of the district with the highest deviation above the ideal (District 11 at 20.21%) plus the district with the highest deviation below the ideal (District 43 at -18.01%).[3]

29.    Page 2 of **Exhibit J** reports group quarters population by Senate district from the 2010 Census SF 1 file.

30.    **Exhibit K** is a thematic color-coded map showing deviations by Senate district under the 2002 plan.

## IV. County Splits in 2002 Kentucky House and Senate Plans

31.    The Table in **Exhibit L** identifies in yellow the counties that are split by one or more House or Senate districts in the 2002 plans. All told, 27 counties are split by House districts. Three of these 27 counties are also split by Senate districts – Fayette, Jefferson, and Keaton. The map in **Exhibit M** highlights in yellow the 27 counties that are split under the 2002 plans.

32.    Under the 2002 House plan, there are 7 split counties with populations that are within the +5% deviation ceiling under the 2010 Census – Floyd, Harlan, Letcher, Rowan, Spencer, Trigg, and Wolfe. Two of the 7 counties are split more than two ways under the 2002 House plan. Harlan

---

[3] A summary table showing selected 2010 population data by 2002 Kentucky State House district can be viewed and downloaded from the U.S. Census Bureau American FactFinder website at: http://factfinder2.census.gov/bkmk/table/1.0/en/DEC/10_PL/GCTPL1.ST08/0400000US21

County is divided into 4 districts and Spencer County is split into 3 districts. All 7 of these counties can theoretically remain whole under a legislative plan drawn based on the 2010 Census.

33. Two counties – Jessamine and Scott – have experienced significant population growth since 2000, so they can no longer fit into a single district as in the 2002 House plan. Both counties must be split in order to stay within the +/-5% deviation range based on the 2010 Census.

## V. Conclusion

34. According to the 2010 Census, the 2002 House plan has an overall deviation of 60.71% and the 2002 Senate plan has an overall deviation of 37.71%. Therefore, in my opinion the 2002 Kentucky State House and Senate plans are seriously malapportioned.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct to the best of my knowledge.

July 3, 2013

*William S. Cooper* (signature)
WILLIAM S. COOPER

9