# Plaintiffs' Exhibit 3

*William S. Cooper*
*525 Garden Lane*
*Bristol, VA 24201*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a BA degree in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 600 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in five states (Alabama, Georgia, Florida, South Carolina, and Virginia), as well as about 100 local redistricting plans in approximately 20 states – primarily for groups working to protect minority voting rights.

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the Department of Justice.

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County Board of Commissioners and the

1

Miami-Dade School Board. Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, MS to provide redistricting services. The ward plan I developed received preclearance in March 2012.

I currently serve as a redistricting consultant for Tunica County, MS and Claiborne County, MS.

I testified in two redistricting lawsuits in 2011 in New Mexico and New York – *Archuleta v. City of Albuquerque* and *Pope v. County of Albany*.

I am also a consultant and expert for the plaintiffs in *Georgia State Conference NAACP, et al. v. Fayette County*, *Alabama Legislative Black Caucus et al. v. Alabama*, *Montes v. City of Yakima, Washington*, *Everett Dean et al. v. Washington County, Mississippi*, and *Navajo Nation v. San Juan County, Utah*.

I also serve as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative and Demos for a nationwide project to end prison-based gerrymandering. I have analyzed 2011 election plans in over a dozen states as part of my work with these two organizations. In December 2011, I filed a declaration in *Fletcher v. Lamone* in support of an *amicus* brief submitted by PPI and Demos.

During the 2000's, I analyzed census data and prepared draft election plans involving about 300 local-level jurisdictions in 25 states. I produced these plans at the request of local citizens' groups, national organizations such as the NAACP and, in a few instances, by contract with local governments. Election plans I developed for two counties – Sussex County, Virginia and Webster County, Mississippi – were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county council plan I developed for Native

2

American plaintiffs in a Section 2 lawsuit *(Blackmoon v. Charles Mix County)* was adopted by Charles Mix County, South Dakota in November 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania *(Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District)* was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, NC and Cortez-Montezuma School District in Colorado were adopted in 2009.

In addition, during the post-2000 reapportionment process, I drafted proposed statewide legislative plans on behalf of clients in eight states – Florida, Montana, New Mexico, North Dakota, South Dakota, Tennessee, Virginia, and Wyoming. In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed. *(Bone Shirt v. Hazeltine)*

Since 1986, I have prepared election plans for Section 2 litigation in Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, South Carolina, South Dakota, Tennessee, Utah, Virginia, Washington, and Wyoming.

I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses):

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

3

**Louisiana**
*Knight v. McKeithen (1994)*
*Reno v. Bossier Parish (1995)*
*Wilson v. Town of St. Francisville (1997)*

**Maryland**
*Cane v. Worcester County (1994)*

**Mississippi**
*Addy v Newton County (1995)*
*Boddie v. Cleveland (2003)*
*Boddie v. Cleveland School District (2010)*
*Ewing v. Monroe County(1995)*
*Farley v. Hattiesburg (2008)*
*Jamison v. City of Tupelo (2006)*
*Gunn v. Chickasaw County (1995)*
*NAACP v. Fordice (1999)*
*Nichols v. Okolona (1995)*
*Smith v. Clark (1995)*

**Montana**
*Old Person v. Cooney (1998*
*Old Person v. Brown (on remand) (2001)*

**Nebraska**
*Stabler v. Thurston County (1995)*

**New York**
*Arbor Hills Concerned Citizens v. Albany County (2003)*
*Pope v. County of Albany (2011)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee African American Affairs Council v. McWherter (1993)*

**Virginia**
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White v. Daniel (1989)*
*Smith v. Brunswick County (1991)*

4

*Wyoming*
Large v. Fremont County (2007)


In addition, I have filed declarations or been deposed in these voting rights cases:

**Alabama**
Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)

**Florida**
Burton v. City of Belle Glade (1997)
Johnson v. DeSoto County (1999)
Thompson v. Glades County (2001)

**Georgia**
Georgia State Conference NAACP, et al. v. Fayette County (2012)
Jones v. Cook County (1993)
Johnson v. Miller (1998)
Knighton v. Dougherty County (2002)

**Louisiana**
NAACP v. St. Landry Parish Council (2005)
Prejean v. Foster (1994)
Rodney v. McKeithen (1993)

**Maryland**
Fletcher v. Lamone (2011)

**Mississippi**
Dean v. Washington County (2012)
Williams v. Bolivar County (2005)
Clark v. Calhoun County (on remand))(1993)
Houston v. Lafayette County (2002)
Wilson v. Clarksdale (1992)
Stanfield v. Lee County(1991)
Teague v. Attala County (on remand)(1993)

**Montana**
Alden v. Rosebud County (2000)

**North Carolina**
Lewis v. Alamance County (1991)
Gause v. Brunswick County (1992)
Webster v. Person County (1992)

5

**South Carolina**
*Vander Linden v. Campbell (1996)*

**South Dakota**
*Emery v. Hunt (1999)*
*Kirkie v. Buffalo County (2004)*

**Tennessee**
*NAACP v. Frost, et al. (2003*

**Virginia**
*Moon v. Beyer (1990)*

**Washington**
*Montes v. City of Yakima (2013)*

### #