# Plaintiffs' Exhibit 4

## Kentucky County Population Change 2000-2010

| County | 2010 Pop | 2000 Pop | Change | % Change |
|---|---|---|---|---|
| Adair | 18,656 | 17,244 | 1,412 | 8.19 |
| Allen | 19,956 | 17,800 | 2,156 | 12.11 |
| Anderson | 21,421 | 19,111 | 2,310 | 12.09 |
| Ballard | 8,249 | 8,286 | -37 | -0.45 |
| Barren | 42,173 | 38,033 | 4,140 | 10.89 |
| Bath | 11,591 | 11,085 | 506 | 4.56 |
| Bell | 28,691 | 30,060 | -1,369 | -4.55 |
| Boone | 118,811 | 85,991 | 32,820 | 38.17 |
| Bourbon | 19,985 | 19,360 | 625 | 3.23 |
| Boyd | 49,542 | 49,752 | -210 | -0.42 |
| Boyle | 28,432 | 27,697 | 735 | 2.65 |
| Bracken | 8,488 | 8,279 | 209 | 2.52 |
| Breathitt | 13,878 | 16,100 | -2,222 | -13.80 |
| Breckinridge | 20,059 | 18,648 | 1,411 | 7.57 |
| Bullitt | 74,319 | 61,236 | 13,083 | 21.36 |
| Butler | 12,690 | 13,010 | -320 | -2.46 |
| Caldwell | 12,984 | 13,060 | -76 | -0.58 |
| Calloway | 37,191 | 34,177 | 3,014 | 8.82 |
| Campbell | 90,336 | 88,616 | 1,720 | 1.94 |
| Carlisle | 5,104 | 5,351 | -247 | -4.62 |
| Carroll | 10,811 | 10,155 | 656 | 6.46 |
| Carter | 27,720 | 26,889 | 831 | 3.09 |
| Casey | 15,955 | 15,447 | 508 | 3.29 |
| Christian | 73,955 | 72,265 | 1,690 | 2.34 |
| Clark | 35,613 | 33,144 | 2,469 | 7.45 |
| Clay | 21,730 | 24,556 | -2,826 | -11.51 |
| Clinton | 10,272 | 9,634 | 638 | 6.62 |
| Crittenden | 9,315 | 9,384 | -69 | -0.74 |
| Cumberland | 6,856 | 7,147 | -291 | -4.07 |
| Daviess | 96,656 | 91,545 | 5,111 | 5.58 |
| Edmonson | 12,161 | 11,644 | 517 | 4.44 |
| Elliott | 7,852 | 6,748 | 1,104 | 16.36 |
| Estill | 14,672 | 15,307 | -635 | -4.15 |
| Fayette | 295,803 | 260,512 | 35,291 | 13.55 |
| Fleming | 14,348 | 13,792 | 556 | 4.03 |
| Floyd | 39,451 | 42,441 | -2,990 | -7.05 |
| Franklin | 49,285 | 47,687 | 1,598 | 3.35 |
| Fulton | 6,813 | 7,752 | -939 | -12.11 |
| Gallatin | 8,589 | 7,870 | 719 | 9.14 |
| Garrard | 16,912 | 14,792 | 2,120 | 14.33 |
| Grant | 24,662 | 22,384 | 2,278 | 10.18 |
| Graves | 37,121 | 37,028 | 93 | 0.25 |
| Grayson | 25,746 | 24,053 | 1,693 | 7.04 |
| Green | 11,258 | 11,518 | -260 | -2.26 |
| Greenup | 36,910 | 36,891 | 19 | 0.05 |
| Hancock | 8,565 | 8,392 | 173 | 2.06 |
| Hardin | 105,543 | 94,174 | 11,369 | 12.07 |
| Harlan | 29,278 | 33,202 | -3,924 | -11.82 |

