# Plaintiffs' Exhibit 5



Population Change By County: 2000-2010

2010 State Population: 4,339,367