# Plaintiffs' Exhibit 6

# Kentucky House District Population Change 2000 to 2010

| District | 2010 Pop | 2000 Pop | Change | % Change |
|---:|---:|---:|---:|---:|
| 1 | 37,943 | 39,216 | -1,273 | -3.25 |
| 2 | 41,936 | 41,832 | 104 | 0.25 |
| 3 | 37,972 | 38,539 | -567 | -1.47 |
| 4 | 39,505 | 39,764 | -259 | -0.65 |
| 5 | 41,952 | 38,450 | 3,502 | 9.11 |
| 6 | 41,978 | 40,295 | 1,683 | 4.18 |
| 7 | 39,972 | 38,469 | 1,503 | 3.91 |
| 8 | 41,126 | 38,429 | 2,697 | 7.02 |
| 9 | 38,297 | 38,492 | -195 | -0.51 |
| 10 | 38,450 | 38,475 | -25 | -0.06 |
| 11 | 39,906 | 38,462 | 1,444 | 3.75 |
| 12 | 38,045 | 38,427 | -382 | -0.99 |
| 13 | 42,376 | 42,252 | 124 | 0.29 |
| 14 | 45,708 | 41,611 | 4,097 | 9.85 |
| 15 | 38,558 | 38,432 | 126 | 0.33 |
| 16 | 39,295 | 38,544 | 751 | 1.95 |
| 17 | 42,990 | 41,058 | 1,932 | 4.71 |
| 18 | 43,650 | 41,539 | 2,111 | 5.08 |
| 19 | 44,553 | 42,462 | 2,091 | 4.92 |
| 20 | 52,049 | 42,397 | 9,652 | 22.77 |
| 21 | 52,240 | 42,301 | 9,939 | 23.50 |
| 22 | 46,341 | 41,634 | 4,707 | 11.31 |
| 23 | 42,618 | 38,428 | 4,190 | 10.90 |
| 24 | 41,610 | 38,824 | 2,786 | 7.18 |
| 25 | 51,532 | 41,836 | 9,696 | 23.18 |
| 26 | 41,345 | 38,601 | 2,744 | 7.11 |
| 27 | 44,833 | 41,924 | 2,909 | 6.94 |
| 28 | 41,513 | 38,423 | 3,090 | 8.04 |
| 29 | 58,348 | 41,699 | 16,649 | 39.93 |
| 30 | 45,313 | 42,413 | 2,900 | 6.84 |
| 31 | 42,708 | 42,030 | 678 | 1.61 |
| 32 | 43,944 | 42,463 | 1,481 | 3.49 |
| 33 | 48,397 | 42,453 | 5,944 | 14.00 |
| 34 | 40,961 | 41,825 | -864 | -2.07 |
| 35 | 40,267 | 40,922 | -655 | -1.60 |
| 36 | 45,022 | 39,303 | 5,719 | 14.55 |

