# Plaintiffs' Exhibit 7



House District Population Change 2000-2010

Legend: Loss / 0 to 10% / 10 to 20% / 20 to 30% / 30+ %

2010 State Population: 4,339,367

Data Source: U.S. Census Bureau

Produced by the Legislative Research Commission Geographic Information Systems Office, Room 26 Capitol Annex, Frankfort, KY, 40601, 502-564-8100, gis@lrc.ky.gov

3/21/11