# Plaintiffs' Exhibit 11

