# Plaintiffs' Exhibit 12

## Kentucky Senate District Population Change 2000 to 2010

| District | 2010 Pop | 2000 Pop | Change | % Change |
|---|---|---|---|---|
| 1 | 113,784 | 110,247 | 3,537 | 3.21 |
| 2 | 105,262 | 103,925 | 1,337 | 1.29 |
| 3 | 113,250 | 110,809 | 2,441 | 2.20 |
| 4 | 106,696 | 106,834 | -138 | -0.13 |
| 5 | 115,364 | 108,260 | 7,104 | 6.56 |
| 6 | 102,261 | 101,274 | 987 | 0.97 |
| 7 | 128,013 | 110,972 | 17,041 | 15.36 |
| 8 | 106,187 | 101,483 | 4,704 | 4.64 |
| 9 | 112,974 | 105,437 | 7,537 | 7.15 |
| 10 | 120,533 | 107,883 | 12,650 | 11.73 |
| 11 | 137,257 | 103,148 | 34,109 | 33.07 |
| 12 | 115,570 | 104,520 | 11,050 | 10.57 |
| 13 | 115,700 | 110,803 | 4,897 | 4.42 |
| 14 | 120,817 | 110,349 | 10,468 | 9.49 |
| 15 | 115,239 | 105,223 | 10,016 | 9.52 |
| 16 | 102,847 | 101,405 | 1,442 | 1.42 |
| 17 | 133,729 | 105,134 | 28,595 | 27.20 |
| 18 | 106,760 | 105,217 | 1,543 | 1.47 |
| 19 | 110,306 | 110,933 | -627 | -0.57 |
| 20 | 133,454 | 106,339 | 27,115 | 25.50 |
| 21 | 105,934 | 101,310 | 4,624 | 4.56 |
| 22 | 126,095 | 105,753 | 20,342 | 19.24 |
| 23 | 98,810 | 103,035 | -4,225 | -4.10 |
| 24 | 105,213 | 103,006 | 2,207 | 2.14 |
| 25 | 100,866 | 103,470 | -2,604 | -2.52 |
| 26 | 134,003 | 111,410 | 22,593 | 20.28 |
| 27 | 110,935 | 107,955 | 2,980 | 2.76 |
| 28 | 119,669 | 110,939 | 8,730 | 7.87 |
| 29 | 94,194 | 101,467 | -7,273 | -7.17 |
| 30 | 97,991 | 105,053 | -7,062 | -6.72 |
| 31 | 101,309 | 104,759 | -3,450 | -3.29 |
| 32 | 126,482 | 105,532 | 20,950 | 19.85 |

## Kentucky Senate District Population Change 2000 to 2010

| District | 2010 Pop | 2000 Pop | Change | % Change |
|---|---|---|---|---|
| 33 | 98,815 | 102,797 | -3,982 | -3.87 |
| 34 | 124,714 | 110,815 | 13,899 | 12.54 |
| 35 | 106,187 | 106,449 | -262 | -0.25 |
| 36 | 125,909 | 108,020 | 17,889 | 16.56 |
| 37 | 114,317 | 109,526 | 4,791 | 4.37 |
| 38 | 131,921 | 110,278 | 21,643 | 19.63 |
| **Total Pop** | 4,339,367 | 4,041,769 | | |
| **Ideal Pop** | 114,194 | 106,363 | | |

Source: Kentucky Legislative Research Commission