# Plaintiffs' Exhibit 14

Population Summary Report

Malapportioned 2002 Kentucky Senate Plan -- 2010 Census

| District | Population | Dev. | % Dev. | NH DOJ_Blk | % NH DOJ_Blk | Hispanic | % Hispanic | Minority | % Minority | 18+_Pop | NH18+ DOJ_Blk | % NH18+ DOJ_Blk | Any Part Black 18+ | % Any Part Black 18= | Hispanic 18+ | % Hispanic 18+ | Minority 18+ | % Minority 18 + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 113784 | -410 | -0.36% | 7496 | 6.59% | 3434 | 3.02% | 12980 | 11.41% | 89933 | 5245 | 5.83% | 5332 | 5.93% | 2090 | 2.32% | 8899 | 9.90% |
| 002 | 105262 | -8932 | -7.82% | 8242 | 7.83% | 1823 | 1.73% | 11806 | 11.22% | 82188 | 5374 | 6.54% | 5479 | 6.67% | 1131 | 1.38% | 7704 | 9.37% |
| 003 | 113250 | -944 | -0.83% | 19252 | 17.00% | 5686 | 5.02% | 27810 | 24.56% | 82194 | 12735 | 15.49% | 13090 | 15.93% | 3267 | 3.97% | 17895 | 21.77% |
| 004 | 106696 | -7498 | -6.57% | 7482 | 7.01% | 1981 | 1.86% | 10776 | 10.10% | 82242 | 5274 | 6.41% | 5356 | 6.51% | 1168 | 1.42% | 7334 | 8.92% |
| 005 | 115364 | 1170 | 1.02% | 3566 | 3.09% | 2048 | 1.78% | 7291 | 6.32% | 86420 | 2381 | 2.76% | 2461 | 2.85% | 1166 | 1.35% | 4712 | 5.45% |
| 006 | 102261 | -11933 | -10.45% | 5362 | 5.24% | 1945 | 1.90% | 8489 | 8.30% | 78615 | 3660 | 4.66% | 3724 | 4.74% | 1118 | 1.42% | 5627 | 7.16% |
| 007 | 128013 | 13819 | 12.10% | 14005 | 10.94% | 6487 | 5.07% | 23212 | 18.13% | 98792 | 10143 | 10.27% | 10432 | 10.56% | 4073 | 4.12% | 16117 | 16.31% |
| 008 | 106187 | -8007 | -7.01% | 5709 | 5.38% | 2631 | 2.48% | 9904 | 9.33% | 80357 | 3462 | 4.31% | 3534 | 4.40% | 1484 | 1.85% | 5940 | 7.39% |
| 009 | 112974 | -1220 | -1.07% | 4590 | 4.06% | 2106 | 1.86% | 8079 | 7.15% | 85978 | 3110 | 3.62% | 3180 | 3.70% | 1219 | 1.42% | 5323 | 6.19% |
| 010 | 120533 | 6339 | 5.55% | 13909 | 11.54% | 5617 | 4.66% | 24755 | 20.54% | 89257 | 9073 | 10.17% | 9576 | 10.73% | 3385 | 3.79% | 16012 | 17.94% |
| 011 | 137257 | 23063 | 20.20% | 4152 | 3.02% | 4844 | 3.53% | 13532 | 9.86% | 99129 | 2449 | 2.47% | 2586 | 2.61% | 2947 | 2.97% | 8315 | 8.39% |
| 012 | 115570 | 1376 | 1.20% | 13324 | 11.53% | 5054 | 4.37% | 24951 | 21.59% | 89529 | 8432 | 9.47% | 8801 | 9.83% | 3293 | 3.68% | 16327 | 18.24% |
| 013 | 115700 | 1506 | 1.32% | 23838 | 20.60% | 11542 | 9.98% | 39861 | 34.45% | 94844 | 17451 | 18.40% | 17958 | 18.93% | 7610 | 8.02% | 28686 | 30.25% |
| 014 | 120817 | 6623 | 5.80% | 7455 | 6.17% | 2686 | 2.22% | 11690 | 9.68% | 91427 | 5116 | 5.60% | 5189 | 5.68% | 1520 | 1.66% | 7697 | 8.42% |
| 015 | 115239 | 1045 | 0.92% | 1720 | 1.49% | 2600 | 2.26% | 5736 | 4.98% | 88987 | 1119 | 1.26% | 1164 | 1.31% | 1561 | 1.75% | 3697 | 4.15% |
| 016 | 102847 | -11347 | -9.94% | 2271 | 2.21% | 1886 | 1.83% | 5491 | 5.34% | 79004 | 1804 | 2.28% | 1906 | 2.41% | 1205 | 1.53% | 4028 | 5.10% |
| 017 | 133729 | 19535 | 17.11% | 4090 | 3.06% | 3563 | 2.66% | 9848 | 7.36% | 96955 | 2533 | 2.61% | 2616 | 2.70% | 2043 | 2.11% | 5960 | 6.15% |
| 018 | 106760 | -7434 | -6.51% | 1976 | 1.85% | 1049 | 0.98% | 4259 | 3.99% | 81716 | 1264 | 1.55% | 1299 | 1.59% | 581 | 0.71% | 2731 | 3.34% |
