# Plaintiffs' Exhibit 15

