# Plaintiffs' Exhibit 16

## Splits by County under 2002 Plans

Counties with more than 1 House or Senate district in yellow

(27 counties are Split by 2002 Plan House Plan and 3 are also split by 2002 Senate Plan)

| County | 2010 Population | Number of 2002 State House Districts | Number of 2002 State Senate Districts |
|---|---|---|---|
| ADAIR | 18656 | 1 | 1 |
| ALLEN | 19956 | 1 | 1 |
| ANDERSON | 21421 | 1 | 1 |
| BALLARD | 8249 | 1 | 1 |
| BARREN | 42173 | 1 | 1 |
| BATH | 11591 | 1 | 1 |
| BELL | 28691 | 1 | 1 |
| BOONE | 118811 | 3 | 1 |
| BOURBON | 19985 | 1 | 1 |
| BOYD | 49542 | 3 | 1 |
| BOYLE | 28432 | 1 | 1 |
| BRACKEN | 8488 | 1 | 1 |
| BREATHITT | 13878 | 1 | 1 |
| BRECKINRIDGE | 20059 | 1 | 1 |
| BULLITT | 74319 | 4 | 1 |
| BUTLER | 12690 | 1 | 1 |
| CALDWELL | 12984 | 1 | 1 |
| CALLOWAY | 37191 | 1 | 1 |
| CAMPBELL | 90336 | 4 | 1 |
| CARLISLE | 5104 | 1 | 1 |
| CARROLL | 10811 | 1 | 1 |
| CARTER | 27720 | 1 | 1 |
| CASEY | 15955 | 1 | 1 |
| CHRISTIAN | 73955 | 3 | 1 |
| CLARK | 35613 | 1 | 1 |
| CLAY | 21730 | 1 | 1 |
| CLINTON | 10272 | 1 | 1 |
| CRITTENDEN | 9315 | 1 | 1 |
| CUMBERLAND | 6856 | 1 | 1 |
| DAVIESS | 96656 | 5 | 1 |
| EDMONSON | 12161 | 1 | 1 |
| ELLIOTT | 7852 | 1 | 1 |
| ESTILL | 14672 | 1 | 1 |
| FAYETTE | 295803 | 10 | 4 |
| FLEMING | 14348 | 1 | 1 |
| FLOYD | 39451 | 2 | 1 |
| FRANKLIN | 49285 | 2 | 1 |
| FULTON | 6813 | 1 | 1 |
| GALLATIN | 8589 | 1 | 1 |
| GARRARD | 16912 | 1 | 1 |
| GRANT | 24662 | 1 | 1 |

## Splits by County under 2002 Plans

Counties with more than 1 House or Senate district in yellow

(27 counties are Split by 2002 Plan House Plan and 3 are also split by 2002 Senate Plan)

| County | 2010 Population | Number of 2002 State House Districts | Number of 2002 State Senate Districts |
|---|---|---|---|
| GRAVES | 37121 | 1 | 1 |
| GRAYSON | 25746 | 1 | 1 |
| GREEN | 11258 | 1 | 1 |
| GREENUP | 36910 | 1 | 1 |
| HANCOCK | 8565 | 1 | 1 |
| HARDIN | 105543 | 5 | 1 |
| HARLAN | 29278 | 4 | 1 |
| HARRISON | 18846 | 1 | 1 |
| HART | 18199 | 1 | 1 |
| HENDERSON | 46250 | 2 | 1 |
| HENRY | 15416 | 1 | 1 |
| HICKMAN | 4902 | 1 | 1 |
| HOPKINS | 46920 | 3 | 1 |
| JACKSON | 13494 | 1 | 1 |
| JEFFERSON | 741096 | 18 | 8 |
| JESSAMINE | 48586 | 1 | 1 |
| JOHNSON | 23356 | 1 | 1 |
| KENTON | 159720 | 4 | 3 |
| KNOTT | 16346 | 1 | 1 |
| KNOX | 31883 | 1 | 1 |
| LARUE | 14193 | 1 | 1 |
| LAUREL | 58849 | 4 | 1 |
| LAWRENCE | 15860 | 1 | 1 |
| LEE | 7887 | 1 | 1 |
| LESLIE | 11310 | 1 | 1 |
| LETCHER | 24519 | 2 | 1 |
| LEWIS | 13870 | 1 | 1 |
| LINCOLN | 24742 | 1 | 1 |
| LIVINGSTON | 9519 | 1 | 1 |
| LOGAN | 26835 | 1 | 1 |
| LYON | 8314 | 1 | 1 |
| MCCRACKEN | 65565 | 5 | 1 |
| MCCREARY | 18306 | 1 | 1 |
| MCLEAN | 9531 | 1 | 1 |
| MADISON | 82916 | 3 | 1 |
| MAGOFFIN | 13333 | 1 | 1 |
| MARION | 19820 | 1 | 1 |
| MARSHALL | 31448 | 1 | 1 |
| MARTIN | 12929 | 1 | 1 |
| MASON | 17490 | 1 | 1 |
| MEADE | 28602 | 1 | 1 |

## Splits by County under 2002 Plans

Counties with more than 1 House or Senate district in yellow
(27 counties are Split by 2002 Plan House Plan and 3 are also split by 2002 Senate Plan)

| County | 2010 Population | Number of 2002 State House Districts | Number of 2002 State Senate Districts |
|---|---|---|---|
| MENIFEE | 6306 | 1 | 1 |
| MERCER | 21331 | 1 | 1 |
| METCALFE | 10099 | 1 | 1 |
| MONROE | 10963 | 1 | 1 |
| MONTGOMERY | 26499 | 1 | 1 |
| MORGAN | 13923 | 1 | 1 |
| MUHLENBERG | 31499 | 1 | 1 |
| NELSON | 43437 | 1 | 1 |
| NICHOLAS | 7135 | 1 | 1 |
| OHIO | 23842 | 1 | 1 |
| OLDHAM | 60316 | 2 | 1 |
| OWEN | 10841 | 1 | 1 |
| OWSLEY | 4755 | 1 | 1 |
| PENDLETON | 14877 | 1 | 1 |
| PERRY | 28712 | 1 | 1 |
| PIKE | 65024 | 3 | 1 |
| POWELL | 12613 | 1 | 1 |
| PULASKI | 63063 | 5 | 1 |
| ROBERTSON | 2282 | 1 | 1 |
| ROCKCASTLE | 17056 | 1 | 1 |
| ROWAN | 23333 | 2 | 1 |
| RUSSELL | 17565 | 1 | 1 |
| SCOTT | 47173 | 1 | 1 |
| SHELBY | 42074 | 1 | 1 |
| SIMPSON | 17327 | 1 | 1 |
| SPENCER | 17061 | 3 | 1 |
| TAYLOR | 24512 | 1 | 1 |
| TODD | 12460 | 1 | 1 |
| TRIGG | 14339 | 2 | 1 |
| TRIMBLE | 8809 | 1 | 1 |
| UNION | 15007 | 1 | 1 |
| WARREN | 113792 | 4 | 1 |
| WASHINGTON | 11717 | 1 | 1 |
| WAYNE | 20813 | 1 | 1 |
| WEBSTER | 13621 | 1 | 1 |
| WHITLEY | 35637 | 1 | 1 |
| WOLFE | 7355 | 2 | 1 |
| WOODFORD | 24939 | 1 | 1 |
| **Total** | **4339367** | **202** | **132** |