# Plaintiffs' Exhibit 17

