# Plaintiffs' Exhibit 18

**ACLU**
AMERICAN CIVIL LIBERTIES UNION of KENTUCKY
FOUNDATION

December 11, 2012

| | |
|---|---|
| Rep. Greg Stumbo<br>Speaker of the House | Sen. Robert Stivers<br>Senate President |
| Rep. Larry Clark<br>Speaker Pro Tempore | Sen. Katie Kratz Stine<br>President Pro Tempore |
| Rep. Rocky Adkins<br>Majority Floor Leader | Sen. Damon Thayer<br>Majority Floor Leader |
| Rep. Jeff Hoover<br>Minority Floor Leader | Sen. R.J. Palmer<br>Minority Floor Leader |

*Via first-class and electronic mail*

RE:   *Open Letter About Redistricting*

Dear Members of the House and Senate Leadership:

On behalf of the American Civil Liberties Union (ACLU) of Kentucky and its members, we write to urge the General Assembly to draw and approve legislative district maps during the 2013 Regular Session that conform to the requirements of the United States and Kentucky Constitutions. For the reasons detailed below, we believe that it is imperative that the General Assembly resolve this issue during the upcoming session rather than wait until the 2014 session, or until any special session that may (or may not) be called by the Governor.

First, the General Assembly's periodic task of redistricting is, of course, constitutionally mandated to ensure that population changes do not create disparate and unequal voting strength among Kentuckians.[1] Unfortunately, Kentucky's current maps — which were enacted in 2002[2] — do just that. Specifically, as a result of population changes in various legislative districts since

---

[1] U.S. CONST., amend. XIV. *See also Gray v. Sanders*, 372 U.S. 368 (1963); *Reynolds v. Sims*, 377 U.S. 533 (1964).

[2] The 2002 maps are in effect because the state legislative maps enacted earlier this year were invalidated by the Kentucky Supreme Court as contrary to § 33 of the Kentucky Constitution. *Legislative Research Commission v. Fischer, et al.*, 366 S.W.3d 905 (Ky. 2012).

CHERIE DAWSON EDWARDS, CHAIR | ENID TRUCIOS-HAYNES, VICE CHAIR | EMI RAMIREZ, SECRETARY
LEE LOOK, TREASURER | ELEANOR SELF, NATIONAL BOARD REPRESENTATIVE
MICHAEL ALDRIDGE, EXECUTIVE DIRECTOR | ANNE MCKUNE, DEVELOPMENT DIRECTOR
KATE MILLER, PROGRAM ASSOCIATE | NANCY RANKIN, OFFICE MANAGER & LEGAL INTAKE COORDINATOR
DEREK SELZNICK, REPRODUCTIVE FREEDOM PROJECT DIRECTOR | WILLIAM E. SHARP, STAFF ATTORNEY

AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY
315 GUTHRIE STREET  SUITE 300  LOUISVILLE, KY 40202-3820 | T 502-581-9746 | F 502-589-9687 | WWW.ACLU-KY.ORG

Open Letter To House and Senate Leadership
December 11, 2012
Page 2 of 3

the maps' adoption in 2002, there are now severe population imbalances in both the House and Senate maps that exceed the constitutionally permissible range and thus violate the Fourteenth Amendment's "one person, one vote" principle.[3]

For example, the Legislative Research Commission has acknowledged that, under the 2002 legislative maps, House District 60 and Senate District 11 exceed the "ideal" district population by 42.7% and 22.2%, respectively.[4] This means that the votes of citizens in these districts matter less than the votes of citizens in less populated districts, a situation that common sense and the law recognize as repugnant to the fundamental guarantee of equality upon which our nation was founded. Moreover, our own internal analysis of the data indicates that the current House map has a total deviation, *i.e.*, range between the most populated and least populated districts, of more than 60% while the Senate map has a total deviation of more than 35%. To place these deviations in context, the United States Supreme Court has found that a mere 16.4% total deviation violates the Fourteenth Amendment's "one person, one vote" principle.[5] Because the 2002 plans impermissibly dilute individuals' voting strength in several legislative districts, we believe that the General Assembly must make resolving this problem and protecting the voting rights of Kentuckians its first priority in the upcoming session.

Moreover, addressing this issue in the upcoming regular session is also in the Commonwealth's financial interests. Doing so will enable the General Assembly to avoid wasting taxpayer funds on an unnecessary special session[6] and on costly litigation

---

[3] *Reynolds*, 377 U.S. at 563-64 ("To say that a vote is worth more in one district in another would run counter to our fundamental ideas of democratic government") (internal quotations and alterations omitted); *see also Moore v. Ogilvie*, 394 U.S. 814, 818 (1969)("And the right of suffrage can be denied by a debasement or dilution of the weight of a citizen's vote just as effectively as by wholly prohibiting the free exercise of the franchise.")(internal quotations omitted).

[4] *Fischer*, 366 S.W.3d at 917.

[5] *Connor v. Finch*, 431 U.S. 407, 419-21 (1977); *but see Brown v. Thompson*, 462 U.S. 835 (1983).

[6] *See* Phil Pendleton, *Special Session Costs Taxpayers Thousands* (Apr. 16, 2012), available at http://www.wkyt.com/home/headlines/Special_Session__147656795.html (citing Kentucky's Legislative Research Commission data as placing the cost of a special session at more than $60,000 per day).

Open Letter To House and Senate Leadership
December 11, 2012
Page 3 of 3

expenses, *e.g.*, court costs and attorneys' fees[7], that could accompany likely legal challenges if the 2002 maps remain in place. Neither the General Assembly nor Kentuckians can afford to wait until 2014 to address a problem this fundamental to our democracy.

The ACLU of Kentucky is dedicated to the defense of individuals' civil liberties, especially the protection of individuals' voting rights because the loss (or dilution) of that freedom jeopardizes all others. We are, therefore, fully committed to ensuring that Kentucky does not conduct another election with unconstitutional maps. Thus, we urge the General Assembly to enact new state legislative maps during the 2013 Regular Session to honor the constitutional mandate of "one person, one vote," and to avoid wasting further tax dollars on an issue that can (and should be) easily resolved in a bi-partisan fashion.

Thank you in advance for your attention to this matter, and we look forward to your reply.

Sincerely,

William E. Sharp
Staff Attorney
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, Kentucky 40202
(502) 581-9746

Ben Carter
BEN CARTER LAW PLLC
Starks Building
455 S. 4th Street, Ste. 902
Louisville, Kentucky 40202
ACLU OF KENTUCKY Cooperating Attorney

---

[7] *See* Tom Loftus, *LRC preparing to pay redistricting suit's lawyer fees* (Nov. 29, 2012), *available at* http://blogs.courier-journal.com/politics/2012/11/29/lrc-preparing-to-pay-redistricting-suits-lawyer-fees/ (explaining that court-ordered attorneys' fees in 2012 redistricting suit exceed $186,000).