# Plaintiffs' Exhibit 19



COMMONWEALTH OF KENTUCKY
## OFFICE OF THE SECRETARY OF STATE
ALISON LUNDERGAN GRIMES

January 18, 2013

**_Via Hand Delivery_**

The Honorable Robert Stivers II
Senate President
700 Capitol Ave., Ste. 323
Frankfort, KY 40601

The Honorable Gregory D. Stumbo
Speaker of the House
700 Capitol Ave., Ste. 309
Frankfort, KY 40601

Dear President Stivers and Speaker Stumbo,

As you consider the many issues facing Kentucky's General Assembly in the 2013 Legislative Session, I urge you to make redistricting a priority.

In May 2011, each of Kentucky's 120 counties' fiscal courts initiated reapportionment proceedings, redrawing their justice of the peace and county commissioner's districts so as to be compact, contiguous, and as nearly equal as possible in population. In the event the new districts cross existing precinct boundaries, precinct lines are to be redrawn. However, pursuant to KRS 117.055(6), precinct boundaries cannot be changed until both congressional and state legislative redistricting are accomplished.

As you know, although the 2012 General Assembly enacted both congressional and state legislative redistricting legislation, the state legislative redistricting legislation was held unconstitutional by the Kentucky Supreme Court. *Fischer v. Grimes*, 2012-SC-91-TG, 2012-SC-92-TG (Feb. 24, 2012, Order and Apr. 26, 2012, Opinion). Thus, with the exception of six counties that were required pursuant to Section 9 of House Bill 302 (2012 Gen. Sess.) to redraw precinct boundaries as necessary to accommodate the new congressional district boundaries, county boards of elections throughout the state have been prohibited since July 15, 2010, from redrawing precinct boundaries.

SUITE 152, STATE CAPITOL
700 CAPITAL AVENUE
FRANKFORT, KY 40601-3493

*Kentucky*
UNBRIDLED SPIRIT
AN EQUAL OPPORTUNITY EMPLOYER M/F/D

(502) 564-3490
FAX (502) 564-5687
WEBSITE: WWW.SOS.KY.GOV

Hon. Robert Stivers II
Hon. Gregory D. Stumbo
January 18, 2013
Page 2 of 2

Our county governments committed substantial time and taxpayer resources to reapportion their districts. Yet their inability to redraw precinct boundaries due to the fact that redistricting has not occurred has caused and will continue to cause inefficiency and confusion with respect to representation and elections.

For example, potential candidates for county commissioner, constable and justice of the peace are hindered in their ability to raise money and campaign for 2014 elections in light of the uncertainty regarding the districts in which they will be qualified to run. In addition, because many offices require candidates to reside within the district for at least one year prior to the election, districts must be confirmed as soon as possible to enable potential candidates to establish residency, if necessary. Indeed, our office has already fielded calls regarding races on the 2014 ballot. As a result, any changes to precinct boundaries after November 6, 2013, (the first day on which 2014 candidates may file for office) could result in a situation reminiscent of 2012, when candidates were required to withdraw and re-file in different districts, in some instances multiple times.

As Chief Election Official, I believe these circumstances can and should be avoided. If legislative redistricting is not timely addressed in 2013 (*i.e.*, within enough time for county boards of elections to redraw precinct boundaries before November 6, 2013), undue stress at the taxpayers' expense will be placed on our county governments, and unnecessary confusion will be injected into our 2014 elections. Thus, I ask you to help protect the integrity of our elections by not delaying the General Assembly's constitutional redistricting obligation beyond 2013.

As always, I thank you for your thoughtful service to our state and welcome any questions you may have.

Sincerely,

Alison Lundergan Grimes

ALG/lsz

cc:  Governor Steve Beshear *(via hand delivery)*
     Julie Barr, President of KCCA *(via email)*
     Bill May, Executive Director of KCCA *(via email)*
     Denny Nunnelley, KACo *(via email)*
     Vince Lang, KCJEA *(via email)*
     Richard Tanner, KMCA *(via email)*