# Plaintiffs' Exhibit 22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, et al., <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Case No. 3:13cv00025 |

## DECLARATION OF JAMES S. HORTON IN SUPPORT OF PLAINTIFF'S JOINT MOTION FOR SUMMARY JUDGMENT

1. My name is James S. Horton, and I am a G.I.S. Specialist for the Boone County Planning Commission, which is under contract to provide support for the Boone County Clerk Kenny Brown, Plaintiff in the above captioned matter. I have personal knowledge of the matters contained herein.
2. My C.V. is attached hereto as Exhibit "Horton-1" to this Declaration.
3. I render any and all opinions stated based on my scientific, technical, and/or other specialized knowledge.
4. The testimony rendered herein is based on sufficient facts or data as explained herein, and specifically is based on download of, and interpretation of, data from the United States Census Bureau.
5. Moreover, each and every opinion I render herein is rendered to a reasonable degree of technical and/or scientific certainty.

6. The download of, and use of, this data is the product of reliable principles and methods common in the G.I.S. and planning and mapping industries.
7. I have reliably applied the principles and methods as stated herein.
8. On July 10, 2013, I obtained census data from the United States Census Bureau concerning the population of each of the Kentucky House of Representative and Kentucky Senate Districts, as currently in force as provided in Chapter 5 of the Kentucky Revised Statutes. A true and accurate copy of the baseline data obtained by me is attached as Exhibit "Horton-2" to this Declaration. This data is a public record, and sets out a matter observed by the United States Census Bureau, population data, which is legally obligated to collect such data, and contains the office's activities – which is the gathering of census data. The data came from a publicly available download site, which is trustworthy.
9. Furthermore, the population data in question is a record that was made at or near the time by — or from information transmitted by — someone with knowledge, namely census takers; the record was kept in the course of a regularly conducted activity of the United States Census Bureau; making the record was a regular practice of that activity of the United States Census Bureau; and this data is trustworthy.
10. Finally, the Census data is a public record, was recorded or filed in a public office as authorized by law, and was obtained from the United States Census Bureau, which is the office where items of this kind are kept.
11. As this data indicates, the United States Census Bureau determined in the 2010 Census that the total population of the Commonwealth of Kentucky is 4,339,367.
12. There are 38 Kentucky Senate Districts and 100 Kentucky House of Representative districts.
13. Using total population as the basis, if the total population of the Commonwealth of Kentucky were divided by 38, and then rounded to the nearest whole number, to determine an "ideal," equally populated Kentucky Senate District, that district's population would be 114,194.
14. Using total population as the basis, if the total population of the Commonwealth of Kentucky were divided by 100, and then rounded to the nearest whole number, to determine an "ideal," equally populated Kentucky House of Representatives District, that district's population would be 43,394.
15. I have determined, as attached in Exhibit "Horton-3," the deviation between the Kentucky House of Representatives District with the least population, and each of the other Kentucky House of Representatives Districts, as well as the deviation between the "ideal" Kentucky House of Representatives District of 43,394 and each of the other Kentucky House of Representatives Districts. Exhibit "Horton-3" is a true and accurate copy of the determination in question, was derived using simple mathematics, as applied to publicly available census data, and is in conformance with generally accepted methods of G.I.S. and population tracking. I have placed, in bold font, any deviation that exceeds 10%. I have likewise placed in italics any deviation from ideal that is greater than 5%.
16. I have determined, as attached in Exhibit "Horton-4," the deviation between the Kentucky Senate District with the least population, and each of the other Kentucky Senate Districts, as well as the deviation between the "ideal" Kentucky Senate District of 114,194 and each of the other Kentucky Senate Districts. Exhibit "Horton-4" is a true and accurate copy of the determination in question, was derived using simple

mathematics, as applied to publicly available census data, and is in conformance with generally accepted methods of G.I.S. and population tracking. I have placed, in bold font, any deviation that exceeds 10%. I have likewise placed in italics any deviation from ideal that is greater than 5%.

Pursuant to 28 U.S.C. 1746, I, James Horton, declare and verify, under penalty of perjury that the foregoing is true and correct. Executed on July 11, 2013.

