# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KY, *et al.*,<br><br>                         Defendants. | Case No. 2:13cv00068 |
| MARTIN HERBERT, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, *et al.*,<br><br>                         Defendants. | Case No. 3:13cv00025 |

## ORDER

Motion having been made, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiffs' Joint Motion for Summary Judgment is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2201, the Court hereby declares and decrees that, in light of established population changes since their adoption, the current Kentucky House of Representative districts, as contained in K.R.S. § 5.101 through K.R.S. § 5.138, and the current Kentucky Senate districts, as contained

in K.R.S. § 5.201 through K.R.S. § 5.300, are now unconstitutionally mal-apportioned in violation of the Equal Protection Clause of the 14th Amendment of the U.S. Constitution.

**IT IS FURTHER ORDERED** that the official capacity Defendants in the above-styled consolidated actions are hereby permanently enjoined and prohibited from implementing or otherwise using the current Kentucky House of Representative districts, as contained in K.R.S. § 5.101 through K.R.S. § 5.138, and the current Kentucky Senate districts, as contained in K.R.S. § 5.201 through K.R.S. § 5.300 in future Kentucky elections.