# Plaintiffs' Exhibit 5

