# Plaintiffs'
# Exhibit
# 7



House District Population Change 2000-2010

Loss
0 to 10%
10 to 20%
20 to 30%
30+ %

2010 State Population: 4,339,367

Data Source: U.S. Census Bureau          Produced by the Legislative Research Commission Geographic Information Systems Office, Room 26 Capitol Annex, Frankfort, KY, 40601, 502-564-8100, gis@lrc.ky.gov          3/21/11