# Plaintiffs' Exhibit 8

## House District Population Change 2000-2010



Fayette County | Jefferson County | Northern Kentucky

**2010 State Population: 4,339,367**

Data Source: U.S. Census Bureau    Produced by the Legislative Research Commission Geographic Information Systems Office, Room 26 Capitol Annex, Frankfort, KY, 40601, 502-564-8100, gis@lrc.ky.gov    3/22/11