# Plaintiffs' Exhibit 9

## Population Summary Report

## Malapportioned 2002 Kentucky State House Plan -- 2010 Census

| District | Population | Dev. | % Dev. | NH DOJ_Blk | % NH DOJ_Blk | Hispanic | % Hispanic | Minority | % Minority | 18+_Pop | NH18+ DOJ_Blk | % NH18+ DOJ_Blk | Any Part Black 18+ | % Any Part Black 18= | Hispanic 18+ | % Hispanic 18+ | Minority 18 + | % Minority 18 + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 37943 | -5451 | -12.56% | 2977 | 7.85% | 473 | 1.25% | 3997 | 10.53% | 29639 | 2080 | 7.02% | 2106 | 7.11% | 279 | 0.94% | 2752 | 9.29% |
| 002 | 41936 | -1458 | -3.36% | 2008 | 4.79% | 2174 | 5.18% | 4733 | 11.29% | 31751 | 1252 | 3.94% | 1285 | 4.05% | 1256 | 3.96% | 2880 | 9.07% |
| 003 | 37972 | -5422 | -12.49% | 7121 | 18.75% | 973 | 2.56% | 8912 | 23.47% | 29492 | 4664 | 15.81% | 4740 | 16.07% | 595 | 2.02% | 5808 | 19.69% |
| 004 | 39505 | -3889 | -8.96% | 1087 | 2.75% | 410 | 1.04% | 1992 | 5.04% | 30830 | 694 | 2.25% | 718 | 2.33% | 255 | 0.83% | 1295 | 4.20% |
| 005 | 41952 | -1442 | -3.32% | 1772 | 4.22% | 964 | 2.30% | 3849 | 9.17% | 34353 | 1281 | 3.73% | 1319 | 3.84% | 648 | 1.89% | 2847 | 8.29% |
| 006 | 41978 | -1416 | -3.26% | 570 | 1.36% | 462 | 1.10% | 1527 | 3.64% | 33689 | 465 | 1.38% | 476 | 1.41% | 297 | 0.88% | 1122 | 3.33% |
| 007 | 39972 | -3422 | -7.89% | 3762 | 9.41% | 1110 | 2.78% | 5447 | 13.63% | 30150 | 2632 | 8.73% | 2657 | 8.81% | 670 | 2.22% | 3676 | 12.19% |
| 008 | 41126 | -2268 | -5.23% | 11517 | 28.00% | 1159 | 2.82% | 13487 | 32.79% | 30828 | 7832 | 25.41% | 7911 | 25.66% | 693 | 2.25% | 9077 | 29.44% |
| 009 | 38297 | -5097 | -11.75% | 5713 | 14.92% | 3426 | 8.95% | 10832 | 28.28% | 26187 | 3565 | 13.61% | 3805 | 14.53% | 1943 | 7.42% | 6607 | 25.23% |
| 010 | 38450 | -4944 | -11.39% | 3356 | 8.73% | 663 | 1.72% | 4607 | 11.98% | 29676 | 2173 | 7.32% | 2202 | 7.42% | 377 | 1.27% | 2965 | 9.99% |
| 011 | 39906 | -3488 | -8.04% | 3946 | 9.89% | 772 | 1.93% | 5227 | 13.10% | 30584 | 2663 | 8.71% | 2702 | 8.83% | 450 | 1.47% | 3442 | 11.25% |
| 012 | 38045 | -5349 | -12.33% | 929 | 2.44% | 844 | 2.22% | 2159 | 5.67% | 28927 | 649 | 2.24% | 669 | 2.31% | 467 | 1.61% | 1387 | 4.79% |
| 013 | 42376 | -1018 | -2.35% | 3483 | 8.22% | 1183 | 2.79% | 5400 | 12.74% | 32931 | 2127 | 6.46% | 2175 | 6.60% | 669 | 2.03% | 3268 | 9.92% |
