# Plaintiffs' Exhibit 10

