# Plaintiffs'
# Exhibit
# 11

