# Plaintiffs' Exhibit 13

