# Plaintiffs' Exhibit 17



Kentucky Counties Split by Legislative Districts — 2002 Plan