UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | **ELECTRONICALLY FILED** |
| Plaintiffs, | Civil No. 2:13-cv-00068 |
| v. | DJB-GFVT-WOB |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | |
| Defendants. | |
| **MARTIN HERBERT, et al.** | |
| Plaintiffs, | Civil No. 3:13-cv-00025 |
| v. | DJB-GFVT-WOB |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | |
| Defendants. | |

**MOTION TO DISMISS BROWN PLAINTIFFS' 2012 ELECTIONS CLAIMS AGAINST LEGISLATIVE RESEARCH COMMISSION UNDER FED. R. CIV. P. 12 FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**

Defendant Kentucky Legislative Research Commission[1] ("LRC"), by counsel, named in Plaintiff's complaint, respectfully moves this Honorable Court to dismiss the "Brown Plaintiffs'" claims as against LRC, relating to the holding of the 2012 elections under the 2002 redistricting

---
[1] The LRC's Motion to Dismiss applies **only** to the LRC and not to the Senate President or the Speaker of the House.

law, for lack of subject matter jurisdiction, and for failure to state a claim upon which relief may be granted, for the reasons stated below:

a. Brown Plaintiffs lack standing to sue LRC on the 2012 elections claims, under Article III;

b. The Complaint states no claims against LRC for the 2012 elections held under the 2002 redistricting law;

c. The Tenth and Eleventh Amendments Bar the 2012 Claims as to LRC;

d. Legislative Immunity bars the 2012 claims against LRC;

e. The Claims with respect to the 2012 Redistricting are moot;

f. The Claims based upon the 2012 Redistricting are barred by the statute of limitations;

g. Res judicata and collateral estoppel bar the claims regarding the 2012 elections;

h. The 2012 Claims are barred by the Rooker-Feldman Doctrine;

i. If there is no res judicata or collateral estoppel as to the 2012 state court lawsuit, then this Court can permit 2012 HB 1 to be used in 2014 Redistricting, absent an enactment in the 2013 or 2014 Legislative Sessions; and

j. The Noerr-Pennington Doctrine Precludes this Claim over the 2012 elections as against LRC.

Fed. R. Civ. P. 12(b)(1) & (b)(6).

This motion is supported by a memorandum of law, which is filed contemporaneously herewith. A Proposed Order is filed.

Respectfully submitted,

s/ Laura H. Hendrix
Laura H. Hendrix
General Counsel
Legislative Research Commission
Capitol Annex, Room 104
Frankfort, Kentucky 40601
Telephone: (502) 564-8100
Fax: (502) 564-6543
Laura.hendrix@lrc.ky.gov

Attorney for Legislative Research Commission


**CERTIFICATE OF SERVICE**

    I hereby certify that on July 12, 2013, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail or electronic mail. Parties may access this filing through the Court's electronic filing system.


    s/ Laura H. Hendrix_