# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | **ELECTRONICALLY FILED** |
| Plaintiffs, | **Civil No. 2:13-cv-00068** |
| v. | **DJB-GFVT-WOB** |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | |
| Defendants. | |
| **MARTIN HERBERT, et al.** | |
| Plaintiffs, | **Civil No. 3:13-cv-00025** |
| v. | **DJB-GFVT-WOB** |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | |
| Defendants. | |

## PROPOSED ORDER

Plaintiffs initiated these actions regarding Kentucky redistricting. The "Brown Plaintiffs" have named the Kentucky Legislative Research Commission as a Defendant, and have enumerated issues with respect to the 2012 Legislative Elections and redistricting held under the Kentucky Supreme Court's Order of February 24, 2012.

This Court having been requested to dismiss the claims against the Legislative Research Commission, in the above-styled case, relating to 2012 elections held under the Kentucky

Supreme Court's order, for lack of subject matter jurisdiction, and for failure to state a claim upon which relief may be granted under Fed. R. Civ. P. 12, and this Court being sufficiently advised, does hereby GRANT the Legislative Research Commission's Motion to Dismiss and IT IS HEREBY ORDERED that the claims relating to any money damages, state law claims, declaratory relief, injunctive relief, or claims to attorneys fees, relating to the 2012 legislative elections as held under the Kentucky Supreme Court's Order of February 24, 2012, as against the Legislative Research Commission are DISMISSED WITH PREJUDICE, as there are no viable claims thereunder, as a matter of law.

RESPECTFULLY SUBMITTED:

　s/ Laura H. Hendrix
Laura H. Hendrix
General Counsel
Legislative Research Commission
State Capitol, Room 104
Frankfort, Kentucky 40601
Telephone:  (502) 564-8100
Laura.Hendrix@lrc.ky.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2013, a copy of the foregoing Proposed Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail or electronic mail.  Parties may access this filing through the Court's electronic filing system.

s/ Laura H. Hendrix