# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## MOTION PURSUANT TO FRCP 41(a)(2) TO DISMISS THE KENTUCKY LEGISLATIVE RESEARCH COMMISSION IN CASE NO. 13-CV-68-WOB-GFVT-DJB

Plaintiffs in the matter of *Brown, et. al v. Commonwealth*, et. al., Case No. 13-cv-68-WOB-GFVT-DBB, by and through counsel, and pursuant to FRCP 41(a)(2) move to dismiss (1) the Kentucky Legislative Research Commission. Given the LRC's recent reliance on legislative immunity, it is appropriate to dismiss them from this suit. Plaintiffs request that these claims be dismissed without prejudice. A Memorandum in Support is attached hereto and incorporated by reference herein. A proposed Order is attached.

Respectfully Submitted,

_____/s/Christopher D. Wiest_____
Christopher D. Wiest (KBA 90725)
Chris Wiest, AAL, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
859/495-0803 (f)
513/257-1895 (c)
chriswiestlaw@yahoo.com

 /s/Richard A. Brueggemann
Richard A. Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
859/578-3855 (v)
859/578-3869 (f)
rbrueggemann@hemmerlaw.com

*Counsel for Plaintiffs in Brown, et. al. v. Commonwealth, et. al.*

# CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon counsel for Defendants and Plaintiffs in the consolidated *Herbert* case, this 12th day of July, 2013, via the Court's CM/ECF system.

_____/s/Christopher Wiest_____