IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING DISMISSAL OF *BROWN* PLAINTIFFS MOTION UNDER FRCP 41(a)(2) TO DISMISS THE KENTUCKY LEGISLATIVE RESEARCH COMMISSION IN CASE NO. 13-CV-68-WOB-GFVT-DJB**

This Court, finding the Motion of the Brown Plaintiffs to be well taken, hereby dismisses the Kentucky Legislative Research Commission from this matter without prejudice.

IT IS SO ORDERED:

_____
Judge Van Tatenhove