UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | | |
|---|---|---|
| KENNY BROWN, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | *ELECTRONICALLY FILED* |
| v. | ) | |
| | ) | |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| | ) | |
| Defendants | ) | |

**AND**

| | | |
|---|---|---|
| MARTIN HERBERT, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| | ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

### DEFENDANT/CROSS-DEFENDANT STATE BOARD OF ELECTIONS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant/Cross-Defendant Kentucky State Board of Elections (the "State Board"), by counsel, respectfully moves this Court to grant Judgment on the Pleadings in its favor and to dismiss the claims and cross-claims asserted against it herein. The grounds for the State Board's Motion are set forth in the accompanying memorandum.

        Respectfully Submitted,

        /s/ Lynn Sowards Zellen_____
        Lynn Sowards Zellen
        Noel E. Caldwell
        Office of the Secretary of State
        700 Capital Ave., Ste. 152
        Frankfort, KY 40601
        (502) 782-7407
        lynn.zellen@ky.gov
        *Counsel for Defendants Alison Lundergan Grimes, Kentucky State Board of Elections, and State Board of Elections Members*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed this 12th day of July, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

        /s/ Lynn Sowards Zellen_____
        Lynn Sowards Zellen