**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | **ELECTRONICALLY FILED** |
| Plaintiffs, | **Civil No. 2:13-cv-00068** |
| v. | **DJB-GFVT-WOB** |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | |
| Defendants. | |
| **MARTIN HERBERT, et al.** | |
| Plaintiffs, | **Civil No. 3:13-cv-00025** |
| v. | **DJB-GFVT-WOB** |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | |
| Defendants. | |

## DEFENDANT LEGISLATIVE RESEARCH COMMISSION'S RESPONSE TO BROWN PLAINTIFFS' MOTION TO DISMISS THE LEGISLATIVE RESEARCH COMMISSION

The Kentucky Legislative Research Commission ("LRC") comes and states in Response to Brown Plaintiffs' Motion to Dismiss the Legislative Research Commission (Record No. 69): The LRC is opposed to a dismissal without prejudice, references its pending Motion to Dismiss and incorporates it herein (Record No. 68), and, without waiving any applicable privilege or immunity available to it, also opposes the motion to dismiss the LRC as a party to the suit for the reasons set forth in the accompanying Memorandum of Law. A proposed order is attached.

Respectfully submitted:

s/Laura H. Hendrix\
Laura H. Hendrix\
General Counsel\
Legislative Research Commission\
State Capitol, Room 104\
Frankfort, Kentucky 40601\
Telephone:  (502) 564-8100\
Fax: (502) 564-6543\
Email: Laura.Hendrix@lrc.ky.gov\
Attorney for Legislative Research Commission

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 25, 2013, a copy of the foregoing Response was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail. Parties may access this filing through the Court's electronic filing system.

s/Laura H. Hendrix\
Laura H. Hendrix