UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | **ELECTRONICALLY FILED** |
| Plaintiffs, | Civil No. 2:13-cv-00068 |
| v. | DJB-GFVT-WOB |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | |
| Defendants. | |
| **MARTIN HERBERT, et al.** | |
| Plaintiffs, | Civil No. 3:13-cv-00025 |
| v. | DJB-GFVT-WOB |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | |
| Defendants. | |

**DEFENDANT LEGISLATIVE RESEARCH COMMISSION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT**

The Kentucky Legislative Research Commission ("LRC") comes and states in Response to Plaintiffs' Joint Motion for Summary Judgment (Record No. 67):

LRC opposes the Plaintiffs' Joint Motion for Summary Judgment, as there are material issues of fact and Plaintiffs are not entitled to judgment as a matter of law. A Memorandum of Law in Support of this Response is attached hereto. The Court should deny the Plaintiffs' Motion for the reasons enumerated in detail in the Memorandum of Law.

There is no basis for a Summary Judgment at this time, and there are ongoing efforts to redistrict by the Kentucky General Assembly. A Summary Judgment would not be appropriate

at this time, as the state has a reasonably conceived plan for periodic readjustment of its legislative districts.

A proposed order is attached hereto.

                            Respectfully submitted:

                            s/Laura H. Hendrix
                            Laura H. Hendrix
                            General Counsel
                            Legislative Research Commission
                            State Capitol, Room 104
                            Frankfort, Kentucky 40601
                            Telephone: (502) 564-8100
                            Fax: (502) 564-6543
                            Email: Laura.Hendrix@lrc.ky.gov
                            Attorney for Legislative Research Commission

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2013, a copy of the foregoing Response in Opposition to Plaintiffs' Joint Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail. Parties may access this filing through the Court's electronic filing system.

                            s/Laura H. Hendrix

                            Laura H. Hendrix