**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ELECTRONICALLY FILED |
| Plaintiffs, | Civil No. 2:13-cv-00068 |
| v. | DJB-GFVT-WOB |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | |
| Defendants. | |
| **MARTIN HERBERT, et al.** | |
| Plaintiffs, | Civil No. 3:13-cv-00025 |
| v. | DJB-GFVT-WOB |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | |
| Defendants. | |

**PROPOSED ORDER DENYING SUMMARY JUDGMENT**

Upon the Motion of the Plaintiffs for Summary Judgment, and this Court being sufficiently advised, **IT IS HEREBY ORDERED** that the Plaintiffs' Joint Motion for Summary Judgment is hereby **DENIED.**

The Court finds that there is no basis for a Summary Judgment at this time, and that there are ongoing efforts to redistrict by the Kentucky General Assembly. A Summary Judgment would not be appropriate at this time, as the state has a reasonably conceived plan for periodic readjustment of its legislative districts.

Respectfully submitted:

s/Laura H. Hendrix
Laura H. Hendrix
General Counsel
Legislative Research Commission
State Capitol, Room 104
Frankfort, Kentucky 40601
Telephone: (502) 564-8100
Fax: (502) 564-6543
Email: Laura.Hendrix@lrc.ky.gov
Attorney for Legislative Research Commission

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, a copy of the foregoing Proposed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail. Parties may access this filing through the Court's electronic filing system.

s/Laura H. Hendrix

Laura H. Hendrix