# DEFENDANT LRC'S EXHIBIT 2

**REDISTRICTING LEGISLATION TIMETABLE**

**1893-**May for the House, June for the Senate
    Ky. Acts ch. 235 (1891-1983) Senate June 28, 1893
    Ky. Acts ch. 193 (1891-1893) House May 3, 1893

**1894**-Senate (staggered terms)
    Senate Journal, p. 127

**1906-**  Ky. Acts ch. 139 (1906) House March 23, 1906

**1914**-  Ky. Acts ch. 50 (1914) Senate March 19, 1914

**1918**-  Ky. Acts ch. 3 (1918) Senate February 28, 1918
    Ky. Acts ch. 45 (1918) House March 26, 1918

**1930-**  Ky. Acts ch. 147 (1930) House March 20, 1930
    Ky. Acts ch. 148 (1930) Senate March 20, 1930

**1942**-  Ky. Acts ch. 1 (1942 Extra. Session) Senate (SB 4) April 8, 1942
    Ky. Acts ch. 2 (1942 Extra. Session) House (SB 10) April 8, 1942

**1963-**  Ky. Acts ch. 2 (1963) Senate (SB 4) February 28, 1963
    Ky. Acts ch. 3 (1963) House (HB 3) February 28, 1963

**1964**-  Ky. Acts ch. 15 (1964) Senate (SB 52) February 28, 1964

**1971-**  Ky. Acts ch. 2 (1971) Senate & House (HB 1) March 24, 1971

**1972**-  Ky. Acts ch. 227 (1972) Senate & House (SB 350) March 25, 1972
    Ky. Acts ch. 6 (1972 1st Extra. Session) Senate & House (SB 2) June 27, 1972

**1976**-  Ky. Acts ch. 231 (1976) House (HB 207) March 30, 1976

**1978**-  Ky. Acts ch. 87 (1978) House (HB 319) March 17, 1978
    Ky. Acts ch. 384 (1978) Senate & House (HB 607) March 30, 1978

**1980**-  Ky. Acts ch. 152 (1980) House (HB 271) April 3, 1980

**1982-**  Ky. Acts ch. 6 (1982) Senate (SB 57) February 18, 1982
    Ky. Acts ch. 17 (1982) House (HB 294) February 18, 1982
    Ky. Acts ch. 156 (1982) Senate (SB 278) March 26, 1982

**1984**-  Ky. Acts ch. 44 (1984) House (HB 350) March 2, 1984

   Ky. Acts ch. 111 (1984) House (HB 583) March 21, 1984
   Ky. Acts ch. 185 (1984) House (SB 56) April 3, 1984

**1986**- Ky. Acts ch. 21 (1986) House (HB 35) February 20, 1986

**1991-** Ky. Acts ch. 3 (1991) Senate (SB 1) December 20, 1991
   Ky. Acts ch. 5 (1991) House (HB 1) December 20, 1991

**1992**- Ky. Acts ch. 369 (1992) Senate & House (HB 56) April 10, 1992

**1994**- Ky. Acts ch. 497 (1994) Senate (SB 348) April 13, 1994

**1995-** 1995 SS HB 3 (House) vetoed by the Governor
   Ky. Acts ch. 5 (1995) Senate (SB 6) August 4, 1995

**1996-** Ky. Acts ch. 1 (1996) House (HB 1) January 11, 1996
   Ky. Acts ch. 2 (1996) Senate (SB 1) January 11, 1996

**2000**-Amendment to Senate plan
   Ky. Acts ch. 325 (2000) Senate (SB 379) March 28, 2000

**2002-**January 2002-HB 1
   Ky. Acts ch. 1 (2002) Senate & House (HB 1) January 31, 2002

**2012**-January 2012-HB 1
   Ky. Acts ch. 1 (2012) Senate & House (HB 1) January 19, 2012