# DEFENDANT LRC'S EXHIBIT 5

DEFENDANT LRC'S EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., <br> Plaintiffs, <br> v. <br><br> THE COMMONWEALTH OF KENTUCKY, et al., <br><br> Defendants. | ELECTRONICALLY FILED <br><br> Civil No. 2:13-cv-00068 <br> DJB-GFVT-WOB |
| MARTIN HERBERT, et al. <br><br> Plaintiffs, <br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Civil No. 3:13-cv-00025 <br> DJB-GFVT-WOB |

## AFFIDAVIT OF SCOTT HAMILTON

Comes the Affiant, Scott Hamilton, after having been first duly sworn, and hereby states as follows:

1. My work address is Legislative Research Commission, Room 026, Capitol Annex, Frankfort Kentucky, 40601.

2. I am employed by the Legislative Research Commission as the Geographic Information Systems Manager. I have worked with the Geographic Information Systems Office since January 16, 2001, and I was the Geographic Systems Manager during the years up to and including the 2002 and 2012 redistricting process.

3. The Legislative Research Commission's Geographic Information Systems Office assists all members of the legislature, the Legislative Research Commission, the Committees of both the House of Representatives and the Senate, and Interim Joint Committees, in

performing their functions by offering both informational and analytical support. The office is staffed and works on a nonpartisan and confidential basis, serving all members of the legislature.

4. The Geographic Information Systems Office provides the information necessary to assist the General Assembly with state and congressional redistricting, among other duties.

5. The legislative process for redistricting has been ongoing since August, 2005 for this legislative redistricting cycle, and is continuing to the present time.

6. LRC submitted existing legislative district boundaries and related data files under Phase 1 of the 2010 Census Redistricting Data Program in December, 2005. Following submission of Kentucky's legislative district boundary lines, my office worked with the Census Bureau to verify submitted data. Additionally, my office realigned precinct and district boundaries as a result of the Census Bureau's MAF/Tiger Accuracy Improvement Project (MTAIP).

7. LRC then partially participated in Phase 2 of the 2010 Census Redistricting Data Program by submitting Kentucky's state legislative district boundaries from January to March 2009. LRC did not submit precinct boundaries under Phase 2 due to suspected discrepancies in the precinct database and because state law allows precinct boundary changes by counties following the Phase 2 submission deadline.

8. In Phase 3 of the Census Redistricting Data Program, the redistricting data and geography was received by the states.

9. From June 2009 to February 2011, my office assessed known precinct geography and data discrepancies to resolve problems, in conjunction with the State Board of Elections and county clerks.

10. On January 25, 2011, the Census 2010 redistricting geographic layers were received by my office.

11. On March 17, 2011, the raw Census population data was received by my office. However, this raw data had to be prepared for use for redistricting. Additionally, actual precinct boundaries upon which maps could be drawn were yet to be determined, as this information had not yet been received from county clerks.

12. From February to May, 2011, precinct layers were created for each of Kentucky's 120 counties, using the Census 2010 Redistricting geographic layers. This process took until May 4, 2011 to create precinct layers for each county.

13. The county precinct lines are maintained by the counties under KRS 117.055 and 117.0557.

14. In order to even begin the process of placing data in a map format in order that it can be used for redistricting, each clerk must be contacted to make sure that the information, including the precinct lines that might have been altered by those counties since the previous redistricting, was correct.

15. In order for the mapping to be correct, these precinct lines must then be verified and put into the redistricting system for the use of the General Assembly. Since Kentucky has 3,578 precincts and 161,672 census blocks, this process is time-consuming and exhaustive. Additionally, there was an increase of 218 precincts and 29,373 census blocks from the previous redistricting, which meant that additional time had to be taken to update and verify the precinct information.

16. Because of the large increase in the number of precincts, and because the verification rate from county clerks was extremely low in the 2002 round of redistricting, my office made a concerted effort to improve the accuracy of the county clerks' submissions of precinct boundary lines. We undertook a precinct verification process that was designed to be completed by July, 2011.

17. Because of my office's efforts to contact each county clerk, all 120 county clerks were contacted and sent maps for verification of precinct boundaries in May, 2011, with a deadline for verification of boundary lines or the return of maps with corrections by mid-June, 2011.

18. Out of the 120 county clerks contacted by LRC, 60 counties required corrections to be made in their maps, including Jefferson, Kenton, Campbell, and Boone Counties.

19. Based on this information, as confirmed by the County Clerks, LRC was able to create a statewide precinct layer for the maps by July, 2011, by assigning population data to precincts. After this, in order for the General Assembly to properly make decisions on redistricting and receive public input, the information was placed on the LRC website.

20. A redistricting computer was made available to the public in the Legislative Research Commission Library. The public has access to this computer in order to draw redistricting maps. This computer is still available for the public's use throughout the current ongoing redistricting cycle.

21. During the interim meeting process in 2011 and 2012, legislators were informed of the issues with redistricting and given information from my office.

22. The mapping software and redistricting database has been available for the purposes of drafting redistricting legislation starting in September 2011, and during the 2012 and 2013 sessions, as well as during the interims between legislative sessions and currently, and legislators and staff are able to utilize both as needed.

23. During the 2012 and 2013 sessions, and during the interims between legislative sessions, and currently, information relating to redistricting is available on the LRC website, and

    the computer in the LRC Library with the mapping software and redistricting database has been available for the public's use since September 2011.

24. In preparation for the 2013 special session, the data and information relating to redistricting are available for preparation of redistricting legislation for consideration by the General Assembly. Any member of the General Assembly can request of LRC staff that a redistricting bill be drafted, and any member of the General Assembly may receive assistance from the Geographic Information Systems office relating to the redistricting process. All such information is confidential.

Further Affiant sayeth naught.

_____
Scott Hamilton

STATE OF KENTUCKY    )
                                    ) SS
COUNTY OF FRANKLIN   )

    Subscribed and sworn to before me on this the ___24th___ day of July, 2013, by Scott Hamilton.

_____
Notary Public

My Commission Expires:

___January 26, 2014___