# DEFENDANT LRC'S EXHIBIT 6

## 2011 REGULAR SESSION CALENDAR
(Approved by LRC 10/6/10)

### JANUARY – PART I

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4<br>Part I Convenes<br>(1) | 5<br><br>(2) | 6<br><br>(3) | 7<br><br>(4) | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17<br>Martin Luther King, Jr. Day | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

Denotes break between Parts I and II. Bill drafts may be requested during this period for introduction when Part II convenes.

### FEBRUARY – PART II

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  | 1<br>Part II Convenes<br>(5) | 2<br><br>(6) | 3<br><br>(7) | 4<br>Last day for new bill requests<br>(8) | 5 |
| 6 | 7<br><br>(9) | 8<br><br>(10) | 9<br><br>(11) | 10<br><br>(12) | 11<br>Last day for new Senate bills<br>(13) | 12 |
| 13 | 14<br>Last day for new House bills<br>(14) | 15<br><br>(15) | 16<br><br>(16) | 17<br><br>(17) | 18<br><br>(18) | 19 |
| 20 | 21<br>Presidents' Day<br>HOLIDAY | 22<br><br>(19) | 23<br><br>(20) | 24<br><br>(21) | 25<br><br>(22) | 26 |
| 27 | 28<br><br>(23) |  |  |  |  | 1 |

( ) **Denotes Legislative Day**

## 2011 REGULAR SESSION CALENDAR
(Approved by LRC 10/6/10)

**MARCH**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  | 1 (24) | 2 (25) | 3 (26) | 4 Concurrence (27) | 5 |
| 6 | 7 Concurrence (28) | 8 VETO | 9 VETO | 10 VETO | 11 VETO | 12 VETO |
| 13 | 14 VETO | 15 VETO | 16 VETO | 17 VETO | 18 VETO | 19 |
| 20 | 21 (29) | 22 SINE DIE (30) | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

( ) **Denotes Legislative Day**