# DEFENDANT LRC'S EXHIBIT 11

Plan: (HH001C04)
Plan Type: House Plan

## Population Summary Report

Tuesday January 10, 2012                                                                 9:21 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 1 | 41,961 | -1,433 | -3.30 |
| 2 | 41,784 | -1,610 | -3.71 |
| 3 | 41,793 | -1,601 | -3.69 |
| 4 | 41,957 | -1,437 | -3.31 |
| 5 | 41,391 | -2,003 | -4.62 |
| 6 | 41,978 | -1,416 | -3.26 |
| 7 | 44,357 | 963 | 2.22 |
| 8 | 45,259 | 1,865 | 4.30 |
| 9 | 45,552 | 2,158 | 4.97 |
| 10 | 42,245 | -1,149 | -2.65 |
| 11 | 44,901 | 1,507 | 3.47 |
| 12 | 45,203 | 1,809 | 4.17 |
| 13 | 42,123 | -1,271 | -2.93 |
| 14 | 44,523 | 1,129 | 2.60 |
| 15 | 45,363 | 1,969 | 4.54 |
| 16 | 41,533 | -1,861 | -4.29 |
| 17 | 45,227 | 1,833 | 4.22 |
| 18 | 45,533 | 2,139 | 4.93 |
| 19 | 45,437 | 2,043 | 4.71 |
| 20 | 42,583 | -811 | -1.87 |
| 21 | 43,279 | -115 | -0.27 |
| 22 | 42,154 | -1,240 | -2.86 |
| 23 | 42,618 | -776 | -1.79 |
| 24 | 45,730 | 2,336 | 5.38 |
| 25 | 41,626 | -1,768 | -4.07 |
| 26 | 45,074 | 1,680 | 3.87 |
| 27 | 41,926 | -1,468 | -3.38 |
| 28 | 41,418 | -1,976 | -4.55 |
| 29 | 41,440 | -1,954 | -4.50 |
| 30 | 41,398 | -1,996 | -4.60 |
| 31 | 41,395 | -1,999 | -4.61 |
| 32 | 42,045 | -1,349 | -3.11 |
| 33 | 43,424 | 30 | 0.07 |
| 34 | 41,486 | -1,908 | -4.40 |
| 35 | 41,393 | -2,001 | -4.61 |

Plan: (HH001C04)
Type: House Plan

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 36 | 41,654 | -1,740 | -4.01 |
| 37 | 41,396 | -1,998 | -4.60 |
| 38 | 41,403 | -1,991 | -4.59 |
| 39 | 41,390 | -2,004 | -4.62 |
| 40 | 42,217 | -1,177 | -2.71 |
| 41 | 41,424 | -1,970 | -4.54 |
| 42 | 41,436 | -1,958 | -4.51 |
| 43 | 41,436 | -1,958 | -4.51 |
| 44 | 41,556 | -1,838 | -4.24 |
| 45 | 44,029 | 635 | 1.46 |
| 46 | 41,660 | -1,734 | -4.00 |
| 47 | 45,563 | 2,169 | 5.00 |
| 48 | 43,942 | 548 | 1.26 |
| 49 | 41,402 | -1,992 | -4.59 |
| 50 | 43,437 | 43 | 0.10 |
| 51 | 43,168 | -226 | -0.52 |
| 52 | 45,565 | 2,171 | 5.00 |
| 53 | 41,392 | -2,002 | -4.61 |
| 54 | 44,360 | 966 | 2.23 |
| 55 | 43,885 | 491 | 1.13 |
| 56 | 44,576 | 1,182 | 2.72 |
| 57 | 41,952 | -1,442 | -3.32 |
| 58 | 45,564 | 2,170 | 5.00 |
| 59 | 45,208 | 1,814 | 4.18 |
| 60 | 45,565 | 2,171 | 5.00 |
| 61 | 42,213 | -1,181 | -2.72 |
| 62 | 45,563 | 2,169 | 5.00 |
| 63 | 45,564 | 2,170 | 5.00 |
| 64 | 45,565 | 2,171 | 5.00 |
| 65 | 45,441 | 2,047 | 4.72 |
| 66 | 45,565 | 2,171 | 5.00 |
| 67 | 41,391 | -2,003 | -4.62 |
| 68 | 45,565 | 2,171 | 5.00 |
| 69 | 45,563 | 2,169 | 5.00 |
| 70 | 43,731 | 337 | 0.78 |
| 71 | 43,028 | -366 | -0.84 |
| 72 | 42,992 | -402 | -0.93 |
| 73 | 41,400 | -1,994 | -4.60 |
| 74 | 45,418 | 2,024 | 4.66 |
| 75 | 42,450 | -944 | -2.18 |
| 76 | 41,809 | -1,585 | -3.65 |

