UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | |
|---|---|
| KENNY BROWN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | *ELECTRONICALLY FILED* |
| v. ) | |
| ) | |
| THE COMMONWEALTH OF ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| KENTUCKY, et al., ) | |
| ) | |
| Defendants ) | |

**AND**

| | |
|---|---|
| MARTIN HERBERT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| ) | |
| KENTUCKY STATE BOARD ) | |
| OF ELECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE

Jonathan T. Salomon, David Tachau and Katherine E. McKune of the firm of Tachau Meek PLC respectfully enter their appearance in these proceedings as co-counsel of record for Defendants Alison Lundergan Grimes, in her official capacity as Secretary of State, Chief Election Official for the Commonwealth of Kentucky, and Chair of the Kentucky State Board of Elections; The Kentucky State Board of Elections; David Cross, in his official capacity as Board Member, Kentucky State Board of Elections; John W. Hampton, in his official capacity as Board Member, Kentucky State Board of Elections; Stephen Huffman, in his official capacity as Board

Member, Kentucky State Board of Elections; Denise May, in her official capacity as Board Member, Kentucky State Board of Elections; George Russell, in his official capacity as Board Member, Kentucky State Board of Elections; Roy Sizemore, in his official capacity as Board Member, Kentucky State Board of Elections; and Maryellen Allen, in her official capacity as Executive Director, Kentucky State Board of Elections (collectively, "Defendants"). The undersigned request that any and all pleadings, notices, and orders be served upon them at the address below pursuant to Fed. R. Civ. P. 5.

        Respectfully Submitted,

        TACHAU MEEK PLC
        Jonathan T. Salomon
        David Tachau
        Katherine E. McKune

        /s/ Jonathan T. Salomon
        3600 National City Tower
        101 S. Fifth Street
        Louisville, KY 40202-3120
        Telephone: (502) 238-9900
        Telecopy: (502) 238-9910
        jsalomon@tachaulaw.com
        dtachau@tachaulaw.com
        kmckune@tachaulaw.com

        *Co-Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed this 25th day of July, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

        /s/ Jonathan T. Salomon
        *Co-Counsel for Defendants*