IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| Defendants. | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-GFVT-WOB-DJB |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| Defendants. | : | |

### JOINT MOTION TO SUBSTITUTE DEFENDANTS/CROSSCLAIM DEFENDANTS IN CASE NO. 13-CV-68-WOB-GFVT-DJB

The *Brown* Plaintiffs, Defendant/Crossclaim Plaintiff Robert Stivers ("President Stivers"), Defendants/Crossclaim Defendants Alison Lundergan Grimes (in her official capacity as Secretary of State of the Commonwealth of Kentucky) (the "Secretary") and the Kentucky State Board of Elections (the "State Board"), and third parties Alison Lundergan Grimes (in her official capacity as Chairwoman of the Kentucky State Board of Elections) (the "Chairwoman"); David Cross, John Hampton, Stephen Huffman, Denise May, George Russell, and Roy Sizemore

(in their official capacities as Board Members of the Kentucky State Board of Elections) (the "Board Members"); and Maryellen Allen (in her official capacity as Executive Director of the Kentucky State Board of Elections) (the "Executive Director"), jointly and by counsel, hereby move the Court to substitute the Chairwoman, Board Members and Executive Director (the "Substitute Defendants") for the State Board as Defendants/Crossclaim Defendants and to dismiss without prejudice the State Board as a Defendant/Crossclaim Defendant in Case No. 13-CV-68-WOB-GFVT-DJB.[1]

The *Brown* Plaintiffs, President Stivers, Secretary, State Board and Substitute Defendants further move that service of process on the Substitute Defendants be deemed to have been made and to be complete, and the answers and affirmative defenses of and any other filings of record made by the State Board in Case No. 13-CV-68-WOB-GFVT-DJB be deemed to have been made by the Substitute Defendants.

        Respectfully Submitted,

        /s/Christopher D. Wiest_____
        Christopher D. Wiest (KBA 90725)
        Chris Wiest, AAL, PLLC
        25 Town Center Blvd, Suite 104
        Crestview Hills, KY 41017
        859/486-6850 (v)
        859/495-0803 (f)
        513/257-1895 (c)
        chriswiestlaw@yahoo.com

---

[1] The parties in the *Herbert* case previously stipulated to dismissal of the State Board as a defendant therein. DE #72. Accordingly, if the Court grants this Joint Motion, both the *Brown* Plaintiffs' Motion to Amend Complaint and/or Join Defendants (DE #66) and the State Board's Motion for Judgment on the Pleadings (DE #70) will be rendered moot.

/s/Richard A. Brueggemann
Richard A. Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
859/578-3855 (v)
859/578-3869 (f)
rbrueggemann@hemmerlaw.com

*Counsel for Plaintiffs in Brown, et. al. v. Commonwealth, et. al.*

**AND**

/s/ Lynn Sowards Zellen\_\_\_\_
Lynn Sowards Zellen
Noel E. Caldwell
Office of the Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
(502) 782-7407
lynn.zellen@ky.gov

TACHAU MEEK PLC
Jonathan T. Salomon
3600 National City Tower
101 S. Fifth Street
Louisville, KY 40202-3120
(502) 238-9900
jsalomon@tachaulaw.com

*Counsel for the Secretary, State Board, Chairwoman, Board Members and Executive Director*

**AND**

/s/ Jessica A. Burke_____
Stanton L. Cave
LAW OFFICE OF STAN CAVE
P.O. box 910457
Lexington, KY 40591-0457
(859) 309-3000
stan.cave@insightbb.com

Jessica A. Burke
Deputy General Counsel
Kentucky Senate
Office of the President
Room 265 Capitol Annex
Frankfort, KY 40601
(502) 564-3120
jessica.burke@lrc.ky.gov

*Counsel for Defendant/Crossclaim Plaintiff Robert Stivers*

### CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was electronically filed this 25th day of July, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

                 /s/ Lynn Sowards Zellen_____