IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **MARTIN HERBERT,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-GFVT-WOB-DJB |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| Defendants. | : | |

**ORDER SUBSTITUTING DEFENDANTS/CROSSCLAIM DEFENDANTS
IN CASE NO. 3:13-CV-68-WOB-GFVT-DJB**

This matter is before the Court on the Joint Motion of the *Brown* Plaintiffs, Defendant/Crossclaim Plaintiff Robert Stivers ("President Stivers"), Defendants Alison Lundergan Grimes (in her official capacity as Secretary of State of the Commonwealth of Kentucky) (the "Secretary") and the Kentucky State Board of Elections (the "State Board"), and third parties Alison Lundergan Grimes (in her official capacity as Chairwoman of the Kentucky State Board of Elections) (the "Chairwoman"); David Cross, John Hampton, Stephen Huffman, Denise May, George Russell, and Roy Sizemore (in their official capacities as Board Members

of the Kentucky State Board of Elections) (the "Board Members"); and Maryellen Allen (in her official capacity as Executive Director of the Kentucky State Board of Elections) (the "Executive Director"), by counsel, to substitute the Chairwoman, Board Members and Executive Director (the "Substitute Defendants") for the State Board as Defendants/Crossclaim Defendants in Case No. 13-CV-68-WOB-GFVT-DJB.

The Court having reviewed the record and being otherwise sufficiently advised hereby **GRANTS** the Joint Motion, **SUBSTITUTES** the Chairwoman, Board Members and Executive Director for the State Board as Defendants/Crossclaim Defendants in Case No. 13-CV-68-WOB-GFVT-DJB, **DISMISSES WITHOUT PREJUDICE** the State Board as a Defendant/Crossclaim Defendant in Case No. 13-CV-68-WOB-GFVT-DJB, and **DENIES AS MOOT** the *Brown* Plaintiffs' Motion to Amend Complaint and/or Join Parties (DE #66) and the State Board's Motion for Judgment on the Pleadings (DE #70).

The Court **FURTHER ORDERS** that service of process on the Chairwoman, Board Members and Executive Director shall be deemed to have been made and to be complete, and the answers and affirmative defenses of and any other filings of record made by the State Board in Case No. 13-CV-68-WOB-GFVT-DJB shall be deemed to have been made by the Chairwoman, Board Members and Executive Director.