UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | | |
|---|---|---|
| KENNY BROWN, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | *ELECTRONICALLY FILED* |
| v. | ) | |
| | ) | |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| | ) | |
| Defendants | ) | |

**AND**

| | | |
|---|---|---|
| MARTIN HERBERT, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| | ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

## **ORDER**

This matter is before the Court on the *Brown* Plaintiffs' Motions Pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss certain claims and defendants herein (DE ## 64, 69). The Court having considered the record and being otherwise sufficiently advised **GRANTS IN PART** and **DENIES IN PART** the *Brown* Plaintiffs' Motions.

(1) The Court **GRANTS** the *Brown* Plaintiffs' Motions to the extent they seek to dismiss their claims for money damages and under Count II of their Complaint pursuant to the

Kentucky Constitution and **DISMISSES** the *Brown* Plaintiffs' claims for money damages and under Count II of their Complaint pursuant to the Kentucky Constitution; and

(2) The Court **DENIES** the *Brown* Plaintiffs' Motions to the extent they seek to dismiss Defendants Robert Stivers, Greg Stumbo, and Legislative Research Commission.

Case: 2:13-cv-00068-WOB-GFVT-DJB   Doc #: 78-1   Filed: 07/25/13   Page: 2 of 2 - Page ID#: 1475