# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN**, *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY**, *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **MARTIN HERBERT**, *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS**, *et al.*, | : | |
| Defendants. | : | |

**ORDER REGARDING THE KENTUCKY STATE BOARD OF ELECTIONS MOTION FOR JUDGMENT ON THE PLEADINGS IN CASE NO. 13-CV-68-WOB-GFVT-DJB**

The Motion of the Kentucky State Board of Elections for Judgment on the Pleadings [Doc. # 70] is denied as moot.  The Joint Motion for substitution/dismissal [Doc # 77] is hereby granted.

IT IS SO ORDERED:

_____
Judge Van Tatenhove