UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | |
|---|---|
| KENNY BROWN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | *ELECTRONICALLY FILED* |
| v. ) | |
| ) | |
| THE COMMONWEALTH OF ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| KENTUCKY, et al., ) | |
| ) | |
| Defendants ) | |

**AND**

| | |
|---|---|
| MARTIN HERBERT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| ) | |
| KENTUCKY STATE BOARD ) | |
| OF ELECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

**DEFENDANTS' RESPONSE TO *BROWN* PLAINTIFFS' MOTION TO AMEND COMPLAINT AND/OR JOIN DEFENDANTS (DE #66)**

For their Response to the *Brown* Plaintiffs' Motion to Amend Complaint and/or Join Defendants (DE #66), Defendants Alison Lundergan Grimes (in her official capacity as Secretary of State of the Commonwealth of Kentucky) (the "Secretary") and the Kentucky State Board of Elections (the "State Board") (collectively, "Defendants") state as follows:

The *Brown* Plaintiffs, Defendant/Crossclaim Defendant Robert Stivers, Defendants, and the third parties the *Brown* Plaintiffs seek by their Motion to join as defendants (the "Substitute

Defendants") filed a Joint Motion to substitute the Substitute Defendants for the State Board as Defendants/Crossclaim Defendants and to dismiss without prejudice the State Board as a Defendant/Crossclaim Defendant in Case No. 13-CV-68-WOB-GFVT-DJB. DE #77. The movants agreed that the Joint Motion, if granted, would render moot the *Brown* Plaintiffs' Motion to Amend Complaint and/or Join Defendants. *Id.* at 2 n.1.

Accordingly, Defendants respectfully request that the Court grant the Joint Motion (DE #77) and deny as moot the *Brown* Plaintiffs' Motion to Amend Complaint and/or Join Parties (DE #66).

Respectfully Submitted,

/s/ Lynn Sowards Zellen_____
Lynn Sowards Zellen
Noel E. Caldwell
Office of the Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
(502) 782-7407
lynn.zellen@ky.gov

TACHAU MEEK PLC
Jonathan T. Salomon
3600 National City Tower
101 S. Fifth Street
Louisville, KY 40202-3120
(502) 238-9900
jsalomon@tachaulaw.com

*Counsel for Defendants Alison Lundergan Grimes, Kentucky State Board of Elections, and State Board of Elections Members*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed this 26th day of July, 2013. All parties indicated on the electronic filing receipt will be served via the Court's electronic filing system. All other parties will be served via hand delivery or U.S. Mail.

                                          /s/ Lynn Sowards Zellen
                                          Lynn Sowards Zellen