# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER REGARDING THE KENTUCKY LEGISLATIVE RESEARCH COMMISSION'S MOTION TO DISMISS IN CASE NO. 13-CV-68-WOB-GFVT-DJB

The Motion of the Kentucky Legislative Research Commission [Doc. # 68] is denied as moot. The only claim the Brown Plaintiffs made in relation to the 2012 election was related to money damages, and those were withdrawn on the record on June 21, 2013, which this Court granted. The Court will address the dismissal of the LRC outright, and its waiver of immunity, in light of its litigation posture, on the ruling to the Plaintiffs' Motion to Dismiss under FRCP 41(a)(2).

IT IS SO ORDERED:

_____
Judge Van Tatenhove