UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | |
|---|---|
| KENNY BROWN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | *ELECTRONICALLY FILED* |
| v. ) | |
| ) | |
| THE COMMONWEALTH OF ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| KENTUCKY, et al., ) | |
| ) | |
| Defendants ) | |

**AND**

| | |
|---|---|
| MARTIN HERBERT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| ) | |
| KENTUCKY STATE BOARD ) | |
| OF ELECTIONS, et al., ) | |
| ) | |
| Defendants ) | |

### **STIPULATION/AGREED ORDER CONCERNING PAGE LIMITATIONS**

The parties, by and through counsel, hereby consent to the entry of an agreed order allowing the Plaintiffs in the consolidated actions, subject to Court approval, to file a joint reply brief in support of their motion for summary judgment not to exceed twenty-five (25) pages in lieu of the proscribed fifteen page limit under LR 7.1.

**HAVE SEEN AND AGREED TO:**

| | |
|---|---|
| /s/Christopher Wiest_____<br>Christopher D. Wiest (KBA 90725)<br>Chris Wiest, Atty at Law PLLC<br>25 Town Center Blvd, Suite 104<br>Crestview Hills, KY 41017<br>859-486-6850<br>513-257-1895 (v)<br>chriswiestlaw@yahoo.com<br><br>Rick Brueggemann (90619)<br>E. Jason Atkins (88044)<br>Hemmer DeFrank, PLLC<br>250 Grandview Dr.<br>Fort Mitchell, KY 41017<br>859/578-3855 (v)<br>859/578-3869 (f)<br>rbrueggemann@hemmerlaw.com<br><br>*Counsel for Brown Plaintiffs* | /s Stanton L. Cave_____<br>Stanton L. Cave<br>LAW OFFICE OF STAN CAVE<br>P.O. box 910457<br>Lexington, KY 40591-0457<br>(859) 309-3000<br>stan.cave@insightbb.com<br><br>Jessica A. Burke<br>Deputy General Counsel<br>Kentucky Senate<br>Office of the President<br>Room 265 Capitol Annex<br>Frankfort, KY 40601<br>(502) 564-3120<br>jessica.burke@lrc.ky.gov<br><br>*Counsel for Defendant Robert Stivers* |
| /s Pierce B. Whites_____<br>Pierce B. Whites<br>Office of the Speaker<br>Capitol Building, Rm. 309<br>Frankfort, KY 40601<br>(502) 564-3366<br>pierce.whites@LRC.KY.GOV<br><br>Anna Stewart Whites<br>600 E. Main Street<br>Frankfort, KY 40601<br>(502) 352-2373<br>AnnaWhites@aol.com<br><br>*Counsel for Defendant Greg Stumbo* | /s Lynn Sowards Zellen_____<br>Lynn S. Zellen<br>Noel E. Caldwell<br>Office of the Secretary of State<br>700 Capital Avenue, Ste. 152<br>Frankfort, KY 40601<br>(502) 782-7407<br>lynn.zellen@ky.gov<br>noel.caldwell@ky.gov<br><br>*Counsel for Defendants Alison Lundergan Grimes, Kentucky State Board of Elections, and State Board of Elections Members* |

| | |
|---|---|
| /s Clay A. Barkley<br>Clay A. Barkley<br>Assistant Attorney General<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, KY 40601<br>(502)696-5300<br>clay.barkley@ag.ky.gov<br><br>*Counsel for Governor Steve Beshear* | s/ William E. Sharp<br>William E. Sharp<br>ACLU OF KENTUCKY<br>315 Guthrie Street, Suite 300<br>Louisville, KY 40202<br>(502) 581-9746<br>sharp@aclu-ky.org<br><br>Laughlin McDonald<br>ACLU Voting Rights Project<br>229 Peachtree Street, NE<br><br>Atlanta, GA 30303<br>(404) 500-1235<br>lmcdonald@aclu.org<br><br>Dale Ho*<br>ACLU Voting Rights Project<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2693<br>dale.ho@aclu.org<br><br>* Motion for *Pro Hac Vice* admission pending<br><br>Ben Carter<br>BEN CARTER LAW PLLC<br>455 South Fourth Street, Suite 902<br>Louisville, KY 40202<br>ben@bencarterlaw.com<br>ACLU of KY Cooperating Attorney<br><br>*Counsel for Herbert Plaintiffs* |
| s/Laura H. Hendrix<br>Laura H. Hendrix<br>General Counsel<br>Legislative Research Commission<br>State Capitol, Room 104<br>Frankfort, KY 40601<br>(502) 564-8100<br>Laura.hendrix@lrc.ky.gov<br><br>*Counsel for Legislative Research Commission* | |