UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | | |
|---|---|---|
| KENNY BROWN, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | *ELECTRONICALLY FILED* |
| v. | ) | |
| | ) | |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| | ) | |
| Defendants | ) | |

**AND**

| | | |
|---|---|---|
| MARTIN HERBERT, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| | ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) | |
| | ) | |
| Defendants | ) | |

The Court, being fully advised, hereby grants the agreed order/stipulation of the parties. Plaintiffs in the above captioned matter shall be permitted to file a Reply Memorandum in Support of their Motion for Summary Judgment of twenty-five (25) pages.

IT IS SO ORDERED:

_____
Judge Van Tatenhove