UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 3:13cv00025 |

## DECLARATION OF KENNY BROWN IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT

1. My name is Kenny Brown. I am over the age of 18 and have personal knowledge concerning the statements in this declaration.

2. I am the Boone County Clerk, which, among other things, is the chief elections officer for Boone County, Kentucky. Within Boone County are the 60th, 66th, and 69th Kentucky House Districts, as well as the 11th Kentucky Senate District.

3. I am a resident of Boone County, Kentucky, and specifically reside at 1056 Hampshire Place, Florence, KY 41042.

4. I am registered voter and elector in Kentucky. I currently reside in the 66th Kentucky House District and the 11th Kentucky Senate District.

5. I voted in the 2012 primary and general elections, and will vote in the 2014 primary and general elections.

6. As Boone County Clerk I maintain, as a public record, information regarding the residency and voting data for Boone County residents. The facts set forth in this declaration sets out matters observed by me, which I am legally obligated to collect, and contains the office's activities – which includes the collection and maintenance of voter data.

7. Furthermore, the voter data in question is a record that was made at or near the time by — or from information transmitted by — someone with knowledge, namely election workers and my staff. These records are kept in the course of a regularly conducted activity of the Boone County Clerk's Office and making the records is a regular practice of my office. As such, this data is trustworthy. Voter data are public records, were recorded or filed in a public office as authorized by law, and was generated by persons within my office, which is the office where items of this kind are kept.

8. Prior to 2010, through the present, Plaintiff Phyllis Sparks was and is a resident of Boone County, who resides at 1750 Beaver Road, Walton, KY 41094. Mrs. Sparks has announced that she will file as a candidate for Boone County Commissioner, and is a registered voter and elector in Kentucky. More specifically, Mrs. Sparks resides in the 60th Kentucky House District and the 11th Kentucky Senate District. Mrs. Sparks voted in the 2012 primary and general elections and will vote in the 2014 primary and general elections.

9. Prior to 2010, through the present, Plaintiff, Cathy Flaig was and is a resident of Boone County, who resides at 4072 Limaburg Road, Hebron, KY, 41048, was a Boone County

Commissioner and a former candidate for Boone County Judge/Executive. Mrs. Flaig is a registered voter and elector in Kentucky, and more specifically resides in the 66th Kentucky House District and the 11th Kentucky Senate District. Mrs. Flaig ran in the 2012 Primary Election for the 66th Kentucky House District and might desire to run in a new district if or when created. Mrs. Flaig voted in the 2012 primary and general elections and will vote in the 2014 primary and general elections.

10. Prior to 2010, through the present, Plaintiff, Brett Gaspard was and is a resident of Boone County, who resides at 640 Turfrider Ct., Walton, KY, 41094, and is a registered voter and elector in Kentucky. More specifically, Mr. Gaspard resides in the 69th Kentucky House District and the 11th Kentucky Senate District. Mr. Gaspard was previously a candidate for the Kentucky House of Representatives and may wish to run again. Mr. Gaspard voted in the 2012 primary and general elections and will vote in the 2014 primary and general elections.

11. Prior to 2010, through the present, Plaintiff, Terry Donoghue was and is a resident of Boone County, who resides at 1619 Battery Circle, Hebron, KY, 41048, and is a registered voter and elector in Kentucky, and more specifically resides in the 66th Kentucky House District and the 11th Kentucky Senate District. Mr. Donoghue voted in the 2012 primary and general elections and will vote in the 2014 primary and general elections.

12. Prior to 2010, through the present, Plaintiff, Garry Moore was a resident of Boone County, who resides at 1496 Tuscan Court, Unit 212, Florence, KY 41042, serves as the Boone County Judge/Executive, and is a registered voter and elector in Kentucky. More specifically, Mr. Moore resides in the 60th Kentucky House District and the 11th Kentucky Senate District. Mr. Moore voted in the 2012 primary and general elections and will vote in the 2014 primary and general elections.

13. The mal-apportionment of the Commonwealth of Kentucky's House and Senate Districts harms myself and the other plaintiffs (and others). Until valid redistricting occurs, neither I as Clerk nor Plaintiffs as voters or candidates can know in which district they will reside and vote. Without knowing for sure who our state senators and representatives are, Plaintiffs cannot effectively hold their representatives accountable for their conduct in office. Citizens who desire to influence the views of members of the Kentucky House or Senate or candidates for those offices are not able to communicate their concerns effectively as citizens because members of the Kentucky Senate or House or candidates may not be held accountable to those citizens as voters in the next election.

14. Potential candidates for the Kentucky Senate or House cannot come forward until they know what district in which they will reside for election. More importantly, elected officials or candidates who are drawn into a different district after November 4, 2013 will be deprived of the opportunity to run for election because they cannot have not have lived in that district for at least one year prior to the general election. Finally, Plaintiffs' and other citizens' rights are compromised because of their inability, and the inability of other candidates, to campaign effectively and provide a meaningful election choice under the current circumstances.

Pursuant to 28 U.S.C. 1746, I, Kenny Brown, declare and verify, under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2013.

FURTHER THE DECLARANT SAYETH NAUGHT.

_____
Kenny Brown

STATE OF KENTUCKY    )
                     ) SS:
COUNTY OF BOONE      )

The foregoing affidavit was signed, acknowledged and sworn to before me, a notary public for the State and County aforesaid, on this _1st_ day of ~~July~~ 2013, by Kenny Brown, the Boone County Clerk, as his own free and voluntary act and deed. *aug.*

_Sandra H-Helmer_
Notary Public
My commission expires: 7-22-15
# 447471