# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| v. | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| Defendants. | : | |
| | | |
| **MARTIN HERBERT,** *et al.*, | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| v. | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| Defendants. | : | |

The Court, upon the Motion to Dismiss by the Plaintiffs in Brown, et. al. v. Commonwealth, et. al. of Kentucky Senate President Robert Stivers Counterclaims for Declaratory Relief, hereby GRANTS same; the Counterclaims for Declaratory Relief are hereby dismissed, *without prejudice* to President Stivers being able to re-assert them if, and when, adjusted population maps are enacted in any bill.

IT IS SO ORDERED:

_____
Judge Van Tatenhove