# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | **Case No. 2:13-CV-68-WOB-GFVT-DJB** |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| **MARTIN HERBERT,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | **Case No. 3:13-CV-25-WOB-GFVT-DJB** |
| | : | |
| v. | : | |
| | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING PLAINTIFFS MOTION TO DISMISS PURSUANT TO FRCP 41(a)(2)

The Court, being fully apprised, hereby grants the *Brown* Plantiffs FRCP 41(a)(2) Motions [DE#64; DE#69]. The Court notes that the money damages were already withdrawn without prejudice, but clarifies that these claims are dismissed without prejudice. Speaker Stumbo (and the KentuckyHouse), President Stivers (and the Kentucky Senate), and the Kentucky Legislative Research Commission are dismissed from this matter, without prejudice. Finally, Plaintiffs' state constitutional claims are dismissed, without prejudice.

IT IS SO ORDERED:

_____
Judge Van Tatenhove