# DEFENDANT LRC'S EXHIBIT 1

Case: 2:13-cv-00068-WOB-GFVT-DJB   Doc #: 91-1   Filed: 08/02/13   Page: 1 of 8 - Page ID#: 1613

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
 2                     COVINGTON/FRANKFORT DIVISION

 3  KENNY BROWN, ET AL.,         . Docket No. CV 13-68 (Cov)
                                 .
 4        Plaintiff,              . Lexington, Kentucky
                                 . June 21, 2013
 5        v.                     . 1:00 p.m.
                                 .
 6  COMMONWEALTH OF KENTUCKY,    . Scheduling Conference
       ET AL.,                   .
 7                               .
    AND                          .
 8                               .
    MARTIN HERBERT, ET AL.,      . Docket No. CV 13-25 (Fkt)
 9                               .
          v.                     .
10                               .
    KENTUCKY STATE BOARD OF      .
11     ELECTIONS, ET AL.,        .
                                 .
12        Defendant.             .
    . . . . . . . . . . . . .
13
                        TRANSCRIPT OF PROCEEDINGS
14           BEFORE THE HONORABLE WILLIAM O. BERTELSMAN
                   AND GREGORY F. VAN TATENHOVE
15                UNITED STATES DISTRICT JUDGES
          AND DANIEL J. BOGGS, SIXTH CIRCUIT JUDGE
16
    APPEARANCES:
17
    For the Plaintiffs:   Mr. Christopher David Wiest
18  Kenny Brown            25 Town Center Blvd.
                           Crestview Hills, KY 41017
19
                           Mr. Richard A. Brueggemann
20                         Hemmer DeFrank PLLC
                           250 Grandview Avenue
21                         Suite 500
                           Ft. Mitchell, KY 41017
22
    Martin Herbert         Mr. William Ellis Sharp
23                         ACLU of Kentucky
                           315 Guthrie Street
24                         Suite 300
                           Louisville, KY 40202
25
```

34

1  prepared to do so and the parties can be prepared to
2  present maps.
3      Secondly, I -- we would like to pursue a
4  motion or an entry as to liability on the existing
5  2002 maps, that those are unconstitutional with the
6  current populations; and I think if we have resolved
7  the liability issue --
8      THE HONORABLE JUDGE BERTELSMAN:  They
9  submitted it.
10      MR. WIEST:  I know they did, Your Honor, but
11  I guess if we don't have -- we don't have -- we don't
12  have an entry to that effect from this court --
13      THE HONORABLE JUDGE BERTELSMAN:  We will --
14  we will by at least tomorrow morning.
15      MR. WIEST:  Okay.
16      THE HONORABLE JUDGE VAN TATENHOVE:  One of
17  the things, my question was actually very specific, it
18  was about '14 as I recall.
19      You are looking for damages for what occurred
20  in 2012.
21      MR. WIEST:  Or at least, Your Honor, a
22  declaration that was an unconstitutional act.
23      I don't know that -- you know, we are willing
24  to treat --
25      THE HONORABLE JUDGE VAN TATENHOVE:  Well,

35

1 hasn't the Supreme Court of Kentucky already addressed
2 that issue?
3           MR. WIEST: Well, Your Honor, they -- they
4 addressed the 2012 maps, but they didn't address -- in
5 fact, the Supreme Court of Kentucky ordered
6 essentially that an unconstitutional map from 2002 be
7 used in the 2014 election.
8           I mean, I think that's a fundamental problem,
9 and we cannot have this 2000 map -- 2002 map used
10 again in 2014.
11          We think that at a minimum we are entitled to
12 declaratory judgment that the 2012 elections were
13 unconstitutional.
14          We are more, frankly, concerned, my clients
15 are more concerned with the 2014 election process.
16          The past damages or anything else, we are
17 willing -- in fact we indicated in a filing late
18 yesterday that we are willing, frankly, to forego
19 certain claims because we really want to make sure
20 that -- that what this -- what this action is all
21 about is conducting 2014 elections in a timely and
22 orderly manner with constitutional maps.
23          We would prefer the defendants perform their
24 constitutional duty, enact constitutional maps.
25          But we don't have a lot of faith that they

36

1  will necessarily do that, and we feel like we need to
2  be in a position and this court needs to be in a
3  position to act in the event that they fail to do
4  that.
5       THE HONORABLE JUDGE BERTELSMAN:  So you want
6  to do discovery -- you want to do discovery between
7  now and then.
8       MR. WIEST:  Your Honor, we may be able to
9  resolve most of those issues by stipulation.  I mean,
10 I don't --
11      THE HONORABLE JUDGE BERTELSMAN:  If they
12 can't, what do you want to do?
13      MR. WIEST:  Well, we are going to need to
14 conduct some discovery on those issues.
15      THE HONORABLE JUDGE BERTELSMAN:  Again, to
16 damages, I don't understand that claim because this is
17 a Federal Court.
18      We are precluded by the Eleventh Amendment
19 from awarding damages against the state.
20      As far as damages against the judges of the
21 Supreme Court of Kentucky, they are protected by
22 absolute judicial immunity.
23      As far as damages against the legislators as
24 individuals, they are protected by absolute
25 legislative immunity.

37

1    I don't really see anybody left for you to
2 get damages from.
3        MR. WIEST:  Well, Your Honor --
4        THE HONORABLE JUDGE BERTELSMAN:  That's not
5 to say attorneys fees can't be awarded.
6        MR. WIEST:  Right, but --
7        THE HONORABLE JUDGE BERTELSMAN:  But I don't
8 see anybody talking about liability and damages.  I
9 don't see any liability and damages.
10       MR. WIEST:  Well, Your Honor, there are the
11 individual Board of Elections members who conducted
12 that election and administered that election and --
13       THE HONORABLE JUDGE BERTELSMAN:  They would
14 probably have qualified immunity of some sort.
15       MR. WIEST:  And we recognize that there are
16 some challenges to that.
17       That's, frankly, one of the reasons why we
18 are willing to forego or withdraw that, and we did
19 submit an order to that effect.
20       THE HONORABLE JUDGE BERTELSMAN:  Yeah, I saw
21 that, so why are we talking about --
22       MR. WIEST:  Your Honor, we are willing to
23 withdraw it, and that's what I am telling you.
24       THE HONORABLE JUDGE BERTELSMAN:  You are
25 willing to withdraw it right now, let's strike it.

