IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (AT COVINGTON)

| | | |
|---|---|---|
| **KENNY BROWN**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:13-CV-68-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF KENTUCKY**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **MARTIN HERBERT**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:13-CV-25-WOB-GFVT-DJB |
| | : | |
| v. | : | |
| | : | |
| **KENTUCKY STATE BOARD OF ELECTIONS**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## REPLY TO MOTION TO AMEND COMPLAINT

Plaintiffs reply to their Motion to Amend their Complaint as follows: Plaintiffs filed the Motion with the sole purpose to bring before the Court the parties necessary to ensure full relief – namely the individual members of the Kentucky Board of Elections and its Executive Director. Plaintiffs filed this Motion while simultaneously attempting to obtain the desired objective by consent. At the time of the filing deadline, that consent had not been obtained. The consent subsequently was obtained, and a Joint Motion to Substitute Parties was filed. [DE#75]. Granting that Motion renders moot the Motion to Amend Complaint, and Plaintiffs request that this Court grant that Motion, and deny the Motion to Amend the Complaint as moot.

1

Furthermore, granting the Motions to Dismiss, under FRCP 41(a)(2), the Kentucky Legislative Research Commission ("LRC"), the FRCP 41(a)(2) Motions to Dismiss the Speaker of the Kentucky House and President of the Kentucky Senate [DE#64; DE #69], and the Joint Motion to Dismiss the Commonwealth [DE# 65] sufficiently cleans up the record and the status of the parties. In particular, in the event that this Court declines to grant the Joint Motion to Substitute Parties [DE#75], Plaintiffs would seek to file a modified Amended Complaint than the one originally submitted – namely one that removes the Kentucky Legislative Research Commission ("LRC"), which should be dismissed, in addition to the other parties who were removed from the Amended Complaint (the Attorney General, Commonwealth of Kentucky, Speaker of the Kentucky House of Representatives and President of the Kentucky Senate), in addition to the already withdrawn single claim related to the 2012 elections – the one for money damages.[1]

                                                   Respectfully Submitted,

                                                  /s/Christopher D. Wiest
Christopher D. Wiest (KBA 90725)
Chris Wiest, AAL, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
859/495-0803 (f)
513/257-1895 (c)
chriswiestlaw@yahoo.com

/s/Richard A. Brueggemann
Richard A. Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC

---

[1] Contrary to the assertion by the LRC, the claim was removed from the Amended Complaint. The LRC apparently cannot comprehend the difference between facts, which lay the groundwork for a claim, with a claim, which is a short statement that demands relief. Again, Plaintiffs, and not the LRC, are the masters of their Complaint. Furthermore, the LRC's attempt to convert an already-dismissed claim without prejudice to one with prejudice borders on the absurd – nor have they availed themselves of the appropriate legal framework to do so, or met the standards for doing so under FRCP 60(b)(6). *Kozak v. Fedex Kinko's, Inc.*, 2008 U.S. Dist. LEXIS 17823 (ED Va. 2006).

> 250 Grandview Dr.
> Fort Mitchell, KY 41017
> 859/578-3855 (v)
> 859/578-3869 (f)
> rbrueggemann@hemmerlaw.com
>
> *Counsel for Plaintiffs in Brown, et. al. v. Commonwealth, et. al.*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon counsel for Defendants and Plaintiffs in the consolidated *Herbert* case, this 2nd of August, 2013, via the Court's CM/ECF system.

> _____/s/Christopher Wiest_____