## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION (AT COVINGTON)

KENNY BROWN, *et al.*,                              :
                                                    :
              **Plaintiffs,**                       :       **Case No. 2:13-CV-68-WOB-GFVT-DJB**
                                                    :
v.                                                  :
                                                    :
COMMONWEALTH OF KENTUCKY,                            :
*et al.*,                                           :
                                                    :
              **Defendants.**                       :
                                                    :
                                                    :

MARTIN HERBERT, *et al.*,                           :
                                                    :
              **Plaintiffs,**                       :       **Case No. 3:13-CV-25-WOB-GFVT-DJB**
                                                    :
v.                                                  :
                                                    :
KENTUCKY STATE BOARD OF                             :
ELECTIONS, *et al.*,                                :
                                                    :
              **Defendants.**                       :

### ORDER REGARDING MOTION TO AMEND COMPLAINT

The Court, being fully apprised, and having granted the Joint Motion to Substitute

Parties, and the Motions to Dismiss under FRCP 41(a)(2) of the Plaintiffs, hereby denies the

Motion to Amend as moot.


IT IS SO ORDERED:


_____

Judge Van Tatenhove

1