UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**FILED**
AUG 0 5 2013
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,<br><br>Plaintiffs,<br><br>V.<br><br>THE COMMONWEALTH OF KENTUCKY, et al.,<br><br>Defendants. | Civil No. 13-cv-68<br>DJB-GFVT-WOB |
| MARTIN HERBERT, et al.,<br><br>Plaintiffs,<br><br>V.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | Civil No. 13-cv-25<br>DJB-GFVT-WOB<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

This matter is before the Court upon the Agreed Motion to Dismiss the Commonwealth of Kentucky [R. 65] tendered jointly by counsel for the Plaintiffs and counsel for Defendant Commonwealth of Kentucky. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is

hereby **ORDERED** that the Agreed Motion to Dismiss [R. 65] is **GRANTED** and the Commonwealth of Kentucky is **DISMISSED** from this action.

This 5th day of August, 2013.

BY THE COURT:

Gregory F. Van Tatenhove
U.S. District Judge

2