UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**F I L E D**
AUG 0 5 2013
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., <br><br> Plaintiffs, <br><br> V. <br><br> THE COMMONWEALTH OF KENTUCKY, et al., <br><br> Defendants. | Civil No. 13-cv-68 <br> DJB-GFVT-WOB |
| MARTIN HERBERT, et al., <br><br> Plaintiffs, <br><br> V. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Civil No. 13-cv-25 <br> DJB-GFVT-WOB <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

The Motion for *Pro Hac Vice* Admission of Dale E. Ho [R. 54] in the above-styled action is before the Court for consideration. The movant has tendered the required filing fee. The time for filing a response or objection has passed, and none has been filed with the Court.

Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1.  The Motion for *Pro Hac Vice* Admission of Dale E. Ho [R. 54] is **GRANTED**; and

2.  Dale E. Ho is admitted *pro hac vice* as counsel for the *Herbert* Plaintiffs in the above-styled action.

This 5th day of August, 2013.

BY THE COURT:

Gregory F. Van Tatenhove
U.S. District Judge