UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
F I L E D
AUG 0 5 2013
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | |
| Plaintiffs, | Civil No. 13-cv-68 DJB-GFVT-WOB |
| V. | |
| THE COMMONWEALTH OF KENTUCKY, et al., | |
| Defendants. | |
| MARTIN HERBERT, et al., | |
| Plaintiffs, | Civil No. 13-cv-25 DJB-GFVT-WOB |
| V. | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | **ORDER** |
| Defendants. | |

*** *** *** ***

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

The Court being sufficiently advised, it is hereby **ORDERED** that the Agreed Order/Stipulation of the Parties Concerning Page Limitations [R. 87] is **GRANTED**, and the Plaintiffs shall be permitted leave to file a Reply Memorandum in support of their Motion for

Summary Judgment of up to twenty-five (25) pages.

This 5th day of August, 2013.

BY THE COURT:

Gregory F. Van Tatenhove
U.S. District Judge