UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

|  |  |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>THE COMMONWEALTH OF )<br>KENTUCKY, et al., )<br>)<br>Defendants. ) | ELECTRONICALLY FILED<br><br>Civil No. 2:13-cv-00068<br>DJB-GFVT-WOB |
| MARTIN HERBERT, et al. )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>)<br>KENTUCKY STATE BOARD OF )<br>ELECTIONS, et al., )<br>)<br>Defendants. ) | Civil No. 3:13-cv-00025<br>DJB-GFVT-WOB |

**DEFENDANT SPEAKER STUMBO'S MOTION TO ALTER, AMEND OR VACATE SUMMARY JUDGMENT**

Comes the Defendant, Speaker of the Kentucky House of Representatives Greg Stumbo, by counsel, pursuant to Fed. R. Civ. Pro. 59 and 60, and hereby moves this Court to Alter, Amend or Vacate the Order (R. 97) issued at 4:45 pm on Friday, August 16th, the last working day in advance of an Extraordinary Session of the Kentucky General Assembly, which is scheduled to commence on Monday, August 19th at noon.

1

The standard for granting a motion to alter or amend pursuant to Fed. R. Civ. P. 59(e) requires a showing of the need for immediate relief. The court may grant a Rule 59(e) motion where there is: (1) **a clear error of law**; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice. *Henderson v. Walled Lake Consol. Schools,* 469 F.3d 479, 496 (6th Cir. 2006); *Modrell v. Hayden*, 636 F.Supp.2d 545 (W.D. Ky., 2009). In the present case, this extraordinary relief is required to prevent manifest injustice and an unintended violation of separation of powers and federal/state comity requirements.

The Order will have a dramatic, albeit no doubt unintended, effect upon the Extraordinary Session and improperly impacts the freedom of action of the Kentucky General Assembly by, in practical effect, requiring eleven (11) additional affirmative votes for the passage of any redistricting plan. No authority exists permitting this Federal judicial action. Fortunately, this unintended consequence is easily remedied, if this Honorable Tribunal acts with dispatch.

For this reason, that portion of the Order improperly impacting state legislative action must be immediately set aside prior to the commencement of the Extraordinary Session on noon, Monday, August 19th, 2013, all of which is more fully set out in the accompanying Memorandum in Support.

Respectfully submitted,

/s/ Anna Stewart Whites_____
**ANNA STEWART WHITES**
600 E. Main Street
Frankfort KY 40601

2

(502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

**PIERCE WHITES**
Office of the Speaker
Capitol Building, Rm. 309
Frankfort KY 40601
(502) 564-3366
pierce.whites@LRC.KY.GOV

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2013 a copy of the foregoing Reply was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                               s/Anna Stewart Whites_____