UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ) ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, | ) | **Civil No. 2:13-cv-00068** |
| v. | ) ) | **DJB-GFVT-WOB** |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | ) ) ) ) | |
| Defendants. | ) | |
| **MARTIN HERBERT, et al.** | ) ) ) ) | |
| Plaintiffs, | ) | **Civil No. 3:13-cv-00025** |
| v. | ) ) | **DJB-GFVT-WOB** |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ALTERING, AMENDING AND VACATING IN PART THE SUMMARY JUDGMENT**

Comes the Court, having reviewed the relevant evidence and arguments, and hereby sets aside that portion of the Order (R. 97), entered August 16, 2013, which inadvertently affects the number of legislative votes required to pass a redistricting law in the 2013 Extraordinary Session of the Kentucky General Assembly scheduled to commence at noon on Monday, August 19th.

Specifically, that portion of the Court's Order operating to "permanently enjoin any future election from being conducted pursuant to those [2002] districts," (Order, p. 2), and

enjoining the Secretary of State of Kentucky and the Kentucky Board of Elections from administering elections under the existing law, (Order, p.28), are hereby altered and amended.

The Order is and shall immediately be modified to provide that the 2002 data and redistricting plan shall remain in full effect in the event of passage by the Kentucky General Assembly of a new redistricting plan, until the usual and regular effective date provided for in the Kentucky Constitution at Section 55, that being ninety (90) days after passage of the law.

This the ___ day of August, 2013.

_____
Judge Van Tatenhove