UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ) ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, | ) | **Civil No. 2:13-cv-00068** |
| v. | ) | **DJB-GFVT-WOB** |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | ) ) ) | |
| Defendants. | ) | |
| **MARTIN HERBERT, et al.** | ) ) ) | |
| Plaintiffs, | ) | **Civil No. 3:13-cv-00025** |
| v. | ) | **DJB-GFVT-WOB** |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR STAY**

Comes the Court, having reviewed the relevant evidence and arguments and hereby ORDERS that the ruling contained in the Order entered August 16, 2013 (R. 97), be stayed as requested in the Motion for Stay, R. 99.

The Order is and shall immediately be stayed to ensure that the 2002 redistricting data and plan remain in full force and effect following passage of any legislation in the rapidly approaching Extraordinary Session, and pending effective implementation of any such legislation. This stay shall remain in place until the usual and regular effective date for non-

emergency legislation provided for in the Kentucky Constitution at Section 55 has expired, that being ninety (90) days after passage of any law in the upcoming Extraordinary Session.

    This the ___ day of August, 2013.

_____
Judge, Federal District Court
Eastern District of Kentucky