UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 13-cv-68 DJB-GFVT-WOB |
| V. | ) ) | |
| KENTUCKY LEGISLATIVE RESEARCH COMMISSION, et al., | ) ) ) | |
| Defendants. | ) ) | |
| MARTIN HERBERT, et al., | ) ) | |
| Plaintiffs, | ) ) | Civil No. 13-cv-25 DJB-GFVT-WOB |
| V. | ) ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

This matter is before the court upon the motion of Greg Stumbo, Speaker of the Kentucky House of Representatives, to alter, amend, or vacate the court's August 16, 2013 Order, wherein the 2002 state legislative electoral districts were declared unconstitutional and state officials were permanently enjoined from using them in any future elections. [R. 98]. Pending the court's

decision on that motion, Speaker Stumbo has also petitioned the Court to stay the enforcement of its aforementioned Order. [R. 99]. Because of the special legislative session, which is scheduled to commence Monday, August 19, 2013, Speaker Stumbo requests expedited consideration of these motions.

In order to accommodate the time sensitive nature of this matter and promote a swift resolution of these pending motions [R. 98, R. 99], it is hereby **ORDERED** as follows:

(1) The parties shall participate in a telephonic hearing scheduled for **1:00 p.m.** on **Monday, August 19, 2013**;

(2) To join the teleconference, the parties are directed to call AT&T Teleconferencing at ▇▇▇ and enter Access Code ▇▇▇ (followed by #), and, when requested, enter the Security Code ▇▇ (followed by #);

(3) The Clerk is directed to forward the unredacted Order to counsel, via facsimile, and docket only the redacted Order;

(4) To the extent possible under the time constraints, the parties should prepare to orally address the following questions related to the Speaker Stumbo's motions [R. 98, R. 99]:

    (a) Are the parties aware of an anticipated need for a special election that has not been made known to the Court, or is the speculative possibility of a special election sufficient to justify the relief requested by Speaker Stumbo?

    (b) Does the Kentucky Supreme Court's holding in *State Bd. of Elections v. Fischer*, 910 S.W.2d 245, 246-47 (Ky. 1995) (*Fisher III*), apply in this case?

(c) Where in the record has this court expressly allowed the June 2013 special election to be held pursuant to the 2002 legislative electoral districts so as to justify the use of these districts in further special elections?

(d) Beyond the possible threat of a special election, are there legal or practical consequences of the so-called "gap" between invalidation of the 2002 state legislative electoral districts and passage of the new legislative reapportionment plan?  Is there legal authority for the proposition that an emergency clause is necessary in any redistricting legislation to address this "gap" period?

This 19th day of August, 2013.

BY THE COURT:

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge