UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ) ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, | ) | Civil No. 2:13-cv-00068 |
| v. | ) ) | DJB-GFVT-WOB |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | ) ) ) ) | |
| Defendants. | ) | |
| **MARTIN HERBERT, et al.** | ) ) ) ) | |
| Plaintiffs, | ) | Civil No. 3:13-cv-00025 |
| v. | ) ) ) | DJB-GFVT-WOB |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT SPEAKER STUMBO'S MOTION TO CHANGE TIME FOR TELEPHONIC CONFERENCE DUE TO SCHEDULED SESSION AND OBJECTION TO IMPERMISSIBLE SCOPE OF ORDER**

Comes the Defendant, Speaker Stumbo, and in RESPONSE to this Court's Order requesting a telephonic conference at 1:00 on Monday, August 19, 2013, states as follows:

This Court's Order directly conflicts with the publicly disclosed meeting time of the Kentucky House of Representatives. The House of Representatives goes into the scheduled Special Session at noon today, August 19, 2013. At 1:00 the House will be in caucus with its members. The Defendant, his Counsel, and other interested parties are unavailable at that time.

1

General counsel Pierce Whites, co-counsel for the Speaker, has a duty to attend the proceedings in Extraordinary Session as well as to offer counsel during the caucus, which is scheduled to discuss the impact of the court's ruling on the bills now under consideration.  Pierce Whites has argued the Speaker's case before this tribunal and asks that any hearing be scheduled so as to permit him and his client to be present.  The Speaker asks that the telephone hearing be re-set for 4:00 this afternoon, when Defendant and his counsel are available to participate.

The Speaker further objects to the Court's demand for possible confidential political information relating to elections of members which may be contemplated or discussed by members.  The Court should remove that portion of its Order which requires the legislature to disclose such information.

Respectfully submitted,

/s/  Anna Stewart Whites_____
**ANNA STEWART WHITES**
600 E. Main Street
Frankfort KY 40601
 (502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

**PIERCE WHITES**
Office of the Speaker
Capitol Building, Rm. 309
Frankfort KY 40601
(502) 564-3366
pierce.whites@LRC.KY.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2013 a copy of the foregoing Reply was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

s/Anna Stewart Whites_____