**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** ) ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, ) | Civil No. 2:13-cv-00068 |
| v. ) ) | DJB-GFVT-WOB |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** ) ) ) ) | |
| Defendants. ) | |
| **MARTIN HERBERT, et al.** ) ) ) ) | |
| Plaintiffs, ) | Civil No. 3:13-cv-00025 |
| v. ) ) ) ) | DJB-GFVT-WOB |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** ) ) ) | |
| Defendants. ) | |

**DEFENDANT SPEAKER STUMBO'S NOTICE OF FILING TO CORRECT DEFICIENCY AND FILING OF DRAFT ORDER IN SUPPORT OF MOTION TO AMEND THE COURT'S SCHEDULING ORDER**

Comes Defendant Speaker Stumbo, by counsel, and pursuant to this Court's Order of August 19, 2013, requesting correction of a deficiency as noted with regard to Defendant's Motion (R. 101) and hereby provides notice of filing of the requested Proposed Order, attached hereto, to relate to the Motion to Amend Scheduling Order and the Court's Order of August 19, 2013, found at R. 100.

Respectfully submitted,

/s/ Anna Stewart Whites

**ANNA STEWART WHITES**
600 E. Main Street
Frankfort KY 40601
 (502) 352-2373/FAX 352-6860
AnnaWhites@aol.com

**PIERCE WHITES**
Office of the Speaker
Capitol Building, Rm. 309
Frankfort KY 40601
(502) 564-3366
pierce.whites@LRC.KY.GOV

## CERTIFICATE OF SERVICE

     I hereby certify that on August 19, 2013 a copy of the foregoing Notice of Filing and Draft Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

                            s/Anna Stewart Whites_____