# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ) ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, | ) | **Civil No. 2:13-cv-00068** |
| v. | ) | **DJB-GFVT-WOB** |
| | ) | |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | ) ) ) | |
| Defendants. | ) | |
| **MARTIN HERBERT, et al.** | ) ) ) ) | |
| Plaintiffs, | ) | **Civil No. 3:13-cv-00025** |
| v. | ) | **DJB-GFVT-WOB** |
| | ) ) | |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | ) ) ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

Comes the Court, having been sufficiently advised as to the conflict between its Order scheduling a telephone conference (R. 100) and the legislative schedule, and hereby AMENDS the earlier order to provide for a 4:00 p.m. start time for the phone conference.

This the 19th day of August, 2013.

_____
Judge, Eastern District of Kentucky