UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 13-cv-68 DJB-GFVT-WOB |
| V. | ) ) | |
| KENTUCKY LEGISLATIVE RESEARCH COMMISSION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| MARTIN HERBERT, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 13-cv-25 DJB-GFVT-WOB |
| V. | ) ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) ) ) | **ORDER** |
| Defendants. | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

This matter is before the court upon the motion of Greg Stumbo, Speaker of the Kentucky House of Representatives, to continue the telephonic hearing previously scheduled for Monday, August 19, 2013 at 1:00 p.m. The court set the hearing at this time in response to Speaker Stumbo's representations that immediate action by this Court was required for the House of

Representations to carry out its business on the first day of the special legislative session. [R. 98-1 at 6]. However, as Speaker Stumbo now clarifies that a later time would be less disruptive to the legislative process, a continuance is appropriate. Accordingly, it is hereby **ORDERED** that Speaker Stumbo's Motion to Continue [R. 101] is **GRANTED** and the telephonic hearing is rescheduled for **Monday, August 19, 2013, at 4:00 p.m**.

BY THE COURT:

Gregory F. Van Tatenhove
U.S. District Judge