UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | ) ) ) ) | ELECTRONICALLY FILED |
| Plaintiffs, | ) | Civil No. 2:13-cv-00068 |
| v. | ) ) | DJB-GFVT-WOB |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) ) ) ) | |
| Defendants. | ) | |
| MARTIN HERBERT, et al. | ) ) ) ) | |
| Plaintiffs, | ) | Civil No. 3:13-cv-00025 |
| v. | ) ) ) | DJB-GFVT-WOB |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ALTERING, AMENDING AND VACATING IN PART THE ORDER ENTERED AUGUST 16, 2013**

Comes the Court, having reviewed the relevant evidence and arguments and hereby Orders that the 2002 Kentucky redistricting lines shall stay in effect for purposes of defining the geographic boundaries of any special election that may arise prior to the conduction of the regularly scheduled 2014 elections. This Order is required so that effect may be given to controlling Kentucky law.

1

It is so Ordered.

This the ___ day of August, 2013.

_____
Judge Van Tatenhove