UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>KENTUCKY LEGISLATIVE RESEARCH COMMISSION, et al., )<br>)<br>Defendants. ) | Civil No. 13-cv-68<br>DJB-GFVT-WOB |
| MARTIN HERBERT, et al., )<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>KENTUCKY STATE BOARD OF ELECTIONS, et al., )<br>)<br>Defendants. ) | Civil No. 13-cv-25<br>DJB-GFVT-WOB<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

This matter is before the Court upon the Motions of Greg Stumbo, Speaker of the Kentucky House of Representatives, to Amend the Court's August 16, 2013 Order [R. 98, R. 99, R. 104]. Because of the need for the prompt resolution of these motions, the court shall accelerate the normal response times permitted parties under LR 7.1(c). During the telephonic

hearing, the Plaintiffs indicated they were agreeable to responding to the Speaker's motions within twenty-four (24) hours. Accordingly, it is hereby **ORDERED** that the Plaintiffs shall have until **Tuesday, August 20, 2013 at 5:00 p.m.** to file any response to Speaker Stumbo's various motions for relief [R. 98, R. 99, R. 104].

This 19th day of August, 2013.

BY THE COURT:

Gregory F. Van Tatenhove
U.S. District Judge