**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, | |
| Plaintiffs, | Case No. 2:13cv00068 |
| v. | **Electronically filed** |
| COMMONWEALTH OF KY, *et al.*, | |
| Defendants. | |
| MARTIN HERBERT, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:13cv00025 |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

### ORDER DENYING SPEAKER STUMBO'S MOTIONS TO ALTER AND STAY THE JUDGMENT

Speaker Stumbo's motions seeking to alter and stay this Court's judgment [DE#98; DE#99], are denied without prejudice to his ability to re-raise these issues, if necessary, at the time that there exists a vacancy in a legislative district.

IT IS SO ORDERED, BY THE COURT:

_____

Judge Van Tatenhove