# Local Mandate Fiscal Impact Estimate
# Kentucky Legislative Research Commission
# 2012 Regular Session

## Part I:  Measure Information

**Bill Request #:**   1298

**Bill #:**   HB 293 HCS

**Bill Subject/Title:**   Special Elections for members of the General Assembly

**Sponsor:**   Rep. Darryl Owens

Unit of Government:   ___ City        **X** County        **X** Urban-County
                     ___ Charter County   **X** Consolidated Local   ___ Unified Local Government

Office(s) Impacted:   County Clerks, Sheriffs

Requirement:   **X** Mandatory   ___ Optional

Effect on
Powers & Duties:   **X** Modifies Existing   ___ Adds New   ___ Eliminates Existing

## Part II:  Purpose and Mechanics

HB 293 HCS applies to situations whereby there is a vacancy in office in the State Senate or State House of Representatives, a writ of election has been filed designating a day for a special election to fill the vacancy in office, only one candidate has been nominated by a political party, and nobody has filed a declaration of intent to be a write in candidate or run as an independent or third party candidate.  Under these circumstances, county clerks must either conduct the voting in the county clerks' offices or in another place designated by the county board of elections and approved by the State Board of Elections.  These provisions do not apply if the special election is held on the day of a primary or general election, or on the same day as another special election.  Sheriffs are required to include the location of the election in the notices they are required to give before the election.

**HB 293 HCS makes a technical correction and permits county boards of elections, with the approval of the State Board of Elections, to designate more than one location as a voting place for the special election**.

A number of filing deadlines have been set at 28 days before the election to establish consistency, these dates having no financial impact on counties.

Page 1

### Part III:  Fiscal Explanation, Bill Provisions, and Estimated Cost

**The fiscal impact of HB 293 HCS on county government is still estimated to be a substantial cost savings when only one candidate is nominated and that candidate is unopposed.** In this case, HB 293 HCS would eliminate a countywide election and associated expenses.

The Kentucky County Clerks Elections Committee feels that voting the entire county or a large part of the county in the county clerk's office or another approved location in a special election would reduce election expenses, since funding would not be needed for four precinct election officers per precinct, programming voting machines, and other elections expenses.  The State Board of Elections finds that the median elections cost per precinct in Kentucky is $1,958.65, and the average cost per precinct is $2,118.55.

However, some concern has been expressed concerning whether a large number of voters could be accommodated in the clerk's office or other designated location.  Conducting an election in the county clerk's office would be in addition to all of the other duties of the county clerk conducted on any given day.

**Data Source(s):**     Kentucky County Clerks Elections Committee; Kentucky Sheriff's Association; State Board of Elections

**Preparer:**   Clint Newman          **Reviewer:**                          **Date:**