UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION- LONDON
CIVIL MINUTES-GENERAL

Eastern District of Kentucky
**F I L E D**
AUG 2 7 2013
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

DATE: August 19, 2013          AT: London

**COVINGTON**     Case No. **13-68-WOB-GFVT-DJB**

Style     Brown, et al v. Kentucky Legislative Research Commission, et al

**FRANKFORT**     Case No. **13-25-GFVT-WOB-DJB**

Style     Martin Herbert, et al v. Kentucky State Board of Elections, et al

---

PRESENT:     HON. DANNY J. BOGGS, U.S. CIRCUIT JUDGE
             HON. WILLIAM O. BERTELSMAN, U.S. DISTRICT JUDGE
             HON. GREGORY F. VAN TATENHOVE, U.S. DISTRICT JUDGE

Rebecca Chaney                                    Anne Banta (via telephone)
Deputy Clerk                                      Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
(By telephone)

Christopher Wiest for Brown Plaintiffs

M. Laughlin McDonald, Dale Ho and William Sharp for Herbert Plaintiffs

**ATTORNEYS PRESENT FOR DEFENDANTS:**
(By telephone)

Stanton Cave and Jessica Burke for Robert Stivers
Pierce Whites and Anna Whites for Greg Stumbo
Laura Hendrix for Legislative Research Commission
Clay Barkley for Commonwealth of Kentucky and Steve Beshear
Jonothan Salomon for Kentucky Board of Elections, Board Members and Allison Lundergan Grimes

PROCEEDINGS: TELEPHONIC MOTION HEARING

 This matter was called for a telephonic motion hearing with counsel participating as noted. The Court heard argument of counsel on pending motions DE Nos. [98, 99 & 104]. A separate order shall issue.

COPIES TO:
COR
Clerk's Initials: rcc

TIC: 0/45 minutes