# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 3:13cv00025 |

## PLAINTIFFS' JOINT MOTION TO ENTER FINAL JUDGMENT

The *Brown* Plaintiffs and the *Herbert* Plaintiffs (collectively "Plaintiffs") in the above-styled consolidated actions hereby jointly move the Court to enter the attached Proposed Final Judgment resolving all substantive issues in this lawsuit.[1]

---

[1] Plaintiffs have initiated a discussion with Defendants regarding a proposed agreement regarding prevailing party status and an award of reasonable attorneys' fees and costs. If those attempts are unsuccessful, Plaintiffs intend to pursue those issues by way of a timely request to the Court. *See* LR 54.4.

In support of this motion,[2] undersigned Plaintiffs' counsel notify this Court that, after reviewing the newly-adopted House and Senate legislative maps and conferring with their clients, Plaintiffs do not offer any objections to those enacted (and presently operative) legislative districts. Thus, Plaintiffs will not seek to amend their pleadings to reflect additional or different challenges to the newly-enacted maps, nor will they seek other relief from the Court regarding those maps. Because there remain no unresolved substantive legal issues between the parties for this Court's resolution, and because Plaintiffs have already received the full relief that they sought in their Complaints, Plaintiffs assert that entry of a final judgment incorporating this Court's August 16, 2013 Memorandum Opinion and Order (and the declaratory and injunctive relief granted therein) is appropriate. [RE #97.]

Respectfully submitted,

s/ Christopher D. Wiest (by wes w/ permission)
Christopher D. Wiest (KBA 90725)
Chris Wiest, Atty at Law PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
513-257-1895 (v)
chriswiestlaw@yahoo.com

s/ William E. Sharp
William E. Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

---

[2] Because this motion merely seeks entry of a final judgment, *i.e.* routine relief, the grounds therefore are included within the motion rather than in a separate memorandum of law. LR 7.1

Rick Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
859/578-3855 (v)
rbrueggemann@hemmerlaw.com

*Counsel for Brown Plaintiffs*

Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
(404) 500-1235
lmcdonald@aclu.org

Dale Ho
ACLU Voting Rights Project
125 Broad Street
New York, NY 10004
(212) 549-2693
dale.ho@aclu.org

Ben Carter
BEN CARTER LAW PLLC
455 South Fourth Street, Suite 902
Louisville, KY 40202
ben@bencarterlaw.com
ACLU of KY Cooperating Attorney

*Counsel for Herbert Plaintiffs*

# CERTIFICATE OF SERVICE

      I certify that on August 29, 2013, I electronically filed this Plaintiffs' Joint Motion to Enter Final Judgment with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Stanton L. Cave<br>s.cave1@insightbb.com<br>Jessica A. Burke<br>jessica@jblawoffices.net<br><br>*Counsel for Senate President Robert Stivers* | Pierce B. Whites<br>piercewhites@aol.com<br>Anna S. Whites<br>annawhites@aol.com<br><br>*Counsel for House Speaker Greg Stumbo* |
| Clay A. Barkley<br>clay.barkley@ag.ky.gov<br>Matt James<br>matt.james@ag.ky.gov<br><br>*Counsel for Gov. Steve Beshear,*<br>*Commonwealth of Kentucky* | Laura H. Hendrix<br>laura.hendrix@lrc.ky.gov<br>Greg A. Woosley<br>greg.woosley@lrc.ky.gov<br><br>*Counsel for KY Legislative Research*<br>*Commission* |

Lynn Sowards Zellen
lynn.zellen@ky.gov
Noel E. Caldwell
ncaldwell@caldwelllawyers.com
Jonathan T. Salomon
jsalomon@tachaulaw.com

*Counsel for Kentucky State Bd. of Elections, Secretary of State Alison L. Grimes, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, Roy Sizemore, and Maryellen Allen*


                                            s/ William E. Sharp
                                            *Counsel for the Herbert Plaintiffs*