UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CASE NO. 2:13-CV-068-WOB-GFVT-DJB

KENNY BROWN, ET AL                                          PLAINTIFFS

VS.

THE COMMONWEALTH OF KENTUCKY,
ET AL.                                                      DEFENDANTS

AND

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CASE NO. 3:13-CV-025-GFVT-WOB-DJB

MARTIN HERBERT, ET AL.                                      PLAINTIFFS

VS.

KENTUCKY STATE BOARD OF
ELECTIONS, ET AL.                                           DEFENDANTS

### ORDER

Counsel for defendant Stumbo having requested leave to file a response to the plaintiffs' joint motion to enter final judgment (Doc. 110), and the Court being otherwise advised,

**IT IS ORDERED** that defendant Stumbo or any other party may file such response **on or before Wednesday, September 4, 2013.**

This 30th day of August, 2013.



Signed By:
William O. Bertelsman
United States District Judge