UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN,** *et al.*, | ) | |
| Plaintiffs | ) | Case No. 2:13-cv-00068- DJB-GFVT-WOB |
| v. | ) | |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | ) | |
| Defendants. | ) | |
| and | ) | |
| **MARTIN HERBERT,** *et al.*, | ) | |
| Plaintiffs, | ) | (Consolidated Action Case No. 2:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) | |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | ) | |

## MOTION FOR STATUS CONFERENCE

Defendant, Senate President Robert Stivers ("Senator Stivers"), by counsel, respectfully moves this Court to schedule an in-person/telephonic status conference in advance of the final pretrial conference currently scheduled for September 18, 2013. In support of his motion, President Stivers states as follows:

1. On August 23, 2013, the Kentucky House of Representatives and the Kentucky Senate passed HB 1 which contained newly redrawn districts for the House of Representatives and the Kentucky Senate based on 2010 census data. Governor Steve Beshear has signed HB 1

1

into law. HB 1 contained an emergency clause and thus became effective immediately. This concluded the extraordinary session of the General Assembly.

2. The Court's Scheduling Order, entered June 27, 2013 [Doc. 49], appears to contemplate the possibility that the plaintiffs (or potentially other yet-to-be-identified parties) may challenge the constitutionally of districts that were drawn during the extraordinary session of the General Assembly. The Scheduling Order also scheduled a trial to begin on Monday, September 23, 2013.

3. On August 29, 2013, the plaintiffs filed a joint motion to enter final judgment [Doc. 110] stating, among other things, that after reviewing the recently enacted HB 1 from the extraordinary session the plaintiffs will not be amending their pleadings to challenge the newly drawn House and Senate districts. Instead, the plaintiffs seek an order from the Court granting a final judgment and give notice that they will make application for attorneys fees after entry of such an order.

4. Given that the plaintiffs do not appear to be challenging the constitutionality of the newly drawn districts and the fact that no other parties have attempted to intervene, Senator Stivers respectfully requests that a status conference be convened the Court's earliest convenience to clarify the remaining issues, if any, and see how the Court would like the parties to proceed. To this end, President Stivers asks that the deadlines in the Scheduling Order, including final discovery and pretrial motions, be temporarily suspended unless and until the next steps in the case are clear.

5. The purposes of this motion is not to delay or interfere with the Court's Scheduling Order in any way; however, the parties have previously responded to the Court's guidance though its previous Orders and Opinions. It appears that disputes associated with the

House and Senate redistricting may now even be resolved. The remaining issues before the Court could be refined and addressed by a brief status conference. This would respect the Court's valuable time and enable the parties to conserve public resources.

WHEREFORE, Senate President Stivers respectfully requests an in person/telephonic status conference be scheduled at the Court's earliest convenience and that pretrial deadlines in the Scheduling Order be suspended -- at least temporarily.  A proposed order is tendered herewith.

Respectfully submitted,

*/s/ Stanton L. Cave*
_____
Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com
*Special General Counsel to Senate President Robert Stivers in his Official Capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, the foregoing was served via the Court's CM/ECF electronic filing and service system.

*/s/ Stanton L. Cave, Esq.*_____
Stanton L. Cave, Esq.