UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

|  |  |
|---|---|
| **KENNY BROWN,** *et al.*, | ) |
| Plaintiffs | ) Case No. 2:13-cv-00068- DJB-GFVT-WOB |
| v. | ) |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | ) |
| Defendants. | ) |
| and | ) |
| **MARTIN HERBERT,** *et al.*, | ) |
| Plaintiffs, | ) (Consolidated Action Case No. |
|  | ) 2:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | ) |

## ORDER

This matter having come before the Court upon the motion by defendant, Senate President Robert Stivers, for scheduling of a status conference, and this Court being sufficiently advised, it is hereby **ORDERED** that a status conference in the above-styled action is scheduled for September ___, 2013, at _____ am/pm at _____. It is further ORDERED that the remaining deadlines set forth in the Court's June 27, 2013 Scheduling Order [Doc 49] are hereby suspended.

1

                                        _____
Judge, United States District Court or United States Court of Appeals for the Sixth Circuit

**TENDERED BY:**

*/s/ Stanton L. Cave*

_____
Stanton L. Cave, Esq.
Lexington, KY  40591-0457
Telephone (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com
*Counsel for Defendant, Senate President Robert Stivers*