**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | **ELECTRONICALLY FILED** |
| Plaintiffs, | Civil No. 2:13-cv-00068 |
| v. | DJB-GFVT-WOB |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | |
| Defendants. | |
| **MARTIN HERBERT, et al.** | |
| Plaintiffs, | Civil No. 3:13-cv-00025 |
| v. | DJB-GFVT-WOB |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | |
| Defendants. | |

## MOTION TO DISMISS

Defendant, Kentucky Legislative Research Commission ("LRC"), by counsel, and consistent with the Court's Scheduling Order, respectfully moves this Honorable Court to dismiss all of the Plaintiffs' claims, with prejudice, for the reasons stated below:

(1) On August 23, 2013, in the 2013 First Extraordinary Session, the Kentucky General Assembly enacted House Bill 1, which consisted of new legislative district lines for the Kentucky Senate and the Kentucky House of Representatives and included an emergency clause making the new district lines effective upon the Governor's signature;

(2) On August 23, 2013, the Governor of the Commonwealth of Kentucky, Steven L. Beshear, signed House Bill 1, giving legal effect to the new legislative district lines as of that date, *see* Acts 2013 (1st Ex. Sess.), ch. 1;

(3) The legislative district lines established by Acts 2013 (1st Ex. Sess.), ch. 1 meet all of the requirements of the United States Constitution, the Kentucky Constitution, and any other applicable law;

(4) The Plaintiffs have asserted to the Court that they do not offer any objections to the legislative districts enacted during the 2013 First Extraordinary Session, that there are no unresolved substantive legal issues between the parties, and that they will not seek any other relief from the Court regarding the new legislative districts, *see* Motion to Enter Final Judgment, RE. 110, p. 2; and

(5) Therefore, this Court has no subject matter jurisdiction, under Article III, as all of the substantive issues are now moot and there is no live case or controversy to be resolved between the parties.

This motion is supported by a memorandum of law, which is filed contemporaneously herewith. A Proposed Order is filed.

Respectfully submitted,

s/ Laura H. Hendrix_____
Laura H. Hendrix
General Counsel
Legislative Research Commission
State Capitol Annex, Room 104
Frankfort, Kentucky 40601
Telephone: (502) 564-8100
Fax: (502) 564-6543
Laura.hendrix@lrc.ky.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2013, a copy of the foregoing Motion to Dismiss was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail or electronic mail.  Parties may access this filing through the Court's electronic filing system.

                                                      s/ Laura H. Hendrix