UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,** | ) ) ) ) | **ELECTRONICALLY FILED** |
| Plaintiffs, | ) ) | **Civil No. 2:13-cv-00068** |
| v. | ) ) | **DJB-GFVT-WOB** |
| **THE COMMONWEALTH OF KENTUCKY, et al.,** | ) ) ) ) | |
| Defendants. | ) ) ) | |
| **MARTIN HERBERT, et al.** | ) ) ) ) | |
| Plaintiffs, | ) ) | **Civil No. 3:13-cv-00025** |
| v. | ) ) ) | **DJB-GFVT-WOB** |
| **KENTUCKY STATE BOARD OF ELECTIONS, et al.,** | ) ) ) ) | |
| Defendants. | ) ) | |

## PROPOSED ORDER

   The Kentucky Legislative Research Commission having moved the Court to dismiss the Plaintiffs' claims for lack of subject matter jurisdiction and mootness, and the Court being sufficiently advised, it is hereby ordered, adjudged, and decreed as follows:

   1.  The Kentucky General Assembly enacted new legislative district lines for the Kentucky Senate and the Kentucky House of Representatives in the 2013 First Extraordinary

Session, which were effective upon the signature of the Governor of the Commonwealth of Kentucky, Steven L. Beshear, on August 23, 2013.

    2.    The Plaintiffs have asserted to the Court that they do not offer any objections to the new legislative districts enacted during the 2013 First Extraordinary Session of the Kentucky General Assembly, that there are no unresolved substantive legal issues between the parties, and that they will not seek any other relief from the Court regarding the new legislative districts.

    Therefore, **IT IS ORDERED** that the LRC's Motion to Dismiss is hereby **GRANTED**, and the Plaintiffs' claims are **DISMISSED WITH PREJUDICE** as they are moot, and there are no viable claims as a matter of law. This is a final judgment and there is no just cause for delay. FRCP 54.

    **IT IS SO ORDERED.**

        Respectfully Submitted:

        _ s/ Laura H. Hendrix_____
        Laura H. Hendrix
        General Counsel
        Legislative Research Commission
        State Capitol Annex, Room 104
        Frankfort, Kentucky 40601
        Telephone:  (502) 564-8100
        Laura.Hendrix@lrc.ky.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2013, a copy of the foregoing Proposed Order was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

        s/ Laura H. Hendrix_____