Eastern District of Kentucky
FILED
SEP - 6 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., <br><br> Plaintiffs, <br><br> V. <br><br> KENTUCKY LEGISLATIVE RESEARCH COMMISSION, et al., <br><br> Defendants. | Civil No. 13-cv-68 <br> DJB-GFVT-WOB |
| MARTIN HERBERT, et al., <br><br> Plaintiffs, <br><br> V. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Civil No. 13-cv-25 <br> DJB-GFVT-WOB <br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

The Kentucky General Assembly having enacted a new redistricting plan and in light of the nature of the pending final dispositive motions, it is hereby **ORDERED** as follows:

(1) The Final Pretrial Conference set for September 18, 2013 and Bench Trial set for September 23, 2013 are **CANCELLED**.

(2)  The Parties shall have **fifteen (15) days** to file any Response to the Plaintiffs' Joint Motion to Enter Final Judgment [R. 110], the Kentucky Legislative Research Commission's Motion to Dismiss [R. 115], and Senate President Robert Stivers' Statement Concerning the Constitutionality of the Senatorial District Plan in HB1 [R. 116]. Any Reply shall be filed within **five (5) days** of the filing of such a Response.

This 6th Day of September, 2013.

BY THE COURT:

_____
Gregory F. Van Tatenhove
U.S. District Judge