UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| **KENNY BROWN**, *et al.*, | ) | |
| Plaintiffs | ) | Case No. 2:13-cv-00068- DJB-GFVT-WOB |
| v. | ) | |
| **COMMONWEALTH OF KENTUCKY**, *et al.*, | ) | |
| Defendants. | ) | |
| and | ) | |
| **MARTIN HERBERT**, *et al.*, | ) | |
| Plaintiffs, | ) | (Consolidated Action Case No. 2:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) | |
| **KENTUCKY STATE BOARD OF ELECTIONS**, *et al.*, | ) | |

### DEFENDANT, SENATOR ROBERT STIVERS, JOINDER IN COMBINED REPLY/RESPONSE OF THE LRC IN SUPPORT OF THE LRC'S MOTION TO DISMISS AND IN OPPOSITION TO THE PLAINTIFFS' JOINT MOTION FOR JUDGMENT

Pursuant to an Order, entered September 6, 2013 [Doc. 116], the parties had until September 23, 2013, to file a response to the plaintiffs' joint motion to enter final judgment. Defendant, Senator Robert Stivers, concurs with and joins in the combined reply/response of the

LRC in support of the LRC's motion to dismiss and in opposition to the plaintiffs' joint motion for judgment, filed September 23, 2013, [Doc. 119].

        Respectfully submitted,

        */s/ Stanton L. Cave*
        _____
        Stanton L. Cave, Esq.
        LAW OFFICE OF STAN CAVE
        P.O. Box 910457
        Lexington, KY 40591-0457
        Telephone: (859) 309-3000
        Facsimile: (859) 309-3001
        Email: stan.cave@insightbb.com
        *Special General Counsel to Senate President Robert Stivers in his Official Capacity*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 23, 2013, the foregoing was served via the Court's CM/ECF electronic filing and service system.

        */s/ Stanton L. Cave, Esq.*
        _____
        Stanton L. Cave, Esq.