Commonwealth of Kentucky
House of Representatives
2013 Extraordinary Session

HOUSE BILL 1          AN ACT relating to redistricting.

Final Passage

         YEAS:       79                                        RCS#   16
         NAYS:       18                                        8/23/2013
    ABSTAINED:        0                                        11:09:15 AM
   NOT VOTING:        3

YEAS: 79

| ADAMS | DONOHUE | KOENIG | RUDY |
|---|---|---|---|
| ADKINS | DOSSETT | MARZIAN | SHELL |
| BECHLER | FLOOD | MCKEE | SHORT |
| BELL | FLOYD | MEADE | SIMPSON |
| BENVENUTI | GLENN | MEEKS | SINNETTE |
| BRATCHER | GOOCH | MEREDITH | STACY |
| BURCH | GRAHAM | MILLER | STEELE |
| BUTLER,De | GREER | MILLS | STEWART |
| CARNEY | HALL | MONTELL | STONE |
| CLARK,L. | HARMON | OSBORNE | STUMBO |
| COLLINS | HEATH | OVERLY | THOMPSON |
| COMBS | HENDERSON | OWENS | TILLEY |
| COUCH | HERALD | PALUMBO | TURNER |
| COURSEY | HOOVER | PULLIN | UPCHURCH |
| CRENSHAW | HORLANDER | RADER | WATKINS,D |
| CRIMM | IMES | RAND | WATKINS,G |
| DAMRON | JENKINS | RICHARDS | WAYNE |
| DECESARE | KAY | RIGGS | WEBBER |
| DENHAM | KEENE | RINER | WESTROM |
| DEWEESE | KING,M.J. | ROWLAND | |

NAYS: 18

| BUNCH | KING,K. | MOORE | WAIDE |
|---|---|---|---|
| BUTLER,Dw | LEE,J. | QUARLES | WUCHNER |
| EMBRY | LEE,S. | SANTORO | YORK |
| FISCHER | LINDER | SMART | |
| KERR | MAYFIELD | ST. ONGE | |

ABSTAINED: 0

"ROLL CALL VOTE/WEB FACSIMILE
FOR VOTE MODIFICATIONS SEE LINK"

NOT VOTING: 3

| ARNOLD | NELSON | YONTS |
|---|---|---|