UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

```
KENNY BROWN, individually        )
and in his official capacity     )
as the Boone County Clerk,       )
et al.,                          )
                                 )
     Plaintiffs,                 )    Civil No. 13-cv-68
                                 )    DJB-GFVT-WOB
V.                               )
                                 )
KENTUCKY LEGISLATIVE             )
RESEARCH COMMISSION, et al.      )
                                 )
     Defendants.                 )
_____  )
                                 )
MARTIN HERBERT, et al.           )
                                 )
     Plaintiffs,                 )    Civil No. 13-cv-25
                                 )    DJB-GFVT-WOB
V.                               )
                                 )
KENTUCKY STATE BOARD OF          )    **PERMANENT INJUNCTION**
ELECTIONS, et al.                )
                                 )
                                 )
     Defendants.                 )
_____  )
```

*** *** *** ***

Before: BOGGS, *Circuit Judge*, VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

Pursuant to the Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

(1)   Defendants **Kentucky Legislative Research Commission; the Kentucky State Board of Elections; Allison Lundergan Grimes**, in her official capacities as Secretary

of State & Chair of the Kentucky State Board of Elections; **David Cross**, in his official capacity as Board Member of the Kentucky State Board of Elections; **John W. Hampton**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Stephen Huffman**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Denise May**, in her official capacity as Board Member of the Kentucky State Board of Elections; **George Russell**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Maryellen Allen**, in her official capacity as Board Member of the Kentucky State Board of Elections; **Roy Sizemore**, in his official capacity as Board Member of the Kentucky State Board of Elections; **Steve Beshear**, in his official capacity as Governor of the Commonwealth of Kentucky; **Greg Stumbo**, in his official capacity as Speaker of the Kentucky House of Representatives; and **Robert Stivers**, in his official capacity as President of the Kentucky Senate; their officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them, are **PERMANENTLY RESTRAINED AND ENJOINED** from administering further elections pursuant to the 2002 state legislative electoral districts (KRS §§ 5.010-5.300 (2002)); and

    (2)  The Court hereby retains jurisdiction to enforce this injunction.[1]

    This 31st day of October, 2013.

---

[1] When a court issues an injunction, it automatically retains jurisdiction to enforce it.  See *Lorillard Tobacco Co. v. Chester, Willcox & Saxbe*, 589 F.3d 835, 844 (6th Cir. 2009) (citations omitted).