**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 3:13cv00025 |

### *BROWN* PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

The *Brown* Plaintiffs, pursuant to this Court's Order, dated October 31, 2013 [R.E. #127], move this Court for an award of attorney fees and costs under 42 U.S.C. § 1988. This request is supported by the attached Declarations of Richard Brueggemann, Christopher Wiest, and Benjamin Dusing, with supporting documentation seeking a total award of $114,651.42, of which $113,135.00 is attributable to attorney fees and $1,516.42 to costs/out of pocket expenses. submit this memorandum in support of their motion for an award of attorneys' fees and costs in the above captioned matter.

1

        Respectfully submitted,

        <u>s/ Christopher D. Wiest</u>
        Christopher D. Wiest (KBA 90725)
        Chris Wiest, Atty at Law PLLC
        25 Town Center Blvd, Suite 104
        Crestview Hills, KY 41017
        513-257-1895 (v)
        chriswiestlaw@yahoo.com

        Rick Brueggemann (90619)
        E. Jason Atkins (88044)
        Hemmer DeFrank, PLLC
        250 Grandview Dr.
        Fort Mitchell, KY 41017
        859/578-3855 (v)
        rbrueggemann@hemmerlaw.com

        *Counsel for Brown Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2013, I electronically filed this Brown Plaintiffs' Motion for Attorney Fees with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Stanton L. Cave | Pierce B. Whites |
| s.cave1@insightbb.com | piercewhites@aol.com |
| Jessica A. Burke | Anna S. Whites |
| jessica@jblawoffices.net | annawhites@aol.com |
| | |
| *Counsel for Senate President Robert Stivers* | *Counsel for House Speaker Greg Stumbo* |
| | |
| Clay A. Barkley | Laura H. Hendrix |
| clay.barkley@ag.ky.gov | laura.hendrix@lrc.ky.gov |
| Matt James | Greg A. Woosley |
| matt.james@ag.ky.gov | greg.woosley@lrc.ky.gov |
| | |
| *Counsel for Gov. Steve Beshear, Commonwealth of Kentucky* | *Counsel for KY Legislative Research Commission* |

2

Lynn Sowards Zellen
lynn.zellen@ky.gov
Noel E. Caldwell
ncaldwell@caldwelllawyers.com
Jonathan T. Salomon
jsalomon@tachaulaw.com

*Counsel for Kentucky State Bd. of Elections, Secretary of State Alison L. Grimes, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, Roy Sizemore, and Maryellen Allen*

William E. Sharp
Laughlin McDonald
Dale Ho
Ben Carter
ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

*Counsel for ACLU*

                                        s/ Christopher D. Wiest
                                        *Counsel for the Brown Plaintiffs*