UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, | |
| Plaintiffs, | Case No. 2:13cv00068 |
| v. | **Electronically filed** |
| COMMONWEALTH OF KY, *et al.*, | |
| Defendants. | |
| MARTIN HERBERT, *et al.*, | |
| Plaintiffs, | Case No. 3:13cv00025 |
| v. | |
| KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, | |
| Defendants. | |

## ORDER GRANTING *BROWN* PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS

The Court, being fully apprised, hereby awards the *Brown* Plaintiffs an award of attorney fees and costs under 42 U.S.C. § 1988 of $114,651.42, of which $113,135.00 is attributable to attorney fees and $1,516.42 to costs/out of pocket expenses.

IT IS SO ORDERED:

_____
Judge

1