UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KENTUCKY LRC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13cv00068<br><br>**Electronically filed** |
| MARTIN HERBERT, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GRIMES, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13cv00025 |

**DECLARATION OF RICHARD A. BRUEGGEMANN, IN SUPPORT OF MOTION FOR <u>ATTORNEY FEES</u>**

Richard A. Brueggemann makes the following declaration under 28 U.S.C. 1746:

　　1.　　My name is Richard A. Brueggemann, and I am co-counsel for the Plaintiffs in the matter of *Brown v. Kentucky LRC*, et. al.

　　2.　　I received my undergraduate degree from Northern Kentucky University in 2001, and my law degree from Northern Kentucky University, Chase College of Law in 2004. I have been admitted to practice law in Kentucky since May 2, 2005, and have actively practiced law in Kentucky since 2005. A true and accurate copy of my *curriculum vitae* is attached at Exhibit A.

3. Based on my background, experience, and skill, the hours requested in the fee application have been necessarily expended.

4. The fees requested comport with and are reasonable in light of the factors contained in the Kentucky Rules of Professional Conduct 3.130(1.5) insofar as they accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved, the skill required to perform the work properly, comport with fees customarily charged by others for similar legal services, and are appropriate in light of the results obtained.

5. I am a member in good standing of the Kentucky Bar. I am also licensed to practice law in the United States Supreme Court, the United States District Courts for the Eastern District of Kentucky, the United States Court of Appeals for the Sixth Circuit, the United States Bankruptcy Court for the Eastern District of Kentucky, and the United States Tax Court.

6. Since 2005, I practiced law with the Hemmer DeFrank PLLC law firm. My experience includes federal and state court litigation, practice in front of administrative tribunals, and the like. I have litigated scores of cases, many as lead counsel.

7. In my current practice, I charge clients on a case by case basis. My rates vary, but can exceed $300 per hour depending on the matter and manner of compensation. When the attorney fee is contingent in nature, or where no fee would have been payable in the event an award was not granted, the equivalent rate would be higher than a typical hourly rate. Complex litigation of significant matters such as this one mitigate in favor of a higher attorney's fee.

8. I have served as lead counsel in numerous cases in state courts or administrative adjudicative bodies to final decision or resolution, some of which I argued through appeal, including, without limitation, *Collett v. Dailey*, 371 S.W.3d 777 (Ky. Ct. App. 2011), *cert. denied*, 2011-SC-000786 (Ky. S. Ct., Aug. 15, 2012); and *Duebel v. Kroger*, 2013 Ky. App. Unpub. LEXIS 149 (Ky. Ct. App. Feb. 15, 2013). I have served or am serving as lead counsel in the following cases in U.S.

District Court, namely, *Jones v. United States of America*, 2:09-cv-00080-WOB-JGW(US Dist. Ct., E.D. Ky., closed 2010), *Doe v. Walton Verona Bd. of Educ.*, 2012 U.S. Dist. LEXIS 136026 (US Dist. Ct., E.D. Ky. 2012) (pending); and as associate or support counsel in *JRT Holdings, LLC v. Kurlas, et al.*, 2:10-cv-00250-WOB-JGW (US Dist. Ct., E.D. Ky., closed 2012), *SSC Industries, LLC v. North Bend Biofuels, LLC, et al.* 2:09-cv-00099-WOB-JGW (US Dist. Ct., E.D. Ky., closed 2011), *Rosemond v. Markham et al.*, 3:13-cv-00042-GFVT (US Dist. Ct., E.D. Ky., filed 2013) (pending). In addition, I have served as lead counsel and resolved to final decision in the U.S. Tax Court the matter of *Edward R. Johnson v. Commissioner*, 5044-11S (2011), and as co-counsel in *Christy C. Kleymeyer, et al. v. Commissioner*, 15472-09S (closed, 2011), and *Kennett Truck Stop Inc. v. Commissioner*, 17455-12S (closed 2012). The rates in these cases varied between hourly and contingency as described above in paragraph 7.

