UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> KENTUCKY LRC, *et al.*, <br><br>         Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> GRIMES, *et al.*, <br><br>         Defendants. | Case No. 3:13cv00025 |

**DECLARATION OF CHRISTOPHER WIEST, IN SUPPORT OF MOTION FOR <u>ATTORNEY FEES</u>**

Christopher D. Wiest makes the following declaration under 28 U.S.C. 1746:

1. My name is Christopher D. Wiest, and I am lead counsel for the Plaintiffs in the matter of *Brown v. Kentucky LRC*, et. al.

2. I received my undergraduate degree from the University of Cincinnati in 2000, and my law degree from the University of Cincinnati in 2004. I have been admitted to practice law in Ohio since 2004, and Kentucky since May, 2005, and have actively practiced law in Ohio since 2004 and Kentucky since 2005.

3. Based on my background, experience, and skill, the hours requested in the fee application have been necessarily expended.

4. The fees requested comport with and are reasonable in light of the factors contained in the Kentucky Rules of Professional Conduct 3.130(1.5) insofar as they accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved, the skill required to perform the work properly, comport with fees customarily charged by others for similar legal services, and are appropriate in light of the results obtained.

5. I am a member in good standing of the Kentucky and Ohio Bar. I am also licensed to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky, the Northern and Southern Districts of Ohio, the D.C. Circuit Court of Appeals, the United States Court of Appeals for the Sixth Circuit, and the U.S. Supreme Court.

6. From 2004 to 2005, I practiced law as an Assistant Attorney General for the Ohio Attorney General's Office. From 2005 to 2012, I practiced law with a large law firm's Cincinnati office. Since 2012, I have been a solo practitioner, with an office in Crestview Hills, Kentucky. My experience included significant experience in federal and state court litigation, administrative matters, and the like. I have litigated a number of cases, some of which have resulted in published decisions, many as lead counsel.

7. In my current practice, I charge clients on a case by case basis – however, for significant matters, such as this one, involving complex federal litigation, my hourly rates vary between $250 and $350 per hour.

8. In 2011 and 2012, I handled the matter of *Mid-Valley Pipeline Co. v. S. J. Louis Constr., Inc.*, 2012 U.S. Dist. LEXIS 7848 (E.D. KY 2012), representing, as lead counsel of an excavator contractor in lawsuit involving puncture and release of over 1,200 barrels of crude oil, and claimed damages in excess of $4 million dollars, in the Eastern District of Kentucky. The rate charged, and paid, was $325 per hour for that matter.

9. The rate contained in the engagement agreements with our clients, Plaintiffs, herein, is $350 per hour. Thus, the requested rate of $275 per hour is substantially below that rate.

10. The Northern Division of the Eastern District of Kentucky, at Covington, is the same general legal market as the Western Division of the Southern District of Ohio, at Cincinnati. For the Western Division of the Southern District of Ohio, Judge Rubin established a committee, which set rates based on years of experience in 1983, adjusted 4% per year after that year, for attorney fees. The 1983 Rubin rate, for an attorney with 8-9 years of experience, is the "Young Partners (6 to 10 years of experience)—$96.39/hour" rate. Adjusted 4% per year, which is the factor employed by courts and approved by the Sixth Circuit, this equates to a rate of $312.69 per hour. The rate sought in this matter is less than that rate.

11. It is my opinion that the prevailing market rates, for civil rights litigation in federal court in the Eastern District of Kentucky, and specifically the Covington, Kentucky market, where this matter was filed, and for an attorney with my experience, is $275 per hour.

12. I exercised billing judgment at the time the work was recorded. For instance, I did not record every short assignment or phone call. I have reviewed each time entry, made a good faith effort to exclude hours that are excessive, redundant, or otherwise

unnecessary. Thus, compensation is not sought for all the work performed. All time is entered on the case contemporaneous with the work done.

