UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY LRC, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GRIMES, *et al.*, <br><br> Defendants. | Case No. 3:13cv00025 |

### DECLARATION OF BENJAMIN G. DUSING

Benjamin G. Dusing makes the following declaration under 28 U.S.C. 1746:

1. My name is Benjamin G. Dusing. I submit this declaration in connection with the Plaintiffs' motion for an award of statutory attorney fees.

2. I am a practicing lawyer in Covington, Kentucky. I have practiced federal criminal and civil litigation, and other matters since graduating from the University of Kentucky School of Law in 2001 and serving as a law clerk to Hon. Joseph M. Hood, of the United States District Court for the Eastern District of Kentucky and then as a law clerk to Hon.

1

Eugene E. Siler, Jr., of the United States Court of Appeals for the Sixth Circuit. I then worked for Baker Hostetler, in Cincinnati, for several years, and ultimately joined the United States Attorney's Office for the Southern District of Ohio, prosecuting general crimes, and then financial fraud and "white collar" matters. Following several years as an Assistant United States Attorney for the Southern District of Ohio, I then joined the United States Attorney Office for the Eastern District of Kentucky, again prosecuting financial crimes, fraud, and similar matters. After several years at the United States Attorney's Office for the Eastern District of Kentucky, I rejoined Baker Hostetler's Cincinnati office, and ultimately joined Adams, Stepner, Wolterman & Dusing, PLLC, in Covington, Kentucky as a Partner.

3. My practice consists in large measure of complex federal criminal and civil litigation.

4. I am familiar with the fees charged by Eastern District of Kentucky lawyers. In particular, I am familiar with fees charged by federal litigators handling civil rights and commercial litigation matters.

5. In my opinion, a billing rate of $275.00 per hour is well within the range of fees charged by lawyers with 8 to 9 years of federal litigation experience. Indeed, I am familiar with Eastern District of Kentucky lawyers, including some with less experience, charging higher rates in federal court cases. My customary rate is in excess of $275.00 per hour, and I have 12 years' experience, which is only a few years more experience than the rates of the Plaintiffs' counsel in the above captioned matter; significantly, our firm bills out attorneys, for federal litigation matters with the approximate experience of Mr. Wiest and Mr. Brueggemann, at least $275, and usually more, for Eastern District of Kentucky work.

6. I have also undertaken to review the time and billing entries submitted by Mr. Wiest and Mr. Bruegemann. My review of these entries indicate that the fees requested comport with and are reasonable in light of the factors contained in the Kentucky Rules of Professional Conduct 3.130(1.5) insofar as they accurately reflect the time and labor required in the prosecution of this matter, the difficulty of the questions involved, the skill required to perform the work properly, comport with fees customarily charged by others for similar legal services, and are appropriate in light of the results obtained.

Declared under penalty of perjury on November 18, 2013.

_____
Benjamin G. Dusing