AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| Kenny Brown, et. al. | ) |
| | ) |
| v. | ) Case No.: 2:13cv00068 |
| Kentucky LRC, et. al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/31/2013__ against __Defendants__ ,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk | $ | 350.00 |
| Fees for service of summons and subpoena | | 230.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | 39.60 |
| Fees and disbursements for printing | | |
| Fees for witnesses *(itemize on page two)* | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | | |
| Docket fees under 28 U.S.C. 1923 | | |
| Costs as shown on Mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| Other costs *(please itemize)* | | 896.82 |
| | TOTAL $ | 1,516.42 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service   ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __/s/Christopher D. Wiest__

Name of Attorney: __Christopher D. Wiest__

For: __Plaintiffs in Brown matter__         Date: __11/20/2013__
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*      *Deputy Clerk*      *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Chris Wiest

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Friday, April 26, 2013 3:34 PM |
| **To:** | chriswiestlaw@yahoo.com |
| **Subject:** | Pay.gov Payment Confirmation: KYED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: KYED CM ECF
Pay.gov Tracking ID: 25AGSF75
Agency Tracking ID: 0643-2626159
Transaction Type: Sale
Transaction Date: Apr 26, 2013 3:33:47 PM

Account Holder Name: Christopher Wiest
Transaction Amount: $350.00
Billing Address: 25 Town Center Blvd
City: Crestview Hills
State/Province: KY
Zip/Postal Code: 41017
Country: USA
Card Type: MasterCard
Card Number: ************6579


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

**Kentucky Process Service Inc.**
222 Colchester Drive
Versailles, KY 40383
Phone: (859) 489-0726
Fax: (866) 273-0360
27-1447734

## STATEMENT

4/30/2013

Chris Wiest
Chris Wiest, AAL PLLC
25 Town Center Blvd. Suite 104
Crestview Hills, KY 41017

Phone: (859) 486-6850
Fax: (859) 495-0803

Statement covers Unpaid Invoices through 4/30/2013.

**CASE: 2:13-CV-68-WOB   REFERENCE:**

Kenny Brown, et al vs. The Commonwealth of Kentucky, et al

| Invoice | Inv. Date | Person Served | | | Amount | Status |
|---|---|---|---|---|---|---|
| 2013000083 | 4/30/2013 | Jack Conway | | | 90.20 | Current |
| Service Fee | | | 1.00 | 65.00 | 65.00 | |
| Print Fee | | | 168.00 | 0.15 | 25.20 | |
| 2013000084 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| 2013000085 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| 2013000086 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| 2013000087 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| 2013000088 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| 2013000089 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| 2013000090 | 4/30/2013 | Jack Conway | | | 20.00 | Current |
| Additional Paper Same Address | | | 1.00 | 20.00 | 20.00 | |
| **Case Amount Due:** | | | | | **$230.20** | |

| | |
|---|---|
| **TOTAL CHARGES:** | $230.20 |
| **TOTAL PAYMENTS:** | $0.00 |
| **TOTAL AMOUNT DUE:** | $230.20 |

Current: $230.20   Past 30: $0.00   Past 60: $0.00   Past 90: $0.00   Past 120: $0.00

```
AO 44 (Rev. 795)
```

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### INVOICE

TO: CHRISTOPHER DAVID WIEST
    25 TOWN CENTER BLVD.
    CRESTVIEW HILLS, KY 41017
    PHONE: 859-486-6850
NOTE MAKE CHECK PAYABLE TO:   K. ANN BANTA
                              101 BARR
                              LEXINGTON, KY 40507
              PHONE: 502-545-1090
                   TRANSCRIPTS
DATE ORDERED: 9-9-13 DATE DELIVERED: 9-13-13 (EMAIL)
IN THE MATTER OF: BROWN, ET AL., V. COMM. OF KY, ET AL., 13-68
                       CHARGES
CATEGORY: ORIGINAL
          FIRST COPY 44 PP. @ .90 PP. = $39.60
          ADDITIONAL COPY
PRICE @ ORDINARY (3.65/.90/.60) 14-DAY (4.25/.90/.60)
7-DAY (4.85/.90/.60) DAILY (6.05/1.20/.90)  HOURLY
(7.25/1.20/.90) REALTIME (3.05/1.25)
FOR PROCEEDINGS ON: 8-19-13 TELEPHONE CONFERENCE
                              SUBTOTAL:  $39.60
          LESS DISCOUNT FOR LATE DELIVERY:
                 LESS AMOUNT OF DEPOSIT:   -0-
                          TOTAL REFUNDED:
                             TOTAL DUE:  $39.60
                  ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary delivery rate.
                       CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.
Signature of Official Court Reporter  s/ Ann Banta Date 9-13-13
(All previous editions of this form are canceled and should be destroyed.)
Distribution: To Party (2 copies - 1 to be returned with payment)  Court Reporter   Court Reporter Supervisor

# Michael McDonald

# INVOICE

3117 Northwood Rd
Fairfax, VA 22031
703-772-1440

INVOICE #1
DATE: AUGUST 1, 2013

**TO:**
Plaintiffs in the matter of *Brown* v. *Commonwealth of Kentucky*
c/o their attorneys

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 7/8/2013 | Write Expert Report | 1.00 | $300.00 |
| | | **TOTAL DUE** | $300.00 |

Make all checks payable to Michael McDonald
If you have any questions concerning this invoice, contact Michael McDonald, 703-772-1440, mmcdon@gmu.edu



Amount: $461.50 Date Posted: 09/04/2013
Account Number: REGULAR BUSINESS CHECKING CHECKING XXXXXX1933

