**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KY, *et al.*,<br><br>            Defendants. | Case No. 2:13cv00068<br><br>**Electronically filed** |
| MARTIN HERBERT, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, *et al.*,<br><br>            Defendants. | Case No. 3:13cv00025 |

*HERBERT* **PLAINTIFFS' MOTION FOR
AWARD OF ATTORNEYS' FEES AND COSTS**

Pursuant to 42 U.S.C. § 1988 and 42 U.S.C. § 1973l(e), the Plaintiffs in *Herbert, et al. v. Kentucky State Board of Elections*, et al., No. 3:13cv00025 ("*Herbert* Plaintiffs"), by counsel, move for an award of attorneys' fees and costs in the amount of $63,563.33. This amount includes $58,622.50 for the attorneys' fees generated from December 3, 2012 through November 21, 2013, and $4,940.83 for the costs, including reasonable expert fees, incurred during that time. In support of their request, the *Herbert* Plaintiffs tender the accompanying memorandum of law, supporting exhibits, and proposed order.

Respectfully submitted,

s/ William E. Sharp
William E. Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
sharp@aclu-ky.org

Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
(404) 500-1235
lmcdonald@aclu.org

Dale Ho
ACLU Voting Rights Project
125 Broad Street
New York, NY 10004
(212) 549-2693
dale.ho@aclu.org

Ben Carter
BEN CARTER LAW PLLC
455 South Fourth Street, Suite 902
Louisville, KY 40202
ben@bencarterlaw.com
ACLU of KY Cooperating Attorney

*Counsel for Herbert Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that on November 22, 2013, I electronically filed the foregoing *Herbert* Plaintiffs' Motion for Award of Attorneys' Fees and Costs with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Stanton L. Cave
s.cave1@insightbb.com
Jessica A. Burke
jessica@jblawoffices.net

*Counsel for Senate President Robert Stivers*

Pierce B. Whites
piercewhites@aol.com
Anna S. Whites
annawhites@aol.com

*Counsel for House Speaker Greg Stumbo*

Clay A. Barkley
clay.barkley@ag.ky.gov
Matt James
matt.james@ag.ky.gov

*Counsel for Gov. Steve Beshear, Commonwealth of Kentucky*

Laura H. Hendrix
laura.hendrix@lrc.ky.gov
Greg A. Woosley
greg.woosley@lrc.ky.gov

*Counsel for KY Legislative Research Commission*

Lynn Sowards Zellen
lynn.zellen@ky.gov
Noel E. Caldwell
ncaldwell@caldwelllawyers.com
Jonathan T. Salomon
jsalomon@tachaulaw.com

*Counsel for Kentucky State Bd. of Elections, Secretary of State Alison L. Grimes, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, Roy Sizemore, and Maryellen Allen*

Christopher D. Wiest
chriswiestlaw@yahoo.com
Rick Brueggemann
rbuegemann@hemmerlaw.com

*Counsel for Brown Plaintiffs*


s/ William E. Sharp
*Counsel for the Herbert Plaintiffs*