# EXHIBIT

# 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

KENNY BROWN, individually and in his
official capacity as the Boone County Clerk,
*et al.*,

                    Plaintiffs,

v.

COMMONWEALTH OF KY, *et al.*,

                    Defendants.

Case No. 2:13cv00068

MARTIN HERBERT, *et al.*,

                    Plaintiffs,

v.

KENTUCKY STATE BOARD OF
ELECTIONS, *et al.*,

                    Defendants.

Case No. 3:13cv00025

## <u>DECLARATION OF WILLIAM E. SHARP</u>

William E. Sharp makes the following declaration under 28 U.S.C. § 1746:

1.     My name is William E. Sharp.  I am counsel for the Plaintiffs in *Herbert, et al. v. Kentucky State Board of Elections, et al.*, No. 13cv00025.

2.     I received my undergraduate degree from Transylvania University in 1992 and my law degree from Washington & Lee University School of Law in 1999.  I have been admitted to practice law in Kentucky since October, 1999, and I have actively practiced law in Kentucky since April, 2000.

3.      I am a member in good standing of the Kentucky Bar Association. I am also admitted to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky, the United States Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

4.      From 2000 to 2006, I practiced law as a criminal defense trial attorney in the Louisville Metro Public Defender's Adult Trial Division.  In that capacity, I represented adult indigent clients accused of misdemeanor and felony crimes in Jefferson County District and Circuit courts.  I acted as lead counsel in approximately twenty felony jury trials in various Divisions of Jefferson Circuit Court.  I also served as a Deputy Division Chief and ultimately as a Division Chief in the Adult Trial Division where I supervised, trained and evaluated junior staff attorneys in addition to representing clients.

5.      From 2006 to 2007, I served as the Directing Attorney of the Department of Public Advocacy's Elizabethtown office where I represented adult indigent clients accused of criminal offenses in Hardin, Hart, Grayson, Meade and Larue counties.  In addition, I supervised the daily operations of the office and its personnel.  I acted as lead counsel in one felony jury trial during that time in Hardin Circuit Court.

6.      I have served as the staff attorney for the American Civil Liberties Union of Kentucky since May, 2007.  In that capacity, I have actively investigated and litigated federal civil rights cases both at the trial and appellate levels in federal court. Specifically, I have prepared and filed case initiation documents and pleadings, prepared and responded to written discovery requests, conducted depositions, researched and drafted legal memoranda on various issues relating to constitutional law and civil litigation, drafted and filed appellate briefs, and argued three cases before the Sixth Circuit Court of Appeals.

7.    In my capacity as a staff attorney for the American Civil Liberties Union of Kentucky, I have also sought and obtained attorney fees under federal fee-shifting statutes. These fee awards include the following contested fee decisions:

a)    In the Eastern District of Kentucky (*ACLU of Kentucky, et al. v. McCreary County, Kentucky, et al.*, 6:99-CV-507-JBC (memorandum opinion and order, May 17, 2011) (contested fee decision awarding me $200 per hour for federal appellate work before the United States Supreme Court *and* noting that more than twice that hourly rate likely within the range of reasonable fees charged in Eastern District of Kentucky for attorneys with comparable skill and experience);

b)    In the Eastern District of Kentucky (*ACLU of Kentucky, et al. v. McCreary County, Kentucky, et al.*, 6:99-CV-507-JBC (memorandum opinion and order, March 16, 2009) (contested fee decision awarding me hourly rate of $180);

c)    In the Western District of Kentucky (*Alexander M. Say v. John Adams, et al.*, 3:07-CV-377-R) (memorandum opinion and order, March 25, 2009) (contested fee decision awarding me hourly rate of $180); and

d)    In the Western District of Kentucky (*ACLU of Kentucky, et al. v. Grayson County, Kentucky, et al.*, 4:01-CV-202-JHM (memorandum opinion and order, November 26, 2008) (contested fee decision awarding me $180 per hour), *rev'd on other grounds by ACLU of Kentucky ,et al., v. Grayson County, Kentucky, et al.*, 591 F.3d 837 (6th Cir. 2010) (reversing grant of summary judgment to plaintiffs and directing judgment in favor of defendants).

8.    I have lectured at various events on issues relating to constitutional law and individual civil liberties, including developing and presenting several Continuing Legal Education (CLE) programs for Kentucky attorneys regarding civil liberties issues.  I have also

trained junior personnel on a variety of criminal defense topics such as eyewitness identification, cross-examination, witness preparation, Fourth Amendment jurisprudence, jury selection, expert witnesses and case investigation.

9.     I am a past vice-chair and chair of the Louisville Bar Association's Criminal Law Section, a past-chair of that organization's Government and Public Interest Section, and a graduate of the Louisville Bar Association's Leadership Academy.

