# EXHIBIT

# 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KY, *et al.*,<br><br>          Defendants. | Case No. 2:13cv00068<br><br>**Electronically filed** |
| MARTIN HERBERT, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, *et al.*,<br><br>          Defendants. | Case No. 3:13cv00025 |

### DECLARATION OF BEN CARTER

Ben Carter makes the following declaration under 28 U.S.C. § 1746:

1. My name is Ben Carter. I am co-counsel for Plaintiffs in the *Hebert* case, 3:13-cv-00025.

2. I received my undergraduate degree from Davidson College in 2001 and my law degree from University of Kentucky College of Law in 2006. I have actively practiced law in Kentucky since September 2008.

3. I am a member in good standing of the Kentucky Bar Association. I am also admitted to practice law in the United States District Courts for the Eastern and Western Districts of Kentucky.

4. From 2006–2007, I clerked for the Honorable Thomas Wingate in the Franklin County Circuit Court. As a clerk, I researched a number of constitutional issues, including questions involving election law.

5. From 2007–2008, I worked for the Palau Public Defender's Office during which time I appealed a number of constitutional questions to the Palau Supreme Court.

6. From 2008–2010, I worked for the housing unit of Louisville's Legal Aid Society. For my work defending homeowners facing foreclosure, the KBA recognized me as the Young Lawyer of the Year in 2010.

7. After two years with a small plaintiff's firm, I started Ben Carter Law PLLC in November of 2012.

8. I maintained records of work I performed on this case. Those records show I spent 29.4 hours on the case through November 22, 2013. I have attached to my declaration an itemized statement of those hours. This statement accurately reflects my work in this case.

Declared under penalty of perjury on November 22, 2013.

/s/ Ben Carter
Ben Carter
Ben Carter Law PLLC
312 S. Fourth St., Sixth Floor
Louisville, KY 40202
(502) 509-3231
ben@bencarterlaw.com

## Itemized Statement of Hours Worked by Ben Carter

| Description | Date | Time | Total |
|---|---|---|---|
| Preparing declaration for attorney fee petition | Nov 04 2013 | 0.60 | $120.00 |
| Reviewing order | Oct 31 2013 | 0.10 | $20.00 |
| Reviewing recently filed pleadings | Sep 24 2013 | 0.20 | $40.00 |
| Reading and responding to emails | Sep 18 2013 | 0.20 | $40.00 |
| Revising reply/response; emails to/from co-counsel | Sep 06 2013 | 0.60 | $120.00 |
| Reviewing email from co-counsel; researching federal rule; email to co-counsel | Aug 29 2013 | 0.20 | $40.00 |
| Reviewing speaker's discovery requests; reviewing federal rules; email to co-counsel | Aug 29 2013 | 0.30 | $60.00 |
| Reviewing and responding to multiple emails | Aug 28 2013 | 0.20 | $40.00 |
| Phone call with clients re case update and next steps | Aug 27 2013 | 0.60 | $120.00 |
| Email from/to expert | Aug 27 2013 | 0.10 | $20.00 |
| Researching Fischer IV's requirements in light of the Senate plan | Aug 27 2013 | 0.60 | $120.00 |
| Email to co-counsel | Aug 27 2013 | 0.10 | $20.00 |
| Reviewing and preparing time logs for fee petition | Aug 27 2013 | 0.20 | $40.00 |
| Email from/to co-counsel | Aug 27 2013 | 0.10 | $20.00 |
| Reviewing expert data analysis | Aug 26 2013 | 0.20 | $40.00 |
| Sharing data with other plaintiffs' counsel | Aug 26 2013 | 0.10 | $20.00 |
| Meeting with co-counsel; email to expert, co-counsel re data | Aug 26 2013 | 0.30 | $60.00 |
| Phone call with co-counsel; email to expert | Aug 26 2013 | 0.20 | $40.00 |
| Email from/to co-counsel | Aug 26 2013 | 0.10 | $20.00 |
| Conference call with co-counsel re next steps | Aug 26 2013 | 0.70 | $140.00 |
| Reviewing Court's order | Aug 21 2013 | 0.10 | $20.00 |
| Reviewing final edits to response | Aug 20 2013 | 0.10 | $20.00 |
| Reading brief; Proposing revisions to Response to Stumbo's AAV | Aug 20 2013 | 0.40 | $80.00 |
| Drafting language for response to Stumbo's motion to AAV | Aug 20 2013 | 0.50 | $100.00 |
| Phone call with co-counsel; researching special election law, email on same | Aug 19 2013 | 0.40 | $80.00 |
| Reviewing most recent Stumbo filing; Researching section 152, | Aug 19 2013 | 0.30 | $60.00 |

