# EXHIBIT

# 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>COMMONWEALTH OF KY, *et al.*,<br><br>                      Defendants. | Case No. 2:13cv00068 |
| MARTIN HERBERT, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>KENTUCKY STATE BOARD OF ELECTIONS, *et al.*,<br><br>                      Defendants. | Case No. 3:13cv00025 |

### DECLARATION OF DALE E. HO

Dale E. Ho makes the following declaration under 28 U.S.C. § 1746:

1. My name is Dale E. Ho. I am co-counsel for the *Herbert* Plaintiffs in the above-styled action.

2. I received my undergraduate degree from Princeton University in 1999 and my law degree from Yale Law School in 2005. I have been admitted to practice law in New York since October 2006. I was admitted to practice *pro hac vice* in this Court in August 2013.

3. I am a member in good standing of the New York Bar Association. I am also admitted to practice law in the United States District Courts for the Northern, Southern, and Eastern Districts of New York, the District of Columbia, and the Eastern District of Wisconsin; the United States Courts of Appeal for the Second, Fifth, Ninth, and District of Columbia Circuits; and the United States Supreme Court.

4. From 2005 to 2006, I worked as a law clerk for the Honorable Barbara S. Jones in the U.S. District Court for the Southern District of New York. From 2006 to 2007, I worked as a law clerk for the Honorable Robert S. Smith in the New York Court of Appeals.

5. I have extensive experience litigating election law cases. From 2007 to 2009, I was a NAACP Legal Defense and Education Fund fellow at Fried, Frank, Harris, Shriver, & Jacobson LLP ("Fried Frank"). At Fried Frank, I litigated complex commercial matters and federal civil rights cases, including work under the federal Voting Rights Act. In particular, I assisted in drafting an *amicus* brief in *Bartlett v. Strickland*, 556 U.S. 1 (2009), a voting rights case before the United States Supreme Court. That brief was cited in the dissenting opinion of Justice Breyer, 556 U.S. at 45.

6. From 2009 to April 2013, I worked as Assistant Counsel in the Political Participation Group at the NAACP Legal Defense and Education Fund, Inc. ("LDF"). At LDF, my practice was devoted almost exclusively to voting rights litigation in federal court. Among my voting rights matters at LDF were: *Scott v. Schedler* (E.D. La.), in which I argued dispositive motions and served as lead trial counsel in a successful case concerning violations of the National Voter Registration Act; *Shelby County v. Holder* (U.S.), defending the constitutionality of Section 5 of the federal Voting Rights Act (VRA) before the U.S. Supreme Court; *Farrakhan v. Gregoire* (9th Cir.), challenging Washington State's felon disfranchisement law under Section

2

2 of the VRA; and *Florida v. Holder* (D.D.C.), challenging various changes to Florida's voting laws under Section 5 of the VRA.

7. From May 2013 to present, I have been the Director of the Voting Rights Project at the American Civil Liberties Union ("ACLU"). In this capacity, I supervise and directly participate in the ACLU's docket of voting rights litigation throughout the country. The ACLU currently has active voting rights litigation in 14 states.

8. I have lectured and written extensively on issues of voting rights and election law. I am currently an adjunct professor of law at Brooklyn Law School, where I teach a course on Election Law. I have published articles on election law topics in several law reviews, including the Stanford Law & Policy Review; the New York University Journal of Law and Legislation; and the University of Richmond Law Review. I have served on the faculty for redistricting seminars for state legislators in Louisiana and Texas, and have testified in state legislatures around the country on election law issues, including in Kentucky, California, Connecticut, and New York. I have spoken on voting rights issues at various law schools, including Yale Law School, Stanford Law School, and Columbia Law School. I am also an advisory committee member of the Election Law Committee of the American Bar Association, and for three years, from 2009 through 2012, I served as a member of the Election Law Committee of the New York City Bar Association.

9. Since July 2013, I have devoted 23.5 hours to this case. The paralegal for the Voting Rights Project, Molly M. Rugg, has devoted 14.4 hours to this case during that time. We have maintained contemporaneous time records and have attached itemized statements reflecting that work. The attached statements accurately reflect our work on this case from July 2013 to the present.

3

10. I have also attached to my declaration an itemized statement of the litigation costs incurred by the American Civil Liberties Union Foundation. That statement accurately reflects the litigation costs incurred in this case during that time period.

Declared under penalty of perjury on November 4, 2013.

                                           s/ Dale E. Ho
                                           Dale E. Ho
                                           ACLU Voting Rights Project
                                           125 Broad Street, 18th Floor
                                           New York, NY 10004
                                           (212) 549-2693
                                           (212) 549-2651 (fax)
                                           dale.ho@aclu.org

## Time Records for Dale E. Ho

| Date | Time Spent (hrs) | Description |
| --- | --- | --- |
| 7/2/2013 | 0.5 | Revise discovery requests. |
| 7/2/2013 | 0.5 | Team strategy call. |
| 7/2/2013 | 0.5 | Call to discuss expert report. |
| 7/7/2013 | 1 | Review expert report. |
| 7/8/2013 | 1 | Comment on, serve expert report. |
| 7/9/2013 | 0.5 | Revise discovery responses. |
| 7/10/2013 | 2 | Review, revise summary judgment brief. |
| 7/25/2013 | 3 | Draft SJ Reply. |
| 7/29/2013 | 4 | Draft SJ Reply. |
| 8/19/2013 | 0.5 | Team meeting to discuss Stumbo motions. |
| 8/19/2013 | 0.5 | Status conference. |
| 8/20/2013 | 0.5 | Revise and edit opposition to stay motion. |
| 8/25/2013 | 1 | Analyze redistricting plans adopted by state legislature. |
| 8/26/2013 | 0.5 | Team meeting to discuss adopted plans. |
| 9/7/2013 | 3 | Revise reply in support of motion for final judgment. |
| 9/9/2013 | 2.5 | Revise reply in support of motion for final judgment. |
| 9/16/2013 | 2 | Revise reply in support of motion for final judgment. |

**TOTAL:** 23.5

## Summary of Litigation Costs

| Date | Description | Amount |
|---|---|---|
| 7/3/2013 | *Pro hac vice* filing fee for Dale E. Ho (reimbursement to ACLU of Kentucky for original payment) | $ 95.00 |
| 7/9/2013 | Payment to expert William S. Cooper | $ 1,500.00 |
| 8/29/2013 | Payment to expert William S. Cooper | $ 2,750.00 |
| 8/20/2013 - 9/17/2013 | PACER usage for *Herbert* case code (SH001) | $ 20.50 |
| | **TOTAL:** | **$ 4,365.50** |