# EXHIBIT

# 5

## Time Records for Molly M. Rugg, Paralegal

| Date | Time spent (hrs) | Description |
| --- | --- | --- |
| 8/16/2013 | 0.5 | Research re: KY state legislators for districts identified in redistricting plan. |
| 8/29/2013 | 0.5 | Prepare and send check request for expert payment. |
| 8/30/2013 | 1 | Draft D. Ho declaration in support of motion for fees. |
| 9/3/2013 | 0.25 | Finish drafting D. Ho declaration in support of motion for fees. |
| 9/10/2013 | 0.25 | Cite-check opposition to motion to dismiss. |
| 9/11/2013 | 2.5 | Cite-check opposition to motion to dismiss. |
| 9/12/2013 | 2.75 | Cite-check opposition to motion to dismiss. |
| 9/16/2013 | 0.9 | Enter cite-checking edits into brief in opposition to motion to dismiss. |
| 9/17/2013 | 3.25 | Enter cite-checking edits and co-counsel edits into brief in opposition to motion to dismiss. |
| 9/17/2013 | 1.25 | Final read-through and final changes to brief in opposition to motion to dismiss. |
| 11/4/2013 | 1.25 | Prepare and finalize documentation in support of fees petition. |
| **TOTAL:** | **14.4** | |