# EXHIBIT

# 6

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION AT COVINGTON

KENNY BROWN, individually and in his
official capacity as the Boone County Clerk,
*et al.*,

                                  Plaintiffs,

v.

COMMONWEALTH OF KY, *et al.*,

                                  Defendants.

Case No. 2:13cv00068

---

MARTIN HERBERT, *et al.*,

                                  Plaintiffs,

v.

KENTUCKY STATE BOARD OF
ELECTIONS, *et al.*,

                                  Defendants.

Case No. 3:13cv00025

## DECLARATION OF ANTHONY SAMMONS

Anthony Sammons makes the following declaration under 28 U.S.C. § 1746:

1.      My name is Anthony Sammons. I am a practicing attorney in Lexington, Kentucky, and am a partner with the firm of Dinsmore & Shohl LLP. I have practiced law for more than eighteen years, beginning with the Tennessee firm of Baker Donelson Bearman & Caldwell in 1995. My litigation experience has involved a range of complex litigation in the following areas: mass tort, including involvement with two MDLs; product liability; commercial litigation; appellate advocacy; and civil rights. I am licensed to practice in the states of Kentucky, Tennessee, and Mississippi. I have been admitted to practice before the U.S. Supreme

Court, the U.S. Court of Appeals for the Fifth and Sixth Circuits, the U.S. District Court for the Eastern and Western Districts of Kentucky, the Middle and Western Districts of Tennessee, and the Northern and Southern Districts of Mississippi. I am outside national counsel for a major Fortune 500 company and have handled claims and litigation for it in more than a dozen states. I have extensive federal court experience in a number of states and frequently practice before the U.S. District Court for the Eastern District of Kentucky.

2.      I am familiar with the fees charged by attorneys and paralegals in both the Eastern and Western Districts of Kentucky

3.      In my opinion, a billing rate of $200 per hour for Ben Carter in this federal civil rights litigation is well within the range of fees charged by lawyers of comparable skill and experience in the Eastern District of Kentucky. Specifically, attorneys who have been licensed for five years but lack substantial federal court litigation experience frequently charge comparable rates in the Eastern District of Kentucky, and many with less total experience, charge higher rates for cases of similar complexity.

4.      It is also my opinion that a billing rate of $250 per hour for Dale Ho in a federal voting rights case is well within the range of fees charged by attorneys in the Eastern District of Kentucky who have been licensed for seven years, possess specific expertise in the area being litigated, have federal clerkship experience, and have been involved in extensive federal court litigation at all levels.

5.      It is my opinion that a billing rate of $275 per hour for William Sharp in a federal civil rights case is comparable to rates charged by attorneys in the Eastern District of Kentucky with comparable skill and experience. Mr. Sharp possesses more than thirteen years' experience litigating cases, and more than six of those years have been devoted almost exclusively to federal

civil rights cases. It is my opinion that many attorneys with less experience than Mr. Sharp charge much higher rates for federal civil rights litigation.

6.    It is also my opinion that, in the Eastern District of Kentucky, a billing rate of $450 per hour for Laughlin McDonald is well within the range of hourly rates charged by attorneys who possess comparable skill and experience: more than forty-five years' litigation experience, including three oral arguments before the United States Supreme Court. It is my opinion that many attorneys with far less experience than Mr. McDonald charge the same, or higher, rates for federal civil rights litigation in the Eastern District of Kentucky.

7.    Finally, it is my opinion that the hourly billing rate for paralegal services in the Eastern District of Kentucky is varied, but such services are frequently billed anywhere between $95 and $185 per hour. It is my opinion, therefore, that an hourly rate of $100 for paralegal services is thus well within the range normally charged for such services in this forum, and it is likely below the rate many firms charge for comparable paralegal services.

Declared under penalty of perjury on November 22, 2013.


Anthony Sammons
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
(859) 425-1000
anthony.sammons@dinsmore.com

3