# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,

        Plaintiffs,

v.

COMMONWEALTH OF KY, *et al.*,

        Defendants.

Case No. 2:13cv00068

MARTIN HERBERT, *et al.*,

        Plaintiffs,

v.

KENTUCKY STATE BOARD OF ELECTIONS, *et al.*,

        Defendants.

Case No. 3:13cv00025

## ORDER

The *Herbert* Plaintiffs having moved for an award of attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and 42 U.S.C. § 1973*l*(e), and the Court being sufficiently advised,

**IT IS HEREBY ORDERED:**

1.    The *Herbert* Plaintiffs' Motion for Award of Statutory Attorneys' Fees and Costs in *Herbert, et al. v. Kentucky State Board of Elections*, No. 3:13cv00025 is hereby **GRANTED**.

2.  The *Herbert* Plaintiffs are awarded $58,622.50 in attorneys' fees, and $4,940.83 in costs for a total award of $63,563.33 for all work performed in the above-styled action from December 3, 2012 through November 22, 2013.

This is a final and appealable order.