UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION – CIVIL

| | | |
|---|---|---|
| KENNY BROWN, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 2:13-cv-00068-WOB-GFVT-DJB |
| THE COMMONWEALTH OF KENTUCKY, et al., | ) ) ) | |
| Defendants | ) | |

**AND**

| | | |
|---|---|---|
| MARTIN HERBERT, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13-CV-025-GFVT-WOB-DJB |
| | ) | |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | ) ) ) | |
| Defendants | ) | |

**ORDER**

This matter is before the Court on the *Brown* Plaintiffs' Motion for Attorney Fees and Costs (DE #129) and the *Herbert* Plaintiffs' Motion for Award of Attorneys' Fees and Costs (DE #131). The Court, having reviewed the record and being otherwise sufficiently advised, **DENIES** the Motions.