UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **KENNY BROWN,** *et al.*, | ) |
| Plaintiffs | ) Case No. 2:13-cv-00068-WOB-GFVT-DJB |
| v. | ) |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | ) |
| Defendants. | ) |
| and | ) |
| **MARTIN HERBERT,** *et al.*, | ) |
| Plaintiffs, | ) (Consolidated Action Case No. 3:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | ) |

ORDER DENYING PLAINTIFFS' MOTIONS FOR
AN AWARD OF ATTORNEYS' FEES, COSTS
AND EXPENSES AGAINST DEFENDANT,
<u>SENATE PRESIDENT ROBERT STIVERS  [DOC. 129] [DOC. 131]</u>

These matters are before the Court upon the motions by the *Brown* plaintiffs for an award of attorneys' fees, costs and expenses [Doc 129] and the *Hebert* Plaintiffs' motion for an award of attorneys' fees, costs and expenses [Doc. 131]. The Court has considered the motions, the response by Senate President Robert Stivers ("Senator Stivers"), the record in this case and is

1

otherwise duly and sufficiently advised. Based on the foregoing, the Court ORDERS AND ADJUDGES as follows:

    1.    The *Brown* plaintiffs' motion for an award of attorneys' fees, costs and expenses against Senator Stivers [Doc. 129] be and hereby is DENIED.

    2.    The *Hebert* plaintiffs' motion for an award of attorneys' fees, costs and expenses against Senator Stivers [Doc 131] be and hereby is DENIED.

Dated: _____.

_____
Judge, United States District Court/United States Court of Appeals for the Sixth Circuit

**TENDERED BY:**

*/s/ Stanton L. Cave*
_____
Stanton L. Cave, Esq.
LAW OFFICE OF STAN CAVE
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Facsimile: (859) 309-3001
Email: stan.cave@insightbb.com

*Special General Counsel to Robert Stivers in his Official Capacity as President of the Kentucky Senate*