# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, et al., | )<br>)<br>) |
| Plaintiffs, | ) Civil No. 13-cv-68 |
| v. | ) DJB-GFVT-WOB |
| THE COMMONWEALTH OF KENTUCKY, et al., | )<br>) |
| Defendants. | ) |
| MARTIN HERBERT, et al., | ) |
| Plaintiffs, | ) Civil No. 13-cv-25 |
| v. | ) DJB-GFVT-WOB |
| KENTUCKY STATE BOARD OF ELECTIONS, et al., | )<br>) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on the Brown Plaintiffs' Motion for Attorney Fees and Costs (DE #129) and the Herbert Plaintiffs' Motion for Award of Attorneys' Fees and Costs (DE #131). The Court, having reviewed the record and being otherwise sufficiently advised, DENIES the Motions.