**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, | |
| Plaintiffs, | Case No. 2:13cv00068 |
| v. | **Electronically filed** |
| STEVEN BESHEAR, *et al.*, | |
| Defendants. | |
| MARTIN HERBERT, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:13cv00025 |
| ALISON LUNDERGAN GRIMES, *et al.*, | |
| Defendants. | |

**ORDER GRANTING *BROWN* PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS**

The Court, being fully apprised, hereby Orders that the Brown Plaintiffs recover and are awarded their reasonable attorney fees and costs in the amount of $113,135.00 in attorney fees, and $1,516.42 in costs, against Governor Steve Beshear, Secretary of State Alison Lundergan Grimes, Maryellen Allen, David Cross, John W. Hampton, Stephen Huffman, Denise May, George Russell, and Roy Sizemore, in their official capacities, jointly and severally.

IT IS SO ORDERERED:

_____
Judge