

**ERNIE FLETCHER**
GOVERNOR

**EXECUTIVE ORDER**

**2005 - 600**

**June 29, 2005**

**Secretary of State**
Frankfort
Kentucky

By virtue of the authority vested in me by Section 12.210(1) of Kentucky Revised Statutes and as Governor of the Commonwealth of Kentucky, I, Ernie Fletcher, do hereby approve an employment contract between Wyatt Tarrant and Combs, Attorneys at Law, Louisville, Kentucky, and the State Board of Elections as outlined in the attached contract.

Please enter this Executive Order upon the Executive Journal and file the attached Contract with the Executive Order.

ERNIE FLETCHER
Governor

TREY GRAYSON
Secretary of State

RECEIVED AND FILED
DATE 1/4/08

**General Fund Budget Reduction Order 08-01**

**COMMONWEALTH OF KENTUCKY**
**OFFICE OF STATE BUDGET DIRECTOR**

TREY GRAYSON
SECRETARY OF STATE
COMMONWEALTH OF KENTU(
BY R. Aeller

# AN ORDER DIRECTING THE REDUCTION OF CERTAIN APPROPRIATIONS TO APPROPRIATION UNITS OF THE GOVERNMENT OF THE COMMONWEALTH AND DIRECTING CERTAIN FUND TRANSFER ACTIONS TO PREVENT A DEFICIT IN THE FINANCES OF THE COMMONWEALTH OF KENTUCKY

WHEREAS, funds were budgeted and appropriated for the operation, maintenance, support, and functioning of the Government of the Commonwealth of Kentucky during fiscal year 2007-2008, by the 2006 Regular Session of the General Assembly, and the 2007 Regular and Extraordinary Sessions of the General Assembly, based on a General Fund revenue receipt estimate of $8,879,172,400 as specified in 2006 Kentucky Acts Chapter 252, Part VI; and

WHEREAS, on December 18, 2007, the Consensus Forecasting Group at the request of the State Budget Director, per KRS 48.115(2), revised downward the General Fund receipt estimate for fiscal year 2007-2008 to $8,761,506,000 for the General Fund or $117,666,400 less than the estimated General Fund revenue receipts contemplated by Kentucky Acts Chapter 252, Part VI; and

WHEREAS, this reduction in General Fund revenues, if realized as anticipated, will result in the incurrence of a deficit in the finances of the Government of the Commonwealth if funds are fully expended in accordance with the levels appropriated; and

WHEREAS, 2006 Kentucky Acts Chapter 252, Part V, directed that $84,589,200 in transfers from Restricted Funds be transferred to the General Fund, and of that amount an estimated $9,000,000 will not be realized; and

WHEREAS, the General Fund surplus amount at the end of fiscal year 2006-2007, as certified by the Secretary of the Finance and Administration Cabinet, was $145,093,784 and is insufficient to meet this deficit; and

WHEREAS, pursuant to Chapter 2006 Kentucky Acts Chapter 252, the costs associated with certain defined unbudgeted expenses including, but not limited to, the costs of disaster and emergency assistance, forest fire suppression, legal judgments, and other identified expenses authorized by the General Assembly must be identified and paid from General Fund resources not expressly earmarked in the enacted budget for the Executive Branch, and are estimated to be at least $50,200,000; and

1

WHEREAS, funds were budgeted and appropriated for specific expenses by the 2007 Regular and Extraordinary Sessions of the General Assembly from General Fund resources not expressly earmarked in the enacted budget for the Executive Branch, and are estimated to be at least $36,666,800; and

WHEREAS, the $39,500,000 in General Fund appropriations that were budgeted to remain unexpended and lapse to the General Fund from unspecified sources in the Executive Branch must be accounted for in a balanced budget; and

WHEREAS, an estimated $10,521,200 increase in the statutorily required appropriation amounts for the severance tax-based Special Funds due to an upward revision in the severance tax forecast must be accommodated; and

WHEREAS, pursuant to 2006 Kentucky Acts Chapter 252, Part VI and KRS 48.130, the Governor, the Chief Justice, and the Legislative Research Commission are authorized, empowered, and directed by the General Assembly to implement budget reductions and the transfer of funds by such amounts as may be necessary and required to prevent a deficit in the finances of the Commonwealth during fiscal year 2007-2008 so long as such reductions will not actually impair the direct services and obligations essential to the minimum level of constitutional functions; and

WHEREAS, pursuant to 2006 Kentucky Acts Chapter 252, Part VI, the actions taken to prevent a deficit shall take care to protect, preserve, and advance the fundamental health, safety, legal and social welfare, and educational well-being of the citizens of the Commonwealth; and whereas, the impact of a budget reduction on certain appropriation units of State Government required to perform functions authorized and directed by the General Assembly would be adverse, certain agencies and functions are determined to be exempt from the reduction requirements of this Order; and

WHEREFORE, after examining the revenue estimates of the Consensus Forecasting Group as revised for fiscal year 2007-2008 and the financial resources otherwise available to the Commonwealth, it is the opinion of the State Budget Director that the total financial resources of the General Fund of the Commonwealth for fiscal year 2007-2008 will be inadequate to meet the obligations authorized to be incurred by the appropriations made for such year, and that in order to prevent a deficit in the finances of the Commonwealth during fiscal year 2007-2008, it is necessary to effect a reduction in General Fund and Restricted Funds appropriations and allotments to the appropriation units of the Commonwealth, and to effect the transfer of certain Restricted Fund dollars to the credit of the General Fund by sums sufficient to prevent such deficit;

NOW, THEREFORE, it is hereby found by the State Budget Director, with the approval of the Governor of the Commonwealth, and pursuant to the authority vested in the Office of State Budget Director and the Secretary of the Finance and Administration Cabinet by 2006 Kentucky Acts Chapter 252, Part VI and Chapter 48 of the Kentucky Revised Statutes, that it will be necessary, to prevent a deficit in the finances of the Commonwealth, to reduce the appropriations for fiscal year 2007-2008 to the

