UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| **KENNY BROWN,** *et al.*, | ) |
| Plaintiffs | ) Case No. 2:13-cv-00068-WOB-GFVT-DJB |
| v. | ) |
| **COMMONWEALTH OF KENTUCKY,** *et al.*, | ) |
| Defendants. | ) |
| and | ) |
| **MARTIN HERBERT,** *et al.*, | ) |
| Plaintiffs, | ) (Consolidated Action Case No. 3:13-cv-00025-DJB-GFVT-WOB) |
| v. | ) |
| **KENTUCKY STATE BOARD OF ELECTIONS,** *et al.*, | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL
### FOR SENATE PRESIDENT, ROBERT STIVERS

ALL PARTIES PLEASE TAKE NOTICE that David E. Fleenor, Esq., does hereby enter his appearance for an on behalf of Senate President Robert Stivers for all purposes in this proceeding. All pleadings, filings and communications should be directed to Mr. Fleenor. Mr. Fleenor's contact information is as follows:

1

        David E. Fleenor, Esq.
Office of the Senate President
General Counsel
Capitol Annex, Room 236
Frankfort, KY  40601
Telephone:  (502) 564-3120
Facsimile:         (502) 564-0456
Email: dave.fleenor@lrc.ky.gov
*General Counsel to Robert Stivers*
*in his Official Capacity as President of*
*the Kentucky Senate*

Stanton L. Cave, Esq., does hereby withdraw as counsel for defendant, Senate President, Robert Stivers, in this proceeding.

Respectfully submitted,

*/s/ David E. Fleenor*

_____

David E. Fleenor, Esq.
Office of the Senate President
General Counsel
Capitol Annex, Room 236
Frankfort, KY  40601
Telephone:  (502) 564-3120
Facsimile:         (502) 564-0456
Email: dave.fleenor@lrc.ky.gov
*General Counsel to Robert Stivers*
*in his Official Capacity as President of*
*the Kentucky Senate*

      */s/ Stanton L. Cave*
      _____
      Stanton L. Cave, Esq.
      LAW OFFICE OF STAN CAVE
      P.O. Box 910457
      Lexington, KY  40591-0457
      Telephone:  (859) 309-3000
      Facsimile:   (859) 309-3001
      Email:  stan.cave@insightbb.com

      *Special General Counsel to Robert Stivers in his Official Capacity as President of the Kentucky Senate*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      */s/ Stanton L. Cave, Esq.*
      _____
      *Special General Counsel to Robert Stivers in his Official Capacity as President of the Kentucky Senate*