**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEVEN BESHEAR, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13cv00068<br><br>**Electronically filed** |
| MARTIN HERBERT, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ALISON LUNDERGAN GRIMES, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13cv00025 |

## *PROPOSED ORDER REGARDING* OBJECTIONS OF THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Secretary of State and Board Defendants' Objections to the Magistrate Judge's Report and Recommendation is hereby overruled and that decision is adopted in its entirety.  The *Brown* Plaintiffs are therefore awarded $113,135.00 in attorney fees, and $1,516.42 in costs, jointly and severally against the Secretary of State and Board Defendants, and the Governor.  Post-judgment interest shall accrue thereon.

IT IS SO ORDERED:

_____
District Judge