AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Eastern District of Kentucky
**FILED**

JUN 10 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Kenny Brown, et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  13-cv-68 |
| Commonwealth of Kentucky, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Governor Steve Beshear

Date:   06/06/2014

/s/ Jessica R. C. Malloy
*Attorney's signature*

Jessica R. C. Malloy   93172
*Printed name and bar number*

Office of the Attorney General
700 Capital Ave., Suite 118
Frankfort, KY 40601

*Address*

jessica.malloy@ag.ky.gov
*E-mail address*

(502) 696-5300
*Telephone number*

(502) 564-2894
*FAX number*