UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CASE NO. 2:13-CV-068-WOB-GFVT-DJB

KENNY BROWN, ET AL                                    PLAINTIFFS

VS.

THE COMMONWEALTH OF KENTUCKY,
ET AL.                                                DEFENDANTS

AND

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CASE NO. 3:13-CV-025-GFVT-WOB-DJB

MARTIN HERBERT, ET AL.                                PLAINTIFFS

VS.

KENTUCKY STATE BOARD OF
ELECTIONS, ET AL.                                     DEFENDANTS

<u>ORDER</u>

Before: BOGGS, *Circuit Judge*; VAN TATENHOVE, *District Judge*; and BERTELSMAN, *Senior District Judge*.

These matters are before the Court on the plaintiffs' motions for attorney fees (Docs. 129, 131), plaintiffs' bill of costs (Doc. 130), the Report and Recommendation of Magistrate Judge Wehrman (Doc. 141), defendants' objections thereto (Doc. 142), and plaintiffs' responses to those objections (Docs. 143, 144).

Having carefully reviewed these filings and finding the Magistrate Judge's Report and Recommendation to be thorough and well-reasoned, and finding defendants' objections unpersuasive, and being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the objections to the Report and Recommendation of the Magistrate Judge be, and they are, hereby **OVERRULED**; that the Report and Recommendation of the Magistrate Judge be, and it is, hereby **ADOPTED** as the findings of fact and conclusions of law of the court; that plaintiffs' motions for attorney fees (Docs. 129, 131) and bill of costs (Doc. 130) be, and are hereby, **GRANTED**; that the *Brown* plaintiffs are **AWARDED** $114,651.42 in fees as costs, and the *Herbert* plaintiffs are **AWARDED** $58,507.08 in fees and costs, as set forth in the Report and Recommendation.

This 28th day of July, 2014.

BY THE COURT:



Signed By:

*William O. Bertelsman* WOB

United States District Judge

2