# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KENNY BROWN, individually and in his official capacity as the Boone County Clerk, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH OF KY, *et al.*, <br><br> Defendants. | Case No. 2:13cv00068 <br><br> **Electronically filed** |
| MARTIN HERBERT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENTUCKY STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 3:13cv00025 |

## PARTIES' JOINT NOTICE OF SATISFACTION OF JUDGMENT

**WHEREAS**, the Court entered its Order awarding attorneys' fees and costs to Plaintiffs in the above-styled consolidated actions on July 28, 2014, in the amount of $114,651.42 for the *Brown* Plaintiffs and $58,507.08 for the *Herbert* Plaintiffs. All parties hereby certify that the monetary portions of those judgments have been fully paid, and that there are no outstanding executions with any Sheriff or Marshall.

**THEREFORE**, full and complete satisfaction of the award of costs and attorneys' fees is hereby acknowledged by the parties, and the Clerk of the Court is

hereby authorized to make an entry of the full and complete satisfaction on the docket of

the Order authorizing the award of attorneys' fees and costs.

                Respectfully submitted,

s/ Christopher D. Wiest (by wes w/ permission)
Christopher D. Wiest (KBA 90725)
Chris Wiest, Atty at Law PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
chriswiestlaw@yahoo.com

Rick Brueggemann (90619)
E. Jason Atkins (88044)
Hemmer DeFrank, PLLC
250 Grandview Dr.
Fort Mitchell, KY 41017
rbrueggemann@hemmerlaw.com

*Counsel for Brown Plaintiffs*

s/ Lynn Sowards Zellen
Lynn Sowards Zellen
Noel E. Caldwell
Office of the Secretary of State
700 Capital Ave., Ste. 152
Frankfort, KY 40601
lynn.zellen@ky.gov

TACHAU MEEK PLLC
Jonathan T. Salomon
3600 National City Tower
101 S. Fifth Street
Louisville, KY 40202
jsalomon@tachaulaw.com

*Counsel for the Board Defendants*

s/ William E. Sharp
William E. Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
sharp@aclu-ky.org

Laughlin McDonald
ACLU Voting Rights Project
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
lmcdonald@aclu.org

Dale Ho
ACLU Voting Rights Project
125 Broad Street
New York, NY 10004
dale.ho@aclu.org

Ben Carter
BEN CARTER LAW PLLC
455 South Fourth Street, Suite 902
Louisville, KY 40202
ben@bencarterlaw.com
ACLU of KY Cooperating Attorney

*Counsel for Herbert Plaintiffs*

s/ Jessica R. C. Malloy
Jessica R. C. Malloy
Office of the Attorney General
700 Capital Ave., Ste 118
Frankfort, KY 40601
jessica.malloy@ag.ky.gov

*Counsel for the Commonwealth Defendant*