## Kentucky County Population Change 2000-2010

| County | 2010 Pop | 2000 Pop | Change | % Change |
|---|---|---|---|---|
| Harrison | 18,846 | 17,983 | 863 | 4.80 |
| Hart | 18,199 | 17,445 | 754 | 4.32 |
| Henderson | 46,250 | 44,829 | 1,421 | 3.17 |
| Henry | 15,416 | 15,060 | 356 | 2.36 |
| Hickman | 4,902 | 5,262 | -360 | -6.84 |
| Hopkins | 46,920 | 46,519 | 401 | 0.86 |
| Jackson | 13,494 | 13,495 | -1 | -0.01 |
| Jefferson | 741,096 | 693,604 | 47,492 | 6.85 |
| Jessamine | 48,586 | 39,041 | 9,545 | 24.45 |
| Johnson | 23,356 | 23,445 | -89 | -0.38 |
| Kenton | 159,720 | 151,464 | 8,256 | 5.45 |
| Knott | 16,346 | 17,649 | -1,303 | -7.38 |
| Knox | 31,883 | 31,795 | 88 | 0.28 |
| Larue | 14,193 | 13,373 | 820 | 6.13 |
| Laurel | 58,849 | 52,715 | 6,134 | 11.64 |
| Lawrence | 15,860 | 15,569 | 291 | 1.87 |
| Lee | 7,887 | 7,916 | -29 | -0.37 |
| Leslie | 11,310 | 12,401 | -1,091 | -8.80 |
| Letcher | 24,519 | 25,277 | -758 | -3.00 |
| Lewis | 13,870 | 14,092 | -222 | -1.58 |
| Lincoln | 24,742 | 23,361 | 1,381 | 5.91 |
| Livingston | 9,519 | 9,804 | -285 | -2.91 |
| Logan | 26,835 | 26,573 | 262 | 0.99 |
| Lyon | 8,314 | 8,080 | 234 | 2.90 |
| Madison | 82,916 | 70,872 | 12,044 | 16.99 |
| Magoffin | 13,333 | 13,332 | 1 | 0.01 |
| Marion | 19,820 | 18,212 | 1,608 | 8.83 |
| Marshall | 31,448 | 30,125 | 1,323 | 4.39 |
| Martin | 12,929 | 12,578 | 351 | 2.79 |
| Mason | 17,490 | 16,800 | 690 | 4.11 |
| McCracken | 65,565 | 65,514 | 51 | 0.08 |
| McCreary | 18,306 | 17,080 | 1,226 | 7.18 |
| McLean | 9,531 | 9,938 | -407 | -4.10 |
| Meade | 28,602 | 26,349 | 2,253 | 8.55 |
| Menifee | 6,306 | 6,556 | -250 | -3.81 |
| Mercer | 21,331 | 20,817 | 514 | 2.47 |
| Metcalfe | 10,099 | 10,037 | 62 | 0.62 |
| Monroe | 10,963 | 11,756 | -793 | -6.75 |
| Montgomery | 26,499 | 22,554 | 3,945 | 17.49 |
| Morgan | 13,923 | 13,948 | -25 | -0.18 |
| Muhlenberg | 31,499 | 31,839 | -340 | -1.07 |
| Nelson | 43,437 | 37,477 | 5,960 | 15.90 |
| Nicholas | 7,135 | 6,813 | 322 | 4.73 |
| Ohio | 23,842 | 22,916 | 926 | 4.04 |
| Oldham | 60,316 | 46,178 | 14,138 | 30.62 |
| Owen | 10,841 | 10,547 | 294 | 2.79 |
| Owsley | 4,755 | 4,858 | -103 | -2.12 |
| Pendleton | 14,877 | 14,390 | 487 | 3.38 |

## Kentucky County Population Change 2000-2010

| County | 2010 Pop | 2000 Pop | Change | % Change |
|---|---|---|---|---|
| Perry | 28,712 | 29,390 | -678 | -2.31 |
| Pike | 65,024 | 68,736 | -3,712 | -5.40 |
| Powell | 12,613 | 13,237 | -624 | -4.71 |
| Pulaski | 63,063 | 56,217 | 6,846 | 12.18 |
| Robertson | 2,282 | 2,266 | 16 | 0.71 |
| Rockcastle | 17,056 | 16,582 | 474 | 2.86 |
| Rowan | 23,333 | 22,094 | 1,239 | 5.61 |
| Russell | 17,565 | 16,315 | 1,250 | 7.66 |
| Scott | 47,173 | 33,061 | 14,112 | 42.68 |
| Shelby | 42,074 | 33,337 | 8,737 | 26.21 |
| Simpson | 17,327 | 16,405 | 922 | 5.62 |
| Spencer | 17,061 | 11,766 | 5,295 | 45.00 |
| Taylor | 24,512 | 22,927 | 1,585 | 6.91 |
| Todd | 12,460 | 11,971 | 489 | 4.08 |
| Trigg | 14,339 | 12,597 | 1,742 | 13.83 |
| Trimble | 8,809 | 8,125 | 684 | 8.42 |
| Union | 15,007 | 15,637 | -630 | -4.03 |
| Warren | 113,792 | 92,522 | 21,270 | 22.99 |
| Washington | 11,717 | 10,916 | 801 | 7.34 |
| Wayne | 20,813 | 19,923 | 890 | 4.47 |
| Webster | 13,621 | 14,120 | -499 | -3.53 |
| Whitley | 35,637 | 35,865 | -228 | -0.64 |
| Wolfe | 7,355 | 7,065 | 290 | 4.10 |
| Woodford | 24,939 | 23,208 | 1,731 | 7.46 |
| **Total Pop** | **4,339,367** | **4,041,769** | **297,598** | **7.36** |

Source: Kentucky Legislative Research Commission