## Kentucky House District Population Change 2000 to 2010

| District | 2010 Pop | 2000 Pop | Change | % Change |
|---|---|---|---|---|
| 37 | 37,367 | 38,729 | -1,362 | -3.52 |
| 38 | 38,015 | 39,236 | -1,221 | -3.11 |
| 39 | 49,138 | 39,573 | 9,565 | 24.17 |
| 40 | 38,434 | 38,514 | -80 | -0.21 |
| 41 | 38,072 | 39,164 | -1,092 | -2.79 |
| 42 | 37,649 | 39,958 | -2,309 | -5.78 |
| 43 | 35,580 | 38,658 | -3,078 | -7.96 |
| 44 | 41,454 | 38,432 | 3,022 | 7.86 |
| 45 | 50,581 | 42,196 | 8,385 | 19.87 |
| 46 | 50,103 | 41,563 | 8,540 | 20.55 |
| 47 | 46,003 | 42,434 | 3,569 | 8.41 |
| 48 | 57,316 | 42,440 | 14,876 | 35.05 |
| 49 | 50,626 | 42,226 | 8,400 | 19.89 |
| 50 | 49,478 | 42,131 | 7,347 | 17.44 |
| 51 | 43,168 | 40,171 | 2,997 | 7.46 |
| 52 | 44,854 | 41,700 | 3,154 | 7.56 |
| 53 | 39,176 | 40,458 | -1,282 | -3.17 |
| 54 | 40,149 | 38,613 | 1,536 | 3.98 |
| 55 | 45,145 | 41,884 | 3,261 | 7.79 |
| 56 | 43,948 | 39,643 | 4,305 | 10.86 |
| 57 | 38,989 | 40,214 | -1,225 | -3.05 |
| 58 | 55,670 | 42,054 | 13,616 | 32.38 |
| 59 | 55,004 | 41,766 | 13,238 | 31.70 |
| 60 | 61,922 | 41,678 | 20,244 | 48.57 |
| 61 | 44,092 | 40,801 | 3,291 | 8.07 |
| 62 | 58,232 | 39,605 | 18,627 | 47.03 |
| 63 | 40,380 | 41,350 | -970 | -2.35 |
| 64 | 49,008 | 39,600 | 9,408 | 23.76 |
| 65 | 35,617 | 38,621 | -3,004 | -7.78 |
| 66 | 52,522 | 41,543 | 10,979 | 26.43 |
| 67 | 37,613 | 39,033 | -1,420 | -3.64 |
| 68 | 42,414 | 40,196 | 2,218 | 5.52 |
| 69 | 43,827 | 38,999 | 4,828 | 12.38 |
| 70 | 40,326 | 38,871 | 1,455 | 3.74 |
| 71 | 38,856 | 38,640 | 216 | 0.56 |
| 72 | 40,906 | 39,647 | 1,259 | 3.18 |

# Kentucky House District Population Change 2000 to 2010

| District | 2010 Pop | 2000 Pop | Change | % Change |
|---:|---:|---:|---:|---:|
| 73 | 43,459 | 39,005 | 4,454 | 11.42 |
| 74 | 43,768 | 40,169 | 3,599 | 8.96 |
| 75 | 41,422 | 40,488 | 934 | 2.31 |
| 76 | 44,546 | 41,508 | 3,038 | 7.32 |
| 77 | 48,639 | 40,346 | 8,293 | 20.55 |
| 78 | 41,569 | 39,690 | 1,879 | 4.73 |
| 79 | 38,306 | 39,056 | -750 | -1.92 |
| 80 | 44,415 | 42,200 | 2,215 | 5.25 |
| 81 | 46,960 | 40,500 | 6,460 | 15.95 |
| 82 | 42,490 | 42,265 | 225 | 0.53 |
| 83 | 46,457 | 42,164 | 4,293 | 10.18 |
| 84 | 40,195 | 42,268 | -2,073 | -4.90 |
| 85 | 46,596 | 41,830 | 4,766 | 11.39 |
| 86 | 43,057 | 41,829 | 1,228 | 2.94 |
| 87 | 38,913 | 41,916 | -3,003 | -7.16 |
| 88 | 49,790 | 38,491 | 11,299 | 29.35 |
| 89 | 42,731 | 40,687 | 2,044 | 5.02 |
| 90 | 37,809 | 42,351 | -4,542 | -10.72 |
| 91 | 36,437 | 39,323 | -2,886 | -7.34 |
| 92 | 40,191 | 42,283 | -2,092 | -4.95 |
| 93 | 38,421 | 41,688 | -3,267 | -7.84 |
| 94 | 42,026 | 42,281 | -255 | -0.60 |
| 95 | 36,945 | 39,665 | -2,720 | -6.86 |
| 96 | 41,590 | 40,981 | 609 | 1.49 |
| 97 | 40,179 | 40,615 | -436 | -1.07 |
| 98 | 38,852 | 38,740 | 112 | 0.29 |
| 99 | 41,007 | 38,439 | 2,568 | 6.68 |
| 100 | 37,710 | 38,426 | -716 | -1.86 |
| **Total Pop** | 4,339,367 | 4,041,769 | | |
| **Ideal Pop** | 43,394 | 40,418 | | |

Source: Kentucky Legislative Research Commission