| 019 | 110306 | -3888 | -3.40% | 8977 | 8.14% | 4074 | 3.69% | 16603 | 15.05% | 89575 | 6271 | 7.00% | 6533 | 7.29% | 2760 | 3.08% | 11642 | 13.00% |
| 020 | 133454 | 19260 | 16.87% | 4429 | 3.32% | 5089 | 3.81% | 11728 | 8.79% | 99842 | 2948 | 2.95% | 3091 | 3.10% | 3092 | 3.10% | 7538 | 7.55% |
| 021 | 105934 | -8260 | -7.23% | 863 | 0.81% | 1085 | 1.02% | 3177 | 3.00% | 80533 | 495 | 0.61% | 539 | 0.67% | 664 | 0.82% | 2080 | 2.58% |
| 022 | 126095 | 11901 | 10.42% | 6392 | 5.07% | 3285 | 2.61% | 13381 | 10.61% | 94845 | 4189 | 4.42% | 4308 | 4.54% | 1976 | 2.08% | 8564 | 9.03% |
| 023 | 98810 | -15384 | -13.47% | 7494 | 7.58% | 3212 | 3.25% | 12726 | 12.88% | 75630 | 4532 | 5.99% | 4693 | 6.21% | 1966 | 2.60% | 7835 | 10.36% |
| 024 | 105213 | -8981 | -7.86% | 2977 | 2.83% | 1638 | 1.56% | 6286 | 5.97% | 80933 | 1806 | 2.23% | 1894 | 2.34% | 1071 | 1.32% | 4062 | 5.02% |
| 025 | 100866 | -13328 | -11.67% | 2261 | 2.24% | 1013 | 1.00% | 4254 | 4.22% | 77833 | 1922 | 2.47% | 1968 | 2.53% | 716 | 0.92% | 3377 | 4.34% |
| 026 | 134003 | 19809 | 17.35% | 6733 | 5.02% | 4648 | 3.47% | 16246 | 12.12% | 99368 | 4960 | 4.99% | 5152 | 5.18% | 2873 | 2.89% | 10967 | 11.04% |
| 027 | 110935 | -3259 | -2.85% | 2616 | 2.36% | 1296 | 1.17% | 5293 | 4.77% | 86993 | 1941 | 2.23% | 2052 | 2.36% | 873 | 1.00% | 3814 | 4.38% |
| 028 | 119669 | 5475 | 4.79% | 4846 | 4.05% | 3511 | 2.93% | 9622 | 8.04% | 90816 | 3311 | 3.65% | 3393 | 3.74% | 2054 | 2.26% | 6230 | 6.86% |
| 029 | 94194 | -20000 | -17.51% | 649 | 0.69% | 531 | 0.56% | 1860 | 1.97% | 73134 | 428 | 0.59% | 443 | 0.61% | 315 | 0.43% | 1266 | 1.73% |
| 030 | 97991 | -16203 | -14.19% | 2157 | 2.20% | 633 | 0.65% | 3890 | 3.97% | 76415 | 1415 | 1.85% | 1444 | 1.89% | 369 | 0.48% | 2632 | 3.44% |
| 031 | 101309 | -12885 | -11.28% | 1484 | 1.46% | 943 | 0.93% | 3445 | 3.40% | 79040 | 1239 | 1.57% | 1268 | 1.60% | 709 | 0.90% | 2721 | 3.44% |
| 032 | 126482 | 12288 | 10.76% | 11260 | 8.90% | 5496 | 4.35% | 21493 | 16.99% | 97644 | 7969 | 8.16% | 8137 | 8.33% | 3370 | 3.45% | 14562 | 14.91% |
| 033 | 98815 | -15379 | -13.47% | 63674 | 64.44% | 1767 | 1.79% | 67519 | 68.33% | 74233 | 44880 | 60.46% | 45529 | 61.33% | 1240 | 1.67% | 47656 | 64.20% |
| 034 | 124714 | 10520 | 9.21% | 4935 | 3.96% | 2288 | 1.83% | 9602 | 7.70% | 96807 | 3498 | 3.61% | 3631 | 3.75% | 1441 | 1.49% | 6658 | 6.88% |
| 035 | 106187 | -8007 | -7.01% | 44347 | 41.76% | 6880 | 6.48% | 55128 | 51.92% | 81143 | 30236 | 37.26% | 31031 | 38.24% | 4566 | 5.63% | 37543 | 46.27% |
| 036 | 125909 | 11715 | 10.26% | 10321 | 8.20% | 4509 | 3.58% | 20696 | 16.44% | 97254 | 7131 | 7.33% | 7367 | 7.58% | 2896 | 2.98% | 13959 | 14.35% |
| 037 | 114317 | 123 | 0.11% | 16113 | 14.10% | 7005 | 6.13% | 27669 | 24.20% | 87468 | 10292 | 11.77% | 10816 | 12.37% | 4784 | 5.47% | 18168 | 20.77% |
| 038 | 131921 | 17727 | 15.52% | 12050 | 9.13% | 6951 | 5.27% | 22624 | 17.15% | 98923 | 7482 | 7.56% | 7825 | 7.91% | 4291 | 4.34% | 14199 | 14.35% |
| Total | 4339367 | | 37.71% | 363017 | 8.37% | 132836 | 3.06% | 593712 | 13.68% | 3315996 | 247620 | 7.47% | 254797 | 7.68% | 82887 | 2.50% | 398477 | 12.02% |