*James Horton* (signature)

James Horton

# James S. Horton, GISP

## Experience

12/1995 – 8/1996            Boone County PVA            Burlington, KY

**Mapping Technician**
- Mapped parcels of record by on hand drawn maps and by AutoCad.

8/1996 - Present            Boone County Planning Commission            Burlington, KY

**GIS Data Specialist**
- Street Centerline Mapping – Existing and new Streets for 911 dispatch system.
- Parcel Mapping & Legal Description Research – Maintain existing parcels for Boone County and create new ones from recorded survey plats for Boone County PVA.
- Election Mapping – Creating New Precincts from needed splits, reapportionment, and redistricting. Mapping existing voters for analysis of precinct assignments for Boone County Clerk.
- Site Plan Mapping – adding new features in GIS from engineering site plans for Planning Commission
- Utility Mapping – Mapped Water lines and sewer lines for Boone County Water District, City of Florence and City of Walton.
- Customer Service – Print maps and answer questions about mapping for Boone County citizens.
- Proficient in AutoCad software.
- Proficient in ESRI GIS software products.
- Presenter and Moderator at the Kentucky GIS Conferenc
    - Creating a Real World Cadastre in GIS – 1999
    - Using Digital Cad Files in Updating GIS Layers – 2000
    - Voting Precinct Management in Boone County – 2001
    - Ahead of the Curve, Parcel Maintenance in Boone County – 2004
    - Voting Precinct Management in GIS – 2005
    - Data Manipulation with Data Interoperability – 2006
    - Address Point Mapping in GIS – 2007
    - Using GIS to Determine Radii for Curves on Existing State Roads - 2010
    - Using GIS for the Reapportionment Process - 2011
- Certified Geographic Information Systems Professional (GISP) since 2008.
- Member of KAMP (Kentucky Association of Mapping Professionals) since 2004.

## Education

8/1991 – 5/1995            Western Kentucky University            Bowling Green, KY

**Bachelor of Science in Civil Engineering Technology**

## References

References are available on request.

Horton - 1

GCT-P5-Geography-Kentucky: Population
2010 Census Summary File 1

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

| Geographic area | Total |
|---|---|
| Kentucky | 4,339,367 |
| STATE LEGISLATIVE DISTRICT, | |
| State Senate District 1 (2010) | 113,784 |
| State Senate District 2 (2010) | 105,262 |
| State Senate District 3 (2010) | 113,250 |
| State Senate District 4 (2010) | 106,696 |
| State Senate District 5 (2010) | 115,364 |
| State Senate District 6 (2010) | 102,261 |
| State Senate District 7 (2010) | 128,013 |
| State Senate District 8 (2010) | 106,187 |
| State Senate District 9 (2010) | 112,974 |
| State Senate District 10 (2010) | 120,533 |
| State Senate District 11 (2010) | 137,257 |
| State Senate District 12 (2010) | 115,570 |
| State Senate District 13 (2010) | 115,700 |
| State Senate District 14 (2010) | 120,817 |
| State Senate District 15 (2010) | 115,239 |
| State Senate District 16 (2010) | 102,847 |
| State Senate District 17 (2010) | 133,729 |
| State Senate District 18 (2010) | 106,760 |
| State Senate District 19 (2010) | 110,306 |
| State Senate District 20 (2010) | 133,454 |
| State Senate District 21 (2010) | 105,934 |
| State Senate District 22 (2010) | 126,095 |
| State Senate District 23 (2010) | 98,810 |
| State Senate District 24 (2010) | 105,213 |
| State Senate District 25 (2010) | 100,866 |
| State Senate District 26 (2010) | 134,003 |
| State Senate District 27 (2010) | 110,935 |
| State Senate District 28 (2010) | 119,669 |
| State Senate District 29 (2010) | 94,194 |
| State Senate District 30 (2010) | 97,991 |
| State Senate District 31 (2010) | 101,309 |
| State Senate District 32 (2010) | 126,482 |
| State Senate District 33 (2010) | 98,815 |
| State Senate District 34 (2010) | 124,714 |
| State Senate District 35 (2010) | 106,187 |
| State Senate District 36 (2010) | 125,909 |
| State Senate District 37 (2010) | 114,317 |
| State Senate District 38 (2010) | 131,921 |
| STATE LEGISLATIVE DISTRICT, | |
| State House District 1 (2010) | 37,943 |
| State House District 2 (2010) | 41,936 |