| 014 | 45708 | 2314 | 5.33% | 553 | 1.21% | 1105 | 2.42% | 2217 | 4.85% | 33940 | 314 | 0.93% | 329 | 0.97% | 634 | 1.87% | 1303 | 3.84% |
| 015 | 38558 | -4836 | -11.14% | 1732 | 4.49% | 451 | 1.17% | 2552 | 6.62% | 29978 | 1333 | 4.45% | 1353 | 4.51% | 264 | 0.88% | 1870 | 6.24% |
| 016 | 39295 | -4099 | -9.45% | 2983 | 7.59% | 1145 | 2.91% | 4564 | 11.61% | 29314 | 2016 | 6.88% | 2052 | 7.00% | 667 | 2.28% | 2970 | 10.13% |
| 017 | 42990 | -404 | -0.93% | 419 | 0.97% | 644 | 1.50% | 1555 | 3.62% | 32813 | 285 | 0.87% | 298 | 0.91% | 429 | 1.31% | 1069 | 3.26% |
| 018 | 43650 | 256 | 0.59% | 1069 | 2.45% | 730 | 1.67% | 2419 | 5.54% | 32787 | 649 | 1.98% | 697 | 2.13% | 391 | 1.19% | 1476 | 4.50% |
| 019 | 44553 | 1159 | 2.67% | 1717 | 3.85% | 762 | 1.71% | 2953 | 6.63% | 33976 | 1242 | 3.66% | 1265 | 3.72% | 453 | 1.33% | 2055 | 6.05% |
| 020 | 52049 | 8655 | 19.95% | 6262 | 12.03% | 2516 | 4.83% | 11676 | 22.43% | 42149 | 4711 | 11.18% | 4824 | 11.45% | 1620 | 3.84% | 8356 | 19.82% |
| 021 | 52240 | 8846 | 20.39% | 4656 | 8.91% | 2513 | 4.81% | 8593 | 16.45% | 38706 | 3055 | 7.89% | 3107 | 8.03% | 1451 | 3.75% | 5421 | 14.01% |
| 022 | 46341 | 2947 | 6.79% | 2293 | 4.95% | 762 | 1.64% | 3830 | 8.26% | 34829 | 1558 | 4.47% | 1598 | 4.59% | 411 | 1.18% | 2529 | 7.26% |
| 023 | 42618 | -776 | -1.79% | 1931 | 4.53% | 1115 | 2.62% | 3601 | 8.45% | 32281 | 1284 | 3.98% | 1307 | 4.05% | 665 | 2.06% | 2312 | 7.16% |
| 024 | 41610 | -1784 | -4.11% | 1942 | 4.67% | 946 | 2.27% | 3306 | 7.95% | 31532 | 1403 | 4.45% | 1435 | 4.55% | 560 | 1.78% | 2266 | 7.19% |
| 025 | 51532 | 8138 | 18.75% | 4085 | 7.93% | 1619 | 3.14% | 7423 | 14.40% | 38477 | 2633 | 6.84% | 2739 | 7.12% | 946 | 2.46% | 4722 | 12.27% |
| 026 | 41345 | -2049 | -4.72% | 8017 | 19.39% | 2893 | 7.00% | 13582 | 32.85% | 30246 | 5281 | 17.46% | 5598 | 18.51% | 1729 | 5.72% | 8848 | 29.25% |
| 027 | 44833 | 1439 | 3.32% | 1882 | 4.20% | 1549 | 3.46% | 4613 | 10.29% | 32826 | 1205 | 3.67% | 1282 | 3.91% | 937 | 2.85% | 2939 | 8.95% |
| 028 | 41513 | -1881 | -4.33% | 2789 | 6.72% | 867 | 2.09% | 4515 | 10.88% | 31521 | 1694 | 5.37% | 1754 | 5.56% | 527 | 1.67% | 2794 | 8.86% |
| 029 | 58348 | 14954 | 34.46% | 4305 | 7.38% | 1698 | 2.91% | 7557 | 12.95% | 44118 | 2787 | 6.32% | 2890 | 6.55% | 1032 | 2.34% | 4842 | 10.98% |