Plan:    (HH001C04)
Type:    House Plan

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 77  | 43,607 | 213    | 0.49  |
| 78  | 45,564 | 2,170  | 5.00  |
| 79  | 41,424 | -1,970 | -4.54 |
| 80  | 45,562 | 2,168  | 5.00  |
| 81  | 42,139 | -1,255 | -2.89 |
| 82  | 45,558 | 2,164  | 4.99  |
| 83  | 45,565 | 2,171  | 5.00  |
| 84  | 41,849 | -1,545 | -3.56 |
| 85  | 45,559 | 2,165  | 4.99  |
| 86  | 45,558 | 2,164  | 4.99  |
| 87  | 42,028 | -1,366 | -3.15 |
| 88  | 45,563 | 2,169  | 5.00  |
| 89  | 45,558 | 2,164  | 4.99  |
| 90  | 45,496 | 2,102  | 4.84  |
| 91  | 43,540 | 146    | 0.34  |
| 92  | 43,920 | 526    | 1.21  |
| 93  | 41,858 | -1,536 | -3.54 |
| 94  | 41,527 | -1,867 | -4.30 |
| 95  | 41,527 | -1,867 | -4.30 |
| 96  | 41,556 | -1,838 | -4.24 |
| 97  | 45,205 | 1,811  | 4.17  |
| 98  | 42,538 | -856   | -1.97 |
| 99  | 45,554 | 2,160  | 4.98  |
| 100 | 45,565 | 2,171  | 5.00  |

| | |
|---|---|
| Total Population: | 4,339,367 |
| Ideal District Population: | 43,394 |
| **Summary Statistics** | |
| Population Range: | 41,390 to 45,730 |
| Ratio Range: | 1.10 |
| Absolute Range: | -2,004 to 2,336 |
| Absolute Overall Range: | 4,340.00 |
| Relative Range: | -4.62% to 5.38% |
| Relative Overall Range: | 10.00% |
| Absolute Mean Deviation: | 1,594.61 |
| Relative Mean Deviation: | 3.67% |
| Standard Deviation: | 1,719.76 |

Plan: (SH001S02)
Plan Type: Senate Plan

# Population Summary Report

Wednesday January 18, 2012                                         10:29 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 1 | 118,199 | 4,005 | 3.51 |
| 2 | 110,366 | -3,828 | -3.35 |
| 3 | 111,261 | -2,933 | -2.57 |
| 4 | 113,724 | -470 | -0.41 |
| 5 | 113,861 | -333 | -0.29 |
| 6 | 116,322 | 2,128 | 1.86 |
| 7 | 115,372 | 1,178 | 1.03 |
| 8 | 120,498 | 6,304 | 5.52 |
| 9 | 119,503 | 5,309 | 4.65 |
| 10 | 109,345 | -4,849 | -4.25 |
| 11 | 111,499 | -2,695 | -2.36 |
| 12 | 109,883 | -4,311 | -3.78 |
| 13 | 112,061 | -2,133 | -1.87 |
| 14 | 118,077 | 3,883 | 3.40 |
| 15 | 117,756 | 3,562 | 3.12 |
| 16 | 118,569 | 4,375 | 3.83 |
| 17 | 119,779 | 5,585 | 4.89 |
| 18 | 114,172 | -22 | -0.02 |
| 19 | 110,147 | -4,047 | -3.54 |
| 20 | 110,606 | -3,588 | -3.14 |
| 21 | 112,792 | -1,402 | -1.23 |
| 22 | 110,751 | -3,443 | -3.02 |
| 23 | 111,776 | -2,418 | -2.12 |
| 24 | 113,701 | -493 | -0.43 |
| 25 | 116,743 | 2,549 | 2.23 |
| 26 | 115,780 | 1,586 | 1.39 |
| 27 | 112,596 | -1,598 | -1.40 |
| 28 | 114,700 | 506 | 0.44 |
| 29 | 109,594 | -4,600 | -4.03 |
| 30 | 119,280 | 5,086 | 4.45 |
| 31 | 115,588 | 1,394 | 1.22 |
| 32 | 109,273 | -4,921 | -4.31 |
| 33 | 119,466 | 5,272 | 4.62 |
| 34 | 114,644 | 450 | 0.39 |
| 35 | 117,659 | 3,465 | 3.03 |

Plan:     (SH001S02)
Type:     Senate Plan

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 36 | 109,462 | -4,732 | -4.14 |
| 37 | 115,301 | 1,107 | 0.97 |
| 38 | 109,261 | -4,933 | -4.32 |

| | |
|---|---|
| Total Population: | 4,339,367 |
| Ideal District Population: | 114,194 |
| **Summary Statistics** | |
| Population Range: | 109,261 to 120,498 |
| Ratio Range: | 1.10 |
| Absolute Range: | -4,933 to 6,304 |
| Absolute Overall Range: | 11,237.00 |
| Relative Range: | -4.32% to 5.52% |
| Relative Overall Range: | 9.84% |
| Absolute Mean Deviation: | 3,039.29 |
| Relative Mean Deviation: | 2.66% |
| Standard Deviation: | 3,554.99 |

Plan: (J0956B01)
Plan Type: Supreme Court Districts

# Population Summary Report

Thursday December 29, 2011                                      3:00 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. |
|---|---|---|---|
| 1 | 600,757 | -19,153 | -3.09 |
| 2 | 598,131 | -21,779 | -3.51 |
| 3 | 594,349 | -25,561 | -4.12 |
| 4 | 741,096 | 121,186 | 19.55 |
| 5 | 599,224 | -20,686 | -3.34 |
| 6 | 597,414 | -22,496 | -3.63 |
| 7 | 608,396 | -11,514 | -1.86 |

| | |
|---|---|
| Total Population: | 4,339,367 |
| Ideal District Population: | 619,910 |
| **Summary Statistics** | |
| Population Range: | 594,349 to 741,096 |
| Ratio Range: | 1.25 |
| Absolute Range: | -25,561 to 121,186 |
| Absolute Overall Range: | 146,747.00 |
| Relative Range: | -4.12% to 19.55% |
| Relative Overall Range: | 23.67% |
| Absolute Mean Deviation: | 34,625.00 |
| Relative Mean Deviation: | 5.59% |
| Standard Deviation: | 53,614.56 |