```
 1            MR. WIEST:  Absolutely.
 2            THE HONORABLE JUDGE BERTELSMAN:  That's a
 3   claim without prejudice as you request.
 4            MR. WIEST:  Thank you, Your Honor, yes, we
 5   would.
 6            THE HONORABLE JUDGE BERTELSMAN:  That gets
 7   rid of that issue.
 8            Now, you would like us to allow you to do
 9   some discovery pending the special session; is that
10   correct?
11            MR. WIEST:  That, Your Honor, and obviously
12   that an entry be put on as to liability, and I think
13   with those two issues --
14            THE HONORABLE JUDGE BERTELSMAN:  When you say
15   liability, you mean the declaration that the 2002's
16   are unconstitutional.
17            MR. WIEST:  That the 2002 maps are
18   unconstitutional, that's correct.
19            THE HONORABLE JUDGE BERTELSMAN:  That's --
20   well, I don't think there has been any liability as to
21   declarations, but I see what you mean.
22            You just admitted it, so we get rid of that
23   issue.
24            MR. WIEST:  Right.  Your Honor, I think with
25   those issues, I mean, as long as there is a process
```

1  for discovery and a process to get the evidence before
2  this court, I think we can all react, depending on
3  what the legislature does in August, you know, making
4  sure that we are allowing the process to move forward
5  in the meantime so that we are not engaged in a
6  complete federal fire drill on August 23rd.
7            THE HONORABLE JUDGE BERTELSMAN:  I think I
8  understand.  Gentlemen?
9            THE HONORABLE JUDGE VAN TATENHOVE:  And you
10 would concede that it would be improper really for us
11 to promulgate lines that the legislator acts in.
12           MR. WIEST:  Your Honor, I don't know about --
13           THE HONORABLE JUDGE VAN TATENHOVE:  That's
14 different from asking whether we should just stop.
15           We may want to begin the process that would
16 allow us to do it in a timely manner, but we ought not
17 to do it before the legislator acts.
18           MR. WIEST:  And Your Honor, I think from a
19 judicial economy standpoint that makes sense.
20           Why have this court expend time and resources
21 trying to figure out if the maps you request gets --
22 if the legislature gets it right.
23           We don't have an issue with that at all.  In
24 fact, we think it's appropriate for the legislature to
25 have one final bite at the apple.