9. The U.S District Court, Eastern District of Kentucky, Northern Division, at Covington, is the same general legal market as the Western Division of the Southern District of Ohio, at Cincinnati. For the Western Division of the Southern District of Ohio, Judge Rubin established a committee which set rates for attorney fees based on years of experience in 1983, and adjusted 4% per year after that year. The 1983 Rubin rate, for an attorney with 8-9 years of experience, is the "Young Partners (6 to 10 years of experience)—$96.39/hour" rate. Adjusted 4% per year, which is the factor employed by courts and approved by the Sixth Circuit, this equates to a rate of $312.69 per hour. The rate sought in this matter is less than that rate.

10. It is my opinion that the prevailing market rates for civil rights litigation in federal court in the Eastern District of Kentucky, and specifically the Covington, Kentucky market where this matter was filed, is $275 per hour for an attorney with my experience. Moreover, considering that the attorney's fee was contingent in nature such that and no fee would have been

payable in the event litigation would have been unsuccessful also supports approval of a rate of at least $275 per hour.

11. I exercised billing judgment at the time the work was recorded. For instance, I did not record the majority of the many conversations I had with various individual plaintiffs, or every short assignment or phone call. I have reviewed each time entry, made a good faith effort to exclude hours that are excessive, redundant, or otherwise unnecessary. Thus, compensation is not sought for all the work performed. All time entered on the case represents work contemporaneous with the work done described on the date of entry.

12. This particular case involved a number of factors that also support the requested rate and support the hours worked. First, a significant amount of time and labor was involved, and included, without limitation, required review and responses to filings of Speaker Stumbo, the Kentucky LRC, and Senate President Stivers. Secondly, as this Court is aware, it has been approximately 50 years since "one person, one vote" litigation was brought in federal court in Kentucky, raising issues of novelty and difficulty; some of those issues in this case reflected sovereign immunity and the *Ex Parte Young* doctrine, state and federal constitutional interplay under *Pennhurst*, various motions filed by Defendants on issues ranging from statute of limitations or mootness on the one hand, to ripeness on the other, as well as the core issue of when the failure to conduct redistricting after a census becomes a constitutional issue.

13. It is my opinion that, due to certain of the filings in this case, the Kentucky General Assembly passed maps that were perhaps the fairest maps to come out of that body in the last twenty years; and, while they are not perfect, this largely came out of the efforts of plaintiffs' attorneys in this case, which includes myself. This involved a great deal of work

involving research, review, editing and coordination to maximize the skill of all plaintiffs' counsel to perform the work properly.

14. As a practitioner in a small law firm, I recognized that acceptance of this case, including expedited deadlines inherent in any case involving voting rights and elections, would create a strain to my practice.

15. This case, as the Court is aware, also involved tight time limitations.

16. Plaintiffs in this case obtained everything they wanted: namely the declaration that the 2002 maps were unenforceable, an injunction against their continued use, and the passage of acceptable maps sufficiently in advance of the November 2013 residency deadlines to allow them to consider relocation, if necessary, to be eligible in the district they desired to serve. The results were significant and affected the candidacy of others besides plaintiffs, and the voting rights of millions of Kentuckians.

17. This case involved, from the outset, a level of undesirability. Rocking the boat with Frankfort, for plaintiffs and plaintiffs' counsel, carried with it certain risks, some of which appear to have come to pass, and other risks that may yet come to pass. Notwithstanding these issues, the case was brought out of a dire need for vindication of Constitutional rights for Kentucky citizens, a need well demonstrated by the history of redistricting in Kentucky as is adequately documented in the record.

18. Attached hereto, as Exhibit B, is a complete copy of my time entries and litigation costs for the above captioned matter to date (November 15, 2013).

Declared under penalty of perjury on November 15, 2013.

Richard A. Brueggemann

# Richard A. Brueggemann, Esq.

2800 Beaver Road, Union, Kentucky 41091   (Mobile) 859.468.4500   (Home) 859.485.7264
RBrueggemann@hemmerlaw.com

### PROFILE
Attorney and prior business manager practicing in the areas of civil litigation, administrative law, probate, business/corporate transactional law.