13. This particular case involved a number of factors that also support the requested rate and support the hours worked. First, a significant amount of time and labor was involved – largely due to the filings of Speaker Stumbo, the Kentucky LRC, and Senate President Stivers. Secondly, as this Court is aware, it has been approximately 50 years since "one person, one vote" litigation was brought in federal court in Kentucky, raising issues of novelty and difficulty; some of those issues in this case reflected sovereign immunity and the *Ex Parte Young* doctrine, state and federal constitutional interplay under *Pennhurst*, various motions filed by Defendants on issues ranging from statute of limitations or mootness on the one hand, to ripeness on the other, as well as the core issue of when the failure to conduct redistricting after a census becomes a constitutional issue.

14. It is my opinion, that, due to certain of the filings in this case, the Kentucky General Assembly passed maps that were perhaps the fairest maps to come out of that body in the last twenty years, and, while they are not perfect, this largely came out of the efforts of myself and the other attorneys in this case. This involved a great deal of skill to perform the work properly.

15. As a solo practitioner, I recognized that acceptance of this case, including expedited deadlines inherent in any case involving voting rights and elections, would create a strain to my practice – and that eventuality came to pass. During the pendency of this suit and because of the time constraints involved in this suit, I have turned away and/or referred to other attorneys, approximately four individual clients, on matters ranging from contingency fee personal injury work, to criminal work, to civil litigation work. It is hard

to know the exact amount of lost compensation from this eventuality, since each case has a number of eventualities that affect the fee generation, including whether the case settles or a plea agreement is reached, the amount of time needed to investigate a case, and the like.

16. This case, as the Court is aware, also involved tight time limitations.

17. Plaintiffs in this case obtained everything they wanted: namely the declaration that the 2002 maps were unenforceable, an injunction against their continued use, and the passage of acceptable maps. The results were significant and affected the voting rights of millions of Kentuckians.

18. This case involved, from the outset, a level of undesirability. Rocking the boat with Frankfort, for my clients and myself, carried with it certain risks, some of which I believe have come to pass, and other risks I believe will come to pass. Notwithstanding these issues, the case was brought out of a recognition that Constitutional rights need to be vindicated.

19. Attached hereto, as Exhibit B, is a complete copy of my time entries for the above captioned matter to date (November 18, 2013).

20. Attached hereto, as Exhibit C, is a complete copy of the litigation costs incurred by me or my firm, since the inception of this case to date (November 18, 2013).

Declared under penalty of perjury on November 18, 2013.

_____
Christopher Wiest

**Christopher D. Wiest**
**Chris Wiest, AAL, PLLC**
**25 Town Center Blvd, Suite 104**
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
*chriswiestlaw@yahoo.com*

**EXPERIENCE**

    **Chris Wiest, Attorney at Law, PLLC**, Crestview Hills, KY
    Owner/Partner, 2012-date

Litigation Practice:

-Handle a variety of litigation matters, including, commercial litigation, construction litigation, employment law, environmental law, business, criminal matters, and personal disputes. These matters include matters in state and federal court.
-Representation in administrative actions on behalf of clients.

    **Thompson Hine, LLP**, Cincinnati, Ohio.
    Associate, September, 2005-2012.

Litigation Practice:

-Actively litigated matters including regulatory compliance matters, contract disputes, construction disputes, creditor/debtor matters, and various other matters with government bodies, private litigants, and others, on various matters in state and federal court.
-Representation, as lead counsel, of contractor in $2,000,000 oil pipeline puncture case in the U.S. District Court for the Eastern District of Kentucky, involving common law and Oil Pollution Act claims.
-Representation of large Canadian city including providing comments to proposed EA and FONSI under NEPA, including preparation for filing NEPA lawsuit, with respect to certain actions by the U.S. Coast Guard along the international border.
-Representation of client in breach of representations and warranties matter, resulting in recovery of $1.5 million dollars after a two week trial.

    **Ohio Attorney General's Office**, Columbus, Ohio.
    Assistant Attorney General, 2004-2005.

-Assistant Attorney General. Litigated in Ohio and Federal Courts.
-Represented the State of Ohio before administrative bodies and defended appeals.