10.    I maintained records of work I performed on this case.  Those records show I spent 99 hours on this case between April 3, 2013, and November 21, 2013, which includes time spent in the preparation of this declaration and request for attorneys' fees.  I have attached to my declaration an itemized statement of those hours.  This statement accurately reflects my work in this case during that time period.

11.    The attached itemization also includes a statement of the costs reasonably incurred by the ACLU of Kentucky in prosecuting this matter. That itemization reflects costs in the amount of $575.33.

Declared under penalty of perjury on November 21, 2013.

_____
William E. Sharp
Staff Attorney
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, Kentucky 40202
(502) 581-9746
(502) 589-9687 (fax)
sharp@aclu-ky.org

*Herbert, et al. v. Ky. State Bd. of Elections, et al.*
Case No. 3:13-cv-00025
**Time Records - William E. Sharp**

| Date | Nature of Activities | Time |
|------|----------------------|------|
| 4/3/13 | Email L. McDonald about one person, one vote case in Ky. | .1 |
| 4/3/13 | Review L. McDonald email; review ACLU complaints from other one person, one vote case | .3 |
| 4/15/13 | Email B. Carter re: draft Complaint | .1 |
| 4/26/13 | Email L. McDonald re: status of complaint | .1 |
| 4/29/13 | Review B. Carter emails re: district maps | .2 |
| 4/29/13 | Email B. Carter re: Brown suit | .1 |
| 4/30/13 | Send/review emails w/ L. McDonald and B. Carter re: status of suit; email prospective clients | .2 |
| 4/30/13 | Review/edit draft complaint | .2 |
| 5/2/13 | Send/review emails w/ B. Carter and L. McDonald re: prospective defendants | .2 |
| 5/3/13 | Edit draft complaint; email draft complaint to B. Carter and L. McDonald | .5 |
| 5/8/13 | Edit/email draft complaint | 1.0 |
| 5/8/13 | Email to clients re: filing status | .1 |
| 5/9/13 | Email finalized complaint/declarations to clients for final review | .1 |
| 5/9/13 | Edit complaint | .1 |
| 5/10/13 | Compile client verifications; email to L. McDonald and B. Carter | .1 |
| 5/10/13 | Convert complaint to .pdf; file complaint | .1 |
| 5/10/13 | Prepare/file motion for phv admission (L. McDonald) | .1 |
| 5/10/13 | Review/print summonses; prepare/mail summonses via certified mail | 1.0 |
| 5/10/13 | Email to clients re: status | .1 |
| 5/15/13 | Review order entered | .1 |
| 5/15/13 | Scan/file return summonses | .3 |
| 5/21/13 | Download/save defendants' pleadings in Brown suit; review and send to co-counsel | .2 |
| 5/30/13 | Review/print/file order | .1 |

| | | |
|---|---|---|
| 6/3/13 | Review email from co-counsel re: call from defense counsel (L. Zellen) about possible consolidation | .1 |
| 6/3/13 | Review/print/file Defendants' Answer | .2 |
| 6/3/13 | Email clients re: status | .1 |
| 6/5/13 | Review Defendants' Answer; research judg. on pleadings motion | .3 |
| 6/5/13 | Review/compare Defendant's Answers in Suits 1 & 2 | .2 |
| 6/5/13 | Draft motion for sj | .5 |
| 6/7/13 | Review/print/file scheduling conf. order | .1 |
| 6/10/13 | Print/review Sen. Pres. Stivers' Ans. in Brown case | .2 |
| 6/10/13 | Email clients re: status | .1 |
| 6/10/13 | Email Brown Plaintiffs' counsel re: call prior to sch. conf. | .1 |
| 6/11/13 | Email co-counsel re: Defendants' public statements re: inmate issue | .1 |
| 6/12/13 | Review/respond to C. Wiest email re: conf. call | .1 |
| 6/18/13 | Email D. Ho re: case status and pleading | .1 |
| 6/18/13 | Print/review Defendants' motion to consolidate; email co-counsel re: motion | .2 |
| 6/19/13 | Tel. conf. w/ C. Wiest re: scheduling conf. | .5 |
| 6/19/13 | Draft response to mot. consolidate; legal research; email to co-counsel | 1.8 |
| 6/19/13 | Review/respond to co-counsel emails re: draft response to motion to consolidate | .2 |
| 6/19/13 | Edit response to motion to consolidate; email to co-counsel | .5 |
| 6/19/13 | Convert to .pdf/file response to motion to consolidate | .1 |
| 6/20/13 | Email clients re: availability for discovery | .1 |
| 6/20/13 | Review/print/file order granting phv admission (L. McDonald) | .1 |
| 6/20/13 | Review client emails re: availability | .1 |
| 6/21/13 | Travel to Lexington; lunch meeting w/ Brown Plaintiffs' counsel; attend scheduling conference; return travel to Louisville | 6.5 |
| 6/21/13 | Email clients re: status of scheduling conference | .1 |
| 6/21/13 | Review/print/file court order re: scheduling conference | .1 |
| 6/27/13 | Review/print/file court order; memo. op. & order; scheduling order; calendar events | .2 |