Brumleve

| Description | Date | Hours | Amount |
|---|---|---|---|
| Conference call with co-counsel in anticipation of 4:00 hearing | Aug 19 2013 | 0.50 | $100.00 |
| Researching and writing memo re timing of special elections | Aug 19 2013 | 0.40 | $80.00 |
| Emails to/from co-counsel; phone call from EDKY clerk | Aug 19 2013 | 0.20 | $40.00 |
| Reviewing Stumbo's weekend pleadings; rereading Order | Aug 19 2013 | 0.50 | $100.00 |
| Reviewing emails re Court's decision, House's proposed redistricting plan | Aug 17 2013 | 0.30 | $60.00 |
| Reading Court's decision | Aug 16 2013 | 0.30 | $60.00 |
| Reviewing draft reply brief | Jul 31 2013 | 0.20 | $40.00 |
| Reviewing draft reply brief | Jul 29 2013 | 0.20 | $40.00 |
| Review recently filed pleadings; discussion with co-counsel about next steps | Jul 15 2013 | 0.20 | $40.00 |
| Email to co-counsel re Motion to Strike | Jul 11 2013 | 0.20 | $40.00 |
| Drafting Motion to Strike and Order | Jul 11 2013 | 1.20 | $240.00 |
| Reviewing expert disclosures, researching FRCP requirements | Jul 09 2013 | 0.70 | $140.00 |
| Revising Plaintiff's MSJ | Jul 08 2013 | 0.90 | $180.00 |
| Reading emails and pleadings | Jul 08 2013 | 0.30 | $60.00 |
| Reviewing draft expert report | Jul 05 2013 | 0.20 | $40.00 |
| Organizing client contact info | Jul 02 2013 | 0.10 | $20.00 |
| Phone calls with co-counsel to coordinate discovery and briefing strategies and duties | Jul 02 2013 | 0.80 | $160.00 |
| Reviewing discovery requests; email to co-counsel | Jul 02 2013 | 0.40 | $80.00 |
| Email from/to co-counsel | Jul 01 2013 | 0.10 | $20.00 |
| Phone call with co-counsel; email containing legal research re redistricting criteria | Jun 28 2013 | 0.70 | $140.00 |
| Reviewing motion to consolidate, email to co-counsel | Jun 19 2013 | 0.20 | $40.00 |
| Reviewing Answer; email to co-counsel re: MSJ; reviewing pleadings in similar cases | Jun 06 2013 | 0.70 | $140.00 |
| Phone call from Lynn Zellen; email to co-counsel | Jun 03 2013 | 0.20 | $40.00 |
| Reviewing email from co-counsel and Judge's letter re: 3-judge request; email to co-counsel | May 16 2013 | 0.10 | $20.00 |
| Preparing PHV motions; email to co-counsel | May 09 2013 | 0.60 | $120.00 |
| Reviewing the Rose case, email to co-counsel | May 06 2013 | 0.30 | $60.00 |
| Legal research re: parties and email to co-counsel | May 02 2013 | 0.20 | $40.00 |
| Compiling data re hardest-hit areas, email to co-counsel | Apr 29 2013 | 0.70 | $140.00 |

| | | | |
|---|---|---|---|
| Phone call with co-counsel re: drafting, process | Apr 29 2013 | 0.30 | $60.00 |
| Drafting Complaint | Apr 28 2013 | 2.20 | $440.00 |
| Drafting Complaint | Apr 25 2013 | 1.90 | $380.00 |
| Email to/from co-counsel | Apr 02 2013 | 0.10 | $20.00 |
| Phone call with co-counsel re: case strategy | Mar 11 2013 | 0.20 | $40.00 |
| Meeting with co-counsel to discuss ripeness case law and explore litigation options going forward | Mar 01 2013 | 0.80 | $160.00 |
| Continuing ripeness research | Feb 20 2013 | 0.30 | $60.00 |
| Researching ripeness | Feb 19 2013 | 1.90 | $380.00 |
| email to co-counsel about ripeness and candidate-plaintiffs | Feb 04 2013 | 0.10 | $20.00 |
| Reviewing and drafting email; phone call with co-counsel re: legislative status | Jan 10 2013 | 0.60 | $120.00 |
| Reviewing and writing email to co-counsel | Jan 07 2013 | 0.10 | $20.00 |
| Reviewing email; admin | Dec 05 2012 | 0.30 | $60.00 |
| Reviewing emails, filing attachments | Dec 03 2012 | 0.20 | $40.00 |
| Initial meeting to discuss potential litigation | Dec 03 2012 | 1.50 | $300.00 |
| **Total** | | **29.4** | **$5,880.00** |