2

appropriation units of the Government of the Commonwealth from the amounts authorized and appropriated, to the amounts hereinafter set forth; provided, however, that in the event that the actual General Fund revenue receipts for fiscal year 2007-2008 exceed the revised estimates provided by the Consensus Forecasting Group, increases may be authorized to be made in these amounts within the maximum limits authorized by the appropriations made by the General Assembly for such fiscal year; and, having so found, it is hereby ordered and directed by the Office of State Budget Director that the appropriations to the appropriation units of the Government of the Commonwealth be reduced to, and allotments adjusted on the basis of the amounts hereinafter listed, to wit:

**GENERAL FUND**

| Appropriation Unit | FY 2007-2008 General Fund Current Appropriations | FY 2007-2008 General Fund Revised Appropriations | FY 2007-2008 General Fund Appropriation Reductions |
|---|---|---|---|
| **General Government** | | | |
| Office of the Governor | 9,848,900 | 9,622,300 | (226,600) |
| Office of State Budget Director | 4,442,300 | 4,309,000 | (133,300) |
| State Planning Fund | 250,000 | 250,000 | |
| Energy Policy | 7,344,400 | 7,124,100 | (220,300) |
| Homeland Security | 360,100 | 349,300 | (10,800) |
| Veterans' Affairs | 17,513,800 | 17,513,800 | . |
| Governor's Office of Agricultural Policy | 4,540,703 | 4,540,703 | |
| Kentucky Infrastructure Authority | 25,744,100 | 25,681,500 | (62,600) |
| Military Affairs | 17,148,000 | 16,926,200 | (221,800) |
| Commission on Human Rights | 1,890,900 | 1,890,900 | |
| Commission on Women | 269,200 | 261,200 | (8,000) |
| Governor's Office for Local Development | 41,116,536 | 40,736,736 | (379,800) |
| Local Government Economic Assistance Fund | 51,443,100 | 51,443,100 | |
| Local Government Economic Development Fund | 50,453,700 | 50,453,700 | |
| Area Development Fund | 809,700 | 785,400 | (24,300) |
| Executive Branch Ethics Commission | 448,500 | 448,500 | |
| Secretary of State | 2,329,500 | 2,329,500 | |
| Board of Elections | 4,883,700 | 4,770,900 | (112,800) |
| Registry of Election Finance | 1,578,500 | 1,531,100 | (47,400) |
| Attorney General | 14,272,800 | 14,272,800 | |
| Commonwealth's Attorneys | 33,147,800 | 33,147,800 | |
| County Attorneys | 28,453,200 | 28,153,200 | (300,000) |
| Treasury | 2,235,100 | 2,190,400 | (44,700) |
| Agriculture | 22,533,430 | 22,183,430 | (350,000) |
| Auditor of Public Accounts | 5,919,900 | 5,844,900 | (75,000) |
| Kentucky River Authority | 1,981,700 | 1,972,700 | (9,000) |
| School Facilities Construction Commission | 117,974,500 | 117,974,500 | |
| Teachers' Retirement System | 183,323,100 | 183,323,100 | |
| Judgments | 735,082 | 735,082 | |
| Appropriations Not Otherwise Classified | 11,667,500 | 11,667,500 | |
| **Total-General Government** | **664,659,751** | **662,433,351** | **(2,226,400)** |
| **Commerce Cabinet** | | | |
| Secretary | 3,132,800 | 3,063,800 | (69,000) |
| Artisans Center | 191,100 | 191,100 | |
| Tourism | 7,247,600 | 5,077,700 | (2,169,900) |
| Parks | 32,310,100 | 32,310,100 | |
| Horse Park Commission | 5,094,700 | 5,044,700 | (50,000) |
| State Fair Board | 553,800 | 403,800 | (150,000) |
| Arts Council | 4,194,600 | 4,128,600 | (66,000) |
| Historical Society | 8,106,700 | 7,915,700 | (191,000) |
| Kentucky Center for the Arts | 1,264,400 | 1,264,400 | |
| Heritage Council | 908,100 | 908,100 | |
| **Total-Commerce Cabinet** | **63,003,900** | **60,308,000** | **(2,695,900)** |

4



**STEVEN L. BESHEAR**
GOVERNOR

**EXECUTIVE ORDER**

Secretary of State
Frankfort
Kentucky

2013-292
May 7, 2013

By virtue of the authority vested in me by Section 12.210 of the Kentucky Revised Statutes,

I, Steven L. Beshear, Governor of the Commonwealth of Kentucky, do hereby approve the appointment of **Lynn S. Zellen**, Lexington, Kentucky, for the practicing of legal services within the Office of the Secretary of State and the State Board of Elections.

Please issue a Commission to her.

This Order is effective May 1, 2013.

STEVEN L. BESHEAR
Governor

ALISON LUNDERGAN GRIMES
Secretary of State



**STEVEN L. BESHEAR**
GOVERNOR

**EXECUTIVE ORDER**

Secretary of State
Frankfort
Kentucky

2013-524
July 25, 2013

By virtue of the authority vested in me by Section 12.210(1) of the Kentucky Revised Statutes, and as Governor of the Commonwealth of Kentucky, I, Steven L. Beshear, do hereby approve an employment contract between the **Secretary of State and the State Board of Elections,** and **Tachau and Meek, PLC,** Louisville, Kentucky as outlined in the attached Contract.

Please enter this Executive Order upon the Executive Journal and file the attached Contract with the Executive Order.

STEVEN L. BESHEAR
Governor

ALISON LUNDERGAN GRIMES