Population Summary Report

Malapportioned 2002 Kentucky Senate Plan -- 2010 Census

| District | Group Quarters Incarcerated | % Group Quarters Incarcerated | Group Quarters College Dorms | % Group Quarters College Dorms | Group Quarters Military | % Group Quarters Military | State / Federal Prisoners | % State / Federal Prisoners |
|---|---|---|---|---|---|---|---|---|
| 001 | 1680 | 1.48% | 2616 | 2.30% | 0 | 0.00% | 998 | 0.88% |
| 002 | 661 | 0.63% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 003 | 806 | 0.71% | 0 | 0.00% | 3843 | 3.39% | 0 | 0.00% |
| 004 | 998 | 0.94% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 005 | 1220 | 1.06% | 10 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| 006 | 1735 | 1.70% | 29 | 0.03% | 0 | 0.00% | 949 | 0.93% |
| 007 | 3183 | 2.49% | 2190 | 1.71% | 0 | 0.00% | 3085 | 2.41% |
| 008 | 796 | 0.75% | 492 | 0.46% | 0 | 0.00% | 0 | 0.00% |
| 009 | 410 | 0.36% | 3 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 010 | 625 | 0.52% | 0 | 0.00% | 2013 | 1.67% | 0 | 0.00% |
| 011 | 432 | 0.31% | 0 | 0.00% | 0 | 0.00% | 378 | 0.28% |
| 012 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 013 | 97 | 0.08% | 90 | 0.08% | 0 | 0.00% | 0 | 0.00% |
| 014 | 1319 | 1.09% | 6330 | 5.47% | 0 | 0.00% | 785 | 0.65% |
| 015 | 666 | 0.58% | 879 | 0.73% | 0 | 0.00% | 0 | 0.00% |
| 016 | 2213 | 2.15% | 761 | 0.66% | 0 | 0.00% | 1715 | 1.67% |
| 017 | 363 | 0.27% | 997 | 0.97% | 0 | 0.00% | 0 | 0.00% |
| 018 | 502 | 0.47% | 1073 | 0.80% | 0 | 0.00% | 0 | 0.00% |
| 019 | 0 | 0.00% | 357 | 0.33% | 0 | 0.00% | 0 | 0.00% |
| 020 | 1307 | 0.98% | 1204 | 1.09% | 0 | 0.00% | 986 | 0.74% |
| 021 | 503 | 0.47% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 022 | 896 | 0.71% | 0 | 0.00% | 0 | 0.00% | 497 | 0.39% |
| 023 | 498 | 0.50% | 2183 | 1.73% | 0 | 0.00% | 0 | 0.00% |
| 024 | 562 | 0.53% | 272 | 0.28% | 0 | 0.00% | 0 | 0.00% |
| 025 | 4834 | 4.79% | 1496 | 1.42% | 0 | 0.00% | 4321 | 4.28% |
| 026 | 4353 | 3.25% | 491 | 0.49% | 0 | 0.00% | 4084 | 3.05% |
| 027 | 2819 | 2.54% | 0 | 0.00% | 0 | 0.00% | 2551 | 2.30% |
| 028 | 435 | 0.36% | 2183 | 1.97% | 0 | 0.00% | 0 | 0.00% |
| 029 | 422 | 0.45% | 5 | 0.00% | 0 | 0.00% | 209 | 0.22% |
| 030 | 878 | 0.90% | 452 | 0.48% | 0 | 0.00% | 0 | 0.00% |
| 031 | 2128 | 2.10% | 288 | 0.29% | 0 | 0.00% | 1594 | 1.57% |
| 032 | 655 | 0.52% | 271 | 0.27% | 0 | 0.00% | 0 | 0.00% |
| 033 | 2328 | 2.36% | 4657 | 3.68% | 0 | 0.00% | 223 | 0.23% |
| 034 | 464 | 0.37% | 114 | 0.12% | 0 | 0.00% | 0 | 0.00% |
| 035 | 193 | 0.18% | 4908 | 3.94% | 0 | 0.00% | 0 | 0.00% |
| 036 | 0 | 0.00% | 1983 | 1.87% | 0 | 0.00% | 0 | 0.00% |
| 037 | 141 | 0.12% | 0 | 0.00% | 0 | 0.00% | 141 | 0.12% |
| 038 | 0 | 0.00% | 6 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Total | 41122 | 0.95% | 36340 | 0.84% | 5856 | 0.13% | 22516 | 0.52% |

Notes: Group quarters data are from the Census 2010 Advance Group Quarters File.
State/Federal prisoner count calculated by Prison Policy Initiative from proprietary database