Horton-2

| District | Population |
|---|---|
| State House District 3 (2010) | 37,972 |
| State House District 4 (2010) | 39,505 |
| State House District 5 (2010) | 41,952 |
| State House District 6 (2010) | 41,978 |
| State House District 7 (2010) | 39,972 |
| State House District 8 (2010) | 41,126 |
| State House District 9 (2010) | 38,297 |
| State House District 10 (2010) | 38,450 |
| State House District 11 (2010) | 39,906 |
| State House District 12 (2010) | 38,045 |
| State House District 13 (2010) | 42,376 |
| State House District 14 (2010) | 45,708 |
| State House District 15 (2010) | 38,558 |
| State House District 16 (2010) | 39,295 |
| State House District 17 (2010) | 42,990 |
| State House District 18 (2010) | 43,650 |
| State House District 19 (2010) | 44,553 |
| State House District 20 (2010) | 52,049 |
| State House District 21 (2010) | 52,240 |
| State House District 22 (2010) | 46,341 |
| State House District 23 (2010) | 42,618 |
| State House District 24 (2010) | 41,610 |
| State House District 25 (2010) | 51,532 |
| State House District 26 (2010) | 41,345 |
| State House District 27 (2010) | 44,833 |
| State House District 28 (2010) | 41,513 |
| State House District 29 (2010) | 58,348 |
| State House District 30 (2010) | 45,313 |
| State House District 31 (2010) | 42,708 |
| State House District 32 (2010) | 43,944 |
| State House District 33 (2010) | 48,397 |
| State House District 34 (2010) | 40,961 |
| State House District 35 (2010) | 40,267 |
| State House District 36 (2010) | 45,022 |
| State House District 37 (2010) | 37,367 |
| State House District 38 (2010) | 38,015 |
| State House District 39 (2010) | 49,138 |
| State House District 40 (2010) | 38,434 |
| State House District 41 (2010) | 38,072 |
| State House District 42 (2010) | 37,649 |
| State House District 43 (2010) | 35,580 |
| State House District 44 (2010) | 41,454 |
| State House District 45 (2010) | 50,581 |
| State House District 46 (2010) | 50,103 |
| State House District 47 (2010) | 46,003 |
| State House District 48 (2010) | 57,316 |
| State House District 49 (2010) | 50,626 |
| State House District 50 (2010) | 49,478 |
| State House District 51 (2010) | 43,168 |
| State House District 52 (2010) | 44,854 |
| State House District 53 (2010) | 39,176 |
| State House District 54 (2010) | 40,149 |
| State House District 55 (2010) | 45,145 |
| State House District 56 (2010) | 43,948 |
| State House District 57 (2010) | 38,989 |

Horton-2

| | |
|---|---|
| State House District 58 (2010) | 55,670 |
| State House District 59 (2010) | 55,004 |
| State House District 60 (2010) | 61,922 |
| State House District 61 (2010) | 44,092 |
| State House District 62 (2010) | 58,232 |
| State House District 63 (2010) | 40,380 |
| State House District 64 (2010) | 49,008 |
| State House District 65 (2010) | 35,617 |
| State House District 66 (2010) | 52,522 |
| State House District 67 (2010) | 37,613 |
| State House District 68 (2010) | 42,414 |
| State House District 69 (2010) | 43,827 |
| State House District 70 (2010) | 40,326 |
| State House District 71 (2010) | 38,856 |
| State House District 72 (2010) | 40,906 |
| State House District 73 (2010) | 43,459 |
| State House District 74 (2010) | 43,768 |
| State House District 75 (2010) | 41,422 |
| State House District 76 (2010) | 44,546 |
| State House District 77 (2010) | 48,639 |
| State House District 78 (2010) | 41,569 |
| State House District 79 (2010) | 38,306 |
| State House District 80 (2010) | 44,415 |
| State House District 81 (2010) | 46,960 |
| State House District 82 (2010) | 42,490 |
| State House District 83 (2010) | 46,457 |
| State House District 84 (2010) | 40,195 |
| State House District 85 (2010) | 46,596 |
| State House District 86 (2010) | 43,057 |
| State House District 87 (2010) | 38,913 |
| State House District 88 (2010) | 49,790 |
| State House District 89 (2010) | 42,731 |
| State House District 90 (2010) | 37,809 |
| State House District 91 (2010) | 36,437 |
| State House District 92 (2010) | 40,191 |
| State House District 93 (2010) | 38,421 |
| State House District 94 (2010) | 42,026 |
| State House District 95 (2010) | 36,945 |
| State House District 96 (2010) | 41,590 |
| State House District 97 (2010) | 40,179 |
| State House District 98 (2010) | 38,852 |
| State House District 99 (2010) | 41,007 |
| State House District 100 (2010) | 37,710 |

X Not applicable.