| 030 | 45313 | 1919 | 4.42% | 17446 | 38.50% | 3842 | 8.48% | 23021 | 50.80% | 34163 | 12068 | 35.32% | 12429 | 36.38% | 2514 | 7.36% | 15775 | 46.18% |
| 031 | 42708 | -686 | -1.58% | 6076 | 14.23% | 2266 | 5.31% | 9618 | 22.52% | 33644 | 4235 | 12.59% | 4376 | 13.01% | 1487 | 4.42% | 6647 | 19.76% |
| 032 | 43944 | 550 | 1.27% | 3341 | 7.60% | 2010 | 4.57% | 7825 | 17.81% | 35704 | 2428 | 6.80% | 2514 | 7.04% | 1360 | 3.81% | 5614 | 15.72% |
| 033 | 48397 | 5003 | 11.53% | 3260 | 6.74% | 1599 | 3.30% | 7116 | 14.70% | 36881 | 2306 | 6.25% | 2386 | 6.47% | 1022 | 2.77% | 4808 | 13.04% |
| 034 | 40961 | -2433 | -5.61% | 1320 | 3.22% | 796 | 1.94% | 3228 | 7.88% | 34042 | 982 | 2.88% | 1056 | 3.10% | 565 | 1.66% | 2335 | 6.86% |
| 035 | 40267 | -3127 | -7.21% | 3722 | 9.24% | 2655 | 6.59% | 7351 | 18.26% | 31511 | 2299 | 7.30% | 2442 | 7.75% | 1716 | 5.45% | 4730 | 15.01% |
| 036 | 45022 | 1628 | 3.75% | 1066 | 2.37% | 896 | 1.99% | 2650 | 5.89% | 34398 | 732 | 2.13% | 776 | 2.26% | 541 | 1.57% | 1766 | 5.13% |
| 037 | 37367 | -6027 | -13.89% | 5646 | 15.11% | 3935 | 10.53% | 12274 | 32.85% | 27871 | 3438 | 12.34% | 3668 | 13.16% | 2613 | 9.38% | 7837 | 28.12% |
| 038 | 38015 | -5379 | -12.40% | 6333 | 16.66% | 2370 | 6.23% | 10113 | 26.60% | 28714 | 3807 | 13.26% | 3993 | 13.91% | 1609 | 5.60% | 6361 | 22.15% |
| 039 | 49138 | 5744 | 13.24% | 1863 | 3.79% | 1374 | 2.80% | 4303 | 8.76% | 36463 | 1104 | 3.03% | 1142 | 3.13% | 818 | 2.24% | 2606 | 7.15% |
| 040 | 38434 | -4960 | -11.43% | 16315 | 42.45% | 1537 | 4.00% | 19216 | 50.00% | 29670 | 11144 | 37.56% | 11369 | 38.32% | 1025 | 3.45% | 13185 | 44.44% |
| 041 | 38072 | -5322 | -12.26% | 19613 | 51.52% | 884 | 2.32% | 21719 | 57.05% | 29457 | 13668 | 46.40% | 13925 | 47.27% | 671 | 2.28% | 15273 | 51.85% |
| 042 | 37649 | -5745 | -13.24% | 21419 | 56.89% | 577 | 1.53% | 22818 | 60.61% | 29196 | 15241 | 52.20% | 15475 | 53.00% | 398 | 1.36% | 16252 | 55.67% |
| 043 | 35580 | -7814 | -18.01% | 20417 | 57.38% | 410 | 1.15% | 21474 | 60.35% | 26610 | 14515 | 54.55% | 14721 | 55.32% | 286 | 1.07% | 15255 | 57.33% |
| 044 | 41454 | -1940 | -4.47% | 11269 | 27.18% | 993 | 2.40% | 13047 | 31.47% | 31287 | 7549 | 24.13% | 7674 | 24.53% | 610 | 1.95% | 8707 | 27.83% |