### CAREER HISTORY

**Hemmer DeFrank PLLC**
*Attorney, 2005 - Present*
- Currently practicing in areas of civil litigation, probate and administrative law, corporate / commercial transactional law.
- Notable or Reported Decisions, Orders and Opinions obtained, include:
    - *Collett v. Dailey*, 371 S.W.3d 777 (Ky. Ct. App. 2011), cert denied, 2011-SC-000786 (Ky. S. Ct., Aug. 15, 2012)
    - *Doe v. Walton Verona Bd. of Educ.*, 2012 U.S. Dist. LEXIS 136026 (US Dist. Ct., E.D. Ky. 2012)
    - *Duebel v. Kroger*, 2013 Ky. App. Unpub. LEXIS 149 (Ky. Ct. App. Feb. 15, 2013)
    - Ky. Op. Atty. Gen. 2010 Ky. AG LEXIS 131 (Ky. AG 2010)
    - Ky. Op. Atty. Gen. 06-ORD-148, 2006 WL 2309021 (Ky.A.G.)

**Bavarian Waste Services,**
*Landfill Manager (1995 – 2005), In-house Counsel (2005), Sales Manager (1999 – 2004)*
- Responsible for contract negotiation, conflict resolution and public relations.
- Negotiated deal and contract to establish power plant on landfill fueled by landfill's methane gas (20 year term).
- Managed compliance of 700tpd landfill and trucking operations with 95 employees.
- Litigation manager, including successful litigation of two cases on Constitutional grounds.
- Managed accounts receivables of over $12 million per year.

### PROFESSIONAL LICENSES
All State Courts of the Commonwealth of Kentucky
United States Supreme Court
United States Court of Appeals, Sixth Circuit; United States Tax Court
U.S. District Court, Eastern District of Kentucky; U.S. Bankruptcy Court (E.D. of Ky)

### EDUCATION

**Juris Doctor, Salmon P. Chase College of Law (NKU), Summa Cum Laude (Dec. 2004)**
- Awarded *Order of the Curia* upon graduation for class rank
- Deans List, 2001-2002; 2002-2003; 2003-2004
- Recipient of:
    - Chase Excellence Scholarship Award (for highest overall grade point average)
    - Rebecca Bloom Bettman Award (for highest overall grade point average)
    - John G. Carlisle Memorial Award (for highest overall grade point average)
    - Ernst Karam Book Award (for highest overall grade point average)
- Recipient of Excellence for the Future Awards for:
    - Criminal Law (highest grade)
    - Legal Writing (highest grade)
    - Constitutional Law I (highest grade)
    - Professional Responsibility (highest grade)
    - Trial Advocacy (highest grade)
- Salmon P. Chase Moot Court Exec. Board, Parliamentarian 2003
    - Winner of the Bettman Moot Court Competition
    - Best Oralist Award, Bettman Moot Court Competition
- Invited to Law Review for Academic Performance
- Recipient of Mary C. Gilday Award for excellence in Criminal Law and Criminal Procedure
- Named in the Who's Who Among Students In American Universities And Colleges 2004-05

**B.A., Northern Kentucky University, Magna Cum Laude**
Major in History; Minor in Writing

Exhibit A

| 11/15/2013 | Hemmer DeFrank PLLC | |
|---|---|---|
| 10:56 AM | Pre-bill Worksheet | Page 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Transaction Dat | Earliest - 11/15/2013 |
| Clie.Selection | Include: RDL01/GN001 |

| | |
|---|---|
| Nickname | RDL01/GN001 | Redistricting |
| Full Name | Redistricting Litigation |
| Address | c/o Kenny Brown |
| | 2950 Washington Street |
| | Burlington, KY 41005 |
| Phone 1 | Phone 2 |
| Fax | Phone 4 |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 11/15/2013 |
| Last payment | Amount $0.00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
| ID | Activity | Markup % | DNB Time | DNB Amt | |
|---|---|---|---|---|---|
| 4/17/2013 | RAB | 275.00 | 0.70 | 192.50 | Billable |
| 317995 | Review/analyze | | | | |

Review/reply to various emails from C. Wiest; review research and draft complaint on redistricting issue; teleconference with Larry Robinson, Kenny Brown, Cathy Flaig, Phyllis Sparks, Terry Donoghue, Brett Gaspard, and John Schickel regarding potential representation of same.