**REPRESENTATIVE CASES:**
-*Mid-Valley Pipeline Co. v. S. J. Louis Constr.*, Inc., 2012 U.S. Dist. LEXIS 7848 (E.D. KY 2012) representation as lead counsel of excavator contractor in lawsuit involving puncture and release of over 1,200 barrels of crude oil and claimed damages in excess of $4 million dollars.
-*Abrogast, et. al. v. Apex Landfill, et. al.* (Jefferson County, Ohio, 2012), representation as counsel of landfill client in mass tort lawsuit by 300 neighbors for claims of negligence, nuisance, environmental laws, and other claims, in excess of $45 million in claims; settled matter on favorable terms to client.

Ex.A

-*Diocese of Covington v. Wolnitzek, et. al.* (Kenton County, Kentucky, 2010), representation of architect in construction dispute involving claims in excess of a million dollars; resolved dispute favorably for a fraction of that demanded by the Plaintiff.
-*United States v. Bd. of County Comm'rs of Hamilton County, et.al.*, 2010 U.S. Dist. LEXIS 2933 (S.D. Ohio 2010) (representation of City of Cincinnati in CWA citizen suit enforcement matter, revolving around entered consent decree)
-*General Electric Lighting v. Koncelik, Director OEPA*, 2006 Ohio 1655; 2006 Ohio App. LEXIS 1509 (Mar. 31, 2006). Served as lead counsel on an appeal to the Ohio Tenth District Court of Appeals.
-*State ex. rel. Sierra Club v. Koncelik*, 2005 Ohio 6477; 2005 Ohio App. LEXIS 5815 (Dec. 6, 2005). Successfully defended writ of prohibition action against the Director of the Ohio EPA.

## EDUCATION

**University of Cincinnati College of Law**, Cincinnati, Ohio.
J.D., May 2004, *Order of the Coif.*
GPA: 3.9; Rank: 5 of 92.
**Honors and Activities**:
-*University of Cincinnati Law Review*; Editorial Board 2003-04; Associate Member 2002-2003.
-Elected to the *Order of the Coif.*

**University of Cincinnati College of Business**, Cincinnati, Ohio.
Bachelor of Business Administration, December, 2000.
GPA: 3.4.
**Honors and Activities**:
-Deans list.

## ADMISSIONS

Supreme Court of Ohio, 2004
Supreme Court of Kentucky, 2005
U.S. Court of Appeals for the D.C. Circuit, 2004
U.S. Court of Appeals for the Sixth Circuit, 2004
U.S. District Court for the Northern District of Ohio, 2004
U.S. District Court for the Southern District of Ohio, 2005
U.S. District Court for the Eastern District of Kentucky, 2006
U.S. District Court for the Western District of Kentucky, 2006
United States Supreme Court, 2008

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/16/2013 | Email to R. Brueggemann concerning district lines and Plaintiffs. Engagement letters drafted. | 1.1 | 275.00 | 302.50 |
| 4/19/2013 | Receipt of engagement letters; began researching memo to file re: standing. | 2.2 | 275.00 | 605.00 |
| 4/20/2013 | Research standing; began researching ripeness issue. | 2.2 | 275.00 | 605.00 |
| 4/22/2013 | Research ripeness and draft memo to file. | 2.7 | 275.00 | 742.50 |
| 4/22/2013 | Research issues of mootness and 1983 claim. | 1.2 | 275.00 | 330.00 |
| 4/22/2013 | Research claims to bring; review of suits brought in Georgia and New York. | 1.2 | 275.00 | 330.00 |
| 4/22/2013 | Drafting complaint with facts and exhibits. | 2.5 | 275.00 | 687.50 |
| 4/23/2013 | Research appropriate parties; confirm Secretary of State and Board of Elections, and Governor. | 1.2 | 275.00 | 330.00 |
| 4/23/2013 | Drafting complaint with facts and exhibits. | 2.2 | 275.00 | 605.00 |
| 4/23/2013 | Research issue of 3 judge panel and assignment of same. | 1.5 | 275.00 | 412.50 |
| 4/23/2013 | Research timing of redistricting and when constitutional violation arises and draft summary memo to file. | 2.1 | 275.00 | 577.50 |
| 4/24/2013 | Drafting complaint and research same. | 5.8 | 275.00 | 1,595.00 |
| 4/24/2013 | Research timing of redistricting and when constitutional violation arises and draft summary memo to file. | 1.1 | 275.00 | 302.50 |
| 4/25/2013 | Drafting complaint and research same. Began editting complaint. | 5.2 | 275.00 | 1,430.00 |
| 4/26/2013 | Finalize complaint; draft summons; draft civil cover sheet. File same. | 8.3 | 275.00 | 2,282.50 |
| 4/30/2013 | Review notice to Chief Judge of 3 judge request. | 0.2 | 275.00 | 55.00 |
| 4/30/2013 | Review summons' returns, and filing of same. | 0.9 | 275.00 | 247.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 1