| | | |
|---|---|---|
| 6/28/13 | Review/calendar lit. schedule and disc. deadlines | .1 |
| 6/28/13 | Call LRC Gen. Counsel; leave message | .1 |
| 6/28/13 | Review draft Interrogatories | .5 |
| 6/28/13 | Talk w/ opp. counsel (L. Zellen) | .2 |
| 6/28/13 | Conf. call w/ co-counsel; draft litigation schedule notes | .5 |
| 6/28/13 | Email clients re: status/disc. schedule | .2 |
| 6/28/13 | Email opp. counsel re: possible stipulations | .1 |
| 6/30/13 | Draft init. disclosures/disc. requests/proposed stipulations | 3.2 |
| 7/1/13 | Call w/ Ps' atty. | .9 |
| 7/1/13 | Draft sj motion | .5 |
| 7/2/13 | Edit init. disclosures/print/mail/scan/email | .7 |
| 7/2/13 | Talk w/ co-counsel | .5 |
| 7/2/13 | Edit interrogatories | .2 |
| 7/2/13 | Draft sj motion/memo. | .5 |
| 7/3/13 | Review parties' init. disclosures/disc. requests | .5 |
| 7/3/13 | Draft sj memo.; legal research | 1.0 |
| 7/4/13 | Draft sj memo.; legal research | 1.0 |
| 7/4/13 | Draft sj memo.; legal research | 1.2 |
| 7/4/13 | Draft sj memo.; legal research | 1.5 |
| 7/5/13 | Draft sj memo. | 1.0 |
| 7/5/13 | Draft sj memo. | 1.2 |
| 7/5/13 | Draft sj memo. | 1.2 |
| 7/5/13 | Draft sj memo. | 1.0 |
| 7/5/13 | Draft sj memo. | 1.5 |
| 7/5/13 | Draft sj memo. | .7 |
| 7/7/13 | Review/edit proposed expert report | 1.0 |
| 7/9/13 | Review parties' pleadings and expert reports | 1.2 |
| 7/9/13 | Email co-counsel re: proposed mot. strike Stumbo's expert's report | .1 |
| 7/9/13 | Email re: expert depo. | .1 |

7

| | | |
|---|---|---|
| 7/9/13 | Edit sj brief | .2 |
| 7/9/13 | Talk w/ C. Wiest re: LRC Response | .1 |
| 7/9/13 | Edit sj brief | .4 |
| 7/9/13 | Review LRC Response to disc. | .5 |
| 7/9/13 | Draft sj response | .5 |
| 7/9/13 | Mail LRC data to expert | .2 |
| 7/9/13 | Draft sj | 2.0 |
| 7/9/13 | Review SofS/KSBE disc. responses | .1 |
| 7/10/13 | Draft sj brief | 2.2 |
| 7/11/13 | Edit mot. strike | .5 |
| 7/12/13 | Edit mot. sj | 2.2 |
| 7/12/13 | Convert brief to .pdf/file | .1 |
| 7/16/13 | Review other parties' pleadings/email to co-counsel/Brown Ps' attys | 1.2 |
| 7/29/13 | Print parties' pleadings/review; legal research re: collateral estoppel/res judicata | 1.7 |
| 7/29/13 | Draft sj reply; legal research re: collateral estoppel/res judicata | 1.0 |
| 7/29/13 | Draft sj reply; legal research | 2.0 |
| 7/29/13 | Draft sj reply; legal research | 1.5 |
| 7/30/13 | Draft sj reply; legal research re: decl. relief, permanent injunction | 1.5 |
| 7/30/13 | Draft sj reply; legal research | 2.0 |
| 7/31/13 | Draft sj reply | 1.5 |
| 7/31/13 | Draft sj reply | .7 |
| 7/31/13 | Draft sj reply | 1.2 |
| 7/31/13 | Draft sj reply | 1.5 |
| 7/31/13 | Draft sj reply | 1.0 |
| 7/31/13 | Draft sj reply | 1.5 |
| 8/1/13 | Edit brief; convert to .pdf and file brief | 1.1 |
| 8/19/13 | Review judgment/Stumbo motions; legal research; review court order setting tel. conference | .7 |
| 8/19/13 | Legal research; prepare notes/outline for tel. conference | 2.5 |