Horton-2

[1] "Families" consist of a householder and one or more other people related to the householder by birth, marriage, or adoption. They do not include same-sex married couples even if the marriage was performed in a state issuing marriage certificates for same-sex couples.
[2] "Nonrelatives" include any household member not related to the householder by birth, marriage, or adoption. This includes unmarried partners.
[3] "Nonfamily households" consist of people living alone and households which do not have any members related to the householder.

Source: U.S. Census Bureau, 2010
2010 Census Summary File 1, Table P1, P29, P36, and P42.

Horton-2

| | | Deviation from Ideal | Deviation from Minimum |
|---|---|---|---|
| Kentucky Total Population: | 4,339,367 | | |
| Ideal Kentucky House Population: | 43394 | | |
| Smallest Kentucky House Population: | 35,580 | | |
| STATE LEGISLATIVE DISTRICT, | | Deviation from Ideal | Deviation from Minimum |
| State House District 1 (2010) | 37,943 | -12.56% | 6.64% |
| State House District 2 (2010) | 41,936 | -3.36% | 17.86% |
| State House District 3 (2010) | 37,972 | -12.49% | 6.72% |
| State House District 4 (2010) | 39,505 | -8.96% | 11.03% |
| State House District 5 (2010) | 41,952 | -3.32% | 17.91% |
| State House District 6 (2010) | 41,978 | -3.26% | 17.98% |
| State House District 7 (2010) | 39,972 | -7.89% | 12.34% |
| State House District 8 (2010) | 41,126 | -5.23% | 15.59% |
| State House District 9 (2010) | 38,297 | -11.75% | 7.64% |
| State House District 10 (2010) | 38,450 | -11.39% | 8.07% |
| State House District 11 (2010) | 39,906 | -8.04% | 12.16% |
| State House District 12 (2010) | 38,045 | -12.33% | 6.93% |
| State House District 13 (2010) | 42,376 | -2.35% | 19.10% |
| State House District 14 (2010) | 45,708 | 5.33% | 28.47% |
| State House District 15 (2010) | 38,558 | -11.14% | 8.37% |
| State House District 16 (2010) | 39,295 | -9.45% | 10.44% |
| State House District 17 (2010) | 42,990 | -0.93% | 20.83% |
| State House District 18 (2010) | 43,650 | 0.59% | 22.68% |
| State House District 19 (2010) | 44,553 | 2.67% | 25.22% |
| State House District 20 (2010) | 52,049 | 19.95% | 46.29% |
| State House District 21 (2010) | 52,240 | 20.39% | 46.82% |
| State House District 22 (2010) | 46,341 | 6.79% | 30.24% |
| State House District 23 (2010) | 42,618 | -1.79% | 19.78% |
| State House District 24 (2010) | 41,610 | -4.11% | 16.95% |
| State House District 25 (2010) | 51,532 | 18.75% | 44.83% |
| State House District 26 (2010) | 41,345 | -4.72% | 16.20% |
| State House District 27 (2010) | 44,833 | 3.32% | 26.01% |
| State House District 28 (2010) | 41,513 | -4.33% | 16.68% |
| State House District 29 (2010) | 58,348 | 34.46% | 63.99% |
| State House District 30 (2010) | 45,313 | 4.42% | 27.36% |
| State House District 31 (2010) | 42,708 | -1.58% | 20.03% |
| State House District 32 (2010) | 43,944 | 1.27% | 23.51% |
| State House District 33 (2010) | 48,397 | 11.53% | 36.02% |
| State House District 34 (2010) | 40,961 | -5.61% | 15.12% |
| State House District 35 (2010) | 40,267 | -7.21% | 13.17% |
| State House District 36 (2010) | 45,022 | 3.75% | 26.54% |
| State House District 37 (2010) | 37,367 | -13.89% | 5.02% |
| State House District 38 (2010) | 38,015 | -12.40% | 6.84% |
| State House District 39 (2010) | 49,138 | 13.24% | 38.11% |
| State House District 40 (2010) | 38,434 | -11.43% | 8.02% |
| State House District 41 (2010) | 38,072 | -12.26% | 7.00% |
| State House District 42 (2010) | 37,649 | -13.24% | 5.82% |
| State House District 43 (2010) | 35,580 | -18.01% | 0.00% |
| State House District 44 (2010) | 41,454 | -4.47% | 16.51% |
| State House District 45 (2010) | 50,581 | 16.56% | 42.16% |
| State House District 46 (2010) | 50,103 | 15.46% | 40.82% |
| State House District 47 (2010) | 46,003 | 6.01% | 29.29% |
| State House District 48 (2010) | 57,316 | 32.08% | 61.09% |