## Population Summary Report

## Malapportioned 2002 Kentucky State House Plan -- 2010 Census

| District | Population | Dev. | % Dev. | NH DOJ_Blk | % NH DOJ_Blk | Hispanic | % Hispanic | Minority | % Minority | 18+_Pop | NH18+ DOJ_Blk | % NH18+ DOJ_Blk | Any Part Black 18+ | % Any Part Black 18= | Hispanic 18+ | % Hispanic 18+ | Minority 18+ | % Minority 18+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 045 | 50581 | 7187 | 16.56% | 2316 | 4.58% | 1440 | 2.85% | 7359 | 14.55% | 37820 | 1470 | 3.89% | 1554 | 4.11% | 880 | 2.33% | 4666 | 12.34% |
| 046 | 50103 | 6709 | 15.46% | 9385 | 18.73% | 3949 | 7.88% | 14836 | 29.61% | 37660 | 6166 | 16.37% | 6416 | 17.04% | 2607 | 6.92% | 9749 | 25.89% |
| 047 | 46003 | 2609 | 6.01% | 1202 | 2.61% | 2276 | 4.95% | 4206 | 9.14% | 34200 | 791 | 2.31% | 836 | 2.44% | 1376 | 4.02% | 2648 | 7.74% |
| 048 | 57316 | 13922 | 32.08% | 5142 | 8.97% | 1943 | 3.39% | 10683 | 18.64% | 43146 | 3600 | 8.34% | 3723 | 8.63% | 1261 | 2.92% | 7226 | 16.75% |
| 049 | 50626 | 7232 | 16.67% | 501 | 0.99% | 769 | 1.52% | 2125 | 4.20% | 37775 | 263 | 0.70% | 285 | 0.75% | 459 | 1.22% | 1324 | 3.50% |
| 050 | 49478 | 6084 | 14.02% | 2550 | 5.15% | 940 | 1.90% | 4149 | 8.39% | 36658 | 1629 | 4.44% | 1647 | 4.49% | 487 | 1.33% | 2574 | 7.02% |
| 051 | 43168 | -226 | -0.52% | 2014 | 4.67% | 752 | 1.74% | 3281 | 7.60% | 33497 | 1448 | 4.32% | 1466 | 4.38% | 465 | 1.39% | 2285 | 6.82% |
| 052 | 44854 | 1460 | 3.36% | 1477 | 3.29% | 1170 | 2.61% | 3314 | 7.39% | 34561 | 1261 | 3.65% | 1341 | 3.88% | 780 | 2.26% | 2556 | 7.40% |
| 053 | 39176 | -4218 | -9.72% | 958 | 2.45% | 626 | 1.60% | 1933 | 4.93% | 30138 | 653 | 2.17% | 667 | 2.21% | 338 | 1.12% | 1253 | 4.16% |
| 054 | 40149 | -3245 | -7.48% | 3220 | 8.02% | 1189 | 2.96% | 5044 | 12.56% | 31277 | 2288 | 7.32% | 2327 | 7.44% | 719 | 2.30% | 3414 | 10.92% |
| 055 | 45145 | 1751 | 4.04% | 1506 | 3.34% | 800 | 1.77% | 2933 | 6.50% | 34083 | 985 | 2.89% | 1012 | 2.97% | 444 | 1.30% | 1843 | 5.41% |
| 056 | 43948 | 554 | 1.28% | 2698 | 6.14% | 2981 | 6.78% | 6492 | 14.77% | 34127 | 1939 | 5.68% | 1991 | 5.83% | 1883 | 5.52% | 4349 | 12.74% |
| 057 | 38989 | -4405 | -10.15% | 4976 | 12.76% | 1127 | 2.89% | 7034 | 18.04% | 30490 | 3700 | 12.14% | 3781 | 12.40% | 703 | 2.31% | 5070 | 16.63% |
| 058 | 55670 | 12276 | 28.29% | 3686 | 6.62% | 4022 | 7.22% | 8633 | 15.51% | 41696 | 2555 | 6.13% | 2667 | 6.40% | 2466 | 5.91% | 5596 | 13.42% |
| 059 | 55004 | 11610 | 26.75% | 3926 | 7.14% | 1527 | 2.78% | 7219 | 13.12% | 39699 | 2945 | 7.42% | 3036 | 7.65% | 914 | 2.30% | 4920 | 12.39% |
| 060 | 61922 | 18528 | 42.70% | 1645 | 2.66% | 2112 | 3.41% | 5983 | 9.66% | 43989 | 975 | 2.22% | 1025 | 2.33% | 1246 | 2.83% | 3603 | 8.19% |
| 061 | 44092 | 698 | 1.61% | 538 | 1.22% | 1195 | 2.71% | 2228 | 5.05% | 32203 | 318 | 0.99% | 340 | 1.06% | 649 | 2.02% | 1327 | 4.12% |
| 062 | 58232 | 14838 | 34.19% | 4849 | 8.33% | 4699 | 8.07% | 10713 | 18.40% | 43184 | 3431 | 7.95% | 3541 | 8.20% | 2929 | 6.78% | 7129 | 16.51% |
| 063 | 40380 | -3014 | -6.95% | 865 | 2.14% | 713 | 1.77% | 2653 | 6.57% | 31076 | 565 | 1.82% | 586 | 1.89% | 475 | 1.53% | 1749 | 5.63% |
| 064 | 49008 | 5614 | 12.94% | 948 | 1.93% | 700 | 1.43% | 2489 | 5.08% | 35526 | 487 | 1.37% | 506 | 1.42% | 384 | 1.08% | 1369 | 3.85% |