| 4/18/2013 | RAB | 275.00 | 2.30 | 632.50 | Billable |
|---|---|---|---|---|---|
| 317996 | Communicat/MISC | | | | |

Various memos and teleconferences with C. Wiest regarding redistricting lawsuit; review and revise complaint and forward proposed revisions to C. Wiest; various teleconferences with John Shickel; Kenny Brown; Ken Moellman, Brett Gaspard, Cathy Flaig, Terry Donoghue, Phyllis Sparks and Larry Robinson to discuss lawsuit; obtain client agreement from some of the same; follow up discussion with C. Wiest.

| 4/19/2013 | RAB | 275.00 | 2.60 | 715.00 | Billable |
|---|---|---|---|---|---|
| 317997 | Appear/attend | | | | |

Meet with C. Wiest and review complaint; various teleconferences with Kenny Brown and Larry Robinson; teleconference with Joe Fischer regarding issues in case he brought; discuss his prognoses of the claims.

| 4/22/2013 | RAB | 275.00 | 0.40 | 110.00 | Billable |
|---|---|---|---|---|---|
| 317998 | Communicat/CLI | | | | |

Various teleconferences with Kenny Brown, Bret Gaspard and C. Wiest.

| 4/22/2013 | RAB | 275.00 | 3.20 | 880.00 | Billable |
|---|---|---|---|---|---|
| 317999 | Communicat/CLI | | | | |

Teleconference with Kenny Brown regarding various concerns with contents of complaint; meet with C. Wiest to discuss research, teleconference with Joe Fisher and revisions to complaint; review/reply to various emails from prospective plaintiffs.

**Exhibit B**

| 11/15/2013 | Hemmer DeFrank PLLC | | |
|---|---|---|---|
| 10:56 AM | Pre-bill Worksheet | | Page 2 |

RDL01/GN001:Redistricting Litigation (continued)

| Date ID | Timekeeper Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/26/2013 318000 | RAB Other activity | 275.00 | 4.30 | 1,182.50 | Billable |

Obtain representation confirmation from various plaintiffs; meet with C. Wiest to finalize complaint; print, proof and file same with district court; review and revise press release; memo to clients.

| 5/11/2013 318394 | RAB Draft/revise | 275.00 | 0.30 | 82.50 | Billable |
|---|---|---|---|---|---|

Draft and file notice of appearance in redistricting litigation.

| 5/15/2013 318419 | RAB Communicat/CLI | 275.00 | 0.30 | 82.50 | Billable |
|---|---|---|---|---|---|

Teleconference with Vaughn Murphy regarding Stiver's request for additional time; teleconference with C. Wiest re same.

| 5/20/2013 318814 | EJA Review/analyze | 275.00 | 0.75 0.75 | 206.25 206.25 | No Charge |
|---|---|---|---|---|---|

Receive and review Answer of G. Stumbo, Kentucky Legislative Research Commission, Allison Lundergan Grimes and relevant attachments thereto.

| 5/30/2013 319374 | RAB Review/analyze | 275.00 | 0.20 | 55.00 | Billable |
|---|---|---|---|---|---|

Review order approving 3 judge panel; teleconference with C. Wiest regarding companion case.

| 6/18/2013 320903 | RAB Review/analyze | 275.00 | 1.40 | 385.00 | Billable |
|---|---|---|---|---|---|

Review various pleadings of defendants and motion for stay and conference C. Weist.

| 6/19/2013 320904 | RAB Review/analyze | 275.00 | 4.60 | 1,265.00 | Billable |
|---|---|---|---|---|---|

Review C. Weist's proposed answer to Robert Stivers' counterclaim; commence review of C. Weist's proposed memorandum of response in opposition to Greg Stumbo for Stay.

| 6/20/2013 320908 | RAB Communicat/CLI | 275.00 | 0.30 | 82.50 | Billable |
|---|---|---|---|---|---|

Various email correspondence and teleconference with C. Weist.

| 6/21/2013 320910 | RAB Appear/attend | 275.00 | 7.00 | 1,925.00 | Billable |
|---|---|---|---|---|---|