Exhibit B

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/13/2013 | Call to ACLU attorneys and discussion of coordinated effort and division of labor; discussion of special election issue. | 1.2 | 275.00 | 330.00 |
| 5/16/2013 | Began interviewing experts for case. | 1.1 | 275.00 | 302.50 |
| 5/17/2013 | receipt of call from President Stivers and agreement to same. | 0.2 | 275.00 | 55.00 |
| 5/20/2013 | Review Answer to Complaint from LRC | 1 | 275.00 | 275.00 |
| 5/20/2013 | Review answer to complaint from Speaker Stumbo | 0.7 | 275.00 | 192.50 |
| 5/20/2013 | Review stipulation of R. Stivers for extension of time and agreement to same. | 0.3 | 275.00 | 82.50 |
| 5/20/2013 | Review answer to Complaint by Secretary of State. | 0.5 | 275.00 | 137.50 |
| 5/20/2013 | Review Motion for Extension of Time by Commonwealth and Ky AG. | 0.3 | 275.00 | 82.50 |
| 5/20/2013 | Review Answer by Governor. | 0.3 | 275.00 | 82.50 |
| 5/21/2013 | Review Order by MJ Wehrman | 0.2 | 275.00 | 55.00 |
| 5/22/2013 | Began researching defenses raised in answers. | 2.1 | 275.00 | 577.50 |
| 5/23/2013 | Research of defenses. | 2.2 | 275.00 | 605.00 |
| 5/30/2013 | Review order by Chief Judge re: 3 judge panel. | 0.3 | 275.00 | 82.50 |
| 6/7/2013 | Review Motion to Consolidate by Speaker Stumbo. | 0.8 | 275.00 | 220.00 |
| 6/7/2013 | Review Order re: Scheduling Conference. | 0.5 | 275.00 | 137.50 |
| 6/10/2013 | Review Answer filed by President Stivers. | 0.8 | 275.00 | 220.00 |
| 6/10/2013 | Discussion with AGO re: dismissal of Ky AGO, review of order, and agreement to same. | 0.6 | 275.00 | 165.00 |
| 6/10/2013 | Review Answer by Commonwealth. | 0.8 | 275.00 | 220.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 2

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/11/2013 | Research and drafting response regarding Motion to Dismiss for ripeness and advisory opinion re: Counterclaims of R. Stivers. | 1.3 | 275.00 | 357.50 |
| 6/12/2013 | Research and drafting response regarding Motion to Dismiss for ripeness and advisory opinion re: Counterclaims of R. Stivers. | 2.2 | 275.00 | 605.00 |
| 6/13/2013 | Review response to motion to consolidate by President Stivers. | 0.2 | 275.00 | 55.00 |
| 6/13/2013 | Research and drafting response regarding Motion to Dismiss for ripeness and advisory opinion re: Counterclaims of R. Stivers. | 1.1 | 275.00 | 302.50 |
| 6/14/2013 | Research and drafting response regarding Motion to Dismiss for ripeness and advisory opinion re: Counterclaims of R. Stivers. | 1.2 | 275.00 | 330.00 |
| 6/17/2013 | Review answer to cross-claim by Speaker Stumbo. | 0.5 | 275.00 | 137.50 |
| 6/17/2013 | Review Motion to Dismiss by Speaker Stumbo; discuss same with R. Bruegemann and consideration of answer instead of motion to counterclaim. | 0.8 | 275.00 | 220.00 |
| 6/17/2013 | Review Motion for Stay; call with R. Bruegemann regarding same; call to Kenny Brown regarding same and our response. | 1.5 | 275.00 | 412.50 |
| 6/18/2013 | Review response to Motion to Consolidate by Secretary of State. | 0.5 | 275.00 | 137.50 |
| 6/18/2013 | Draft, research, and edit Motion in Opposition to Motion to Stay. Discuss same with ACLU counsel. | 6.3 | 275.00 | 1,732.50 |
| 6/18/2013 | Began drafting answer to counterclaim. | 1.8 | 275.00 | 495.00 |