| | | |
|---|---|---|
| 8/19/13 | Tel. conf. call w/ ct. and counsel | .7 |
| 8/19/13 | Talk w/ co-counsel/Brown Ps' counsel re: response brief to Stumbo's motions | .5 |
| 8/20/13 | Edit draft response; draft argument re: Fed.R.Civ.P. 59(e) | 3.0 |
| 8/21/13 | Review/print/file Stumbo reply in support of motions | .5 |
| 8/21/13 | Review/print/file court order denying Stumbo motions | .1 |
| 8/23/13 | Email co-counsel to arrange conf. call | .1 |
| 8/23/13 | Email clients to arrange conf. call | .1 |
| 8/26/13 | Email opp. counsel re: request for block equiv. files | .1 |
| 8/26/13 | Review email from G. Woosley re: request for block equiv. files; telephone conversation | .3 |
| 8/26/13 | Meet w/ G. Woosley to obtain block equiv. files | .5 |
| 8/26/13 | Provide LRC files to B. Carter for upload; forward S. Hamilton email w/ Senate map data to expert for review | .4 |
| 8/26/13 | Conf. call w/ co-counsel re: case status | .7 |
| 8/27/13 | Conf. call with clients re: recommendations | .7 |
| 8/27/13 | Review court order - minute entry | .1 |
| 8/28/13 | Review docket modification | .1 |
| 8/28/13 | Talk w/ S. Cave re: inquiry | .1 |
| 8/28/13 | Email opp. counsel re: proposed agreed judgment | .1 |
| 8/28/13 | Review Stumbo disc. requests | .1 |
| 8/29/13 | Emails w/ co-counsel/Brown Plaintiffs' counsel re: Stumbo disc. requests; speak w/ opp. counsel (J. Salomon) re: entry of final judgment; draft/edit/file motion for entry of final judgment | 1.5 |
| 8/30/13 | Email C. Wiest re: Stumbo disc. requests; review NEF re: motion for judgment | .1 |
| 8/30/13 | Edit/send email to Stumbo's attys re: 26(c) objection to discovery requests | .2 |
| 8/30/13 | Review emails from 6CA to counsel for Stumbo, reply email, and P. Whites email to Judge Bertelsman's staff | .1 |
| 8/30/13 | Review P. Whites email request extension; review NEF re: x-cript order by LRC | .1 |
| 8/30/13 | Review/print/file court order re: responses to Ps' motion for final judgment | .1 |
| 9/3/13 | Review A. Whites email; review Stivers' motion for status conference; draft email to A. Whites | .1 |

| | | |
|---|---|---|
| 9/4/13 | Talk w/ C. Wiest re: final judgment motion/anticipated reply | .2 |
| 9/5/13 | Print/file/review Stumbo response to motion for judg. | .1 |
| 9/5/13 | Talk w/ C. Wiest re: drafting reply to Stumbo's response | .2 |
| 9/5/13 | Draft/edit reply in support of motion for final judgment | 1.0 |
| 9/5/13 | Talk w/ C. Wiest re: LRC filing; print/file/review LRC motion to dismiss; draft/send email to co-counsel re: drafting duties | .2 |
| 9/5/13 | Draft reply/response brief; email draft to Ps' counsel for review | 1.3 |
| 9/5/13 | Print/file/review Stivers' statement re: constitutionality of Senate map | .1 |
| 9/6/13 | Legal research re: final judgment/mootness | 1.0 |
| 9/6/13 | Draft reply/response brief; legal research | 2.2 |
| 9/6/13 | Draft reply/response brief; talk w/ C. Wiest re: edits | 1.0 |
| 9/9/13 | Email Ps' counsel re: filing deadline; review court order; amend calendar | .1 |
| 9/16/13 | Edit brief | .3 |
| 9/17/13 | Review/edit brief | 1.3 |
| 9/24/13 | Review defendants' pleading | .3 |
| 9/25/13 | Email co-counsel re: add'l authority | .1 |
| 9/30/13 | Review/print/file Stivers' reply memo. | .1 |
| 11/1/13 | Review Order/final judgment; email co-counsel | .1 |
| 11/18/13 | Prepare declaration/fee petition | .2 |
| 11/19/13 | Prepare/edit fee petition/declarations | 1.5 |
| 11/19/13 | Prepare/edit fee petition | 1.5 |
| 11/20/13 | Prepare fee petition/memo; legal research | 1.7 |
| 11/21/13 | Prepare fee petition/memo; legal research | 2.0 |
| | Total | 99 |

***Herbert, et al. v. Ky. State Bd. of Elections, et al.***
Case No. 3:13-cv-00025
**Costs**

| Date | Description | Amount |
|---|---|---|
| 5/10/13 | Filing Fee | 400.00 |
| 5/10/13 | Postage - Initial pleadings | 73.70 |
| 7/9/13 | Postage - LRC material to expert | 19.95 |
| 6/21/13 | Travel expenses to/from Lexington | 74.68 |
| 6/21/13 | Parking expenses in Lexington | 7.00 |
| | | $ 575.33 |

11