Horton-3

| District | Population | % Dev | % |
|---|---|---|---|
| State House District 49 (2010) | 50,626 | *16.67%* | 42.29% |
| State House District 50 (2010) | 49,478 | *14.02%* | 39.06% |
| State House District 51 (2010) | 43,168 | -0.52% | 21.33% |
| State House District 52 (2010) | 44,854 | 3.36% | 26.07% |
| State House District 53 (2010) | 39,176 | -9.72% | 10.11% |
| State House District 54 (2010) | 40,149 | -7.48% | 12.84% |
| State House District 55 (2010) | 45,145 | 4.04% | 26.88% |
| State House District 56 (2010) | 43,948 | 1.28% | 23.52% |
| State House District 57 (2010) | 38,989 | *-10.15%* | 9.58% |
| State House District 58 (2010) | 55,670 | *28.29%* | 56.46% |
| State House District 59 (2010) | 55,004 | *26.75%* | 54.59% |
| State House District 60 (2010) | 61,922 | *42.70%* | 74.04% |
| State House District 61 (2010) | 44,092 | 1.61% | 23.92% |
| State House District 62 (2010) | 58,232 | *34.19%* | 63.66% |
| State House District 63 (2010) | 40,380 | -6.95% | 13.49% |
| State House District 64 (2010) | 49,008 | *12.94%* | 37.74% |
| State House District 65 (2010) | 35,617 | *-17.92%* | 0.10% |
| State House District 66 (2010) | 52,522 | *21.04%* | 47.62% |
| State House District 67 (2010) | 37,613 | *-13.32%* | 5.71% |
| State House District 68 (2010) | 42,414 | -2.26% | 19.21% |
| State House District 69 (2010) | 43,827 | 1.00% | 23.18% |
| State House District 70 (2010) | 40,326 | -7.07% | 13.34% |
| State House District 71 (2010) | 38,856 | *-10.46%* | 9.21% |
| State House District 72 (2010) | 40,906 | -5.73% | 14.97% |
| State House District 73 (2010) | 43,459 | 0.15% | 22.14% |
| State House District 74 (2010) | 43,768 | 0.86% | 23.01% |
| State House District 75 (2010) | 41,422 | -4.54% | 16.42% |
| State House District 76 (2010) | 44,546 | 2.65% | 25.20% |
| State House District 77 (2010) | 48,639 | *12.09%* | 36.70% |
| State House District 78 (2010) | 41,569 | -4.21% | 16.83% |
| State House District 79 (2010) | 38,306 | *-11.73%* | 7.66% |
| State House District 80 (2010) | 44,415 | 2.35% | 24.83% |
| State House District 81 (2010) | 46,960 | 8.22% | 31.98% |
| State House District 82 (2010) | 42,490 | -2.08% | 19.42% |
| State House District 83 (2010) | 46,457 | 7.06% | 30.57% |
| State House District 84 (2010) | 40,195 | -7.37% | 12.97% |
| State House District 85 (2010) | 46,596 | 7.38% | 30.96% |
| State House District 86 (2010) | 43,057 | -0.78% | 21.01% |
| State House District 87 (2010) | 38,913 | *-10.33%* | 9.37% |
| State House District 88 (2010) | 49,790 | *14.74%* | 39.94% |
| State House District 89 (2010) | 42,731 | -1.53% | 20.10% |
| State House District 90 (2010) | 37,809 | *-12.87%* | 6.26% |
| State House District 91 (2010) | 36,437 | *-16.03%* | 2.41% |
| State House District 92 (2010) | 40,191 | -7.38% | 12.96% |
| State House District 93 (2010) | 38,421 | *-11.46%* | 7.98% |
| State House District 94 (2010) | 42,026 | -3.15% | 18.12% |
| State House District 95 (2010) | 36,945 | *-14.86%* | 3.84% |
| State House District 96 (2010) | 41,590 | -4.16% | 16.89% |
| State House District 97 (2010) | 40,179 | -7.41% | 12.93% |
| State House District 98 (2010) | 38,852 | *-10.47%* | 9.20% |
| State House District 99 (2010) | 41,007 | -5.50% | 15.25% |
| State House District 100 (2010) | 37,710 | *-13.10%* | 5.99% |