| 065 | 35617 | -7777 | -17.92% | 5276 | 14.81% | 1414 | 3.97% | 7451 | 20.92% | 27783 | 3251 | 11.70% | 3361 | 12.10% | 917 | 3.30% | 4698 | 16.91% |
| 066 | 52522 | 9128 | 21.04% | 1923 | 3.66% | 2025 | 3.86% | 5642 | 10.74% | 38045 | 1104 | 2.90% | 1174 | 3.09% | 1256 | 3.30% | 3457 | 9.09% |
| 067 | 37613 | -5781 | -13.32% | 2289 | 6.09% | 997 | 2.65% | 4017 | 10.68% | 29685 | 1406 | 4.74% | 1472 | 4.96% | 681 | 2.29% | 2615 | 8.81% |
| 068 | 42414 | -980 | -2.26% | 566 | 1.33% | 452 | 1.07% | 1722 | 4.06% | 32419 | 342 | 1.05% | 355 | 1.10% | 283 | 0.87% | 1115 | 3.44% |
| 069 | 43827 | 433 | 1.00% | 1748 | 3.99% | 1490 | 3.40% | 4022 | 9.18% | 32134 | 960 | 2.99% | 991 | 3.08% | 851 | 2.65% | 2328 | 7.24% |
| 070 | 40326 | -3068 | -7.07% | 1570 | 3.89% | 493 | 1.22% | 2531 | 6.28% | 30403 | 1042 | 3.43% | 1064 | 3.50% | 248 | 0.82% | 1581 | 5.20% |
| 071 | 38856 | -4538 | -10.46% | 961 | 2.47% | 349 | 0.90% | 1764 | 4.54% | 30322 | 797 | 2.63% | 816 | 2.69% | 238 | 0.78% | 1368 | 4.51% |
| 072 | 40906 | -2488 | -5.73% | 1875 | 4.58% | 1848 | 4.52% | 4134 | 10.11% | 31033 | 1290 | 4.16% | 1319 | 4.25% | 1099 | 3.54% | 2673 | 8.61% |
| 073 | 43459 | 65 | 0.15% | 2062 | 4.74% | 1076 | 2.48% | 3686 | 8.48% | 33122 | 1384 | 4.18% | 1416 | 4.28% | 601 | 1.81% | 2352 | 7.10% |
| 074 | 43768 | 374 | 0.86% | 938 | 2.14% | 818 | 1.87% | 2204 | 5.04% | 33009 | 676 | 2.05% | 698 | 2.11% | 516 | 1.56% | 1497 | 4.54% |
| 075 | 41422 | -1972 | -4.54% | 3868 | 9.34% | 1450 | 3.50% | 7825 | 18.89% | 36984 | 3130 | 8.46% | 3255 | 8.80% | 1070 | 2.89% | 6396 | 17.29% |
| 076 | 44546 | 1152 | 2.65% | 6921 | 15.54% | 2692 | 6.04% | 11160 | 25.05% | 35205 | 4568 | 12.98% | 4720 | 13.41% | 1752 | 4.98% | 7419 | 21.07% |
| 077 | 48639 | 5245 | 12.09% | 17757 | 36.51% | 7149 | 14.70% | 26264 | 54.00% | 37207 | 12991 | 34.92% | 13331 | 35.83% | 4663 | 12.53% | 18644 | 50.11% |
| 078 | 41569 | -1825 | -4.21% | 604 | 1.45% | 524 | 1.26% | 1503 | 3.62% | 31339 | 363 | 1.16% | 385 | 1.23% | 303 | 0.97% | 944 | 3.01% |
| 079 | 38306 | -5088 | -11.73% | 6027 | 15.73% | 2331 | 6.09% | 10089 | 26.34% | 30490 | 3794 | 12.44% | 3939 | 12.92% | 1531 | 5.02% | 6635 | 21.76% |
| 080 | 44415 | 1021 | 2.35% | 717 | 1.61% | 506 | 1.14% | 1713 | 3.86% | 33737 | 459 | 1.36% | 475 | 1.41% | 288 | 0.85% | 1103 | 3.27% |
| 081 | 46960 | 3566 | 8.22% | 3393 | 7.23% | 1135 | 2.42% | 5766 | 12.28% | 37788 | 2498 | 6.61% | 2577 | 6.82% | 753 | 1.99% | 4156 | 11.00% |
| 082 | 42490 | -904 | -2.08% | 334 | 0.79% | 386 | 0.91% | 1346 | 3.17% | 32322 | 216 | 0.67% | 225 | 0.70% | 237 | 0.73% | 914 | 2.83% |
| 083 | 46457 | 3063 | 7.06% | 563 | 1.21% | 1268 | 2.73% | 2485 | 5.35% | 35976 | 342 | 0.95% | 367 | 1.02% | 791 | 2.20% | 1607 | 4.47% |
| 084 | 40195 | -3199 | -7.37% | 883 | 2.20% | 277 | 0.69% | 1634 | 4.07% | 31289 | 567 | 1.81% | 579 | 1.85% | 149 | 0.48% | 1070 | 3.42% |
| 085 | 46596 | 3202 | 7.38% | 519 | 1.11% | 780 | 1.67% | 1954 | 4.19% | 35807 | 303 | 0.85% | 324 | 0.90% | 455 | 1.27% | 1244 | 3.47% |
| 086 | 43057 | -337 | -0.78% | 486 | 1.13% | 401 | 0.93% | 1438 | 3.34% | 32352 | 318 | 0.98% | 326 | 1.01% | 209 | 0.65% | 917 | 2.83% |
| 087 | 38913 | -4481 | -10.33% | 1115 | 2.87% | 256 | 0.66% | 1866 | 4.80% | 30399 | 750 | 2.47% | 764 | 2.51% | 159 | 0.52% | 1294 | 4.26% |
| 088 | 49790 | 6396 | 14.74% | 5531 | 11.11% | 1407 | 2.83% | 9614 | 19.31% | 37573 | 3477 | 9.25% | 3583 | 9.54% | 889 | 2.37% | 6201 | 16.50% |