Meet with C. Weist and review pleadings, notes, motions and responses and discuss strategy for oral argument; obtain latest replies from clerk of court; meet with C. Weist and B. Sharp and discuss various issues and strategies; attend oral argument and scheduling conference at U.S. District Court in Lexington; draft various memos and teleconferences with clients to update same.

| 6/24/2013 320912 | RAB Communicat/CLI | 275.00 | 1.30 | 357.50 | Billable |
|---|---|---|---|---|---|

Conference with J. Atkins; review minute entry; teleconference with C. Weist regarding declaratory judgment and written discovery.

| 11/15/2013 | Hemmer DeFrank PLLC | |
| --- | --- | --- |
| 10:56 AM | Pre-bill Worksheet | Page 3 |

RDL01/GN001:Redistricting Litigation (continued)

| Date ID | Timekeeper Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
| --- | --- | --- | --- | --- | --- |
| 6/27/2013 320932 | RAB Review/analyze<br>Review Order denying Greg Stumbo's motion to stay; order consolidating case and scheduling order. | 275.00 | 0.60 | 165.00 | Billable |
| 6/28/2013 320939 | RAB Communicat/CLI<br>Conference with C. Wiest; draft memo to clients to update same; review reply to various emails from C. Wiest, B. Sharp, defense counsel and clients; teleconference with C. Wiest and B. Sharp regarding discovery requests. | 275.00 | 2.10 | 577.50 | Billable |
| 6/29/2013 320943 | RAB Draft/revise<br>Work on revisions to Interrogatories, Requests for Admissions, and Requests for Production of Documents. | 275.00 | 1.10 | 302.50 | Billable |
| 6/30/2013 320944 | RAB Draft/revise<br>Work on revisions to Interrogatories, Requests for Admissions, and Requests for Production of Documents. | 275.00 | 2.10 | 577.50 | Billable |
| 7/1/2013 322094 | RAB Draft/revise<br>Work on Requests for Admissions, Interrogatories and Requests for Production of Documents; meet with C. Wiest to review and discuss offensive discovery and teleconference with Bill Sharp to go over various proposals and drafts of all counsel regarding same; insert changes from all counsel and reprint for proofing. | 275.00 | 8.60 | 2,365.00 | Billable |
| 7/2/2013 322103 | RAB Review/analyze<br>Review and reply to various email memos from Bill Sharp, Chris Wiest, and Lynn Zellen re proposed stipulations and initial disclosures; print, proof and revise offensive discovery and make final revisions; print and prepare 12 sets with all exhibits, pdf and mail same to all defendants' counsel. | 275.00 | 4.10 | 1,127.50 | Billable |
| 7/5/2013 322118 | RAB Review/analyze<br>Review proposed response to Secretary of State proposed by C. Wiest, prepare redline of recommended changes to same. | 275.00 | 3.40 | 935.00 | Billable |
| 7/8/2013 322121 | RAB Review/analyze<br>Review and Revise Rule 26(f) Expert disclosure; prepare redline of recommended revisions and forward same to C. Wiest; teleconference with C. Wiest regarding same. | 275.00 | 1.30 | 357.50 | Billable |
| 7/9/2013 322131 | RAB Review/analyze<br>Review and reply to several memos from C. Wiest concerning responses to discovery requests propounded upon Plaintiffs and draft of Plaintiffs' join Motion for Summary Judgment. | 275.00 | 0.40 | 110.00 | Billable |

11/15/2013  
10:56 AM

Hemmer DeFrank PLLC  
Pre-bill Worksheet

Page 4

RDL01/GN001:Redistricting Litigation (continued)