| | Total |
|---|---|
| | Payments/Credits |
| | **Balance Due** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 3

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/19/2013 | Finalize drafting, research, and editting of Motion in Opposition to Motion to Stay. | 4.8 | 275.00 | 1,320.00 |
| 6/19/2013 | Completed drafting answer to counterclaim. | 1.1 | 275.00 | 302.50 |
| 6/20/2013 | Review orders from court re: dismissal and addressing motions to stay. Discuss same with co-counsel. | 1 | 275.00 | 275.00 |
| 6/20/2013 | Draft response to Motion to Consolidate. | 0.7 | 275.00 | 192.50 |
| 6/20/2013 | Call with ACLU; preparation for scheduling conference and specifically preparation for argument on stay issue. | 3.2 | 275.00 | 880.00 |
| 6/21/2013 | Travel to Lexington; preparation for hearing; pull last minute reply from Clerk's office and prepare to address same; attend hearing; travel back from Lexington. | 6.7 | 275.00 | 1,842.50 |
| 6/24/2013 | Began drafting list of items for discovery on constitutionality of current plan. | 1.8 | 275.00 | 495.00 |
| 6/25/2013 | Discussion with R. Bruegemann re: experts on current map; call to Kenny Brown regarding same. | 0.9 | 275.00 | 247.50 |
| 6/25/2013 | Discussion with ACLU on certain defenses raised by certain defendants. | 0.8 | 275.00 | 220.00 |
| 6/26/2013 | Draft and edit discovery. | 2.2 | 275.00 | 605.00 |
| 6/27/2013 | Review various orders; call with R. Bruegemann regarding same; call with ACLU regarding same; began drafting initial discovery. | 5.2 | 275.00 | 1,430.00 |
| 6/28/2013 | Drafting and editting initial discovery. | 4.7 | 275.00 | 1,292.50 |
| 6/29/2013 | Draft and edit discovery. | 2.2 | 275.00 | 605.00 |
| 7/1/2013 | Draft, edit, and revise discovery to Defendants. Coordinate same with ACLU. | 5.8 | 275.00 | 1,595.00 |

| Total |
|---|
| **Payments/Credits** |
| **Balance Due** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 4

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/1/2013 | Discussion with R. Bruegemann re: expert disclosures; started drafting same. | 0.8 | 275.00 | 220.00 |
| 7/1/2013 | Draft and edit initial disclosures.. | 1.8 | 275.00 | 495.00 |
| 7/2/2013 | Completed draft, edit, and revise discovery to Defendants. Coordinate same with ACLU. | 4.3 | 275.00 | 1,182.50 |
| 7/2/2013 | Completed drafting initial disclosures and service of same. | 1.4 | 275.00 | 385.00 |
| 7/2/2013 | Review discovery served by KY Secretary of State; began working on response to same. | 1.2 | 275.00 | 330.00 |
| 7/2/2013 | Review answer filed by Secretary of State to cross-claims. | 0.7 | 275.00 | 192.50 |
| 7/3/2013 | Response to discovery served by KY Secretary of State. | 1.4 | 275.00 | 385.00 |
| 7/3/2013 | Draft and edit discovery responses to KY Secretary of State. | 1.7 | 275.00 | 467.50 |
| 7/4/2013 | Response to discovery served by KY Secretary of State | 1.5 | 275.00 | 412.50 |
| 7/5/2013 | Response to discovery served by KY Secretary of State; sent same to K. Brown to review for verification. | 1.2 | 275.00 | 330.00 |
| 7/5/2013 | Review Answer by Governor to cross-claim. | 0.5 | 275.00 | 137.50 |
| 7/5/2013 | Review Motion to Modify Scheduling Order and discuss same with co-counsel. | 0.8 | 275.00 | 220.00 |
| 7/5/2013 | Draft and edit revisions to discovery. | 1.2 | 275.00 | 330.00 |
| 7/8/2013 | Began working on obtaining experts; review and comment on C.V. of Horton and review of expert report from Horton. Review expert reports from McDonald, Brunnel, and Benson. | 3.2 | 275.00 | 880.00 |
| 7/8/2013 | Draft and edit motion to extend expert report. | 1.1 | 275.00 | 302.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 5