Horton-3

| | | Deviation from Ideal | Deviation from Minimum |
|---|---|---|---|
| Kentucky Total Population: | 4,339,367 | | |
| Ideal Kentucky Senate Population: | 114,194 | | |
| Smallest Kentucky Senate Population: | 94,194 | | |
| STATE LEGISLATIVE DISTRICT, | | Deviation from Ideal | Deviation from Minimum |
| State Senate District 1 (2010) | 113,784 | -0.36% | 20.80% |
| State Senate District 2 (2010) | 105,262 | -7.82% | 11.75% |
| State Senate District 3 (2010) | 113,250 | -0.83% | 20.23% |
| State Senate District 4 (2010) | 106,696 | -6.57% | 13.27% |
| State Senate District 5 (2010) | 115,364 | 1.02% | 22.47% |
| State Senate District 6 (2010) | 102,261 | -10.45% | 8.56% |
| State Senate District 7 (2010) | 128,013 | 12.10% | 35.90% |
| State Senate District 8 (2010) | 106,187 | -7.01% | 12.73% |
| State Senate District 9 (2010) | 112,974 | -1.07% | 19.94% |
| State Senate District 10 (2010) | 120,533 | 5.55% | 27.96% |
| State Senate District 11 (2010) | 137,257 | 20.20% | 45.72% |
| State Senate District 12 (2010) | 115,570 | 1.20% | 22.69% |
| State Senate District 13 (2010) | 115,700 | 1.32% | 22.83% |
| State Senate District 14 (2010) | 120,817 | 5.80% | 28.26% |
| State Senate District 15 (2010) | 115,239 | 0.92% | 22.34% |
| State Senate District 16 (2010) | 102,847 | -9.94% | 9.19% |
| State Senate District 17 (2010) | 133,729 | 17.11% | 41.97% |
| State Senate District 18 (2010) | 106,760 | -6.51% | 13.34% |
| State Senate District 19 (2010) | 110,306 | -3.40% | 17.11% |
| State Senate District 20 (2010) | 133,454 | 16.87% | 41.68% |
| State Senate District 21 (2010) | 105,934 | -7.23% | 12.46% |
| State Senate District 22 (2010) | 126,095 | 10.42% | 33.87% |
| State Senate District 23 (2010) | 98,810 | -13.47% | 4.90% |
| State Senate District 24 (2010) | 105,213 | -7.86% | 11.70% |
| State Senate District 25 (2010) | 100,866 | -11.67% | 7.08% |
| State Senate District 26 (2010) | 134,003 | 17.35% | 42.26% |
| State Senate District 27 (2010) | 110,935 | -2.85% | 17.77% |
| State Senate District 28 (2010) | 119,669 | 4.79% | 27.05% |
| State Senate District 29 (2010) | 94,194 | -17.51% | 0.00% |
| State Senate District 30 (2010) | 97,991 | -14.19% | 4.03% |
| State Senate District 31 (2010) | 101,309 | -11.28% | 7.55% |
| State Senate District 32 (2010) | 126,482 | 10.76% | 34.28% |
| State Senate District 33 (2010) | 98,815 | -13.47% | 4.91% |
| State Senate District 34 (2010) | 124,714 | 9.21% | 32.40% |
| State Senate District 35 (2010) | 106,187 | -7.01% | 12.73% |
| State Senate District 36 (2010) | 125,909 | 10.26% | 33.67% |
| State Senate District 37 (2010) | 114,317 | 0.11% | 21.36% |
| State Senate District 38 (2010) | 131,921 | 15.52% | 40.05% |

Horton-4