## Population Summary Report

## Malapportioned 2002 Kentucky State House Plan -- 2010 Census

| District | Population | Dev. | % Dev. | NH DOJ_Blk | % NH DOJ_Blk | Hispanic | % Hispanic | Minority | % Minority | 18+_Pop | NH18+ DOJ_Blk | % NH18+ DOJ_Blk | Any Part Black 18+ | % Any Part Black 18= | Hispanic 18+ | % Hispanic 18+ | Minority 18 + | % Minority 18 + |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 089 | 42731 | -663 | -1.53% | 378 | 0.88% | 425 | 0.99% | 1251 | 2.93% | 32745 | 216 | 0.66% | 237 | 0.72% | 260 | 0.79% | 814 | 2.49% |
| 090 | 37809 | -5585 | -12.87% | 1012 | 2.68% | 465 | 1.23% | 1779 | 4.71% | 29547 | 856 | 2.90% | 882 | 2.99% | 380 | 1.29% | 1476 | 5.00% |
| 091 | 36437 | -6957 | -16.03% | 297 | 0.82% | 248 | 0.68% | 891 | 2.45% | 28340 | 219 | 0.77% | 226 | 0.80% | 160 | 0.56% | 623 | 2.20% |
| 092 | 40191 | -3203 | -7.38% | 193 | 0.48% | 239 | 0.59% | 686 | 1.71% | 31174 | 121 | 0.39% | 125 | 0.40% | 148 | 0.47% | 468 | 1.50% |
| 093 | 38421 | -4973 | -11.46% | 159 | 0.41% | 228 | 0.59% | 675 | 1.76% | 29823 | 74 | 0.25% | 80 | 0.27% | 143 | 0.48% | 427 | 1.43% |
| 094 | 42026 | -1368 | -3.15% | 514 | 1.22% | 330 | 0.79% | 1329 | 3.16% | 32840 | 344 | 1.05% | 353 | 1.07% | 200 | 0.61% | 910 | 2.77% |
| 095 | 36945 | -6449 | -14.86% | 343 | 0.93% | 210 | 0.57% | 803 | 2.17% | 28602 | 257 | 0.90% | 265 | 0.93% | 121 | 0.42% | 586 | 2.05% |
| 096 | 41590 | -1804 | -4.16% | 256 | 0.62% | 399 | 0.96% | 1010 | 2.43% | 31778 | 152 | 0.48% | 159 | 0.50% | 232 | 0.73% | 647 | 2.04% |
| 097 | 40179 | -3215 | -7.41% | 996 | 2.48% | 510 | 1.27% | 1888 | 4.70% | 31354 | 940 | 3.00% | 957 | 3.05% | 443 | 1.41% | 1687 | 5.38% |
| 098 | 38852 | -4542 | -10.47% | 364 | 0.94% | 291 | 0.75% | 1184 | 3.05% | 30162 | 218 | 0.72% | 229 | 0.76% | 172 | 0.57% | 786 | 2.61% |
| 099 | 41007 | -2387 | -5.50% | 629 | 1.53% | 311 | 0.76% | 1335 | 3.26% | 32468 | 509 | 1.57% | 533 | 1.64% | 205 | 0.63% | 1034 | 3.18% |
| 100 | 37710 | -5684 | -13.10% | 1566 | 4.15% | 654 | 1.73% | 2846 | 7.55% | 29794 | 1174 | 3.94% | 1249 | 4.19% | 469 | 1.57% | 2092 | 7.02% |
| Total | 4339367 | | 60.71% | 363017 | 8.37% | 132836 | 3.06% | 593712 | 13.68% | 3315996 | 247620 | 7.47% | 254797 | 7.68% | 82887 | 2.50% | 398477 | 12.02% |