| Date ID | Timekeeper Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/11/2013 322143 | RAB Review/analyze Review and revise proposed memorandum in support of plaintiffs' motion to dismiss counterclaim of Robert Stivers; commence review of proposed joint motion of Plaintiffs for summary judgment. | 275.00 | 2.80 | 770.00 | Billable |
| 7/15/2013 322157 | RAB Review/analyze Review pleadings and teleconference with C. Wiest. | 275.00 | 0.80 | 220.00 | Billable |
| 7/16/2013 322164 | RAB Review/analyze Review LRC's Motions and Memoranda. | 275.00 | 1.70 | 467.50 | Billable |
| 7/17/2013 322170 | RAB Review/analyze Complete review of LRC's motions and memoranda to dismiss; commence outline of issues to recommend raising in response. | 275.00 | 2.80 | 770.00 | Billable |
| 7/22/2013 322188 | RAB Other activity Continue outline and review of memoranda from LRC to prepare for review of C. Wiest's proposed response; commence drafting revisions to memo contra LRC proposed by C. Wiest. | 275.00 | 4.20 | 1,155.00 | Billable |
| 7/23/2013 322196 | RAB Draft/revise Complete proposed redraft of our response contra LRC; forward same to C. Wiest and teleconference with same. | 275.00 | 4.80 | 1,320.00 | Billable |
| 7/25/2013 322200 | RAB Draft/revise Print, proof and revise proposed memo contra LRC; teleconference with C. Wiest regarding same; review memo from L. Zeller; follow up teleconference with C. Wiest. | 275.00 | 1.90 | 522.50 | Billable |
| 7/26/2013 322208 | RAB Review/analyze Review final proposed revisions by C. Wiest to response contra LRC; various memos and teleconference with C. Wiest regarding same. | 275.00 | 1.40 | 385.00 | Billable |
| 7/30/2013 322215 | RAB Review/analyze Review and revise proposed Reply in support of motion to dismiss counterclaim of Robert Stivers; review and revise declaration of Kenny Brown and forward redlined versions to C. Wiest for review; review and reply to various memos from C. Wiest; forward finalize declaration and forward to with memo to Kenny Brown for review and signature. | 275.00 | 2.70 | 742.50 | Billable |
| 7/31/2013 322222 | RAB Draft/revise Memo to Kenny Brown regarding affidavit and follow up teleconference with same. | 275.00 | 0.30 | 82.50 | Billable |

| 11/15/2013 | Hemmer DeFrank PLLC | |
|---|---|---|
| 10:56 AM | Pre-bill Worksheet | Page 5 |

RDL01/GN001:Redistricting Litigation (continued)

| Date ID | Timekeeper Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/1/2013 322393 | RAB Review/analyze Review and revise Reply in Support in Motion to Dismiss Robert Stivers' counterclaim; forward proposed revisions with memo to C. Wiest and teleconference with same; print, proof and revise Respoinse. | 275.00 | 6.30 | 1,732.50 | Billable |
| 8/17/2013 323240 | RAB Review/analyze Review Order; memo to clients; review new motion by G. Stumbo; teleconference with C. Wiest regarding same. | 275.00 | 1.20 | 330.00 | Billable |
| 8/19/2013 323242 | RAB Review/analyze Review and reply to various memos with counsel; meet with C. Wiest to prepare for telephonic hearing and participate in same; follow up conference with C. Wiest and B. Sharp. | 275.00 | 2.70 | 742.50 | Billable |
| 8/26/2013 323314 | RAB Communicat/CLI Teleconference with Larry Robinson; memo to clients regarding meeting; meet with clients at Kenny Brown's office and discuss posture of case; follow up conference with Kenny Brown regarding same. | 275.00 | 3.90 | 1,072.50 | Billable |
| 8/27/2013 323338 | RAB Communicat/CLI Teleconference with S. Cave; follow up teleconference with C. Wiest; review and reply to various memos from counsel. | 275.00 | 0.50 | 137.50 | Billable |
| 9/5/2013 326044 | RAB Review/analyze Review response by Stumbo in Opposition to our Joint Motion for Final Judgment; and LRC Motion to Dismiss. | 275.00 | 0.30 | 82.50 | Billable |
| 9/6/2013 326056 | RAB Review/analyze Review Order cancelling trial and briefing schedule on pending motions; review working draft of our Reply In Support of our Motion for Final Judgment; review various memos from co-counsel; teleconference with C. Wiest. | 275.00 | 0.70 | 192.50 | Billable |
| 9/9/2013 326065 | RAB Review/analyze Review various emails from co-counsel regarding filing deadlines. | 275.00 | 0.10 | 27.50 | Billable |
| 9/10/2013 326081 | RAB Review/analyze Review various emails from co-counsel and review proposed drafts of Reply/Response in Support of Motion for Final Judgment; meet with C. Wiest. | 275.00 | 1.20 | 330.00 | Billable |
| 9/13/2013 326126 | RAB Review/analyze Review | 275.00 | 0.10 | 27.50 | Billable |

| 11/15/2013 | Hemmer DeFrank PLLC | | |
|---|---|---|---|
| 10:56 AM | Pre-bill Worksheet | Page | 6 |