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/8/2013 | Began research, drafting, and editting inserts for motion for summary judgment on ripeness, mootness, and timing of redistricting. | 5.8 | 275.00 | 1,595.00 |
| 7/9/2013 | Research, drafting, and editting inserts for motion for summary judgment on ripeness, mootness, and timing of redistricting. | 6.6 | 275.00 | 1,815.00 |
| 7/9/2013 | Draft, edit, and revise declaration of Horton in support of MSJ. | 1.1 | 275.00 | 302.50 |
| 7/9/2013 | Review, finalize, and sent Plaintiff's response to discovery. | 0.8 | 275.00 | 220.00 |
| 7/10/2013 | Draft, edit, revise, and research in support of brief for motion for summary judgment. | 5.8 | 275.00 | 1,595.00 |
| 7/10/2013 | Finalize declaration in support of MSJ. | 0.5 | 275.00 | 137.50 |
| 7/10/2013 | Draft, research, and edit Motion to Dismiss counter-claims of Robert Stivers. | 2.3 | 275.00 | 632.50 |
| 7/10/2013 | Draft, edit, and revise FRCP 41(a)(2) motions; review motion to dismiss Commonwealth of KY and sign off on same. | 0.8 | 275.00 | 220.00 |
| 7/11/2013 | Review, edit, research, and revise motion and memo in support of MSJ. | 5.8 | 275.00 | 1,595.00 |
| 7/11/2013 | Draft, edit, and revise Motion to Amend Complaint. | 0.8 | 275.00 | 220.00 |
| 7/12/2013 | Final review, edit, and research of memo in support of MSJ. | 3.9 | 275.00 | 1,072.50 |
| 7/12/2013 | Draft and file FRCP 41(a)(2) of LRC. | 0.5 | 275.00 | 137.50 |
| 7/12/2013 | Review motion for judgment on the pleadings by KY SBE. | 0.4 | 275.00 | 110.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 6