## Population Summary Report

### Malapportioned 2002 Kentucky State House Plan -- 2010 Census

| District | Group Quarters Incarcerated | % Group Quarters Incarcerated | Group Quarters College Dorms | % Group Quarters College Dorms | Group Quarters Military | % Group Quarters Military | State / Federal Prisoners | % State / Federal Prisoners |
|---|---|---|---|---|---|---|---|---|
| 001 | 526 | 1.39% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 002 | 82 | 0.20% | 85 | 0.20% | 0 | 0.00% | 0 | 0.00% |
| 003 | 435 | 1.15% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 004 | 166 | 0.42% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 005 | 138 | 0.33% | 2531 | 6.03% | 0 | 0.00% | 0 | 0.00% |
| 006 | 1160 | 2.76% | 0 | 0.00% | 0 | 0.00% | 998 | 2.38% |
| 007 | 201 | 0.50% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 008 | 587 | 1.43% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 009 | 0 | 0.00% | 0 | 0.00% | 3843 | 10.03% | 0 | 0.00% |
| 010 | 450 | 1.17% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 011 | 544 | 1.36% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 012 | 245 | 0.64% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 013 | 638 | 1.51% | 492 | 1.16% | 0 | 0.00% | 0 | 0.00% |
| 014 | 71 | 0.16% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 015 | 1214 | 3.15% | 29 | 0.08% | 0 | 0.00% | 949 | 2.46% |
| 016 | 219 | 0.56% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 017 | 656 | 1.53% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 018 | 200 | 0.46% | 10 | 0.02% | 0 | 0.00% | 0 | 0.00% |
| 019 | 271 | 0.61% | 3 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| 020 | 601 | 1.15% | 4657 | 8.95% | 0 | 0.00% | 0 | 0.00% |
| 021 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 022 | 277 | 0.60% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 023 | 133 | 0.31% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 024 | 1353 | 3.25% | 0 | 0.00% | 0 | 0.00% | 785 | 1.89% |
| 025 | 625 | 1.21% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 026 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 027 | 412 | 0.92% | 0 | 0.00% | 2013 | 4.49% | 265 | 0.59% |
| 028 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 029 | 0 | 0.00% | 6 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| 030 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 031 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 032 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 033 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 034 | 0 | 0.00% | 1204 | 2.94% | 0 | 0.00% | 0 | 0.00% |
| 035 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 036 | 0 | 0.00% | 464 | 1.03% | 0 | 0.00% | 0 | 0.00% |
| 037 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 038 | 141 | 0.37% | 0 | 0.00% | 0 | 0.00% | 141 | 0.37% |
| 039 | 189 | 0.38% | 1111 | 2.26% | 0 | 0.00% | 0 | 0.00% |
| 040 | 69 | 0.18% | 1983 | 5.16% | 0 | 0.00% | 0 | 0.00% |
| 041 | 2101 | 5.52% | 92 | 0.24% | 0 | 0.00% | 0 | 0.00% |
| 042 | 39 | 0.10% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 043 | 312 | 0.88% | 22 | 0.06% | 0 | 0.00% | 223 | 0.63% |
| 044 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