RDL01/GN001:Redistricting Litigation (continued)

| Date ID | Timekeeper Activity | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/16/2013 326130 | RAB Review/analyze Review proposed insert on mootness from C. Wiest for inclusion into Reply/Response and discuss with same; teleconference with C. Wiest re questions presented as to appropriate maps to be used for special election due to resignation of John Arnold; teleconference with Tim Eifler and Tim Kline to discuss same; follow up with C. Wiest. | 275.00 | 1.10 | 302.50 | Billable |
| 9/18/2013 326144 | RAB Review/analyze Review various emails from C. Wiest and B. Sharp and review recommended redlined edits to our Reply/Response. | 275.00 | 0.60 | 165.00 | Billable |
| 9/23/2013 326181 | RAB Review/analyze Review emails and ongoing edits of our Reply/Response; receive and review reply of LRC to our Response to LRC's Motion to Dismiss and LRC's Response to our Motion for Final Judgment; Review Responses of Stivers, Stumbo and Governor Beshear in Opposition to our Joint Motion for Final Judgment. | 275.00 | 1.10 | 302.50 | Billable |
| 9/24/2013 326185 | RAB Review/analyze Receive/review Response of LRC to our Motion for Final Judgment. | 275.00 | 0.10 | 27.50 | Billable |
| 9/30/2013 326235 | RAB Review/analyze Review Stumbo's Response to Stivers' "Statement Concerning Constitutionality" | 275.00 | 0.30 | 82.50 | Billable |
| 10/2/2013 326795 | RAB Review/analyze Review docket entry. | 275.00 | 0.10 | 27.50 | Billable |
| 10/31/2013 326851 | RAB Review/analyze Review permanent injunction, and teleconference with C. Wiest. | 275.00 | 0.40 | 110.00 | Billable |
| 11/1/2013 326852 | RAB Draft/revise Memo to clients. | 275.00 | 0.10 | 27.50 | Billable |
| 11/14/2013 327215 | RAB Manage data Work on Attorney fee declaration. | 275.00 | 0.80 | 220.00 | Billable |
| 11/15/2013 327216 | RAB Manage data Complete Attorney Fee declaration; conference with C. Wiest. | 275.00 | 0.60 | 165.00 | Billable |
| TOTAL | Billable Fees No Charge | | 98.20 0.75 | $206.25 | $27,005.00 |

11/15/2013                      Hemmer DeFrank PLLC
10:56 AM                         Pre-bill Worksheet                  Page    7

RDL01/GN001:Redistricting Litigation (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 6/28/2013<br>320537 | RAB<br>Fees<br>Costs advanced for reimbursement of parking and travel expense to travel to/from scheduling/motion Hearing on 6/20/13. | 91.80 | 1.000 | 91.80 | Billable |
| 7/29/2013<br>321360 | RAB<br>Postage<br>Costs advanced for reimbursement of expense for postage for multiple mailings on 7/05/13. | 25.52 | 1.000 | 25.52 | Billable |
| 9/30/2013<br>324712 | RAB<br>Other profs<br>Costs advanced to Michael McDonald for fees for expert report on 8/29/13. | 300.00 | 1.000 | 300.00 | Billable |

TOTAL    Billable Costs                                                                              $417.32

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips**<br>By billing value on each slip. | | |
| Total of billable time slips | $27,005.00 | |
| Total of Fees (Time Charges) | | $27,005.00 |
| **Costs Bill Arrangement: Slips**<br>By billing value on each slip. | | |
| Total of billable expense slips | $417.32 | |
| Total of Costs (Expense Charges) | | $417.32 |
| Total new charges | | $27,422.32 |
| New Balance<br>Current | $27,422.32 | |
| Total New Balance | | $27,422.32 |