Chris Wiest, Atty at Law, PLLC

25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

**Bill To**

KennyBrownRedistrictingSuit

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/12/2013 | Began review, analysis, and research of Motion to Dismiss by KY LRC. | 0.7 | 275.00 | 192.50 |
| 7/15/2013 | Research, drafting, and editting of reply brief in opposition to LRC's Motion to Dismiss. | 4.3 | 275.00 | 1,182.50 |
| 7/16/2013 | Draft, research and edit motion in opposition to judgment on pleadings by KSBE. | 2.1 | 275.00 | 577.50 |
| 7/17/2013 | Research, draft, and edit Motion in Opposition to Motion to Dismiss by LRC. | 3 | 275.00 | 825.00 |
| 7/17/2013 | Draft, research and edit motion in opposition to judgment on pleadings by KSBE. | 2 | 275.00 | 550.00 |
| 7/18/2013 | Research, draft, and edit Motion in Opposition to Motion to Dismiss by LRC. | 3.3 | 275.00 | 907.50 |
| 7/19/2013 | Research, draft, and edit Motion in Opposition to Motion to Dismiss by LRC. | 4.4 | 275.00 | 1,210.00 |
| 7/22/2013 | Research, draft, and edit Motion in Opposition to Motion to Dismiss by LRC. | 2.8 | 275.00 | 770.00 |
| 7/24/2013 | Research, draft, and edit Motion in Opposition to Motion to Dismiss by LRC. | 3.8 | 275.00 | 1,045.00 |
| 7/25/2013 | Review motion in opposition to MSJ by LRC; call with ACLU to discuss same and approach to response; began researching, editting, and drafting portion of MSJ Reply. | 2.6 | 275.00 | 715.00 |
| 7/25/2013 | Draft, edit, and finalize Motion in Opposition to Motion to Dismiss by LRC. | 2.7 | 275.00 | 742.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/26/2013 | Research, edit, and draft portion of MSJ Reply and coordinate same with ACLU. Review filings in opposition by KSBE, Speaker Stumbo, and President Stivers. | 6.3 | 275.00 | 1,732.50 |
| 7/26/2013 | Draft, edit, revise, research, and file motion in opposition to Motion for Judgment on the Pleadings by KSBE. | 2.3 | 275.00 | 632.50 |
| 7/26/2013 | Draft, edit, and finalize Motion in Opposition to Motion to Dismiss by LRC. | 1.8 | 275.00 | 495.00 |
| 7/27/2013 | Research, edit, and draft portion of MSJ Reply. | 4.3 | 275.00 | 1,182.50 |
| 7/27/2013 | Draft and edit reply to motion to dismiss counter-claims. | 1.1 | 275.00 | 302.50 |
| 7/29/2013 | Emails with opposing counsel re: page limit extension. Call with ACLU regarding same. | 0.7 | 275.00 | 192.50 |
| 7/29/2013 | Research, edit, and draft portion of MSJ Reply and coordinate same with ACLU. | 7.2 | 275.00 | 1,980.00 |
| 7/30/2013 | Emails with opposing counsel; draft stipulation/motion re: page limits. | 1.8 | 275.00 | 495.00 |
| 7/30/2013 | Research, edit, and draft portion of MSJ Reply and coordinate same with ACLU. | 6.7 | 275.00 | 1,842.50 |
| 7/30/2013 | Draft and revise declaration of Brown in support of MSJ. | 0.8 | 275.00 | 220.00 |
| 7/31/2013 | Research, edit, and draft portion of MSJ Reply and coordinate same with ACLU. | 7.4 | 275.00 | 2,035.00 |
| 8/1/2013 | Draft, edit, and research reply brief in support of Motion for Summary Judgment; including issues of standing, ripness, and mootness. Final editting of same. | 6.1 | 275.00 | 1,677.50 |
| 8/1/2013 | Draft, edit, and research FRCP 41(A) reply motions. | 3.3 | 275.00 | 907.50 |
| 8/1/2013 | Discuss expert issues with R. Brueggemann | 0.2 | 275.00 | 55.00 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 8

Chris Wiest, Atty at Law, PLLC

25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/1/2013 | Draft, edit, and finalize reply brief to Motion to Dismiss Stivers' claims | 2.8 | 275.00 | 770.00 |
| 8/2/2013 | Draft and edit response to Motion to Amend. | 0.9 | 275.00 | 247.50 |
| 8/2/2013 | Draft and analyze reply brief of LRC to Motion to Dismiss. | 3.2 | 275.00 | 880.00 |
| 8/5/2013 | Review orders from court re: motion to substitute; motion to dismiss; and stipulation on page limits. | 0.6 | 275.00 | 165.00 |
| 8/5/2013 | Call with R. Brueggemann re: experts. | 0.4 | 275.00 | 110.00 |
| 8/16/2013 | Review Order granting summary judgment and analysis of same. | 1.2 | 275.00 | 330.00 |
| 8/18/2013 | Began drafting and researching response to motions to stay. | 3.7 | 275.00 | 1,017.50 |
| 8/19/2013 | Draft response to motion to stay; review of court order; began preparation for motions hearing. | 2.6 | 275.00 | 715.00 |
| 8/19/2013 | Prepare for and attend call with court on Speaker Stumbo's Motions. | 2.1 | 275.00 | 577.50 |
| 8/20/2013 | Research, draft, edit, finalize, and file Motion in Opposition to stay. | 5.2 | 275.00 | 1,430.00 |
| 8/26/2013 | Meeting with clients to discuss passed maps and analysis of same. | 3.4 | 275.00 | 935.00 |
| 8/29/2013 | Edit Motion for Final Judgment. | 0.5 | 275.00 | 137.50 |
| 9/4/2013 | Review Speaker Stumbo's response to Motion to Enter Final Judgment and outline reply to same; Began legal research regarding Speaker Stumbo's response for reply memo on mootness. | 1.3 | 275.00 | 357.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