## Population Summary Report

### Malapportioned 2002 Kentucky State House Plan -- 2010 Census

| District | Group Quarters Incarcerated | % Group Quarters Incarcerated | Group Quarters College Dorms | % Group Quarters College Dorms | Group Quarters Military | % Group Quarters Military | State / Federal Prisoners | % State / Federal Prisoners |
|---|---|---|---|---|---|---|---|---|
| 045 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 046 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 047 | 269 | 0.58% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 048 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 049 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 050 | 100 | 0.20% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 051 | 289 | 0.67% | 1456 | 3.37% | 0 | 0.00% | 0 | 0.00% |
| 052 | 1925 | 4.29% | 0 | 0.00% | 0 | 0.00% | 1715 | 3.82% |
| 053 | 26 | 0.07% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 054 | 707 | 1.76% | 1256 | 3.13% | 0 | 0.00% | 497 | 1.24% |
| 055 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 056 | 527 | 1.20% | 271 | 0.62% | 0 | 0.00% | 461 | 1.05% |
| 057 | 53 | 0.14% | 916 | 2.35% | 0 | 0.00% | 0 | 0.00% |
| 058 | 1042 | 1.87% | 0 | 0.00% | 0 | 0.00% | 721 | 1.30% |
| 059 | 4084 | 7.42% | 0 | 0.00% | 0 | 0.00% | 4084 | 7.42% |
| 060 | 432 | 0.70% | 0 | 0.00% | 0 | 0.00% | 378 | 0.61% |
| 061 | 288 | 0.65% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 062 | 936 | 1.61% | 2166 | 3.72% | 0 | 0.00% | 863 | 1.48% |
| 063 | 0 | 0.00% | 272 | 0.67% | 0 | 0.00% | 0 | 0.00% |
| 064 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 065 | 498 | 1.40% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 066 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 067 | 562 | 1.49% | 1496 | 3.98% | 0 | 0.00% | 0 | 0.00% |
| 068 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 069 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 070 | 164 | 0.41% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 071 | 1880 | 4.84% | 19 | 0.05% | 0 | 0.00% | 1871 | 4.82% |
| 072 | 124 | 0.30% | 5 | 0.01% | 0 | 0.00% | 0 | 0.00% |
| 073 | 179 | 0.41% | 15 | 0.03% | 0 | 0.00% | 0 | 0.00% |
| 074 | 241 | 0.55% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 075 | 30 | 0.07% | 6293 | 15.19% | 0 | 0.00% | 0 | 0.00% |
| 076 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 077 | 1809 | 3.72% | 37 | 0.08% | 0 | 0.00% | 1761 | 3.62% |
| 078 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 079 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 080 | 200 | 0.45% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 081 | 264 | 0.56% | 4429 | 9.43% | 0 | 0.00% | 0 | 0.00% |
| 082 | 234 | 0.55% | 997 | 2.35% | 0 | 0.00% | 0 | 0.00% |
| 083 | 271 | 0.58% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 084 | 355 | 0.88% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 085 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 086 | 53 | 0.12% | 301 | 0.70% | 0 | 0.00% | 0 | 0.00% |
| 087 | 390 | 1.00% | 288 | 0.74% | 0 | 0.00% | 0 | 0.00% |
| 088 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

## Population Summary Report

## Malapportioned 2002 Kentucky State House Plan -- 2010 Census

| District | Group Quarters Incarcerated | % Group Quarters Incarcerated | Group Quarters College Dorms | % Group Quarters College Dorms | Group Quarters Military | % Group Quarters Military | State / Federal Prisoners | % State / Federal Prisoners |
|---|---|---|---|---|---|---|---|---|
| 089 | 362 | 0.85% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 090 | 2030 | 5.37% | 190 | 0.50% | 0 | 0.00% | 1627 | 4.30% |
| 091 | 1036 | 2.84% | 59 | 0.16% | 0 | 0.00% | 823 | 2.26% |
| 092 | 0 | 0.00% | 393 | 0.98% | 0 | 0.00% | 0 | 0.00% |
| 093 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 094 | 377 | 0.90% | 271 | 0.64% | 0 | 0.00% | 0 | 0.00% |
| 095 | 363 | 0.98% | 0 | 0.00% | 0 | 0.00% | 209 | 0.57% |
| 096 | 208 | 0.50% | 357 | 0.86% | 0 | 0.00% | 0 | 0.00% |
| 097 | 1810 | 4.50% | 0 | 0.00% | 0 | 0.00% | 1594 | 3.97% |
| 098 | 130 | 0.33% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 099 | 1086 | 2.65% | 2164 | 5.28% | 0 | 0.00% | 998 | 2.43% |
| 100 | 1733 | 4.60% | 0 | 0.00% | 0 | 0.00% | 1553 | 4.12% |
| Total | 41122 | 0.95% | 36340 | 0.84% | 5856 | 0.13% | 22516 | 0.52% |

Notes: Group quarters data are from the Census 2010 Advance Group Quarters File.
State/Federal prisoner count calculated by Prison Policy Initiative from proprietary database