**Bill To**

KennyBrownRedistrictingSuit

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/5/2013 | Legal research regarding Speaker Stumbo's response for reply memo on mootness and began drafting reply to same. | 2.3 | 275.00 | 632.50 |
| 9/5/2013 | Review LRC Motion to Dismiss; call with ACLU counsel regarding same and division of labor; draft, research, and edit reply/response memorandum. | 4.3 | 275.00 | 1,182.50 |
| 9/5/2013 | Review statement regarding constitutionality from President Stivers. | 0.6 | 275.00 | 165.00 |
| 9/6/2013 | Draft, edit, and revise memorandum in response to Motion to Dismiss. Formulate theory regarding special election issue and call to ACLU to discuss same. | 3.8 | 275.00 | 1,045.00 |
| 9/8/2013 | Draf, research and edit response brief to LRC Motion to Dismiss. | 2.7 | 275.00 | 742.50 |
| 9/9/2013 | Draft, edit, and revise reply memorandum to Motion to Dismiss. Call with Court Reporter for Transcript. | 2.1 | 275.00 | 577.50 |
| 9/10/2013 | Draft and edit version 9 of reply memorandum. | 1.6 | 275.00 | 440.00 |
| 9/13/2013 | Review transcript of hearing to include quotations by Speaker's attorney. Edit and finalize opposition motion and proposed order and sent same to ACLU to review. | 1.7 | 275.00 | 467.50 |
| 9/16/2013 | Draft, research, and edit motion for judgment. | 1.9 | 275.00 | 522.50 |
| 9/17/2013 | Draft, edit, and revise Response to LRC and Stumbo's Motion in Opposition. | 1.1 | 275.00 | 302.50 |
| 9/18/2013 | Draft, edit, and revise Response to LRC and Stumbo's Motion in Opposition. | 2.2 | 275.00 | 605.00 |
| 10/31/2013 | Began drafting motion for attorney fees. | 1.1 | 275.00 | 302.50 |
| 11/1/2013 | Draft and research fee application. | 3.7 | 275.00 | 1,017.50 |

**Total**

**Payments/Credits**

**Balance Due**

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 11/18/2013 | 218 |

| Bill To |
|---|
| KennyBrownRedistrictingSuit |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/5/2013 | Draft, research, and edit fee application. | 1.2 | 275.00 | 330.00 |
| 11/8/2013 | Draft and edit fee application. | 0.5 | 275.00 | 137.50 |
| 11/12/2013 | Draft, edit, research, and revise fee application. | 0.6 | 275.00 | 165.00 |
| 11/16/2013 | Review bills and invoices and edit motion for fees. | 0.3 | 275.00 | 82.50 |

**Total** $86,130.00

**Payments/Credits** $0.00

**Balance Due** $86,130.00

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Page 11

Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017

# Statement of Services

| Date | Invoice # |
|---|---|
| 10/31/2013 | 219 |

**Bill To**

KennyBrownRedistrictingSuit

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/26/2013 | filing fees, Brown case | | 350.00 | 350.00 |
| 5/8/2013 | Process Services | | 230.00 | 230.00 |
| 6/21/2013 | Columbia Steakhouse, Lexington (Lunch for Redistricting case) | | 18.00 | 18.00 |
| 8/21/2013 | Board of Elections Data costs for voter registration, demographics, turnout, and population trends for purposes of providing same to experts to review. | | 461.50 | 461.50 |
| 9/16/2013 | Transcript costs | | 39.60 | 39.60 |
| | Total Reimbursable Expenses | | | 1,099.10 |

**Total** $1,099.10

**Payments/Credits** $0.00

**Balance Due** $1,099.10

| Phone # | Fax # | E-mail |
|---|---|---|
| 859/486-6850 | 859/495-0803 | chriswiestlaw@yahoo.com |

Exhibit C